**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Union Eye Care Center, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-0841728** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4750 Biedler Rd.** **Willoughby, OH 44094** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lake** | Location of principal assets, if different from principal place of business |
| County | **See,attached list of locations** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | _____ | | | _____ | |
| | District | When | | Case number, if known | |
| | _____ | _____ | | _____ | |

**11. Why is the case filed in**  *Check all that apply:*
**this district?**

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**  ■ No
**have possession of any**  ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of**  .  *Check one:*
**available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**  ☐ 1-49  ■ 1,000-5,000  ☐ 25,001-50,000
**creditors**  ☐ 50-99  ☐ 5001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than100,000
☐ 200-999

**15. Estimated Assets**  ☐ $0 - $50,000  ■ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50  million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000  ■ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50  million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  2, 2019**
               MM / DD / YYYY

**X** **/s/ Kevin Morgan**                                    **Kevin Morgan**
Signature of authorized representative of debtor          Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Richard A. Baumgart (0002664)**          Date **July  2, 2019**
Signature of attorney for debtor                          MM / DD / YYYY

**Richard A. Baumgart (0002664)**
Printed name

**Dettelbach, Sicherman & Baumgart**
Firm name

**55 Public Square, 21st Floor**
**Cleveland, OH 44113-1902**
Number, Street, City, State & ZIP Code

Contact phone    **216-696-6000**          Email address    **rbaumgart@dsb-law.com**

**(0002664) OH**
Bar number and State

## RESOLUTION
## OF
## UNION EYE CARE CENTER, INC.

At a Special Meeting of the Trustees of Union Eye Care Center, Inc. held at Cleveland, Ohio, on the _6_ day of _May_ , 2019, the undersigned being all of the Trustees of the above corporation do take and adopt the following by our written consent:

WHEREAS, this corporation appears to be insolvent and presently unable to meet its obligations as they fall due, and

WHEREAS, the business of this corporation can no longer be conducted without obtaining relief under Title 11 of the United States Code, entitled "Bankruptcy".

NOW THEREFORE, it is resolved that this corporation engage the services of Richard Baumgart and his law firm, Dettelbach, Sicherman & Baumgart, LLC, the members of such Law Firm being duly licensed and qualified to practice law in the United States Bankruptcy Court for the Northern District of Ohio and to represent this corporation and to commence proceedings for and on behalf of this corporation pursuant to Chapter 7 of Title 11 of the United States Code.

IT IS FURTHER RESOLVED that this corporation forthwith proceed to file a Petition under Chapter 7 of Title 11 of the United States Code and to seek relief thereunder as therein provided and permitted.

IT IS FURTHER RESOLVED that Kevin Morgan as CEO of this corporation be and he hereby is authorized to sign any and all papers and documents that may be deemed by him or the above designated attorneys to be necessary for the purposes above stated, and in all other regards act for an on behalf of this Corporation in such proceedings.

The undersigned Michael Morgan as President of the Trustees, does hereby certify the foregoing to be a true copy of the minutes of a special meeting of the Trustees of the corporation,

Dated at Cleveland, Ohio this ___6___ day of ___May___, 2019.

_____

Michael Morgan, President

2

Debtor name    **Union Eye Care Center, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 2, 2019**     X **/s/ Kevin Morgan**
                                      Signature of individual signing on behalf of debtor

                                        **Kevin Morgan**
                                        Printed name

                                         **CEO**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Union Eye Care Center, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*................................................................    $    **450,000.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................    $    **754,119.87**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................    $    **1,204,119.87**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **293,688.09**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    **1,916,247.07**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b               $    **2,209,935.16**

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 8 of 545

Debtor name **Union Eye Care Center, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Huntington Bank - checking** | **Checking** | **9490** | $380.34 |
| 3.2. | **"Education" account with Huntington Bank** | **Checking** | **0612** | $2,495.07 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,875.41

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Debtor may have security deposits at leased locatiions, but is in default at all and deposits were paid long ago, in some instances to prior landlords -estimated amount of total deposits is $20-25,000.** | **Unknown** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**

| | |
|---|---|
| | **$0.00** |

Add lines 7 through 8. Copy the total to line 81.

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **73,946.46**  -  **0.00**  = ....     **$73,946.46**

                   face amount           doubtful or uncollectible accounts

12.     **Total of Part 3.**

| | |
|---|---|
| | **$73,946.46** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** | | | | |
| 21.     **Finished goods, including goods held for resale** <br> **Glasses and frames** | **May 31, 2018** | **$517,298.00** | **Recent cost** | **$517,298.00** |
| 22.     **Other inventory or supplies** | | | | |

23.     **Total of Part 5.**

| | |
|---|---|
| | **$517,298.00** |

Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____     Valuation method     _____     Current Value     _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Misc. Office furniture and equipment at 10 different locations - value estimated at $20-40,000.** | **Unknown** | **N/A** | **$10,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.    Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$10,000.00** |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 11 of 545

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|---|
| | **Lab equipment located at Tungsten location; exam equipment located at all locations but Cleveland Clinic** | **Unknown** | N/A | **$150,000.00** |

| 51. | **Total of Part 8.** | **$150,000.00** |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **5370 Pearl Rd., Parma, Ohio 44129 - value shown is county valuation** | **Fee simple** | **$350,000.00** | N/A | **$350,000.00** |
| 55.2. **26215 Tungsten Rd., Euclid, OH 44132 -value shown is county valuation** | **Fee simple** | **$100,000.00** | N/A | **$100,000.00** |

| 56. | **Total of Part 9.** | **$450,000.00** |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties**  **Stored boxes, files  and old typewriters** | **$0.00** | **N/A** | **$0.00** |
| **63.** **Customer lists, mailing lists, or other compilations**  **Debtor has customer lists and prescriptions for glasses and contact lenses** | **Unknown** | | **Unknown** |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**                                                    **$0.00**

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,875.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $73,946.46 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $517,298.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $150,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $450,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $754,119.87 | + 91b. $450,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,204,119.87 |

| Outstanding Balances | ADDRESS | AMOUNT |
|---|---|---|
| CWRU | 10900 Euclid Ave, Cleveland, OH 44106 | $ 7,250.00 |
| Athenian, Inc. | 8555 Alexandra Dr, North Royalton, OH 44133 | $ 56.40 |
| Montefiore Home | ONE DAVID N MYERS PARKWAY, BEACHWOOD, OH 44122 | $ 552.90 |
| Phil Vedda & Sons | 12000 Berea Road Cleveland OH 44111 | $ 693.30 |
| **SAS Rubber Co.(Yokohama)** | 474 Newell St, Painesville, OH 44077 | $ 123.25 |
| Sealy | 1070 Lake Rd, Medina, OH 44256 | $ 485.91 |
| EASTSIDE/WESTSIDE MEATS | 16800 S Waterloo Rd, Cleveland, OH 44110 | $ 33.90 |
| ERNEST BRAZINA | 3918 Kings Mill Run<br>Rocky River, Oh 44116 | $ 16,200.00 |
| MARK HASSINGER | 8578 Sunview Drive<br>Broadview Heights, OH 44147 | $ 7,200.00 |
| MATTHEW GRUCELLA | 1486 Waterbury<br>Lakewood, OH 44107 | $ 4,800.00 |
| MARK DENMAN | 6569 Milhaven Ave Nw, Canal Fulton OH 44614 | $ 30,600.00 |
| PIPEFITTERS 120 | 6305 Halle Drive Cleveland, OH 44125 | $ 5,950.80 |
| | Total receivable as of 4/30/2019 | $ 73,946.46 |

TOTAL $ 147,892.92

WARRANTY DEED, Without Dower—No. 103b      THE OHIO LEGAL BLANK CO., CLEVELAND

**Know all Men by these presents,** That **ADRON COMPANY, a partnership,**

_____

_____

_____, the Grantor____

for the consideration of **TEN------------------and no/100** Dollars,

**($10.00** ) received to **its** full satisfaction of **UNION EYE CARE CENTER, INC.,**

**a nonprofit corporation organized under the laws of the State of Ohio,**

_____

_____, the Grantee____

**does**
**xo give, grant, bargain, sell and convey unto the said Grantee____, its heirs and assigns, the**

following described premises, situated in the **CITY** of **PARMA**

County of **CUYAHOGA** and State of Ohio, and known and described as

follows: 5370 Pearl Road, and also known as permanent parcel Nos.

443-20-20; 443-20-71; 443-20-72.

**PARCEL NO. 1:**
Situated in the City of Parma, County of Cuyahoga and State of Ohio, and known as being Sublot No. 37 in The James G. Bingham Realty Company's Pearlridge Park Subdivision of part of Original Parma Township Lot No. 4, Blake Tract, as shown by the recorded plat in Volume 67 of Maps, Page 28 of Cuyahoga County Records, and being 40 feet front on the Northwesterly side of Pearl Road and extending back 145.31 feet deep on the Northeasterly line, 121.74 feet deep on the Southwesterly line, and 46.51 feet wide in the rear, as appears by said plat, be the same more or less, but subject to all legal highways. ✓ McK

**PARCEL NO. 2:**
Situated in the City of Parma, County of Cuyahoga and State of Ohio, and known as being Sublot No. 38 in The James G. Bingham Realty Company's Pearlridge Park Subdivision of part of Original Parma Township Lot No. 4, Blake Tract, as shown by the recorded plat in Volume 67 of Maps, Page 28 of Cuyahoga County Records, and being 40 feet front on the Northwesterly side of Pearl Road and extending back 121.74 feet deep on the Northeasterly line, 98.17 feet deep on the Southwesterly line, which is also the Northeasterly line of Maysday Avenue and 46.51 feet wide in the rear, as appears by said plat, be the same more or less, but subject to all legal highways. ✓ McK

**PARCEL NO. 3:**
Situated in the City of Parma, County of Cuyahoga and State of Ohio, and known as being Sub-lot No. 39 in James G. Bingham Realty Company's Pearl Ridge Park Subdivision of part of Original Parma Township Lot No. 4, Blake Tract, as shown by the recorded plat in Volume 67 of Maps, Page 28 of Cuyahoga County Records, and being 41.92 feet front on the Northerly side of Maysday Avenue, and extending back 110 feet on the Westerly line, 111.86 feet on the Easterly line, and having a rear line of 60 feet, as appears by said plat, be the same more or less, but subject to all legal highways. ✓ McK

PARTNERSHIP FILED _January 12, 1976_
VOLUME _____ NO. _94867_

GERALD E. FUERST - CLERK OF COURTS
CUYAHOGA COUNTY

Vol 14279 pg 732

RECORDER'S NOTE: THIN PAPER WITH TYPING SHOWING THROUGH ON THE BACK.

be the same more or less, but subject to all legal highways.

**To have and to hold** the above granted and bargained premises, with the appurtenances thereunto belonging, unto the said Grantee___, __its__ heirs and assigns forever. And /___, the said ADRON COMPANY does

Grantor___, as for __it__ and __its__ heirs, executors and administrators, covenant with the said Grantee___ __its__ heirs and assigns, that at and until the ensealing of these presents, ADRON COMPANY is

COMPANY is well seized of the above described premises as a good and indefeasible estate in fee simple, and have good

right to bargain and sell the same in manner and form as above written; that the same are free and clear

from all incumbrances whatsoever, except a first purchase money mortgage in the amount of $136,350.00 to the ADRON COMPANY, mortgagee, restrictions of record and any reservations and easements created in conjunction with such restrictions, zoning ordinances, if any, and taxes and assessments both general and special for the first half of the year 1976 and

thereafter,

ADRON COMPANY
and that___/___will warrant and defend said premises, with the appurtenances thereunto belonging,

to the said Grantee___, __its__ heirs and assigns forever, against all lawful claims and demands whatsoever.

In witness whereof, I have hereunto set my hand the 19

day of July, A. D. 19 76

Signed and acknowledged in presence of

_Charles Sawey_

_Robert T. Lewis_

_Ada S. Krotinger_

Ada S. Krotinger, Managing Partner

State of Ohio,
CUYAHOGA County, } ss. Before me, a Notary Public

in and for said County and State, personally appeared the above

named Ada S. Krotinger, who acknowledged that she is the Managing

Partner of Adron Company, that she is duly authorized to sign the

within Deed and who further

who acknowledged that she did sign the foregoing instrument, and that the same is her

free act and deed.

In testimony whereof, I have hereunto set my hand and official seal, at Cleveland

Ohio this 19 day of July A.D. 19 76.

_Robert T. Lewis_

Notary Public

ROBERT T. LEWIS
Notary Public For Cuyahoga County
My Commission Expires Aug. 17, 19 80

COPY

Savaya 36554 DR
26 34976

# WARRANTY DEED

### FROM

ADRON COMPANY

5.00

### TO

UNION EYE CARE CENTER, INC.

3 fa. mon

**RECEIVED FOR RECORD**

_____ 19___

at _____ o'clock ___ M.

Recorded _____ 19___

in _____ County Records

Volume _____ Page _____

AUG 16 1976
CUYAHOGA COUNTY RECORDS
VOL 14167 PG 37
MARIE G. McCOY
COUNTY RECORDER

**RECORDER**

**ENTERED FOR TRANSFER**

PARCEL NO. 443-20 6/1/72

CONVEYANCE IS IN COMPLIANCE WITH SEC. 319.202 O.R.C.

**PAID**

AUG 16 1976

Conveyance fee _____ This instrument prepared by: 19145A

TYPE 6 _____ AR'48 LENGTH _____ YES ☑ NO

GEORGE V. VOINOVICH, County Auditor By _____

MYRON N. KROTINGER, ESQ.

OK mck

THE OHIO LEGAL BLANK CO., CLEVELAND

363107 Savaya 36554

WARRANTY DEED—From a Corporation—(No. 104a)    The Ohio Legal Blank Co., Cleveland

## Know all Men by these Presents:

That _____ **H & H Toroidal Winding Co.,** _____

a Corporation incorporated under the laws of the State of _____ **Ohio,** _____ the Grantor

who claim **s** title by or through instrument_____, recorded in Volume_____, Page_____ County

Recorder's Office, for the consideration of _____ **Ten and no/100——————————**Dollars

($ **10.00** ) and other valuable considerations

received to **its** full satisfaction of _____ **Union Eye Care**

_____ **Center, Inc., an Ohio Corporation** _____, the Grantee

whose TAX MAILING ADDRESS will be __**26215 Tungsten Road, Euclid, Ohio**

**44132**

do give, grant, bargain, sell and convey unto the said Grantee_, its/ ~~heirs~~ **successors** and assigns, the fol-

lowing described premises situated in__ **the City** _____ of _____ **Euclid,**

County of _____ **Cuyahoga** _____ and State of Ohio:_____

and known as being part of Block "A" in Frank Mavec's Euclid
Industrial Park of part of Original Euclid Township Tract No.
20, Morse Tract, Burk Tract and part of Sublot No. 13 in J. C.
Ambler's Subdivision (Volume 26, Page 9 of Cuyahoga County
Map Records) as recorded in Volume 176 of Maps, Page 42 of
Cuyahoga County Records and further bounded and described as
follows:

Beginning at the point of intersection of the northerly side-
line of Tungsten Road (60 feet wide) with the easterly side-
line of East 260th Street (60 feet wide); thence North 89°
46' 50" East along said northerly sideline of Tungsten Road
628.65 feet to an angle point; thence South 89° 57' 00" East
continuing along said northerly sideline of Tungsten Road
300.00 feet to the principal place of beginning of the
premises herein intended to be described:

COURSE I.      Thence continuing South 89° 57' 00" East along
said Northerly sideline of Tungsten Road 70.00
feet to a point;

COURSE II.      Thence North 0° 03' 00" East 250.00 feet to a
point;

COURSE III.      Thence North 89° 57' 00" West 70.00 feet to a
point;

COURSE IV.      Thence South 0° 03' 00" West 250.00 feet to the
principal place of beginning and containing
0.402 acres of land,

be the same more or less, but subject to all legal highways.

heirs and assigns forever. And the said grantor does for itself and its successors and assigns covenant with said grantee—, its/successors and assigns, that at and until the ensealing of these presents it is well seized of the above described premises as a good and indefeasible estate in fee simple, and has good right to bargain and sell the same in manner and form as above written; that the same are free and clear from all incumbrances whatsoever except restrictions of record and——any conditions, reservations and easements created in conjunction with such restrictions, zoning ordinances, if any, and taxes and assessments, both general and special, for the last half of the year 1972 and thereafter,

and that it will warrant and defend said premises, with the appurtenances thereunto belonging, to the said grantee— its/successors heirs and assigns, forever, against all lawful claims and demands whatsoever.

**In witness whereof** said corporation sets its hand and corporate seal,

by    Karl H. Hoffmann                      , its President——
and   Darvin G. Hartzell                     , its Secretary-
this  30th  day of    April        A. D. 19 73          Treasurer

H & H Toroidal Winding Co.

Signed and acknowledged in the presence of

By   K H Hoffmann
     Karl H. Hoffmann
     **President**

     Darvin G Hartzell
     Darvin G. Hartzell
     **Secretary-Treasurer**

Robert N. Gudbranson

THE STATE OF OHIO
Cuyahoga          County  ss.

**Before me,** a Notary Public in and for said County, person-ally appeared the above named  H & H Toroidal
Winding Co.
by   Karl H. Hoffmann                      , its President——
and   Darvin G. Hartzell                    , its Secretary-Treasurer
who acknowledged that they did sign the foregoing instrument and that the same is the free act and deed of said corporation and the free act and deed of each of them personally and as such officers.

**In testimony whereof** I have hereunto set my hand and official seal, at
Euclid, Ohio              , this 30th day of    April        1973
                                                    Notary Public

This instrument prepared by
Robert N. Gudbranson
Attorney at Law
1145 Terminal Tower
Cleveland, Ohio   44113

ROBERT N. GUDBRANSON, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date.
Section 147.04 R. C.

620450

**WARRANTY DEED**

FROM

H & H TOROIDAL WINDING CO.,
an OHIO CORPORATION

TO

UNION EYE CARE CENTER, INC.,
an OHIO CORPORATION

RECEIVED FOR RECORD

MARK MCEURO RECORDER
COUNTY RECORDS

MAY 30  2 50 PH C3

CUYAHOGA

VOL 13317 PG 519

at

Recorded

in

Volume              Page

CONVEYANCE HAS BEEN EXAMINED AND IS IN COMPLIANCE WITH SEC. 319.202 R.C.
ENTERED FOR TRANSFER

MAY 3 1973

RECORDER

ENTERED FOR TRANSFER   35 19

THE OHIO LEGAL BLANK CO., CLEVELAND
The instrument prepared by
Robert N. Gudbranson
1145 Terminal Tower
Cleveland, Ohio   44113

General 5894.

Union Eye Care Center, Inc. Locations

Akron – 1948 Buchholzer Blvd. Akron, OH 44310

Brunswick - 1333 N. Carpenter Rd. Brunswick, OH 44312

Cleveland - 2020 Carnegie Avenue Cleveland, OH 44115

Garfield - 9571 Vista Way Garfield Heights, Ohio 44125

Parma - 5370 Pearl Rd. Parma, Ohio 44129

Mentor - 7593 Mentor Avenue Mentor, Ohio 44060

Clinic - 2022 E. 105th St i29 Cleveland, Ohio 44106

N. Olmsted - 23150 Lorain Rd. North Olmsted, Ohio 44070

Lab – 26215 Tungsten Rd. Euclid, Ohio 44123

HQ – 4750 Beidler Rd. Willoughby, Ohio 44094

Each location has exam equipment except for the Cleveland Clinic location

Estimated values of Inventory Per location

|  | Frames | Value | Accessories | Value |
|---|---|---|---|---|
| Akron | 1688 | $75,318.85 | 1024 | $1989.72 |
| Brunswick | 1845 | $74,927.23 | 289 | $596.51 |
| Cleveland | 1334 | $59,373.46 | 8 | $7.12 |
| Garfield | 1095 | $52,307.97 | 724 | $598.31 |
| Parma | 1831 | $65,425.05 | 806 | $1165.50 |
| Mentor | 1441 | $65,091.28 | 131 | $88.99 |
| Clinic | 1406 | $63,071.06 | 198 | $225.90 |
| N. Olmsted | 1495 | $61,783.52 | Not in System |  |

Debtor name    **Union Eye Care Center, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1    Square Foot**
Creditor's Name

**4507 Biedler Rd.
Willoughby, OH 44094**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2019**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Stored boxes, files  and old typewriters**

Describe the lien
**Possessory**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$0.00**    Column B: **$0.00**

**2.2    Stearns Bank**
Creditor's Name

**500 13th Street
Albany, MN 56307**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Prescription reader and edger**

Describe the lien
**Security  interest**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **Unknown**    Column B: **$5,000.00**

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 23 of 545

Debtor **Union Eye Care Center, Inc.**
Name

Case number (*if know*) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $0.00

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name **Union Eye Care Center, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**A'LAYNA NETTLES**<br>**9600 Nelson Ave.**<br>**Cleveland, OH 44105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $138.44 | $0.00 |
|  | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**A'LEYAH NETTLES**<br>**9600 Nelson Ave.**<br>**Cleveland, OH 44105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $158.36 | $0.00 |
|  | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

19-14090-jps　　Doc 1　　FILED 07/02/19　　ENTERED 07/02/19 10:22:28　　Page 25 of 545

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.28 | $0.00 |
|-----|---|---|---|---|

**AARON TUCKER**
**5799 South Winds Drive 85**
**Mentor-On-The Lake, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.11 | $0.00 |
|-----|---|---|---|---|

**ABBY CHIRDON**
**7418 Fayette Blvd**
**Chippewa Lake, OH 44215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.81 | $0.00 |
|-----|---|---|---|---|

**ABE SAAVERDA**
**3810 Cecilia Ave**
**Cleveland, OH 44109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.20 | $0.00 |
|-----|---|---|---|---|

**Adams Michael F**
**14355 Sperry Rd**
**Newbury, OH 44065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.88 | $0.00 |
| | **ADASHA BIAS** | Check all that apply. | | |
| | **28 Trenton Square** | ☐ Contingent | | |
| | **Cleveland, OH 44143** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.64 | $0.00 |
| | **ADDIE MAY** | Check all that apply. | | |
| | **13506 Caine Ave** | ☐ Contingent | | |
| | **Cleveland, OH 44105** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.92 | $0.00 |
| | **AGNES MORAN** | Check all that apply. | | |
| | **364 Starrline Dr** | ☐ Contingent | | |
| | **Tallmadge, OH 44278** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.62 | $0.00 |
| | **ALAN KOVANITZ** | Check all that apply. | | |
| | **3750 W. 135st** | ☐ Contingent | | |
| | **Cleveland, OH 44111** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.38 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Algeri Daniel** | Check all that apply. | | |
| | **10780 PYLE SOUTH AMHERST RD** | ☐ Contingent | | |
| | **OBERLIN, OH 44074-8503** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **4/8/2019** | **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.87 | $0.00 |
| --- | --- | --- | --- | --- |
| | **ALLISON BERRY** | Check all that apply. | | |
| | **244 Edgerton Rd** | ☐ Contingent | | |
| | **Akron, OH 44303** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Alvarado II Hector** | Check all that apply. | | |
| | **4508 W 221ST ST** | ☐ Contingent | | |
| | **FAIRVIEW PARK, OH 44126-3305** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.52 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Ammons Tiffany** | Check all that apply. | | |
| | **6283 Sylvia Dr** | ☐ Contingent | | |
| | **Brookpark, OH 44142** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018-2019** | **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 28 of 545

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.48 | $0.00 |

**ANA MARTIN**
**897 Beacon St**
**Brunswick, OH 44212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.68 | $0.00 |

**Anderson  Janice**
**15040 Triskett Rd**
**Cleveland, OH 44111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $611.84 | $0.00 |

**Anderson Eric**
**5464 Prestwick Lane**
**Cleveland, OH 44143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.06 | $0.00 |

**ANDREW PIVNICKA**
**1454 Trader Dr**
**Streetsboro, OH 44241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $0.00 |
|---|---|---|---|---|

**Angerstien Deborah**
**2859 Mohican Blvd**
**Akron, OH 44312**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/4/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.29 | $0.00 |
|---|---|---|---|---|

**ANGYNE BOOKER**
**3962 East 123rd**
**Cleveland, OH 44105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.22 | $0.00 |
|---|---|---|---|---|

**ANN KOVANITZ**
**3750 W. 135st**
**Cleveland, OH 44111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.00 | $0.00 |
|---|---|---|---|---|

**ANNE ULANOWSKI**
**1948 Hawthorne Ave.**
**Stow, OH 44224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $0.00 |
|---|---|---|---|---|

**ANNETTE MITCHELL**
**881 Eddie Rd Apt 8**
**Cleveland, OH 44108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.19 | $0.00 |
|---|---|---|---|---|

**Antalik Annette**
**531 Lydon Ave.**
**Ashtabula, OH 44004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.93 | $0.00 |
|---|---|---|---|---|

**ANTHONY GROSSER**
**4012 Biddulph Ave**
**Cleveland, OH 44109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.24 | $0.00 |
|---|---|---|---|---|

**ANTHONY HOCHEVAR**
**2431 Park Drive**
**Parma, OH 44134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.10 | $0.00 |
|---|---|---|---|---|

**ANTHONY KOZAK**
**4880 Kennedy Dr.**
**Brooklyn, OH 44144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.92 | $0.00 |
|---|---|---|---|---|

**Antosh Barbara A**
**1676 Eldon Dr**
**Wickliffe, OH 44092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.32 | $0.00 |
|---|---|---|---|---|

**APRIL HARRISON**
**15907 Grovewood Avenue**
**Cleveland, OH 44110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.26 | $0.00 |
|---|---|---|---|---|

**Archie Kellie**
**2250 Par Lane Apt. #1212**
**Willoughby, OH 44094**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.80 | $0.00 |
|---|---|---|---|---|

**Arrossi Andrea**
**5700 Blair Dr**
**Cleveland, OH 44143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.20 | $0.00 |
|---|---|---|---|---|

**ARTURO RUIZ**
**3450 Seymore**
**Cleveland, OH 44113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.89 | $0.00 |
|---|---|---|---|---|

**ASHLEY ARNOLD**
**7514 Olde Eight Road**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.90 | $0.00 |
|---|---|---|---|---|

**ASHLEY UYEK**
**1064 Lincoln Ave**
**Cuyahoga Falls, OH 44221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.60 | $0.00 |
|------|---|---|---|---|
| | **Avallone Cynthia**<br>**21212 HICKORY BRANCH TR**<br>**Strongsville, OH 44136** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.64 | $0.00 |
|------|---|---|---|---|
| | **Azzato Elizabeth**<br>**10 Park Lane**<br>**Moreland Hills, OH 44022** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.12 | $0.00 |
|------|---|---|---|---|
| | **Bacho Pamela**<br>**5303 Berskire Dr**<br>**North Olmsted, OH 44070** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $963.20 | $963.20 |
|------|---|---|---|---|
| | **Badaracco, Michael**<br>**6752 Reid Dr**<br>**Parma, OH 44130** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**May, 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8.32** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**BAJINDER KAUR**
**10580 Tudor Cr**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ball Cynthia**
**3633 Menlo Road**
**Shaker Heights, OH 44120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/7/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$225.51** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ball Norsie**
**13406 Lorenzo**
**Cleveland, OH 44120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$498.96** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**BAR STASKO**
**3323 Grovewood Avenue**
**Parma, OH 44134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 35 of 545

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Baranyk Janice**
**4402 VALLEYSIDE RD**
**CLEVELAND, OH 44135-1050**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.88 | $0.00 |
|---|---|---|---|---|

**BARBARA KAMINSKI**
**5729 East 146th**
**Maple Heights, OH 44137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.26 | $0.00 |
|---|---|---|---|---|

**BARBARA LADIKOS**
**13810 Glennbrook Dr**
**Strongsville, OH 44136**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.63 | $0.00 |
|---|---|---|---|---|

**BARBARA PISTILLI**
**3209 Altoona Road**
**Cleveland, OH 44109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | Union Eye Care Center, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.36 | $0.00 |
|---|---|---|---|---|

**BARBARA WILLIAMS**
**2501 East 59st**
**Cleveland, OH 44104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 | $0.00 |
|---|---|---|---|---|

**Barnes Chene**
**5918 MONICA LN**
**GARFIELD HEIGHTS, OH**
**44125-5104**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/1/2018**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.27 | $0.00 |
|---|---|---|---|---|

**Barnes Kristie**
**164 PARKWAY DR**
**EASTLAKE, OH 44095-1415**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $406.28 | $0.00 |
|---|---|---|---|---|

**Barnett-hudson Phyllis**
**4725 HILLARY LN**
**CLEVELAND, OH 44143-2910**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.30 | $0.00 |
|------|--|--|--|--|

**Baron Mel**
**170 East 294th Street**
**Willowick, OH 44095**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | | $212.93 | $0.00 |
|------|--|--|--|--|

**Bartholomew  Jeff**
**16201 East High St**
**Middlefield, OH 44062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | | $290.53 | $0.00 |
|------|--|--|--|--|

**Bartholomew  Jeff**
**16201 East High St**
**Middlefield, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | | $221.48 | $0.00 |
|------|--|--|--|--|

**Basiewicz Kari**
**6433 ALMONT DR**
**BROOKPARK, OH 44142-3654**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/22/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 38 of 545

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.54 | $0.00 |
|---|---|---|---|---|

**BELLA EFRAIM**
**10380 Oviatt Lane**
**Twinsburg, OH 44087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.98 | $0.00 |
|---|---|---|---|---|

**BEN BATTON**
**8906 Valleyview Rd.**
**Macedonia, OH 44056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.76 | $0.00 |
|---|---|---|---|---|

**Benford Odell**
**10618 PRINCE AVE**
**CLEVELAND, OH 44105-2756**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/19/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Bennett Gwendolyn**
**1064 HEREFORD RD**
**CLEVELAND HEIGHTS, OH**
**44112-3638**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.76 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Benson Monica**
**24329 Carla Lane**
**North Olmsted, OH 44070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.76 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Benson Monica**
**24329 CARLA LN**
**NORTH OLMSTED, OH 44070-1021**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/18/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.72 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Bergfeld John**
**38100 Jackson Rd**
**Chagrin Falls, OH 44023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.88 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Bergmann  Cornelia**
**2500 Euclid Hts Blvd**
**Cleveland, OH 44106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.28 | $0.00 |

**BERNADETTE DICKINSON**
**7603 Manhattan Ave.**
**Parma, OH 44129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $0.00 |

**BERNARD DAVIS**
**13 Brune Dr.**
**Bedford, OH 44146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.87 | $0.00 |

**Berry Allison**
**244 EDGERTON RD**
**AKRON, OH 44303**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/3/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.47 | $0.00 |

**Berry Detra**
**1101 East 167th**
**Street Cleveland, OH 44110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.55 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Berry Lesli**
**244 EDGERTON RD**
**AKRON, OH 44303**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/6/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $792.00 | $792.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Besselman, Megan**
**33880 Beachpark Dr**
**Eastlake, OH 44095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $343.00 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Blonski Mary Jo**
**12166 Snowville Rd**
**Brecksville, OH 44141**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.84 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Blue Eric**
**8064 Springfield Drive #806**
**North RoyalTON, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$441.05** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**BOBBIE BENKALOWYCZ**
**4327 Jennings**
**Cleveland, OH 44109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$109.50** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Bohland George**
**4065 Elmore Rd**
**Fairview Park, OH 44126-1418**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.00** | **$1,500.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Boltauzer, David**
**34040 Ridge Rd**
**Willoughby, OH 44094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.29** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Booker Angyne**
**3962 E 123rd St**
**Cleveland, OH 44105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/19/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,457.68 | $1,457.68 |
|---|---|---|---|---|
| | **Borges, Melanie**<br>**1470 West 114th St**<br>**Cleveland, OH 44102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**May, 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $205.92 | $0.00 |
|---|---|---|---|---|
| | **Boyd Chanille**<br>**900 Mckinley Ave**<br>**Akron, OH 44306** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/5/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $169.60 | $0.00 |
|---|---|---|---|---|
| | **Boyd Michael**<br>**1830 East 87th Street #30**<br>**Cleveland, OH 44106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $299.60 | $299.60 |
|---|---|---|---|---|
| | **Bradac, Laura**<br>**33832 WILLOWICK DR**<br>**Willowick, OH 44095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**May, 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

19-14090-jps   Doc 1   FILED 07/02/19   ENTERED 07/02/19 10:22:28   Page 44 of 545

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.10 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Bradley Renee**<br>**12135 QUARTERMANE CIR**<br>**CHARDON, OH 44024-2410** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/6/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $415.39 | $0.00 |
| --- | --- | --- | --- | --- |
| | **BRANDON DUDLEY**<br>**9365 Andrew Drive**<br>**Twinsburg, OH 44087** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **BRATISLAVKA ALEMPIJEVIC**<br>**6849 Greenbriar Dr**<br>**Parma Hts, OH 44130** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Braun Rebecca**<br>**5020 Orchard Rd**<br>**Mentor, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/15/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.54 | $0.00 |
|------|---|---|---|---|

**BRENDA MACON**
**17116 Judson Drive**
**Garfield Heights, OH 44128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.98 | $0.00 |
|------|---|---|---|---|

**BRIAN CORRIGAN**
**6280 Boston Rd**
**Valley City, OH 44280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.44 | $0.00 |
|------|---|---|---|---|

**BRIAN JACOBS**
**3890 Wyndham Apt 101**
**Cuyahoga Falls, OH 44224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.07 | $0.00 |
|------|---|---|---|---|

**BRIAN PRICE**
**1520 Clearbrooke #111**
**Brunswick, OH 44212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Broderick Joni**<br>**33920 MCAFEE DR**<br>**SOLON, OH 44139-1726** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.52 | $0.00 |
|---|---|---|---|---|
| | **BROOKE DUFFIELD**<br>**16357 Bowfin Drive**<br>**Brookpark, OH 44142** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.92 | $0.00 |
|---|---|---|---|---|
| | **Brooks Anthony**<br>**3220 Euclid Hts. Blvd.**<br>**Cleveland Hts., OH 44118** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.44 | $0.00 |
|---|---|---|---|---|
| | **Brown Karla**<br>**20475 Eastwood Ave**<br>**Fairview Park, OH 44126** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $512.08 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

2.91 Priority creditor's name and mailing address
**BRUCE MORRISON**
**2379 Eardley Rd**
**University Hts, OH 44118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$512.08    $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.92 Priority creditor's name and mailing address
**BRUCE RING**
**194Warner Rd**
**Hinckley, OH 44233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$537.64    $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.93 Priority creditor's name and mailing address
**Buduleta Elisabeth**
**12929 Old Mill Rd**
**Spencer, OH 44275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$363.20    $0.00

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.94 Priority creditor's name and mailing address
**Buettner Sarah**
**5243 Harmony Lane**
**Willoughby, OH 44094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$333.84    $0.00

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.11 | $0.00 |
|------|---------------------------------------------|----------------------------------------------|---------|-------|

**Burich   Daniel**
**24471 Stephen Ave**
**Euclid, OH 44123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $0.00 |
|------|---------------------------------------------|----------------------------------------------|---------|-------|

**Burls Jenifer**
**321 BRAD DR**
**BRUNSWICK, OH 44212-1426**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/30/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.55 | $0.00 |
|------|---------------------------------------------|----------------------------------------------|---------|-------|

**Caine Diane**
**7957 BRICHFORD RD**
**MENTOR, OH 44060-5916**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/11/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.60 | $387.60 |
|------|---------------------------------------------|----------------------------------------------|---------|---------|

**Cakic, Milica**
**7277 Nobb Hill Dr**
**Parma, OH 44130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.24 | $0.00 |
|---|---|---|---|---|

**Calhoun Gerald**
**1810 Grand Blvd.**
**Euclid, OH 44117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.89 | $0.00 |
|---|---|---|---|---|

**CAMERON DOBSON**
**4783 Emerald Lane**
**Brunswick, OH 44212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.89 | $0.00 |
|---|---|---|---|---|

**Caminero Israel**
**4492 Camellia Ln**
**North Olmsted, OH 44070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $0.00 |
|---|---|---|---|---|

**Campbell Diane**
**6791 Neff Rd**
**Medina, OH 44256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/22/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.44 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Campbell Paulia** **824 London Road** **Cleveland, OH 44110** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2018-2019** | Basis for the claim: **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.04 | $0.00 |
| --- | --- | --- | --- | --- |
| | **CARA MANGANO** **5296 West 50th Street** **Parma, OH 44134** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.93 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Carlo Beverly** **629 Saint Lawrence Blvd** **Eastlake, OH 44095** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2018-2019** | Basis for the claim: **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.08 | $0.00 |
| --- | --- | --- | --- | --- |
| | **CAROL CLAUS** **6201 Ranchview** **Independence, OH 44131** | Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.49 | $0.00 |
|---|---|---|---|---|

**CAROL DOLNEY**
**2276 Ross Dr**
**Stow, OH 44224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.56 | $0.00 |
|---|---|---|---|---|

**CAROL MCCAFFERTY**
**4840 West 14th Street**
**Cleveland, OH 44109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.71 | $0.00 |
|---|---|---|---|---|

**CAROLYN KILGORE**
**475 Westwood Ave**
**Brunswick, OH 44212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.28 | $0.00 |
|---|---|---|---|---|

**CAROLYN THOMAS**
**4221 East 162nd**
**Cleveland, OH 44128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $0.00 |
|---|---|---|---|---|

**Carr Kenneth**
**5694 HARRISON AVE**
**MAPLE HEIGHTS, OH 44137-3357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.20 | $0.00 |
|---|---|---|---|---|

**Carrol Donald**
**18981 Landing Lane**
**Columbia Station, OH 44028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.20 | $0.00 |
|---|---|---|---|---|

**Carroll Donald**
**18981 LANDING LN**
**COLUMBIA STATION, OH**
**44028-9197**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/30/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $844.48 | $844.48 |
|---|---|---|---|---|

**Carver, Maria**
**5550 WINDRUSH COURT**
**Parma, OH 44134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.64 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**CASSANDRA MOORE**
**3557 East 103 Street**
**Garfield Heights, OH 44105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.88 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Cassidy Ann**
**13800 Shaker Blvd**
**Cleveland, OH 44120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.40 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|--------|-------|

**CATHERINE MAHAN**
**22065 River Oaks Dr # 6**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.32 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**CATHERINE MANSON**
**6192 Yorktown Drive**
**Parma, OH 44134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.19 | $0.00 |
|---|---|---|---|---|

**CATHRYN CHETNIK**
**5500 Charleston Drive**
**Valley City, OH 44280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.80 | $0.00 |
|---|---|---|---|---|

**CATHY CARSON**
**1683 East 79 Th St**
**Cleveland, OH 44103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.52 | $0.00 |
|---|---|---|---|---|

**Cavett Joshua**
**33142 Sandpiper Ct**
**North Ridgeville, OH 44039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Central Collection Agency**
**1701 Lakeside Avenue**
**Cleveland, OH 44114-1118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

19-14090-jps   Doc 1   FILED 07/02/19   ENTERED 07/02/19 10:22:28   Page 55 of 545

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.24 | $0.00 |
|---|---|---|---|---|

**Cerney Gordon**
**190 Belmar Blvd**
**Avon Lake, OH 44012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.24 | $0.00 |
|---|---|---|---|---|

**Cerney Karen**
**190 Belmar Blvd**
**Avon Lake, OH 44012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.92 | $0.00 |
|---|---|---|---|---|

**CHANILLE BOYD**
**900 McKinley Ave.**
**Akron, OH 44306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $0.00 |
|---|---|---|---|---|

**CHARLES COLLINS**
**13302 Cormere Apt# 402**
**Cleveland, OH 44120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.65 | $0.00 |
|---|---|---|---|---|

**CHARLES KRONHE**
**6421 Lafayette Road**
**Medina, OH 44256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.35 | $0.00 |
|---|---|---|---|---|

**CHARLES RECTOR**
**916 Mesquite Ln.**
**Barberton, OH 44203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.98 | $0.00 |
|---|---|---|---|---|

**CHARLES SCHEIMAN**
**3773 Ruth Dr**
**Brunswick, OH 44212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.47 | $0.00 |
|---|---|---|---|---|

**CHARLES SERRANO**
**26043 Redwood Dr**
**Olmsted Falls, OH 44138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $603.20 | $0.00 |
|---|---|---|---|---|

**Cheng Jianguo**
**7323 Shinnecock Dr**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.40 | $0.00 |
|---|---|---|---|---|

**CHERITA GRIFFIN**
**1141 Allendale Ave.**
**Akron, OH 44306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.52 | $0.00 |
|---|---|---|---|---|

**CHERYL HUFFER**
**3423 Priscilla**
**Parma, OH 44134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.02 | $0.00 |
|---|---|---|---|---|

**CHERYL WEISS**
**6472 State Rd J6**
**Cleveland, OH 44134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.08** | **$0.00** |
|---|---|---|---|---|

**Childs Karen**
**7027 State Rd #204**
**Parma, OH 44134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$142.55** | **$0.00** |
|---|---|---|---|---|

**CHRIS BERRY**
**244 Edgerton Rd**
**Akron, OH 44303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$577.86** | **$0.00** |
|---|---|---|---|---|

**CHRIS LANGE**
**1522 Hydepark**
**Akron, OH 44310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.31** | **$0.00** |
|---|---|---|---|---|

**CHRIS SCHENOSKY**
**7707 Kenilworth**
**Parma, OH 44129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $571.20 | $571.20 |

**Christ, Tracy**
**4816 whyem dr B1**
**Akron, OH 44319**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.45 | $0.00 |

**CHRISTINE APONE**
**3981 West 157th**
**Cleveland, OH 44111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.80 | $0.00 |

**CINDY DALEY**
**1628 Cook Ave**
**Cleveland, OH 44109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.96 | $0.00 |

**CINDY STEPKO**
**7543 Elmhurst**
**Seven Hills, OH 44131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.00 | $0.00 |
|---|---|---|---|---|
| | **Cisar Deborah** **4204 WETZEL AVE** **CLEVELAND, OH 44109-5344** | *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **1/7/2019** | Basis for the claim: **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.93 | $0.00 |
|---|---|---|---|---|
| | **CLEM BEAUMONT** **6051 S. Perkins Rd.** **Bedford, OH 44146** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.77 | $0.00 |
|---|---|---|---|---|
| | **Clemens Susan** **1241 Stonewood Ct.** **Painesville, OH 44077** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2018-2019** | Basis for the claim: **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $0.00 |
|---|---|---|---|---|
| | **Cobb John** **19419 WICKFIELD AVE** **WARRENSVILLE HEIGHTS, OH 44122-6538** | *Check all that apply.* ☐ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **4/19/2019** | Basis for the claim: **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Code-Jones Toni**
**757 INDEPENDENCE AVE**
**AKRON, OH 44310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.00 | $0.00 |

**Cogan Barbara**
**21157 Northwood**
**Fairview Park, OH 44126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.70 | $0.00 |

**Coleman Tina**
**2307 Sherwin Drive**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/25/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.34 | $0.00 |

**COLLEEN REALI**
**1920 Marshfield Blvd**
**Westlake, OH 44145**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.50 | $0.00 |
|-------|----------------------------------------------|----------------------------------------------|---------|-------|

**CONNIE WALLACE**
**8518 E 1189th**
**Garfield Heights, OH 44105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $493.56 | $0.00 |
|-------|----------------------------------------------|----------------------------------------------|---------|-------|

**Coppers John**
**24201 Smith Ave**
**Westlake, OH 44145**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.21 | $0.00 |
|-------|----------------------------------------------|----------------------------------------------|-------|-------|

**CORAZON VINAS**
**10301 Lake Avenue #220**
**Cleveland, OH 44102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.81 | $0.00 |
|-------|----------------------------------------------|----------------------------------------------|---------|-------|

**Corbin Teresa**
**7270 Ledgewood Drive**
**Kirtland, OH 44094**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/25/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.56 | $0.00 |
|---|---|---|---|---|

**Cortes Maria**
**8567 Bentley Dr**
**Olmsted Falls, OH 44138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.48 | $0.00 |
|---|---|---|---|---|

**Cox Barbara**
**2071 Murray Hill Road**
**Cleveland, OH 44106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.48 | $0.00 |
|---|---|---|---|---|

**Cox Barbara**
**2071 Murray Hill Rd**
**Cleveland, OH 44106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/18/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,457.68 | $1,457.68 |
|---|---|---|---|---|

**Crossley, Patricia**
**7967 B PURITAN DRIVE**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 64 of 545

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.29 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Csongedi Rich**
**5042 Avon Belden Rd**
**North Ridgeville, OH 44039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.24 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Culpepper   Jeannace**
**727 East 156**
**Cleveland, OH 44110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $557.28 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Culpepper Jeannace**
**727 East 165th**
**Cleveland, OH 44110**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/28/2018**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.24 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Culpepper Jeannace**
**727 East 165th**
**Cleveland, OH 44110**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/26/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cuyahoga County Auditor**
**2079 East Ninth Street**
**Cleveland, OH 44115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Cuyahoga County Fiscal Officer**
**2079 East Ninth Street**
**Cleveland, OH 44115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.76 | $0.00 |
|---|---|---|---|---|

**Dague Kenneth**
**6388 South Cedarwood Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Dague Kenneth**
**6388 S Cedarwood Rd**
**Mentor, OH 44060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/27/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$442.98** | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Dalton Robert**
**107 Nantucket Circle**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$442.98**    $0.00

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.168 |

Priority creditor's name and mailing address
**Dalton Robert**
**107 Nantucket Cir**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$442.98**    $0.00

Date or dates debt was incurred
**4/22/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.169 |

Priority creditor's name and mailing address
**DAN HAYAS**
**P.o.box 209**
**Chippewa Lake, OH 44215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$518.80**    $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.170 |

Priority creditor's name and mailing address
**DAN STANLEY**
**2985 Pepperhill**
**Akron, OH 44312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$59.58**    $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.80 | $0.00 |
| | **Danesi Cheryl** | Check all that apply. | | |
| | **1294 Jones Road** | ☐ Contingent | | |
| | **Jefferson, OH 44047** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number
Specify Code subsection of PRIORITY          Is the claim subject to offset?
unsecured claim: 11 U.S.C. § 507(a) (7)      ■ No
                                             ☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $918.80 | $0.00 |
| | **Danesi Cheryl** | Check all that apply. | | |
| | **1294 JONES RD** | ☐ Contingent | | |
| | **JEFFERSON, OH 44047** | ■ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| **4/27/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY          Is the claim subject to offset?
unsecured claim: 11 U.S.C. § 507(a) (7)      ■ No
                                             ☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.16 | $0.00 |
| | **DANIEL GREENE** | Check all that apply. | | |
| | **4833 West 13th Street** | ☐ Contingent | | |
| | **Cleveland, OH 44109** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| **2018 -2019** | **Eyeglass orders or deposits** |

Last 4 digits of account number
Specify Code subsection of PRIORITY          Is the claim subject to offset?
unsecured claim: 11 U.S.C. § 507(a) (7)      ■ No
                                             ☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.42 | $0.00 |
| | **Daniel Janelle** | Check all that apply. | | |
| | **4927 EDSAL DR** | ☐ Contingent | | |
| | **LYNDHURST, OH 44124-2304** | ■ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| **5/4/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY          Is the claim subject to offset?
unsecured claim: 11 U.S.C. § 507(a) (7)      ■ No
                                             ☐ Yes

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.94 | $0.00 |
|---|---|---|---|---|

**Dargush Barry**
**24385 Palm Dr**
**North Olmsted, OH 44070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.77 | $0.00 |
|---|---|---|---|---|

**Dargush Barry**
**24385 Palm Dr**
**North Olmsted, OH 44070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.43 | $0.00 |
|---|---|---|---|---|

**DAVID BLAKE**
**13798 Indian Creek**
**Middleburg Hts, OH 44130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.16 | $0.00 |
|---|---|---|---|---|

**DAVID BUTLER**
**5964 Sunset Drive**
**Bedford, OH 44146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$100.00** | **$0.00** |
|---|---|---|---|---|

**DAVID COBBS**
**10305 Manor Ave**
**Cleveland, OH 44104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$310.01** | **$0.00** |
|---|---|---|---|---|

**DAVID DIETRICH**
**971 Spring Hill Ct**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$496.40** | **$0.00** |
|---|---|---|---|---|

**DAVID HAYES**
**956 Stoney Hill**
**Hinckley, OH 44233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$150.00** | **$0.00** |
|---|---|---|---|---|

**DAVID JUDY**
**461 Cove Beach Ave**
**Sheffield Lake, OH 44054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.24 | $0.00 |

**DAVID MUNIZ**
**3209 Tampa Ave**
**Cleveland, OH 44109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.06 | $0.00 |

**DAVID POLEN**
**423 N. Market St.**
**Loudonville, OH 44842**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $0.00 |

**DAVID RODRIGUEZ**
**3143 West 14th Street**
**Cleveland, OH 44109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.67 | $0.00 |

**DAVID WIGLEY**
**2264 Major Rd**
**Peninsula, OH 44264**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Davis Bernard**
**13 Brune Dr.**
**Bedford, OH 44146**

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$208.44** | **$0.00** |
|---|---|---|---|---|

**Davis Sr Robert**
**23236 Mildred Ave**
**North Olmsted, OH 44070**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$128.52** | **$0.00** |
|---|---|---|---|---|

**DAWN VANO**
**7050 Broadview Rd.**
**Cleveland, OH 44134**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$157.50** | **$0.00** |
|---|---|---|---|---|

**DEANNA THOMAS**
**566 Cliffside Ave**
**Akron, OH 44313**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| | | |
|---|---|---|
| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$6.72**   **$0.00** |
| | **DEAREL WHITE** | *Check all that apply.* |
| | **4613 Henritze** | ☐ Contingent |
| | **Cleveland, OH 44109** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | **2018 -2019** | **Eyeglass orders or deposits** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No   ☐ Yes |

| | | |
|---|---|---|
| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$276.48**   **$0.00** |
| | **DEBBIE CISAR** | *Check all that apply.* |
| | **4204 Wetzel Avenue** | ☐ Contingent |
| | **Cleveland, OH 44109** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | **2018 -2019** | **Eyeglass orders or deposits** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No   ☐ Yes |

| | | |
|---|---|---|
| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$199.02**   **$0.00** |
| | **DEBORAH ANGERSTEIN** | *Check all that apply.* |
| | **2859 Mohican Blvd.** | ☐ Contingent |
| | **Akron, OH 44312** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | **2018 -2019** | **Eyeglass orders or deposits** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No   ☐ Yes |

| | | |
|---|---|---|
| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$439.51**   **$0.00** |
| | **DEBORAH WAKEFIELD** | *Check all that apply.* |
| | **3116 Osage Way** | ☐ Contingent |
| | **Broadview Heights, OH 44147** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | **2018 -2019** | **Eyeglass orders or deposits** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No   ☐ Yes |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.32 | $0.00 |
|---|---|---|---|---|

**DEBRA PETKAC**
**216 Fairdale Ave**
**Cleveland, OH 44109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY           ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.51 | $0.00 |
|---|---|---|---|---|

**DELORES MCCALL**
**285 Chanelwood Cir #315**
**Akron, OH 44307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY           ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444.96 | $0.00 |
|---|---|---|---|---|

**DEMELIOUS BROWN**
**15702 Judson Drive**
**Cleveland, OH 44128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY           ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.52 | $0.00 |
|---|---|---|---|---|

**Dempsey Rita**
**33161 Brookcrest Pl**
**Avon Lake, OH 44012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY           ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)        ☐ Yes

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $0.00 |
|---|---|---|---|---|

**Dempsey Rita**
**33161 Brookcrest Place**
**Avon Lake, OH 44012**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/28/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.70 | $0.00 |
|---|---|---|---|---|

**DENNIS ANTOLIK**
**4529 Gamma Ave**
**Newburgh Hts., OH 44105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.92 | $0.00 |
|---|---|---|---|---|

**DENNIS MOEHRING**
**4399 W. 57th**
**Cleveland, OH 44144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.44 | $0.00 |
|---|---|---|---|---|

**Dermawan Josephine**
**7392 N CHESTNUT COMMONS DR**
**MENTOR, OH 44060-3539**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/29/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.44 | $0.00 |

**2.203** Priority creditor's name and mailing address

**Dermawan Josephine Kam T**
**7392 N Chestnut Commons Drive**
**Mentor, OH 44060**

As of the petition filing date, the claim is: **$181.44** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.204** Priority creditor's name and mailing address

**DERRIKA PATTERSON**
**5912 Monica Lane**
**Garfield Heights, OH 44125**

As of the petition filing date, the claim is: **$351.29** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.205** Priority creditor's name and mailing address

**DESTINY THOMAS**
**9616 Hilgert Dr. 2nd Floor**
**Cleveland, OH 44104**

As of the petition filing date, the claim is: **$45.15** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.206** Priority creditor's name and mailing address

**DEVIN JACKSON**
**18730 Nitra Ave**
**Maple Heights, OH 44137**

As of the petition filing date, the claim is: **$95.00** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $0.00 |
|---|---|---|---|---|

**DIANA TREGO**
**2057 Morrison Avenue**
**Lakewood, OH 44107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.14 | $0.00 |
|---|---|---|---|---|

**DIANE HELMERICH**
**1165 Kent Dr.**
**Brunswick, OH 44212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $496.80 | $0.00 |
|---|---|---|---|---|

**DIANE WISE**
**488 Sagamore Rd**
**Northfield, OH 44067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.08 | $0.00 |
|---|---|---|---|---|

**DIANNA FERGUSON**
**20500 Franklin Road**
**Maple Heights, OH 44137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.211 | Priority creditor's name and mailing address<br>**Dickerson Jerlene**<br>**4378 Sexton Road**<br>**Cleveland, OH 44105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$0.00** $0.00 |
| | Date or dates debt was incurred<br>**3/25/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.212 | Priority creditor's name and mailing address<br>**Dillard, Leah**<br>**23501 LAWRENCE RD**<br>**Warrensville Hts, OH 44128** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$921.20** $921.20 |
| | Date or dates debt was incurred<br>**May, 2019** | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.213 | Priority creditor's name and mailing address<br>**DINA ANDERSON**<br>**1493 East 195th St**<br>**Euclid, OH 44117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** $0.00 |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.214 | Priority creditor's name and mailing address<br>**DINITA WILLIAMS**<br>**360 Kenyon Dr**<br>**Bedford, OH 44146** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** $0.00 |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Division of Taxation**
**1701 Lakeside Avenue**
**Cleveland, OH 44114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.89 | $0.00 |
| --- | --- | --- | --- | --- |

**Dobson Eric**
**4783 EMERALD LN**
**BRUNSWICK, OH 44212-1122**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/22/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Dobson Kathleen**
**467 MOHAWK TRL**
**BRUNSWICK, OH 44212-1723**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/20/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.76 | $0.00 |
| --- | --- | --- | --- | --- |

**Dolar James**
**25923 Butternut Ridge**
**North Olmsted, OH 44070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.82 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**DON HOOVER**
**788 Tallkron Dr**
**Akron, OH 44302**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.80 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|-------|-------|

**DONNA DUNCAN**
**5676 Broadview Rd**
**Cleveland, OH 44134**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.00 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**DONNA HORST**
**1350 Tavondale**
**Akron, OH 44313**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.43 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**DONNA KISH**
**6604 Neff Rd**
**Valley City, OH 44280**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.16 | $0.00 |
|---|---|---|---|---|
| | **DONNA KUEHN** | *Check all that apply.* | | |
| | **3744 Mayflower Oval** | ☐ Contingent | | |
| | **Brunswick, OH 44212** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018 -2019** | **Eyeglass orders or deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.89 | $0.00 |
|---|---|---|---|---|
| | **DONNA PITROSKI** | *Check all that apply.* | | |
| | **4206 Yorkshire** | ☐ Contingent | | |
| | **Cleveland, OH 44134** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018 -2019** | **Eyeglass orders or deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.12 | $0.00 |
|---|---|---|---|---|
| | **DONNA ROZMAN** | *Check all that apply.* | | |
| | **14065 Timber Lake Dr** | ☐ Contingent | | |
| | **Strongsville, OH 44136** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018 -2019** | **Eyeglass orders or deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.82 | $0.00 |
|---|---|---|---|---|
| | **DOROTHY TAYLOR** | *Check all that apply.* | | |
| | **12700 Shaker Blvd Apt 404** | ☐ Contingent | | |
| | **Cleveland, OH 44120** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018 -2019** | **Eyeglass orders or deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.63 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|
| | **DOUG ZIETLOW** <br> **4120 Columbia Rd.** <br> **Medina, OH 44256** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **2018 -2019** | Basis for the claim: <br> **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.86 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|
| | **DREW FISCHER** <br> **86 Shady Acres Dr** <br> **Akron, OH 44312** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **2018 -2019** | Basis for the claim: <br> **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.52 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|
| | **Drinko Tom** <br> **4683 Squire Dr** <br> **Sagamore Hills, OH 44067** | Check all that apply. <br> ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **3/29/2019** | Basis for the claim: <br> **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.15 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|
| | **DUANE SPENCE** <br> **2740 Fleger** <br> **Parma, OH 44134** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **2018 -2019** | Basis for the claim: <br> **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.64 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Dudek Karen**
**675 RADFORD DR**
**HIGHLAND HEIGHTS, OH**
**44143-1939**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/22/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.16 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Duncan Gilman**
**7262 NEFF RD**
**VALLEY CITY, OH 44280**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/16/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.92 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Duncan Krysten**
**6261 Mill Rd**
**Broadview Heights, OH 44147**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/19/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.55 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**EARL SUMNER**
**13338 North Boone Rd**
**Columbia Station, OH 44028**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.00 | $0.00 |

**Edmonds Glendale**
**792 Roscoe Street**
**Akron, OH 44306**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/8/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.16 | $0.00 |

**EDWARD RANCH**
**5008 Willowbrook Drive**
**Cuyahoga Heights, OH 44125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.20 | $0.00 |

**EDWARD ROGOWSKI**
**9105 Bancroft Ave**
**Garfield Heights, OH 44105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.22 | $0.00 |

**EDWARD SKOTKO**
**5114 White Pine Dr**
**Brunswick, OH 44212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.80 | $0.00 |
|---|---|---|---|---|

**Eghtesad Fakhrosaddat**
648 Morewood Ave
Pittsburgh, PA 15213

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $0.00 |
|---|---|---|---|---|

**ELAINE EDEN**
13204 Oak Park Blvd
Garfield Heights, OH 44125

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $0.00 |
|---|---|---|---|---|

**ELAINE JONES**
1795 West 25th Street #1143
Cleveland, OH 44113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.20 | $0.00 |
|---|---|---|---|---|

**ELETHEA DUNIGAN**
4513 Longleaf Drive
Warrensville Heights, OH 44128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $0.00 |
|-------|---------|---------|---------|---------|
| | **ELIZABETH EVANS**<br>**6904 Delora Avenue**<br>**Cleveland, OH 44144** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.90 | $0.00 |
|-------|---------|---------|---------|---------|
| | **ELIZABETH VINSON**<br>**334 Storer Ave**<br>**Akron, OH 44302** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.40 | $0.00 |
|-------|---------|---------|---------|---------|
| | **Ellis Marianne**<br>**5707 RALSTON DR**<br>**PARMA, OH 44129-5947** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/19/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.54 | $0.00 |
|-------|---------|---------|---------|---------|
| | **ELMER RIEMENSCHNEIDER**<br>**330 Weaverly Ave.**<br>**Wadsworth, OH 44281** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | Ely Brian | Check all that apply. | | |
| | 5602 Theota Ave | ☐ Contingent | | |
| | Parma, OH 44129 | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 5/7/2019 | Eyeglass Purchase or Deposit | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.38 | $0.00 |
| | EMILY AVALLONE | Check all that apply. | | |
| | 3353 Faulkner Blvd | ☐ Contingent | | |
| | Brunswick, OH 44212 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 2018 -2019 | Eyeglass orders or deposits | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.31 | $0.00 |
| | ENRIQUE MUNGUIA | Check all that apply. | | |
| | 18159 Potomac Dr | ☐ Contingent | | |
| | Strongsville, OH 44136 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 2018 -2019 | Eyeglass orders or deposits | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.72 | $0.00 |
| | Esselstyn Caldwell | Check all that apply. | | |
| | 2 Pepper Ridge Rd | ☐ Contingent | | |
| | Cleveland, OH 44124 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | 2018-2019 | Eyeglasses, deposits or orders | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.14 | $0.00 |
|-------|---|---|---|---|

**Esses Gary**
**4391 DANBERRY DR**
**North Olmsted, OH 44070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.12 | $0.00 |
|-------|---|---|---|---|

**ESTHER FISHER**
**4913 N. Sedgewick RD**
**Cleveland, OH 44124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.64 | $0.00 |
|-------|---|---|---|---|

**Evanofski Olive**
**5705 Cumberland Drive**
**Garfield Heights, OH 44125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/18/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.04 | $0.00 |
|-------|---|---|---|---|

**Eyerman Susan**
**3545 Grayton Ave**
**Cleveland, OH 44111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $136.56 | $0.00 |
|---|---|---|---|---|
| | **Fabian Kelly**<br>**5109 GRAFTON RD**<br>**BRUNSWICK, OH 44212-1015** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/15/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $55.62 | $0.00 |
|---|---|---|---|---|
| | **Faison Samuel**<br>**16800 Lakeshore Blvd STE 727**<br>**Cleveland, OH 44140** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/7/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $204.00 | $0.00 |
|---|---|---|---|---|
| | **Fejko David**<br>**10564 CONNECTICUT ST**<br>**AURORA, OH 44202** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/18/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $130.00 | $0.00 |
|---|---|---|---|---|
| | **FELICIA EDDY**<br>**4107 East 59th St**<br>**Garfield Heights, OH 44105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $0.00 |
|-------|-----|-----|-----|-----|

**Fidanza Danielle**
**658 N St Clair St.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/3/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|-----|-----|-----|-----|

**Fisher Drew**
**86 SHADY ACRES DR**
**AKRON, OH 44312-3570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $488.33 | $0.00 |
|-------|-----|-----|-----|-----|

**Fisher Suhrim**
**1855 CUMBERLAND RD**
**CLEVELAND HEIGHTS, OH**
**44118-2043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.64 | $0.00 |
|-------|-----|-----|-----|-----|

**Fitzgerald Moira**
**17305 DARTMOUTH AVE**
**CLEVELAND, OH 44111-3924**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/18/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.36 | $0.00 |

**2.263** Priority creditor's name and mailing address

**Foltz Janice**
**11820 Edgewater #1009**
**Lakewood, OH 44107**

As of the petition filing date, the claim is: **$206.36** **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.264** Priority creditor's name and mailing address

**Foltz Janice**
**11820 EDGEWATER DR STE 1009**
**LAKEWOOD, OH 44107-1798**

As of the petition filing date, the claim is: **$206.36** **$0.00**
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/23/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.265** Priority creditor's name and mailing address

**Fore John**
**114 Slate Dr**
**Berea, OH 44017**

As of the petition filing date, the claim is: **$194.00** **$0.00**
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.266** Priority creditor's name and mailing address

**Foster Eleanor**
**3453 Meadowbrook Blvd**
**Cleveland, OH 44118**

As of the petition filing date, the claim is: **$505.44** **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.267**   Priority creditor's name and mailing address      As of the petition filing date, the claim is:        **$119.08**    **$0.00**

**Fox Clifford  Buffy**
**11501 Mayfield Rd #505**
**Cleveland, OH 44106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.268**   Priority creditor's name and mailing address      As of the petition filing date, the claim is:        **$302.50**    **$0.00**

**Franczyk Beverly**
**19801 KEWANEE AVE**
**CLEVELAND, OH 44119-2847**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/9/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.269**   Priority creditor's name and mailing address      As of the petition filing date, the claim is:        **$185.44**    **$0.00**

**FRANK OREFICE**
**4803 Grantwood Drive**
**Parma, OH 44134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.270**   Priority creditor's name and mailing address      As of the petition filing date, the claim is:        **$63.69**    **$0.00**

**FRANKLIN PICKETT**
**14515 Corridon Ave**
**Maple Heights, OH 44137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.83 | $0.00 |
|---|---|---|---|---|

**FRED JORDAN**
**8288 West 58th St Apt12**
**Cleveland, OH 44102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.66 | $0.00 |
|---|---|---|---|---|

**Fresenko  Lori**
**6400 Center St. #26**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,213.32 | $0.00 |
|---|---|---|---|---|

**Fundzak Lawrence**
**982 AVIAN CT**
**BRUNSWICK, OH 44212-2290**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/26/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.86 | $0.00 |
|---|---|---|---|---|

**GABRIELA HUBBARD**
**11850 Edgewater Drive #224**
**Lakewood, OH 44107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $60.00 | $0.00 |
|---|---|---|---|---|

**Gallagher Sonja**
**1533 E 195th St**
**Euclid, OH 44117**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/22/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $331.72 | $0.00 |
|---|---|---|---|---|

**GARY HANTZ**
**113north Ridge Oval**
**Brooklyn, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $453.60 | $0.00 |
|---|---|---|---|---|

**GARY HAVILAND**
**14011 Brookpark Rd.#a225**
**Brookpark, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $500.00 | $0.00 |
|---|---|---|---|---|

**GARY HELTON**
**828 Lehigh Ave.**
**Cuyahoga Falls, OH 44221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.25 | $0.00 |
| | **GARY PALECHKA** | Check all that apply. | | |
| | **3868 Landon Ln** | ☐ Contingent | | |
| | **Brunswick, OH 44212** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.54 | $0.00 |
| | **GARY STENNETT** | Check all that apply. | | |
| | **89 West Ave** | ☐ Contingent | | |
| | **Tallmadge, OH 44278** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.32 | $0.00 |
| | **Gavlik Shane** | Check all that apply. | | |
| | **6753 Rock Ridge Ct** | ☐ Contingent | | |
| | **Cleveland, OH 44130** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018-2019** | **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.20 | $0.00 |
| | **Gedeon Martin** | Check all that apply. | | |
| | **3222 STANFIELD DR** | ☐ Contingent | | |
| | **PARMA, OH 44134-5048** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **4/23/2019** | **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.59 | $0.00 |
|-------|-----------------------------------------------|------------------------------------------------------------------------|---------|-------|

**2.283**

Priority creditor's name and mailing address

**Gemberling Michael**
**4422 Bunker Ln**
**Stow, OH 44224**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$202.59   $0.00

Date or dates debt was incurred
**3/30/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.284**

Priority creditor's name and mailing address

**Getsy Paulina**
**733 E 349th St**
**Eastlake, OH 44095**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.285**

Priority creditor's name and mailing address

**Gibson Joseph**
**82 Whitney Ln**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$306.79   $0.00

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**2.286**

Priority creditor's name and mailing address

**Giet, Lynda**
**780 FORESTVIEW DRIVE**
**Tallmadge, oh 44278**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$355.60   $355.60

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.16 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|
| | **Gill Susan**<br>**624 CRESTVIEW AVE**<br>**AKRON, OH 44320-1954** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3/12/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|
| | **GILLIAN IRWIN**<br>**7395 Cadle Ave.**<br>**Mentor, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.16 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|
| | **GILMAN DUNCAN**<br>**7262 Neff Rd.**<br>**Valley City, OH 44280** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $494.28 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|
| | **Gimza Robert**<br>**30120 FORESTGROVE RD**<br>**WILLOWICK, OH 44095-4953** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/4/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.76 | $0.00 |
|---|---|---|---|---|

**Gingell Gary**
**8555 Evergreen Trail 103**
**Olmsted Township, OH 44070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.34 | $0.00 |
|---|---|---|---|---|

**Giova Jacki**
**180 ROOSEVELT AVE**
**ELYRIA, OH 44035-3946**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/6/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.81 | $0.00 |
|---|---|---|---|---|

**GISELA PITNER**
**487 Perry Rd**
**Tallmadge, OH 44278**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $0.00 |
|---|---|---|---|---|

**Giudici Megan**
**12100 CORA CT**
**PAINESVILLE, OH 44077-8566**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/27/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.00 | $0.00 |
|---|---|---|---|---|

**GLENDALE EDMONDS**
**792 Roscoe St**
**Akron, OH 44306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Glisic Michael**
**7867 RUTLAND DR**
**MENTOR, OH 44060-4056**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.53 | $0.00 |
|---|---|---|---|---|

**GLORIA TEWS**
**3671 Ascot Dr**
**Brunswick, OH 44212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $291.80 | $0.00 |
|---|---|---|---|---|

**Golden Kim**
**4226 W 220**
**Fairview Pk, OH 44126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.299 | Priority creditor's name and mailing address<br>**Gollate Lara**<br>**6336 STONERIDGE DR**<br>**STREETSBORO, OH 44241-5798** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$79.72** | **$0.00** |

Date or dates debt was incurred
**4/25/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.300 | Priority creditor's name and mailing address<br>**Golson Susan**<br>**1740 Catalpa Rd Lower**<br>**Cleveland, OH 44112** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$240.00** | **$0.00** |

Date or dates debt was incurred
**4/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.301 | Priority creditor's name and mailing address<br>**Gordon Terry**<br>**8919 Parmalee**<br>**Cleveland, OH 44108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$278.64** | **$0.00** |

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.302 | Priority creditor's name and mailing address<br>**Gordon Terry**<br>**8919 Parmele Pl**<br>**Cleveland, OH 44108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$380.00** | **$0.00** |

Date or dates debt was incurred
**4/8/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.303 | Priority creditor's name and mailing address<br>**GRACE BOUMAN**<br>**3434 Amesbury Lane**<br>**Brunswick, OH 44212** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$565.55**    **$0.00**

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.304 | Priority creditor's name and mailing address<br>**Grace, Chuck**<br>**6415 Bryson Dr**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$1,615.04**    **$1,615.04**

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.305 | Priority creditor's name and mailing address<br>**Graham Denise**<br>**1009 Kenilworth Ave**<br>**Cleveland, OH 44113** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$375.84**    **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.306 | Priority creditor's name and mailing address<br>**Graham Denise**<br>**1009 Kenilworth Ave**<br>**Cleveland, OH 44113** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$349.92**    **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $870.40 | $0.00 |
|-------|---|---|---|---|

**Graham Denise**
**1009 Kenilworth Ave**
**Cleveland, OH 44113**

Check all that apply:
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/10/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.33 | $0.00 |
|-------|---|---|---|---|

**Graham Robin**
**4366 W 60TH ST**
**CLEVELAND, OH 44144-2801**

Check all that apply:
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/29/2018**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.54 | $0.00 |
|-------|---|---|---|---|

**Gravitt Valerie**
**398 East 149 St.**
**Cleveland, OH 44110**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $0.00 |
|-------|---|---|---|---|

**Gray Pamela**
**6306 VALLEY RANCH DR**
**MAPLE HEIGHTS, OH 44137-4764**

Check all that apply:
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/4/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.92 | $0.00 |
|---|---|---|---|---|

**Grealis Tom**
**21900 MARION CIRCLE**
**Cleveland, OH 44126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.92 | $0.00 |
|---|---|---|---|---|

**Grealis Tom**
**21900 MARION CIRCLE**
**Cleveland, OH 44126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.90 | $0.00 |
|---|---|---|---|---|

**Grechar Tammie**
**5920 SPRINGWOOD DR**
**MENTOR ON THE LAKE, OH**
**44060-2838**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.68 | $0.00 |
|---|---|---|---|---|

**Green Mark L**
**10114 Burton Ave.**
**Cleveland, OH 44108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.24 | $0.00 |
|---|---|---|---|---|

**Greenwald Laura**
**10200 Stonehedge**
**Concord, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.24 | $0.00 |
|---|---|---|---|---|

**Greenwald Laura**
**10200 Stonehedge Drive**
**Concord Twp, OH 44077**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/26/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.04 | $0.00 |
|---|---|---|---|---|

**Griffin Mary**
**3097 Fairmount**
**Cleveland, OH 44118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.30 | $0.00 |
|---|---|---|---|---|

**Gron Laura**
**9679 Old Johnnycake Ridge Rd**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.94 | $0.00 |

**Groudie Mark**
**448 East 274th St.**
**Euclid, OH 44132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.43 | $0.00 |

**Gruber Raymond**
**587 State 534 South**
**Geneva, OH 44041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.20 | $0.00 |

**Gruber Raymond**
**587 State 534 South**
**Geneva, OH 44041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.53 | $0.00 |

**Guardiola Sharon**
**291 N Abee Rd**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$389.00** | **$0.00** |
|---|---|---|---|---|

**Guddy Rhonda**
**5329 Genny Dr**
**Medina, OH 44256**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/11/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$265.68** | **$0.00** |
|---|---|---|---|---|

**Gut Timothy**
**6039 Brook Circle**
**North Olmsted, OH 44070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$970.48** | **$970.48** |
|---|---|---|---|---|

**Guthrie, Teresa**
**12206 BENNINGTON AVE**
**Cleveland, OH 44135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **May, 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$66.64** | **$0.00** |
|---|---|---|---|---|

**Habermehl Gabriel**
**2116 Hampstead Road**
**Cleveland Hts, OH 44118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.33 | $0.00 |
|---|---|---|---|---|

**HALINA BARNES**
**19271 Bennett Rd**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.86 | $0.00 |
|---|---|---|---|---|

**HAMLET MOLINA**
**4831 Wendell Avenue**
**Cleveland, OH 44127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.60 | $0.00 |
|---|---|---|---|---|

**Hanrahan Sara Hanrahan**
**3557 FAIRMOUNT BLVD**
**CLEVELAND HEIGHTS, OH**
**44118-4353**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/5/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.80 | $0.00 |
|---|---|---|---|---|

**HARRY COOKE**
**1756 East 65th Street**
**Cleveland, OH 44103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.60 | $285.60 |

**Haru, Lanea**
**1249 lakeview rd**
**Cleveland, OH 44108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Hauck Raymond**
**36150 BEHM DR**
**NORTH RIDGEVILLE, OH**
**44039-3765**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,377.04 | $1,377.04 |

**Hayest, Julie**
**859 NORWEGIAN WOOD**
**Medina, OH 44256**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,584.80 | $1,584.80 |

**Hayest, Raymond**
**859 NORWEGIAN WOOD**
**Medina, OH 44256**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.00 | $0.00 |
|---|---|---|---|---|

**Hazel Nancy**
**6904 HIGHLAND DR**
**INDEPENDENCE, OH 44131-6321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/5/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.18 | $0.00 |
|---|---|---|---|---|

**HELEN ALPANALPL**
**10911 Brookview Drive**
**Cleveland, OH 44121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.07 | $0.00 |
|---|---|---|---|---|

**HELEN GUSEMAN**
**1684 Berwick Dr**
**Brunswick, OH 44212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.65 | $0.00 |
|---|---|---|---|---|

**Helleis John**
**19425 Shoreland Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.76 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Helleis Patricia**
**19425 Shoreland Ave**
**Rocky River, OH 44116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|-------|-------|

**Henderson Erica**
**1872 E. 75th Street**
**Cleveland, OH 44103**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.24 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Hiber Bobbi Sue**
**4327 JENNINGS RD**
**CLEVELAND, OH 44109-3632**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/25/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|-------|-------|

**Hill La"Keisha**
**1089 TALL GRASS CIR**
**STOW, OH 44224**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.91 | $0.00 |
|---|---|---|---|---|

**Hochevar Therese**
**3020 HETZEL DR**
**PARMA, OH 44134-5114**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/29/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.00 | $0.00 |
|---|---|---|---|---|

**Hogg Maryann**
**1270 PEARL RD APT 27**
**BRUNSWICK, OH 44212-2894**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/9/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.48 | $0.00 |
|---|---|---|---|---|

**Holden Darlene**
**10730 Euclid #1507**
**Cleveland, OH 44106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.32 | $0.00 |
|---|---|---|---|---|

**Holliday Jarrod**
**4334 Plumwood Dr**
**North Olmsted, OH 44070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|

**2.347** Priority creditor's name and mailing address

**HOLLY SULLIVAN**
**713 Est Sprague Road**
**Seven Hiils, OH 44131**

As of the petition filing date, the claim is:    **$131.68**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.348** Priority creditor's name and mailing address

**Holnapy Betty**
**22659 ALBION RD**
**STRONGSVILLE, OH 44149-2850**

As of the petition filing date, the claim is:    **$54.87**    **$0.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/26/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.349** Priority creditor's name and mailing address

**Hood Rayelene**
**11814 Cromwell Ave 2nd Fl**
**Cleveland, OH 44120**

As of the petition filing date, the claim is:    **$160.00**    **$0.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.350** Priority creditor's name and mailing address

**Hoover c/o Ellen Hoover Donald**
**788 Tallkron Dr**
**Akron, OH 44305**

As of the petition filing date, the claim is:    **$345.82**    **$0.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 112 of 545

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.90 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|-------|

**HOPE ARBAUGH**
**152 Fullmer Ave.**
**Akron, OH 44312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.68 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|--------|-------|

**Hopkins Malea**
**12318 Gay Ave**
**Garfield Heights, OH 44105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.80 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|-------|-------|

**HORACE DUNCAN**
**2165 E 85th St**
**Cleveland, OH 44106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,155.00 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|-----------|-------|

**Horst Donna**
**1350 TAVONDALE AVE**
**AKRON, OH 44313**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/22/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.00 | $0.00 |
|--------|----------------------------------------------|---------------------------------|---------|-------|
| | **Houston Kiser**<br>**18431 Scotsdale**<br>**Shaker Hts, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $303.40 | $0.00 |
|--------|----------------------------------------------|---------------------------------|---------|-------|
| | **Houze Sara**<br>**2821 Mayfield Rd #4**<br>**Cleveland Hts, OH 44118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|--------|----------------------------------------------|---------------------------------|-------|-------|
| | **Howard Alphonso**<br>**4067 E 57TH ST UPPER**<br>**CLEVELAND, OH 44105-4856** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/26/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|--------|----------------------------------------------|---------------------------------|-------|-------|
| | **Hruschak Amanda**<br>**5199 KENTON LN**<br>**BRUNSWICK, OH 44212-5803** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.03 | $0.00 |
| --- | --- | --- | --- | --- |

**2.359** Priority creditor's name and mailing address
**Hudson Jennifer**
**120 N HIGHLAND AVE**
**AKRON, OH 44303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$227.03** **$0.00**

Date or dates debt was incurred
**3/19/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.360** Priority creditor's name and mailing address
**Huston  Barkley**
**20791 Erie**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$316.24** **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.361** Priority creditor's name and mailing address
**Incorvia Frank**
**30953 Oldshore Dr**
**North Olmsted, OH 44070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$324.24** **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.362** Priority creditor's name and mailing address
**Insana Lawrence**
**19004 Kewanee Ave.**
**Cleveland, OH 44119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$353.10** **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $0.00 |
|---|---|---|---|---|
| | **Insana Lawrence** | *Check all that apply.* | | |
| | **19004 KEWANEE AVE** | ☐ Contingent | | |
| | **CLEVELAND, OH 44119-2745** | ■ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **4/29/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Department of the Treasury** | ☐ Contingent | | |
| | **P.O. Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7346** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Listed for Precaution** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Centralized Insolvency Operation** | ☐ Contingent | | |
| | **P.O. Box 7317** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101-7317** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Listed for Precaution** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **ATTENTION: SPECIAL** | ☐ Contingent | | |
| | **PROCEDURES** | ☐ Unliquidated | | |
| | **Insolvency Group 3** | ☐ Disputed | | |
| | **1240 E. 9th Street, Room 457** | | | |
| | **Cleveland, OH 44199-2001** | | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Listed for Precaution** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

■ No
☐ Yes

---

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.50 | $0.00 |
|---|---|---|---|---|

**IRENE MROZ**
**6508 Brookhill Drive**
**Garfield Heights, OH 44125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.36 | $0.00 |
|---|---|---|---|---|

**Isabella Dolores**
**36531 S. Lakeshore**
**Eastlake, OH 44095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.17 | $0.00 |
|---|---|---|---|---|

**Isabella Michael**
**36531 S. Lakeshore Dr.**
**Eastlake, OH 44095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.24 | $0.00 |
|---|---|---|---|---|

**JACKIE EASLEY**
**24950 Rockside Drive #726**
**Bedford, OH 44146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.23 | $0.00 |
|---|---|---|---|---|

**JACKIE GIOVANNAZZO**
**180 Roosevelt Ave**
**Elyria, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.20 | $0.00 |
|---|---|---|---|---|

**Jackson Johnnie**
**12805 FARRINGDON AVE**
**CLEVELAND, OH 44105-2929**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/6/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.01 | $0.00 |
|---|---|---|---|---|

**JACOB WATKINS**
**2201 Goodyear Blvd.**
**Akron, OH 44305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.57 | $0.00 |
|---|---|---|---|---|

**JACQUELINE CARTER**
**11106 Willowmere Avenue**
**Cleveland, OH 44125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.375** | Priority creditor's name and mailing address

**JAMES BAKULA**
**2332 Columbia Rd**
**Valley City, OH 44280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$205.49 | $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.376** | Priority creditor's name and mailing address

**JAMES BEZAK**
**6909 Plainfield Ave**
**Cleveland, OH 44144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$145.64 | $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.377** | Priority creditor's name and mailing address

**JAMES COOPER**
**72 W Howe Rd**
**Akron, OH 44310**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$317.82 | $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.378** | Priority creditor's name and mailing address

**JAMES MARTIN**
**4728 Holmeswood Dr.**
**Winona, OH 44493**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$211.98 | $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $112.16 | $0.00 |
|---|---|---|---|---|
| | **JAMES MILLER**<br>**17301 E. Park Dr.**<br>**Cleveland, OH 44119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $254.68 | $0.00 |
|---|---|---|---|---|
| | **JAMES MINUTE**<br>**5513 Stickney Ave.**<br>**Cleveland, OH 44144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $36.72 | $0.00 |
|---|---|---|---|---|
| | **JAMES NOVAK**<br>**8769 Center Dr.**<br>**North Royalton, OH 44133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $280.00 | $0.00 |
|---|---|---|---|---|
| | **JAMES PATTON**<br>**1747 Stonybrook #302**<br>**Brunswick, OH 44212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$326.70** | **$0.00** |
|---|---|---|---|---|

**JAMES URBANEK**
**7036 Beresford Ave.**
**Parma Hts., OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$7.84** | **$0.00** |
|---|---|---|---|---|

**JANINE JONES**
**2571 Paxton**
**Akron, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$528.12** | **$0.00** |
|---|---|---|---|---|

**JASON SHANK**
**8329 CHESTERFIELD AVE.**
**Cleveland, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$185.96** | **$0.00** |
|---|---|---|---|---|

**JEAN JONES**
**5809 Regency Dr**
**Parma, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Jeanneret Kimberly**<br>**3522 SANDLEWOOD DR**<br>**BRUNSWICK, OH 44212-4449** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/5/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$497.45** | **$0.00** |
|---|---|---|---|---|
| | **JEFF ANZALONE**<br>**197 Sheffield Terrace**<br>**Brunswick, OH 44212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$276.05** | **$0.00** |
|---|---|---|---|---|
| | **JEFF COLBERT**<br>**4667 Kingsbury Rd**<br>**Medina, OH 44256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$255.10** | **$0.00** |
|---|---|---|---|---|
| | **JEFF HERMAN**<br>**1041 Stump Rd**<br>**Akron, OH 44319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.99 | $0.00 |
|---|---|---|---|---|
| | **JEFF PREBISH**<br>**12622 Clinton**<br>**Doylestown, OH 44230** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.36 | $0.00 |
|---|---|---|---|---|
| | **JEN LEFFEW**<br>**4473 W. 150TH**<br>**Cleveland, OH 44135** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.00 | $0.00 |
|---|---|---|---|---|
| | **Jenkins Theresa**<br>**4141princeton Blvd**<br>**South Euclid, OH 44121** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/22/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.60 | $0.00 |
|---|---|---|---|---|
| | **JENNIFER JONES**<br>**10602 Lakeshore Blvd.**<br>**Cleveland, OH 44108** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

19-14090-jps     Doc 1     FILED 07/02/19     ENTERED 07/02/19 10:22:28     Page 123 of 545

| | | | |
|---|---|---|---|
| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.46 $0.00 |
| | **JENNIFER POLEN** | Check all that apply. | |
| | **423 N. Market St.** | ☐ Contingent | |
| | **Loudonville, OH 44842** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2018 -2019** | **Eyeglass orders or deposits** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.34 $0.00 |
| | **JEREMY MUSLEH** | Check all that apply. | |
| | **4259 West 48th** | ☐ Contingent | |
| | **Cleveland, OH 44144** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2018 -2019** | **Eyeglass orders or deposits** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.12 $0.00 |
| | **JERLENE DICKERSON** | Check all that apply. | |
| | **4378 Sexton Road** | ☐ Contingent | |
| | **Cleveland, OH 44105** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2018 -2019** | **Eyeglass orders or deposits** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $806.25 $0.00 |
| | **JERRY CARNEAL** | Check all that apply. | |
| | **3618 Mount Pleasant St.** | ☐ Contingent | |
| | **NW Canton, OH 44720** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **2018 -2019** | **Eyeglass orders or deposits** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.92 | $0.00 |
|---|---|---|---|---|

**JIMMIE BROSIUS**
**5461 Royal Brook Drive**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.80 | $0.00 |
|---|---|---|---|---|

**JOANNA LADER**
**5058 W. 6th St**
**Independence, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $259.20 | $0.00 |
|---|---|---|---|---|

**JOANNE IMMORMINO**
**27255 Pergl Road**
**Glenwillow, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.53 | $0.00 |
|---|---|---|---|---|

**JOE BOZIAK**
**7630 Pleasant View**
**Cleveland, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.72 | $0.00 |
|-------|---|---|---|---|

**JOE CZELUSNIAK**
8960 Edgewood Dr.
North Royalton, OH 44133

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.52 | $0.00 |
|-------|---|---|---|---|

**JOE DESMONE**
5390 Eastlake Rd
Sheffield Lake, OH 44054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $253.92 | $0.00 |
|-------|---|---|---|---|

**JOE GAUNTNER**
2029 West 45th Street
Cleveland, OH 44102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.24 | $0.00 |
|-------|---|---|---|---|

**JOE GIBALDI**
3688 Abbotts Mill Drive
Willoughby, OH 44094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.41 | $0.00 |
|---|---|---|---|---|

**JOE NORTON**
**4432 Brodley Circle**
**Uniontown, OH 44685**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.28 | $0.00 |
|---|---|---|---|---|

**JOE PIAZZA**
**7703 Valley Villas Dr**
**Parma, OH 44130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.09 | $0.00 |
|---|---|---|---|---|

**JOE SLABAUGH**
**7840 Elmhurst Ave.**
**Canton, OH 44720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.20 | $0.00 |
|---|---|---|---|---|

**JOHANNA DOSKY**
**9319 Plymouth Ave**
**Garfield Heights, OH 44125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** | **$0.00** |
|---|---|---|---|---|

**JOHN ADCOX**
**2281 Edmund Ave.**
**Akron, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$696.60** | **$0.00** |
|---|---|---|---|---|

**JOHN FARINACCI**
**34545 Forest Ln.**
**Solon, OH 44139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193.69** | **$0.00** |
|---|---|---|---|---|

**JOHN FENNELLY**
**1505 Tarlton Avenue**
**Cleveland, OH 44109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106.60** | **$0.00** |
|---|---|---|---|---|

**JOHN FORE**
**114 Slate Dr.**
**Berea, OH 44017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.39 | $0.00 |
|---|---|---|---|---|

**JOHN KELLY**
**2372 Center Rd**
**Hinckley, OH 44233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.28 | $0.00 |
|---|---|---|---|---|

**JOHN KISH**
**7501 Virginia Ave.**
**Parma, OH 44129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.92 | $0.00 |
|---|---|---|---|---|

**JOHN KORMOS**
**4605 Bader**
**Cleveland, OH 44109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.16 | $0.00 |
|---|---|---|---|---|

**JOHN LUNDY**
**8000 Hough Avenue**
**Cleveland, OH 44103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.45 | $0.00 |
| --- | --- | --- | --- | --- |

**2.419** Priority creditor's name and mailing address
**JOHN MCKENNA**
**8085 Oxford Dr**
**Strongsville, OH 44149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$331.45    $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.420** Priority creditor's name and mailing address
**JOHN MEISTERICS**
**2814 Tuxedo Ave.**
**Parma, OH 44134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$247.76    $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.421** Priority creditor's name and mailing address
**JOHN MORAN**
**364 Starrline Dr**
**Tallmadge, OH 44278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$334.92    $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.422** Priority creditor's name and mailing address
**Johns Jill**
**10877 West river Rd**
**Columbia Station, OH 44028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.423 | Priority creditor's name and mailing address<br>**Johnson David**<br>**4010 Keller Hanna Dr**<br>**Brunswick, OH 44212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$449.28** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.424 | Priority creditor's name and mailing address<br>**Johnson Lynn**<br>**13585 FOXCROFT DR**<br>**GARFIELD HTS, OH 44125-4901** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$570.24** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**1/11/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.425 | Priority creditor's name and mailing address<br>**Johnson Shirley**<br>**4010 Keller Hanna Dr**<br>**Brunswick, OH 44212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$428.76** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.426 | Priority creditor's name and mailing address<br>**Johnson, Cammilla**<br>**27400 CHARDON RD, #920**<br>**Willoughby Hills, OH 44092** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$970.48** | **$970.48** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**May, 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.427 | Priority creditor's name and mailing address<br>**Johnson, Cleveland**<br>**27400 CHARDON RD, #920**<br>**Willoughby Hills, OH 44092** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$826.00** | **$826.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**May, 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.428 | Priority creditor's name and mailing address<br>**JON MICHAELIS**<br>**3339 Fortune Ave.**<br>**Parma, OH 44134** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$41.20** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.429 | Priority creditor's name and mailing address<br>**JON SEAMAN**<br>**4105 Pensacola Ave**<br>**Cleveland, OH 44109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$61.97** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.430 | Priority creditor's name and mailing address<br>**JON TRZASKA**<br>**5166 West 7th St**<br>**Brooklyn Hts, OH 44131** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$257.04** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.00** | **$0.00** |
|---|---|---|---|---|

**Jones Jean**
**5809 REGENCY DR**
**PARMA, OH 44129-5913**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/18/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** | **$0.00** |
|---|---|---|---|---|

**Jones Leah**
**5956 GLENWOOD AVE**
**MAPLE HEIGHTS, OH 44137-4042**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/9/2018**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.42** | **$0.00** |
|---|---|---|---|---|

**JOSE COLON**
**4230 Archwood**
**Cleveland, OH 44109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** | **$0.00** |
|---|---|---|---|---|

**JOYCE KNIGHT**
**1441 Winged Foot Dr**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.56 | $0.00 |
|---|---|---|---|---|
| | **JUDY MATZ** | Check all that apply. | | |
| | **437 Lamson Ave** | ☐ Contingent | | |
| | **Bedford, OH 44146** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.44 | $0.00 |
|---|---|---|---|---|
| | **JULIE SKOWRONSKY** | Check all that apply. | | |
| | **3957 East 55th** | ☐ Contingent | | |
| | **Garfield Heights, OH 44105** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.85 | $0.00 |
|---|---|---|---|---|
| | **JULIE ZAWADZKI** | Check all that apply. | | |
| | **4001 Magnolia Dr** | ☐ Contingent | | |
| | **Brunswick, OH 44212** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.84 | $0.00 |
|---|---|---|---|---|
| | **JUNE MILLER** | Check all that apply. | | |
| | **7151 Middlebrook Blvd** | ☐ Contingent | | |
| | **Middleburg Hts, OH 44130** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.27 | $0.00 |
|---|---|---|---|---|

**Kaczmarek Norma**
**5258 West 83rd St**
**Parma, OH 44129-1320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/2/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.03 | $0.00 |
|---|---|---|---|---|

**Kalaman Melina**
**845 Laurann Ave**
**Tallmadge, OH 44278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/19/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.79 | $0.00 |
|---|---|---|---|---|

**Kaleal Mark**
**4408 W 194 St**
**Cleveland, OH 44135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.79 | $0.00 |
|---|---|---|---|---|

**Kaleal Mark**
**4408 West 194th St**
**Cleveland, OH 44135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/18/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $278.64 | $0.00 |
|-------|--------|--------|--------|--------|
| | **Karadimas  George**<br>**19325 Hipple Ave**<br>**Cleveland, OH 44135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|-------|--------|--------|--------|--------|
| | **Karaffa Jean**<br>**17934 LYON LN**<br>**STRONGSVILLE, OH 44149-6886** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $217.32 | $0.00 |
|-------|--------|--------|--------|--------|
| | **KAREN PIAZZA**<br>**7703 Valley Villas Dr.**<br>**Parma, OH 44130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $326.70 | $0.00 |
|-------|--------|--------|--------|--------|
| | **KAREN URBANEK**<br>**7036 Beresford Ave.**<br>**Parma Hts., OH 44130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.447 | Priority creditor's name and mailing address<br>**Karlsson Marie**<br>**26 Lavender**<br>**Princeton, NJ 08540** | As of the petition filing date, the claim is:     **$673.92**    **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.448 | Priority creditor's name and mailing address<br>**KASEY TAYLOR**<br>**5905 S. Park Dr.**<br>**Lorain, OH 44053** | As of the petition filing date, the claim is:     **$92.76**    **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.449 | Priority creditor's name and mailing address<br>**KATHLEEN COOKE**<br>**18024 West River Rd**<br>**Columbia Station, OH 44028** | As of the petition filing date, the claim is:     **$258.12**    **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.450 | Priority creditor's name and mailing address<br>**KATHLEEN ROGERS**<br>**2250 Par Lane #313**<br>**Willoughby, OH 44094** | As of the petition filing date, the claim is:     **$252.32**    **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.61 | $0.00 |
|---|---|---|---|---|

**KATHRYN MURAWA**
1060 E 348th St
Eastlake, OH 44095

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $0.00 |
|---|---|---|---|---|

**KATHRYN TUCKER-DAVIS**
1675 Catalpa Rd
Cleveland, OH 44112

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kavourias Bill**
3207 Grovewood Ave
Parma, OH 44134

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.16 | $0.00 |
|---|---|---|---|---|

**KAYLA OBERLIN**
589 Darrow Rd
Akron, OH 44305

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $397.96 | $0.00 |
|-------|--|--|--|--|

**Keck Ronald**
**6195 N. Woodlane**
**Cleveland, OH 44143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.76 | $0.00 |
|-------|--|--|--|--|

**KEITH FONTAINE**
**26193 Aaron Drive**
**Euclid, OH 44132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|--|--|--|--|

**Keller Natalie**
**3684 MANCHESTER DR**
**BRUNSWICK, OH 44212-4126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $485.35 | $0.00 |
|-------|--|--|--|--|

**KELLY CARUSO**
**2950 13th St**
**Cuyahoga Falls, OH 44223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.39 | $0.00 |
|---|---|---|---|---|

**Kelly John**
**2372 CENTER RD**
**HINCKLEY, OH 44233-9522**

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.16 | $0.00 |
|---|---|---|---|---|

**KELSEY MOLLS**
**18300 Buccaneer Dr**
**North Royalton, OH 44133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $0.00 |
|---|---|---|---|---|

**KEN CARR**
**5694 Harrison Ave.**
**Maple Heights, OH 44137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $735.51 | $0.00 |
|---|---|---|---|---|

**KEN MANTELL**
**951 Dan Street**
**Akron, OH 44310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.04 | $0.00 |
|-------|----------------------------------------------|------------------------------------------------|---------|-------|

**KEN PATTISON**
**56 Broadview Road**
**Parma, OH 44134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.76 | $0.00 |
|-------|----------------------------------------------|------------------------------------------------|---------|-------|

**Kendall Janet**
**3356 Kenmore**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.08 | $0.00 |
|-------|----------------------------------------------|------------------------------------------------|---------|-------|

**Kendall Janet**
**3356 Kenmore**
**Beachwood, OH 44122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.80 | $0.00 |
|-------|----------------------------------------------|------------------------------------------------|-------|-------|

**KENDRA STASIAK**
**1687 Arbutus Dr.**
**Hudson, OH 44236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| | | |
|---|---|---|
| **2.467** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$340.14** **$0.00** |

**2.467** Priority creditor's name and mailing address

**Kenney Robert**
**18227 Stony Point**
**Strongsville, OH 44136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

$340.14    $0.00

---

**2.468** Priority creditor's name and mailing address

**Kessinger Barb**
**6240 Columbia Road**
**North Olmsted, OH 44070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

$1,209.12    $0.00

---

**2.469** Priority creditor's name and mailing address

**Kessinger Barbara**
**6240 Columbia Rd**
**North Olmsted, OH 44070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

$574.32    $0.00

---

**2.470** Priority creditor's name and mailing address

**Kessinger Gregory**
**6240 Columbia Rd**
**North Olmsted, OH 44070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

$634.80    $0.00

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $603.72 | $0.00 |
|-------|------|------|------|------|

**KEVIN WISMER**
**5839 Calamie Dr.**
**Parma Hts., OH 44130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.69 | $0.00 |
|-------|------|------|------|------|

**KEYONA HARPER**
**16795 Gerard Ave**
**Maple Heights, OH 44137**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.40 | $0.00 |
|-------|------|------|------|------|

**Khambatta  Parvez**
**7899 Sugarbush Lane**
**Gates Mills, OH 44040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.41 | $0.00 |
|-------|------|------|------|------|

**KIM BREWER**
**14400 Ohio Ave**
**Cleveland, OH 44128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.27 | $0.00 |
|-------|----------------------------------------------|---------------------------------------------------------------------|---------|-------|
| | **KIM JEANNERET**<br>**3522 Sandalwood**<br>**Brunswick, OH 44212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.25 | $0.00 |
|-------|----------------------------------------------|---------------------------------------------------------------------|---------|-------|
| | **King Carliyah**<br>**977 Tradewinds Cove**<br>**Painesville, OH 44077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.67 | $0.00 |
|-------|----------------------------------------------|---------------------------------------------------------------------|---------|-------|
| | **KINZLEY ALMASIE**<br>**5108 Igleton Dr**<br>**Brunswick, OH 44212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.96 | $0.00 |
|-------|----------------------------------------------|---------------------------------------------------------------------|---------|-------|
| | **KIRAE MATTHEWS-JONES**<br>**1550 Polk Dr**<br>**Brunswick, OH 44212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.479 | Priority creditor's name and mailing address<br>**Kiser Dennis**<br>**2957 Talltree Trl**<br>**Willoughby, OH 44092** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$438.44** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.480 | Priority creditor's name and mailing address<br>**Kish, Nicole**<br>**6240 Stumph Rd.  APT. 401A**<br>**Cleveland, OH 44130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$425.60** | **$425.60** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**May, 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.481 | Priority creditor's name and mailing address<br>**Kleinhenz Janet**<br>**3750 Foxwood Terrace Dr**<br>**Brunswick, OH 44212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **$315.85** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3/15/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.482 | Priority creditor's name and mailing address<br>**Knapp Kristen**<br>**52427 N RIDGE RD**<br>**VERMILION, OH 44089-9409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | **$29.22** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/6/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.483 | Priority creditor's name and mailing address<br>**Kodz Irena**<br>**391 Darby Run**<br>**Bay Village, OH 44140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$588.06** | $0.00 |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.484 | Priority creditor's name and mailing address<br>**Kodz Irena**<br>**391 Darby Run**<br>**Bay Village, OH 44140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$477.44** | $0.00 |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.485 | Priority creditor's name and mailing address<br>**Kodz Irena**<br>**391 Darby's Run**<br>**Bay Village, OH 44140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$1,065.50** | $0.00 |
| | Date or dates debt was incurred<br>**3/29/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.486 | Priority creditor's name and mailing address<br>**Kollab Ameed**<br>**1444 Adelaide St**<br>**Westlake, OH 44145** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440.64** | $0.00 |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.64 | $0.00 |
|---|---|---|---|---|

**Kollab Ameed**
**1444 Adelaide Street**
**Westlake, OH 44145**

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**4/26/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.02 | $0.00 |
|---|---|---|---|---|

**Komendat  Ronald**
**89 Lusard Street**
**Painesville, OH 44077**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.47 | $0.00 |
|---|---|---|---|---|

**Komendat  Vivian**
**89 Lusard**
**Painesville, OH 44077**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,457.68 | $1,457.68 |
|---|---|---|---|---|

**Kordel, Tami**
**17105 MILBURN AVE**
**Cleveland, OH 44135**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.491 | Priority creditor's name and mailing address<br>**Koterba Gregory**<br>**11510 FROSTWOOD DR**<br>**CHAGRIN FALLS, OH 44023-9096** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.492 | Priority creditor's name and mailing address<br>**Kozminski Leslie**<br>**2923 W 12th Upper Unit**<br>**Cleveland, OH 44113** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred<br>**4/10/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.493 | Priority creditor's name and mailing address<br>**Krajewski Carol**<br>**16167 BRINBOURNE AVE**<br>**MIDDLEBURG HEIGHTS, OH**<br>**44130-5426** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$551.20** | **$0.00** |
| | Date or dates debt was incurred<br>**4/29/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.494 | Priority creditor's name and mailing address<br>**Krakowski Lisa**<br>**3382 West 130th St**<br>**Cleveland, OH 44111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$271.66** | **$0.00** |
| | Date or dates debt was incurred<br>**4/9/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.495 | Priority creditor's name and mailing address<br>**Kramer Richard**<br>**2558 Delaware Street**<br>**Wickliffe, OH 44092** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $125.85 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.496 | Priority creditor's name and mailing address<br>**Krystofek Patricia**<br>**3353 TYLER DR**<br>**BRUNSWICK, OH 44212-3727** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $802.52 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/11/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.497 | Priority creditor's name and mailing address<br>**KYLE DUFFIELD**<br>**16357 Bowfin Blvd**<br>**Brookpark, OH 44142** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43.76 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.498 | Priority creditor's name and mailing address<br>**LACEY TANNER**<br>**107 Hemlock Drive**<br>**Creston, OH 44217** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $254.07 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 149 of 545

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.81 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Lader Sara**<br>**5058 W 6TH ST**<br>**BROOKLYN HEIGHTS, OH**<br>**44131-1129** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred<br>**4/29/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** |
| --- | --- | --- |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.26 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Ladikos Barbara**<br>**13810 Glenbrook Drive**<br>**Strongsville, OH 44136** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred<br>**5/5/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** |
| --- | --- | --- |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.46 | $0.00 |
| --- | --- | --- | --- | --- |
| | **LAMAR WILLIAMS**<br>**968 Chelston**<br>**Cleveland, OH 44121** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** |
| --- | --- | --- |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.64 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Lamb Toni**<br>**15315 Greenhill**<br>**Cleveland, OH 44111** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** |
| --- | --- | --- |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lambert Kathleen**
**6017 MICHAEL DR**
**BROOK PARK, OH 44142-3072**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.60 | $0.00 |
|---|---|---|---|---|

**LANDON BETTIS**
**1927 Byron Dr**
**Brunswick, OH 44212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.60 | $0.00 |
|---|---|---|---|---|

**Lane Leslie**
**1309 Peartree**
**Tallmadge, OH 44278**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $573.60 | $0.00 |
|---|---|---|---|---|

**Lange Christopher**
**1522 HYDE PARK AVE**
**AKRON, OH 44310**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/22/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.98 | $0.00 |
|---|---|---|---|---|

**Larence Jr Mike**
**1059 Oakwood Blvd.**
**Painesville, OH 44077**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.27 | $0.00 |
|---|---|---|---|---|

**LARISSA OCKER**
**910 Monroe Ave**
**Cuyahoga Falls, OH 44221**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.24 | $0.00 |
|---|---|---|---|---|

**LARRY HERENE**
**2610 George Avenue**
**Parma, OH 44134**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $0.00 |
|---|---|---|---|---|

**LARRY ORYL**
**2923 Klusner**
**Parma, OH 44134**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.30 | $0.00 |
|---|---|---|---|---|

**LARRY OSBORNE**
**3506 Sleepy Hollow Rd**
**Brunswick, OH 44212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.49 | $0.00 |
|---|---|---|---|---|

**LASHAWN ROBINSON**
**52 Trenton Square**
**Cleveland, OH 44143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.84 | $0.00 |
|---|---|---|---|---|

**LAURA HERBST**
**8107 Covington Ave**
**Parma, OH 44129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.47 | $0.00 |
|---|---|---|---|---|

**LAUREN KAWENTAL**
**18316 River Valley Blvd**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Laury Claire**
**24801 LAKE SHORE BLVD B-606**
**EUCLID, OH 44123-1275**

Check all that apply:
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**LEE AUDREY**
**3370 SEATON RD**
**CLEVELAND HEIGHTS, OH**
**44118-1334**

Check all that apply:
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**3/23/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $404.48 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Lee Jeter**
**2200 Belvoir Blvd.**
**Cleveland, OH 44121**

Check all that apply:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.08 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Lee Kathryn**
**7576 W Ridge Rd**
**Elyria, OH 44035**

Check all that apply:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $298.08 | $0.00 |
|---|---|---|---|---|

**Lee Kathryn**
**7576 W Ridge Rd**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 | $0.00 |
|---|---|---|---|---|

**LEININGER TOM**
**8344 villa marina**
**mentor, OH 44060**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/29/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 | $0.00 |
|---|---|---|---|---|

**LEROY DECEMBLY**
**13511 Christine Ave**
**Garfield Heights, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.22 | $0.00 |
|---|---|---|---|---|

**Leslie James**
**1205 Spring Rd**
**Cleveland, OH 44109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

19-14090-jps     Doc 1     FILED 07/02/19     ENTERED 07/02/19 10:22:28     Page 155 of 545

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.32 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|
| | **Leslie Jane**<br>**1205 Spring Rd**<br>**Cleveland, OH 44109** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|---------------------|
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.19 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|
| | **Lester James**<br>**8124 Thorne Ave.**<br>**Kirtland, OH 44094** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|---------------------|
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $532.00 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|
| | **Levenderis Tony**<br>**545 Woodland Drive**<br>**Tallmadge, OH 44278** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|---------------------|
| **5/15/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.40 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|
| | **Lightbody Richard**<br>**2264 N Saint James Pkwy**<br>**Cleveland, OH 44106** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|--------------------------------|---------------------|
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.12 | $0.00 |
|---|---|---|---|---|

**LINDA PETERSON**
**13118 Saybrooke**
**Garfield Heights, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.40 | $0.00 |
|---|---|---|---|---|

**LINDA THARP**
**4400 Rockland Dr**
**Brooklyn, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.45 | $0.00 |
|---|---|---|---|---|

**LINDA WIGGINS**
**6841 Day Dr #413**
**Parma, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164.40 | $0.00 |
|---|---|---|---|---|

**Lininger Debra**
**2339 Mingo Trail**
**Akron, OH 44312**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/15/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.02 | $0.00 |
|---|---|---|---|---|
| | **LISA ANDERSON**<br>**4622 Inverness Ave**<br>**Brunswick, OH 44212** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.44 | $0.00 |
|---|---|---|---|---|
| | **LISA BEEBLE**<br>**3005 Wales Ave.**<br>**Parma, OH 44134** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.25 | $0.00 |
|---|---|---|---|---|
| | **LISA GOLDEN**<br>**696 N.carpenter Rd**<br>**Brunswick, OH 44212** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.16 | $0.00 |
|---|---|---|---|---|
| | **LISA KRAKOWSKI**<br>**3382 W. 130th**<br>**Cleveland, OH 44111** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**LISA KROEGER**
1311 West 116 Th St
Cleveland, OH 44102

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$220.39** | **$0.00** |
| --- | --- | --- | --- | --- |

**LISA PREBISH**
12622 Clinton Rd.
Doylestown, OH 44230

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$320.33** | **$0.00** |
| --- | --- | --- | --- | --- |

**LISA VARGAS**
7817 Dorber Ave
Garfield Heights, OH 44105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$624.24** | **$0.00** |
| --- | --- | --- | --- | --- |

**LISE HRACH**
5710 Onaway Oval
Parma, OH 44130

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.72 | $0.00 |
|---|---|---|---|---|

**LLOYD WAKEFIELD**
**3116 Osage Way**
**Broadview Heights, OH 44147**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $0.00 |
|---|---|---|---|---|

**Loeblein Melvin**
**1685 STONYBROOK LN STE 438**
**BRUNSWICK, OH 44212-4529**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/5/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lopriore Sandra**
**7251 BERESFORD AVE**
**CLEVELAND, OH 44130-5057**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.66 | $0.00 |
|---|---|---|---|---|

**LORI MURRAY**
**6723 West View Dr**
**Brecksville, OH 44141**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.28 | $0.00 |
|---|---|---|---|---|

**LOVETTA HARRIS**
**16523 Earlwood**
**Cleveland, OH 44110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.80 | $244.80 |
|---|---|---|---|---|

**Lozitsky, Elsie**
**4403 Bruening Dr**
**Parma, OH 44134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,067.60 | $0.00 |
|---|---|---|---|---|

**Lufkin Deidre**
**4041 west 160th street**
**Cleveland, OH 44135**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/25/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.00 | $0.00 |
|---|---|---|---|---|

**LYNDEL HOSKINSON**
**948 Newton St**
**Tallmadge, OH 44278**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.75 | $0.00 |
|---|---|---|---|---|

**Lynn Abigail**
**7985 Sweetgum Trail**
**Concord Twsp, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.00 | $0.00 |
|---|---|---|---|---|

**MABEL MESSAM**
**12102 Phillips Ave**
**Cleveland, OH 44108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.96 | $0.00 |
|---|---|---|---|---|

**MABRY HARRIS**
**11094 Reservoir Place Dr**
**Cleveland, OH 44104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.80 | $0.00 |
|---|---|---|---|---|

**MACHELLE SIEGENTHALER**
**1186 Mt. Vernon Ave.**
**Akron, OH 44310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.48 | $0.00 |
|---|---|---|---|---|

**Mack Janis**
**910 East 129th Street**
**Cleveland, OH 44108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.62 | $0.00 |
|---|---|---|---|---|

**MADALYN DIETRICH**
**971 Spring Hill Ct**
**Brunswick, OH 44212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.52 | $0.00 |
|---|---|---|---|---|

**MAGGEE KRAKOWSKI**
**3382 W. 130**
**Cleveland, OH 44111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.36 | $0.00 |
|---|---|---|---|---|

**Mangano Cara**
**5296 W 50TH ST**
**PARMA, OH 44134-1022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/9/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.555 | Priority creditor's name and mailing address<br>**Manson Connie**<br>**3917 CANTERBURY DR**<br>**BRUNSWICK, OH 44212-2614** | **$0.00**  **$0.00** |

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.556 | Priority creditor's name and mailing address<br>**Manson Jeanette**<br>**4636 SQUIRE DR**<br>**NORTHFIELD, OH 44067** | **$244.08**  **$0.00** |

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/2/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.557 | Priority creditor's name and mailing address<br>**Mantifel Danielle**<br>**6530 Cook Rd**<br>**New London, OH 44851** | **$363.64**  **$0.00** |

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.558 | Priority creditor's name and mailing address<br>**Mantifel Danielle**<br>**6530 Cook Rd**<br>**New London, OH 44851** | **$262.44**  **$0.00** |

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| **2.559** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.559**

Priority creditor's name and mailing address
**Mantifel John**
**6530 Cook Rd**
**New London, OH 44851**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$196.83**     **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.560**

Priority creditor's name and mailing address
**Mantifel John**
**6530 Cook Rd**
**New London, OH 44851**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$206.52**     **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.561**

Priority creditor's name and mailing address
**Mantifel John**
**6530 COOK RD**
**NEW LONDON, OH 44851-9450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**$1,029.43**     **$0.00**

Date or dates debt was incurred
**4/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.562**

Priority creditor's name and mailing address
**MARALICE MAKUPSON**
**5126 Cato Street**
**Maple Heights, OH 44137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$38.45**     **$0.00**

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.563 | Priority creditor's name and mailing address **MARCUS PEELER** **5063 East 86th Street** **Garfield Heights, OH 44125** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$113.52** $0.00 |
| | Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.564 | Priority creditor's name and mailing address **MARGARET COLE** **12501 Angelus Ave** **Garfield Heights, OH 44105** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$397.98** $0.00 |
| | Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.565 | Priority creditor's name and mailing address **MARGARET HUFFER** **3423 Priscilla Ave** **Parma, OH 44134** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$254.92** $0.00 |
| | Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.566 | Priority creditor's name and mailing address **MARGARET PALUMBO** **8603 Morton Ave** **Cleveland, OH 44144** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$403.92** $0.00 |
| | Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.12 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|-------|

**MARGARET VANCE**
**10200 Way Ave.**
**Cleveland, OH 44105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.96 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|-------|

**MARIAN POPA**
**8707 Lynhaven Rd.**
**Parma Hts., OH 44130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.40 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|-------|

**MARIANNE ELLIS**
**5707 Ralston Dr**
**Parma, OH 44129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.76 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|-------|

**MARIE MARTON**
**6203 Nelwood Rd**
**Parma Hts, OH 44130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$500.80** | **$0.00** |
|---|---|---|---|---|

**MARILY MOYET**
**6463 Olde York Road**
**Parma Hts., OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$217.81** | **$0.00** |
|---|---|---|---|---|

**MARILYN WINKELMAN**
**393 Fernwood Ave.**
**Tallmadge, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$429.64** | **$0.00** |
|---|---|---|---|---|

**MARITIZA ARGUELLES**
**3431 West 65**
**Cleveland, OH 44102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$320.25** | **$0.00** |
|---|---|---|---|---|

**MARK JONES**
**246 Pratt St**
**Ravenna, OH 44266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.62 | $0.00 |
| --- | --- | --- | --- | --- |

**MARK PITNER**
487 Perry Rd
Tallmadge, OH 44278

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.91 | $0.00 |
| --- | --- | --- | --- | --- |

**MARK POLOHA**
7715 State Rd.
Parma, OH 44134

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.62 | $0.00 |
| --- | --- | --- | --- | --- |

**MARK RENICKER**
1844 Joan Of Arc Circle
Cuyahoga Falls, OH 44223

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.72 | $0.00 |
| --- | --- | --- | --- | --- |

**MARK SABOLIK**
3923 W 158 St
Cleveland, OH 44111

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.12 | $0.00 |
|---|---|---|---|---|

**MARK SIMCIC**
**3666 Russett Dr**
**Broadview Heights, OH 44147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $551.90 | $0.00 |
|---|---|---|---|---|

**MARK SUMNER**
**3969 Osage St.**
**Stow, OH 44224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.40 | $0.00 |
|---|---|---|---|---|

**MARK TIPPEL**
**13337 Ravenna Ave NE**
**Hartville, OH 44632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.92 | $0.00 |
|---|---|---|---|---|

**Marquard John**
**8902 Wallings Rd**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.92 | $0.00 |
|---|---|---|---|---|
| | **Marquard John** | Check all that apply. | | |
| | **8902 Wallings Rd** | ☐ Contingent | | |
| | **North Royalton, OH 44133** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018-2019** | **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.20 | $0.00 |
|---|---|---|---|---|
| | **MARTIN GEDEON** | Check all that apply. | | |
| | **3222 Stanfield Dr** | ☐ Contingent | | |
| | **Parma, OH 44134** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $799.12 | $799.12 |
|---|---|---|---|---|
| | **Martin, Lisa** | Check all that apply. | | |
| | **4811 KRUEGER** | ☐ Contingent | | |
| | **Parma, OH 44134** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **May, 2019** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.75 | $0.00 |
|---|---|---|---|---|
| | **Marton Marie** | Check all that apply. | | |
| | **6203 Nelwood Rd** | ☐ Contingent | | |
| | **Parma Heights, OH 44130** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **4/30/2019** | **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$186.19** | **$0.00** |
|---|---|---|---|---|

**MARVIN CUNARD**
**11807 Mccracken Road**
**Garfield Heights, OH 44125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$433.12** | **$0.00** |
|---|---|---|---|---|

**MARY DILLY**
**9333 N. Church Dr #512**
**Parma Hts, OH 44130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.28** | **$0.00** |
|---|---|---|---|---|

**MARY HENDERSON**
**991 Delia**
**Akron, OH 44320**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$566.20** | **$0.00** |
|---|---|---|---|---|

**MARY HENNINGER**
**22622 Vine Ct**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.32 | $0.00 |
|---|---|---|---|---|

**MARY HULA**
**11890 Ridge Rd**
**North Royalton, OH 44133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $0.00 |
|---|---|---|---|---|

**MARY JO HUBBARD**
**19411 Weyburne Avenue**
**Cleveland, OH 44135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $683.20 | $683.20 |
|---|---|---|---|---|

**Masi, Charlotte**
**5266 Grafton Rd 19C**
**Brunswick, OH 44212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.44 | $0.00 |
|---|---|---|---|---|

**Mason William**
**425 West Lakeside Ave 501**
**Cleveland, OH 44113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.89 | $0.00 |
|---|---|---|---|---|

**Matson Teresa**
**7325 SUMMITVIEW DR**
**SEVEN HILLS, OH 44131-4437**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/18/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.66 | $0.00 |
|---|---|---|---|---|

**MATT MCWEENY**
**1480 Muirwwod**
**Brunswick, OH 44212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.64 | $0.00 |
|---|---|---|---|---|

**MATT WHITE**
**4613 Henritze**
**Cleveland, OH 44109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.80 | $0.00 |
|---|---|---|---|---|

**May Lee**
**20877 Fairpark Dr**
**Fairview Park, OH 44126**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/4/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $970.48 | $970.48 |
|---|---|---|---|---|

**May, Marilyn**
**28796 ALTON AVENUE**
**Wickliffe, OH 44092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.80 | $0.00 |
|---|---|---|---|---|

**Mayer Lee**
**20877 Fairpark Dr**
**Cleveland, OH 44126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.34 | $0.00 |
|---|---|---|---|---|

**Mayo Craig**
**5561 Orchid Ave.**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.80 | $0.00 |
|---|---|---|---|---|

**Mcclelland  Richard**
**3 Maple Dr.**
**Olmsted Falls, OH 44138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|--|--|--|--|--|
| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.64 | $0.00 |
| | **McGinty Thomas** | *Check all that apply.* | | |
| | **3100 W 155TH ST** | ☐ Contingent | | |
| | **CLEVELAND, OH 44111-1031** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **5/3/2019** | **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|--|--|--|--|--|
| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.16 | $0.00 |
| | **Mcginty Timothy** | *Check all that apply.* | | |
| | **26560 Kingswood Dr** | ☐ Contingent | | |
| | **Olmsted Falls, OH 44138** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018-2019** | **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|--|--|--|--|--|
| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.87 | $0.00 |
| | **Mckinney Melvin** | *Check all that apply.* | | |
| | **26011 Lakeshore Blvd APT 819** | ☐ Contingent | | |
| | **Euclid, OH 44132** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **4/6/2019** | **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|--|--|--|--|--|
| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.30 | $0.00 |
| | **Mcnea Amy** | *Check all that apply.* | | |
| | **15621 Norway Ave** | ☐ Contingent | | |
| | **Cleveland, OH 44111** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018-2019** | **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $758.80 | $758.80 |
|---|---|---|---|---|

**Mehen, Cheryl**
**36343 AURENSEN RD**
**North Ridgeville, OH 44039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.03 | $0.00 |
|---|---|---|---|---|

**MELINA KALAMAN**
**845 Laurann Ave.**
**Tallmadge, OH 44278**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.94 | $0.00 |
|---|---|---|---|---|

**MELISSA DUDLEY**
**9365 Andrew Drive**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.04 | $0.00 |
|---|---|---|---|---|

**MELISSA KANZEG**
**11249 Baumhart Rd.**
**Amherst, OH 44001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:     **$56.59**    **$0.00** |

**2.611** Priority creditor's name and mailing address

**MELODY WASHINGTON**
**1778 Northampton Road Apt. G8**
**Akron, OH 44313**

As of the petition filing date, the claim is:    **$56.59**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.612** Priority creditor's name and mailing address

**MELVIN DAVIS**
**4820 Henry St Ste 202**
**Garfield Heights, OH 44125**

As of the petition filing date, the claim is:    **$122.08**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.613** Priority creditor's name and mailing address

**MELVIN LOEBLEIN**
**1685 Stonybrooke Ln**
**Brunswick, OH 44212**

As of the petition filing date, the claim is:    **$250.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.614** Priority creditor's name and mailing address

**MELVIN MCKINNEY**
**26011 Lakeshore Blvd #819**
**Euclid, OH 44132**

As of the petition filing date, the claim is:    **$167.87**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $311.04 | $0.00 |
|---|---|---|---|---|
| | **Melzer Richard**<br>**11783 Joy Acre Lane**<br>**Chardon, OH 44024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $134.29 | $0.00 |
|---|---|---|---|---|
| | **Merkle Robert**<br>**3353 Fulton Rd.**<br>**Cleveland, OH 44109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $205.00 | $0.00 |
|---|---|---|---|---|
| | **Messam Mabel**<br>**12102 Philips Ave**<br>**Cleveland, OH 44108** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/19/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $58.04 | $0.00 |
|---|---|---|---|---|
| | **MICHAEL SANTOS**<br>**4060 West 48 Th**<br>**Cleveland, OH 44144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $970.48 | $970.48 |
|---|---|---|---|---|

**Michalak, Marlyn**
**6533 SHERBORN**
**Parma, OH 44130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $737.97 | $0.00 |
|---|---|---|---|---|

**MICHELE SHERBA**
**Po Box 61**
**Hinckley, OH 44233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.40 | $0.00 |
|---|---|---|---|---|

**MICHELLE IGLESIAS**
**19224 Idlewood Trail**
**Strongsville, OH 44149**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.84 | $0.00 |
|---|---|---|---|---|

**MICHELLE PIAZZA**
**5989 Edgebrook Blvd**
**Parma, OH 44130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $170.00 | $0.00 |
|---|---|---|---|---|
| | **MICHELLE SPENCER**<br>**8565 Banner Lane**<br>**Parma, OH 44129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $504.52 | $0.00 |
|---|---|---|---|---|
| | **MICHELLE WELLS**<br>**640 Turney Rd Apt 122**<br>**Bedford, OH 44146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $64.80 | $0.00 |
|---|---|---|---|---|
| | **MIGUEL BENITEZ**<br>**13893 Shady Oak Blvd**<br>**Cleveland, OH 44125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $74.64 | $0.00 |
|---|---|---|---|---|
| | **MIKE BICKELMEYER**<br>**399 Pearl Rd**<br>**Brunswick, OH 44212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $518.56 | $0.00 |
|---|---|---|---|---|
| | **MIKE HEADEN**<br>**18490 Mccracken Rd**<br>**Maple Heights, OH 44137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $422.04 | $0.00 |
|---|---|---|---|---|
| | **MIKE ISABELLA**<br>**36531 S. Lakeshore Dr.**<br>**Eastlake, OH 44095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $219.40 | $0.00 |
|---|---|---|---|---|
| | **MIKE JONES**<br>**1854 Langerdale Road**<br>**South Euclid, OH 44121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $265.60 | $0.00 |
|---|---|---|---|---|
| | **MIKE KLEIN**<br>**2831 Bowman**<br>**Parma, OH 44134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.48 | $0.00 |
|---|---|---|---|---|

**MIKE LANGE**
**5353 East 135th**
**Garfield Heights, OH 44125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.33 | $0.00 |
|---|---|---|---|---|

**MIKE PITROSKI**
**4206 Yorkshire**
**Cleveland, OH 44134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.80 | $0.00 |
|---|---|---|---|---|

**MIKE TODT**
**4926 Hillside Rd**
**Independence, OH 44131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.28 | $0.00 |
|---|---|---|---|---|

**MIKE WENDOLOWSKI**
**6900 REGAL DR**
**Cleveland, OH 44129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.45 | $0.00 |
|-------|---|---|---|---|

**Mikula Nadine**
**9330 Winchester Valley**
**Chesterland, OH 44026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.84 | $0.00 |
|-------|---|---|---|---|

**Militello Lori**
**1253 Belle**
**Lakewood, OH 44107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.89 | $0.00 |
|-------|---|---|---|---|

**Miller  Lisa J**
**32010 Pendley Rd**
**Willowick, OH 44095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.72 | $0.00 |
|-------|---|---|---|---|

**Mishra Deepa**
**34352 Summerset Dr**
**Solon, OH 44139**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/19/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.64 | $0.00 |
|---|---|---|---|---|

**Mitchell Tracy**
**3121 97th St**
**Cleveland, OH 44104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.95 | $0.00 |
|---|---|---|---|---|

**Mock William**
**11250 EXMOOR DR**
**CONCORD TOWNSHIP, OH**
**44077-2368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/26/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.24 | $0.00 |
|---|---|---|---|---|

**Monson Karissa**
**4612 W 145 Th St**
**Cleveland, OH 44135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.68 | $0.00 |
|---|---|---|---|---|

**Moodley Leelamoney**
**10872 Angela Dr**
**Willoughby, OH 44094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.79 | $0.00 |
| --- | --- | --- | --- | --- |

**Moore Verlinda**
**1814 BUENA VISTA DR**
**EUCLID, OH 44117-2204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/2/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $669.84 | $0.00 |
| --- | --- | --- | --- | --- |

**Moran John**
**364 Starline Dr**
**Tallmadge, OH 44278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/29/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.69 | $0.00 |
| --- | --- | --- | --- | --- |

**Moravitz Mary**
**2058 Hillside Terrece**
**Akron, OH 44305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/5/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.52 | $0.00 |
| --- | --- | --- | --- | --- |

**Moreland Robin**
**3815 Bridgeview Drive**
**South Euclid, OH 44121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.62 | $0.00 |
|---|---|---|---|---|

**Morelli John**
**371 High Tee Street**
**Willowick, OH 44095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,153.85 | $2,153.85 |
|---|---|---|---|---|

**Kevin Morgan**
**70416 Springwood Circle**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/2019**

Basis for the claim:
**Last week of pay**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,015.60 | $3,015.60 |
|---|---|---|---|---|

**Morgan, Kevin**
**10416 Springwood Cr**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $512.08 | $0.00 |
|---|---|---|---|---|

**Morrison Bruce**
**2379 EARDLEY RD**
**CLEVELAND, OH 44118-3721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/22/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.20 | $0.00 |
|---|---|---|---|---|

**Motley Brenda**
**16686 Findlay Street**
**Chagrin Falls, OH 44023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $0.00 |
|---|---|---|---|---|

**Motley Dondero**
**7063 ROCKER AVE**
**CHAGRIN FALLS, OH 44023-3652**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/19/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.50 | $0.00 |
|---|---|---|---|---|

**Mroz Irene**
**10614 Granger Rd**
**Garfield Heights, OH 44125**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/13/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,531.60 | $1,531.60 |
|---|---|---|---|---|

**Munoz, Monica**
**3417 Highview Ave**
**Cleveland, OH 44109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

19-14090-jps     Doc 1     FILED 07/02/19     ENTERED 07/02/19 10:22:28     Page 188 of 545

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $524.88 | $0.00 |
|---|---|---|---|---|

**NANCY HAZEL**
**6904 Highland Dr**
**Independence, OH 44131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.91 | $0.00 |
|---|---|---|---|---|

**NATE DESIMPLELAERE**
**112 Claremont Dr**
**Brunswick, OH 44212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.58 | $0.00 |
|---|---|---|---|---|

**NATE MEHOLICK**
**18362 Bentwood Dr.**
**Doylestown, OH 44230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.00 | $0.00 |
|---|---|---|---|---|

**Negard Gail**
**35000 EDDY RD**
**WILLOUGHBY HILLS, OH**
**44094-8404**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/21/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.98 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Nesnadny Jill**<br>**7431 Lauren J Drive**<br>**Mentor, OH 44060** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Nesnadny Jill**<br>**7431 LAUREN J DR**<br>**MENTOR, OH 44060-5726** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3/25/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.36 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Nevling Donna**<br>**960 Eaglewood Drive**<br>**Willoughby, OH 44094** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.36 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Nevling Donna**<br>**960 EAGLEWOOD DR**<br>**WILLOUGHBY, OH 44094-7106** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/6/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.84 | $875.84 |
|---|---|---|---|---|

**Newson, Clara**
3614 E. 140th St
Cleveland, OH 44120

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $836.64 | $836.64 |
|---|---|---|---|---|

**Newson, Cuana**
1155 Piermont Rd
South Euclid, OH 44121

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.40 | $0.00 |
|---|---|---|---|---|

**NICK LABELLA**
5613 Cumberland Drive
Garfield Hts, OH 44125

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.29 | $0.00 |
|---|---|---|---|---|

**NICOLE PAVLIK**
1913 Ashley Dr
Hudson, OH 44236

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.60 | $467.60 |
|---|---|---|---|---|

**Nikolic, Natasa**
**4880 Scottsdale Dr.**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.27 | $0.00 |
|---|---|---|---|---|

**NORMA KACZMAREK**
**Parma, OH 44129**
**5258 West 83 Street**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.72 | $0.00 |
|---|---|---|---|---|

**NORMA MUNOZ**
**3208 Tampa Ave**
**Cleveland, OH 44109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $0.00 |
|---|---|---|---|---|

**NORMAN BUSHNER**
**556 Rhodes Ave**
**Akron, OH 44307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.98 | $0.00 |
|-------|-----------|-----------|---------|-------|

**Norman Richard**
**4004 Riveredge Rd**
**Cleveland, OH 44111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.80 | $0.00 |
|-------|-----------|-----------|---------|-------|

**NORMAN SCHMIDT**
**1790 West 57 Street**
**Cleveland, OH 44102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.56 | $0.00 |
|-------|-----------|-----------|---------|-------|

**North Peggie**
**15002 Rosemary**
**Cleveland, OH 44111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|-----------|-----------|---------|-------|

**Novotny Terry**
**15541 Drake Rd**
**Strongsville, OH 44136**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/5/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.00 | $0.00 |
|---|---|---|---|---|

**O'Brien Heather**
**33733 KENILWORTH RD**
**EASTLAKE, OH 44095-2547**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/27/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.76 | $0.00 |
|---|---|---|---|---|

**O'DELL BENFORD**
**10618 Prince Ave**
**Cleveland, OH 44105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.76 | $0.00 |
|---|---|---|---|---|

**O'Donnell Christelle**
**21765 Martins Way**
**Rocky River, OH 44116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.76 | $0.00 |
|---|---|---|---|---|

**Ockenden Lynn**
**12 West Mather**
**Cleveland, OH 44108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.07 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|-------|

**OCTAVIA STOKES**
**702 35th St NW**
**Canton, OH 44709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|-------|-------|

**Ohio Bureau of Workers**
**Compensation**
**Attn: Law Section Bankruptcy Unit**
**P.O. Box 15567**
**Columbus, OH 43215-0567**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|-------|-------|

**Ohio Dept. of Jobs & Family**
**Services**
**Attn: Collections Dept.**
**P.O. Box 182404**
**Columbus, OH 43218-2404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|-------|-------|

**Ohio Dept. of Jobs & Family**
**Services**
**Program Services/Revenue**
**Recovery**
**P.O. Box 182404**
**Columbus, OH 43218-2404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Ohio Dept. of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for Precaution**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.64 | $0.00 |
|---|---|---|---|---|

OLIVE EVANOFSKI
5050 Thomas Street
Maple Heights, OH 44137

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 | $0.00 |
|---|---|---|---|---|

Oliver co June Oliver Thomas
4123 REGAL AVE
BRUNSWICK, OH 44212-2921

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/29/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.24 | $0.00 |
|---|---|---|---|---|

Ondrejka Madeline
3185 Somerset Drive
Shaker Hts, OH 44120

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.55 | $0.00 |
|---|---|---|---|---|

**OREST BURBAN**
**6821 Irongate Dr**
**North Royalton, OH 44133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.26 | $0.00 |
|---|---|---|---|---|

**Osborne Aileen**
**36250 N. Riverview Dr.**
**Eastlake, OH 44095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.06 | $0.00 |
|---|---|---|---|---|

**Ostrowski  Noelle**
**7304 Stone Rd**
**Independence, OH 44131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.36 | $0.00 |
|---|---|---|---|---|

**OTTO MAUCH**
**8808 Fernhill Ave**
**Parma, OH 44129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.691 | Priority creditor's name and mailing address<br>**Page Melissa**<br>**7900 NEWELL CREEK DR**<br>**Mentor, OH 44060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$500.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/26/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.692 | Priority creditor's name and mailing address<br>**Pagel Catherine**<br>**15875 Prospect Rd**<br>**Strongsville, OH 44149-4865** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.693 | Priority creditor's name and mailing address<br>**PAIGE STONE**<br>**4438 Lockmoor Ln**<br>**Brunswick, OH 44212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$220.46** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.694 | Priority creditor's name and mailing address<br>**Palange Gilda**<br>**312 HILLSDALE CIR**<br>**WADSWORTH, OH 44281-1008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$330.52** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/15/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $996.24 | $996.24 |
|---|---|---|---|---|

**Palumbo, Steve**
**7059 OAKWOOD RD**
**Parma, OH 44130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.24 | $0.00 |
|---|---|---|---|---|

**PAMELA BROWN**
**3286 West 91 St**
**Cleveland, OH 44102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $0.00 |
|---|---|---|---|---|

**PAMELINA ROSE**
**11421 Governor Avenue**
**Cleveland, OH 44111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $683.20 | $683.20 |
|---|---|---|---|---|

**Parsons, Theresa**
**203 IVANHOE RD**
**Bedford, OH 44146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$15.60** **$0.00** |

**2.699** Priority creditor's name and mailing address

**Pascu Eleonora**
**6290 Greenwood Pkwy #405**
**Sagamore Hills, OH 44067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15.60** **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.700** Priority creditor's name and mailing address

**PATRICK ROWELL**
**2632 Waterloo Rd.**
**Mogadore, OH 44260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$473.97** **$0.00**

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.701** Priority creditor's name and mailing address

**PATTY GROSSER**
**4012 Biddulph Ave**
**Cleveland, OH 44109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$38.45** **$0.00**

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.702** Priority creditor's name and mailing address

**PATTY KRYSTOFEK**
**3353 Tyler Dr**
**Brunswick, OH 44212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$672.52** **$0.00**

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $0.00 |
|---|---|---|---|---|

**PATTY LEWIS**
**5541 Chevrolet Blvd. B-503**
**Cleveland, OH 44144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.76 | $0.00 |
|---|---|---|---|---|

**PATTY NICHOLS**
**6457 Leslie Drive**
**Brookpark, OH 44142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.80 | $0.00 |
|---|---|---|---|---|

**PATTY VARNEY**
**1422 Garfield Ave.**
**Brunswick, OH 44212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.18 | $0.00 |
|---|---|---|---|---|

**PAUL ONEIL**
**6263 Bonita Rd**
**Medina, OH 44256**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.707 | Priority creditor's name and mailing address<br>**PAUL PAWLOWSKI**<br>**350 Winchester Ln**<br>**Brunswick, OH 44212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$467.80** | **$0.00** |

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.708 | Priority creditor's name and mailing address<br>**PAULA ATWOOD**<br>**9627 E. Idlewood Dr. Unit D11**<br>**Twinsburg, OH 44087** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$413.74** | **$0.00** |

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.709 | Priority creditor's name and mailing address<br>**PAULA COOK-BOWERS**<br>**4555 M.l.k. Drive**<br>**Garfield Heights, OH 44105** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$327.61** | **$0.00** |

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.710 | Priority creditor's name and mailing address<br>**Pavlik Janet**<br>**1913 ASHLEY DR**<br>**HUDSON, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$185.47** | **$0.00** |

Date or dates debt was incurred
**4/13/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.92 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|-------|

**Payne Todd**
**6657 Bretton Ridge Dr**
**North Olmsted, OH 44070**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $424.12 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|-------|

**Payne Todd**
**6657 Bretton Ridge Dr**
**North Olmsted, OH 44070**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.14 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|--------|-------|

**Payton Patricia**
**1025 East 169th Street**
**Cleveland, OH 44110**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.20 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|-------|

**Pecoraro Julie**
**2863 SCARBOROUGH RD**
**CLEVELAND HEIGHTS, OH**
**44118-4053**

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**4/5/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.14 | $0.00 |
|---|---|---|---|---|

**Pecoraro Steven**
**2863 SCARBOROUGH RD**
**CLEVELAND HEIGHTS, OH**
**44118-4053**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/9/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.20 | $0.00 |
|---|---|---|---|---|

**PETER GREENE**
**4993 Robinhood**
**Willoughby, OH 44094**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.80 | $0.00 |
|---|---|---|---|---|

**PETER MAMONE**
**6468 Brook Hill Drive**
**Garfield Heights, OH 44125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.22 | $0.00 |
|---|---|---|---|---|

**Phan Alexander**
**7722 Southland Dr.**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.24 | $0.00 |
|---|---|---|---|---|

**Phan Alexander**
**7722 Southland Dr.**
**Mentor, OH 44060**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.08 | $0.00 |
|---|---|---|---|---|

**Phillip Jean**
**19304 Fairway Ave**
**Maple Heights, OH 44137**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.04 | $0.00 |
|---|---|---|---|---|

**Phillips co Karen Phillips Katelyn**
**122 W Satin Rd**
**Jefferson, OH 44047**

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**5/4/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 | $0.00 |
|---|---|---|---|---|

**Pierce Jr Ralph**
**3303 LIBRARY AVE**
**CLEVELAND, OH 44109-2231**

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**4/26/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.16 | $0.00 |
|---|---|---|---|---|

**Pierson  Zellous**
**4724 E 93 Rd**
**Garfield Heights, OH 44125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.13 | $0.00 |
|---|---|---|---|---|

**Pirnat Stephen**
**5160 Deer Ridge**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.63 | $0.00 |
|---|---|---|---|---|

**Pistilli Barb**
**3209 Altoona Rd**
**Cleveland, OH 44109**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/6/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.56 | $0.00 |
|---|---|---|---|---|

**Pitts Karen**
**4116 W. 158**
**Cleveland, OH 44135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 | $0.00 |
|---|---|---|---|---|

**Plett Philip**
**3588 GOTTSCHEE CT**
**BRUNSWICK, OH 44212-2251**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/19/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pounds-lewis Carolyn**
**1845 Maplegrove Dr**
**Twinsburg, OH 44087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/19/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.76 | $0.00 |
|---|---|---|---|---|

**PRESTON WISE**
**33574 Overland Lane**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.80 | $0.00 |
|---|---|---|---|---|

**Pretnar Robert**
**24400 Hartland Road**
**Euclid, OH 44123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.25 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Price Stephen**<br>**330 Rivermoor Dr**<br>**Mogadore, OH 44260** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/2/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.56 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Pring Linda**<br>**24528 Bassett Rd**<br>**Olmsted Falls, OH 44138** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.32 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Pultz Mary**<br>**12874 Olympus Way**<br>**Strongsville, OH 4414...** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Purdy Thomas**<br>**1235 DELLWOOD DR**<br>**WESTLAKE, OH 44145-1360** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/6/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.735 | Priority creditor's name and mailing address<br>**Quella Stephanie**<br>**26613 N Park Blvd**<br>**Olmsted Falls, OH 44138** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.736 | Priority creditor's name and mailing address<br>**QUINN MCDERMOTT**<br>**21825 Rye Rd.**<br>**Beachwood, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$254.68** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.737 | Priority creditor's name and mailing address<br>**RACHEL ZULLO**<br>**4601 West 157th St**<br>**Cleveland, OH 44135** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$356.40** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.738 | Priority creditor's name and mailing address<br>**Ragon Deborah**<br>**11921 Tucson Dr**<br>**North Olmsted, OH 44070** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$287.48** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.93 | $0.00 |
|---|---|---|---|---|

**Rahn Nancy**
**28612 Gillcrest**
**Willowick, OH 44095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $0.00 |
|---|---|---|---|---|

**Rahn Nancy**
**28612 GILCHRIST DR**
**WILLOWICK, OH 44095-4568**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/4/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.56 | $0.00 |
|---|---|---|---|---|

**Rak Sherrie**
**12981 Durkee**
**Grafton, OH 44044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.45 | $0.00 |
|---|---|---|---|---|

**RAMON RODRIGUEZ**
**3632 West 122 Nd St**
**Cleveland, OH 44111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

19-14090-jps     Doc 1     FILED 07/02/19     ENTERED 07/02/19 10:22:28     Page 210 of 545

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.90 | $0.00 |
|---|---|---|---|---|

**Ramsey Martha**
**8590 FOX HOLLOW DR**
**BROADVIEW HEIGHTS, OH**
**44147-1926**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/6/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.20 | $0.00 |
|---|---|---|---|---|

**RANDALL RISER**
**3271 Jeanne Dr**
**Parma, OH 44134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $386.38 | $0.00 |
|---|---|---|---|---|

**RASHETA TADESSE**
**611 Deering Dr**
**Akron, OH 44313**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.04 | $0.00 |
|---|---|---|---|---|

**RAY KASCHULLA**
**6880 Lynette**
**Parma, OH 44129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.24 | $0.00 |

**RAY RYBKA**
2634 Marland Dr
Hinckley, OH 44233

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.34 | $0.00 |

**RAY SZERENSCI**
2102 Lindbergh Ave
Cuyahoga Falls, OH 44223

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.80 | $0.00 |

**RAYMOND GEORGE**
2211 Green Road
Cleveland, OH 44121

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $0.00 |

**Reading Elizabeth**
812 SAVANNAH TRL
MEDINA, OH 44256-7148

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/4/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.21 | $0.00 |
|-------|---|---|---|---|

| | | *Check all that apply.* | | |
|---|---|---|---|---|
| | **REGGIE DANIELS**<br>P.o. Box 03193<br>Cleveland, OH 44103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018 -2019** | **Eyeglass orders or deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

*Check all that apply.*

**Regional Income Tax Agency**
10107 Brecksville Road
Brecksville, OH 44141

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Listed for Precaution** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.00 | $0.00 |
|-------|---|---|---|---|

*Check all that apply.*

**Reilley Kathy**
4048 West 204th Street
Fairview Park, OH 44126

☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/20/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.04 | $0.00 |
|-------|---|---|---|---|

*Check all that apply.*

**Rentschler Thomas**
38401 Eaglesnest
Willoughby, OH 44094

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No

☐ Yes

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.04 | $0.00 |
|---|---|---|---|---|

**Rentschler Thomas**
**38401 EAGLE NEST DR**
**WILLOUGHBY HILLS, OH**
**44094-6946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/18/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.24 | $0.00 |
|---|---|---|---|---|

**Revay Thomas**
**6606 REGENCY DR**
**PARMA, OH 44129-6111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/25/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.40 | $0.00 |
|---|---|---|---|---|

**Reyes Ivan**
**123 Burton St.**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.06 | $0.00 |
|---|---|---|---|---|

**RHONDA GUDDY**
**5329 Jenny Dr**
**Medina, OH 44256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.08 | $0.00 |
|---|---|---|---|---|

**RICHARD BUDOVEC**
6406 Monmouth Rd.
Cleveland, OH 44129

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.92 | $0.00 |
|---|---|---|---|---|

**RICHARD DONELAN**
7435 Gerald Dr
Middleburg Hts, OH 44130

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.84 | $0.00 |
|---|---|---|---|---|

**RICHARD FISHER**
9408 Pratt Ave
Cleveland, OH 44105

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.62 | $0.00 |
|---|---|---|---|---|

**RICHARD HUMESTON**
385 Lakewood Ave
Brunswick, OH 44212

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.12 | $0.00 |
|-------|---|---|---|---|

**RICHARD MILLER**
**12758 West 130 Th St**
**Strongsville, OH 44136**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.06 | $0.00 |
|-------|---|---|---|---|

**RICHARD WINROD**
**1015 Avian Ct**
**Brunswick, OH 44212**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.12 | $0.00 |
|-------|---|---|---|---|

**RICHARD YARMUSCH**
**8305 Pin Oak**
**Parma, OH 44130**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---|---|---|---|

**Ring Bruce**
**194 Warner Rd**
**Hinckley, OH 44233**

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**4/4/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.84 | $0.00 |
|---|---|---|---|---|
| | **Rini Joanne**<br>**23837 Mesbury Dr**<br>**North Olmsted, OH 44070** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $0.00 |
|---|---|---|---|---|
| | **Rini Joanne**<br>**23837 AMESBURY DR**<br>**NORTH OLMSTED, OH 44070-1559** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/30/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $277.26 | $0.00 |
|---|---|---|---|---|
| | **RITA BLACK**<br>**3711 Manchester Dr**<br>**Brunswick, OH 44212** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.46 | $0.00 |
|---|---|---|---|---|
| | **Ritter Janice**<br>**8710 Lakeshore Blvd**<br>**Mentor, OH 44060** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $494.28 | $0.00 |
|---|---|---|---|---|

**ROBERT GIMZA**
**30120 Forestgrove Road**
**Willowick, OH 44095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.50 | $0.00 |
|---|---|---|---|---|

**ROBERT GRIFFIN**
**3928 Lor Ron Ave**
**Brimfield, OH 44240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.59 | $0.00 |
|---|---|---|---|---|

**ROBERT HAUG**
**4284 Alpine Hill Ct**
**Brunswick, OH 44212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.10 | $0.00 |
|---|---|---|---|---|

**ROBERT HEAD**
**19516 Libby Rd**
**Maple Heights, OH 44137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$272.84** | **$0.00** |
|---|---|---|---|---|

**ROBERT HUFFER**
**3423 Priscilla**
**Parma, OH 44134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$130.88** | **$0.00** |
|---|---|---|---|---|

**ROBERT JONES**
**4180 East 147th Street**
**Cleveland, OH 44128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$71.14** | **$0.00** |
|---|---|---|---|---|

**ROBERT JONES**
**281 Morrison Ave**
**Cuyahoga Falls, OH 44221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$116.47** | **$0.00** |
|---|---|---|---|---|

**ROBERTO SANTANA**
**4000 Westbrook Drive #629**
**Cleveland, OH 44144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$182.00** | **$0.00** |
|---|---|---|---|---|
| | **ROBIN TRAPP**<br>**1828 W. Ridgewood Dr**<br>**Parma, OH 44134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$430.22** | **$0.00** |
|---|---|---|---|---|
| | **ROBY KOUNTZ**<br>**16035 Bowfin**<br>**Brookpark, OH 44142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$290.72** | **$0.00** |
|---|---|---|---|---|
| | **Rogers Cassandra**<br>**3258 West 141st**<br>**Cleveland, OH 44111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$170.13** | **$0.00** |
|---|---|---|---|---|
| | **Rogers Raynard**<br>**2008 Washington Drive**<br>**Richmond Heights, OH 44143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.783 | Priority creditor's name and mailing address **Romoga John 26835 Locust Dr Olmsted Falls, OH 44138** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

**$35.64**   **$0.00**

| Date or dates debt was incurred **2018-2019** | Basis for the claim: **Eyeglasses, deposits or orders** |
|---|---|
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 2.784 | Priority creditor's name and mailing address **RON FINNEY 2090 Goodyear Blvd Akron, OH 44305** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

**$201.76**   **$0.00**

| Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** |
|---|---|
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 2.785 | Priority creditor's name and mailing address **RON RITTER 149 Leighton Ln Akron, OH 44319** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

**$296.78**   **$0.00**

| Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** |
|---|---|
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes |

---

| | | |
|---|---|---|
| 2.786 | Priority creditor's name and mailing address **RONALD SEESE 4230 Americana Dr #201 Cuyahoga Falls, OH 44224** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

**$28.51**   **$0.00**

| Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** |
|---|---|
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes |

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $924.00 | $924.00 |
|---|---|---|---|---|

**Rorher, Darlene**
**17 Boulder Blvd**
**PENINSULA, OH 44264**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.11 | $0.00 |
|---|---|---|---|---|

**ROSE GIOVANNAZZO**
**180 Roosevelt Ave**
**Elyria, OH 44035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.28 | $0.00 |
|---|---|---|---|---|

**Rose Louise**
**16409 Laverne Ave**
**Cleveland, OH 44135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.00 | $0.00 |
|---|---|---|---|---|

**Rose Pamelina**
**11421 Governor Ave**
**Cleveland, OH 44111**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/19/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.10 | $0.00 |
|-------|----------------------------------------------|-------------------------------------------------------------------|---------|-------|
| | **ROSE TURNER** **12518 Craven** **Cleveland, OH 44105** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.45 | $0.00 |
|-------|----------------------------------------------|-------------------------------------------------------------------|---------|-------|
| | **ROSEMARIE BLAKE** **13798 Indian Creek** **Middleburg Hts, OH 44130** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2018 -2019** | Basis for the claim: **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.88 | $0.00 |
|-------|----------------------------------------------|-------------------------------------------------------------------|---------|-------|
| | **Rosen Joanne** **1891 Marsh Lane** **Painesville, OH 44077** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **2018-2019** | Basis for the claim: **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 | $0.00 |
|-------|----------------------------------------------|-------------------------------------------------------------------|-------|-------|
| | **Roser Lyndsy** **892 LAWRENCE ST** **MEDINA, OH 44256-2849** | ☐ Contingent ■ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 223 of 545

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.95 | $0.00 |
|---|---|---|---|---|

**Rossilli Milka**
**1095 Tioga Trail**
**Willoughby, OH 44094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $473.00 | $0.00 |
|---|---|---|---|---|

**Rowell Patrick**
**2632 Waterloo Rd**
**Mogadore, OH 44260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/8/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.27 | $0.00 |
|---|---|---|---|---|

**RUSSELL CHESBRO**
**2 Jasmine Crt**
**Rittman, OH 44270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Russell Tony**
**766 Utica Ave**
**Akron, OH 44312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/27/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $0.00 |
|---|---|---|---|---|

**2.799** Priority creditor's name and mailing address

**RUTH YELSIK**
**15913 Northwood Ave**
**Maple Heights, OH 44137**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00    $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.800** Priority creditor's name and mailing address

**RYAN FLETCHER**
**849 East Dartmoor Ave.**
**Sevenhills, OH 44131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20.96    $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.801** Priority creditor's name and mailing address

**Rybka Ray**
**2634 MARLAND DR**
**HINCKLEY, OH 44233-9114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$885.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.802** Priority creditor's name and mailing address

**Sabolik Mark**
**3923 W 158 St**
**Cleveland, OH 44111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$128.52    $0.00

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.40 | $0.00 |
|---|---|---|---|---|

**SABRINA GREEN**
**832 Needham Court**
**Macedonia, OH 44056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.39 | $0.00 |
|---|---|---|---|---|

**SAGE EGGLESTON**
**1015 N. Revere Rd.**
**Akron, OH 44333**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sage Russ**
**8939 SHANK RD**
**LITCHFIELD, OH 44253-9773**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.37 | $0.00 |
|---|---|---|---|---|

**SAM LINGENFELTER**
**2332 10th St**
**Cuyahoga Falls, OH 44221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 226 of 545

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.85 | $0.00 |
|---|---|---|---|---|

**Samuels Harry D**
**1124 Brandon Rd**
**Cleveland, OH 44112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sanders Desiree**
**3139 W 11TH ST**
**CLEVELAND, OH 44109-1803**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.20 | $0.00 |
|---|---|---|---|---|

**SANDRA WARD**
**3625 Laymond Blvd**
**Cleveland, OH 44118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.38 | $0.00 |
|---|---|---|---|---|

**SARAH MOBLEY**
**11317 Whitmore Avenue**
**Cleveland, OH 44108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.30 | $0.00 |
| | **Sauer Ronald** | Check all that apply. | | |
| | **4339 West 226th Street** | ☐ Contingent | | |
| | **Cleveland, OH 44114** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018-2019** | **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $383.94 | $0.00 |
| | **Sauer Ronald** | Check all that apply. | | |
| | **4339 West 226th Street** | ☐ Contingent | | |
| | **Cleveland, OH 44114** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018-2019** | **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $944.24 | $0.00 |
| | **Sauer Ronald** | Check all that apply. | | |
| | **4339 W 226TH ST** | ☐ Contingent | | |
| | **FAIRVIEW PARK, OH 44126-1828** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **4/22/2019** | **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.88 | $0.00 |
| | **Saunders Ella** | Check all that apply. | | |
| | **14714 Shaw Ave** | ☐ Contingent | | |
| | **East Cleveland, OH 44112** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018-2019** | **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.92 | $0.00 |
|---|---|---|---|---|

**SAVANNAH MANSI**
**5858 Clearview Dr**
**Parma Hts., OH 44130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018 -2019** | **Eyeglass orders or deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.46 | $0.00 |
|---|---|---|---|---|

**SCARLETT TANNER**
**107 Hemlock Drive**
**Creston, OH 44217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018 -2019** | **Eyeglass orders or deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.25 | $0.00 |
|---|---|---|---|---|

**Schatz Eric**
**1119 Christina Cout**
**Painesville, OH 44077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $778.40 | $778.40 |
|---|---|---|---|---|

**Schiebli, Erica**
**34740 IRIS LANE**
**Eastlake, OH 44095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **May, 2019** | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| **2.819** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$95.00** | **$0.00** |

**2.819**   Priority creditor's name and mailing address

**Schmitz Matthew**
**2191 E GILWOOD DR**
**STOW, OH 44224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: **$95.00** **$0.00**

Date or dates debt was incurred
**4/27/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.820**   Priority creditor's name and mailing address

**Schmuhl Darlene**
**11230 Brentwood Lane**
**Chardon, OH 44024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: **$320.68** **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.821**   Priority creditor's name and mailing address

**Schroer Brian**
**29800 Emery Rd**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: **$315.36** **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.822**   Priority creditor's name and mailing address

**Schroer Brian**
**29800 Emery Rd**
**Chagrin Falls, OH 44022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: **$147.88** **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $659.71 | $0.00 |
|---|---|---|---|---|
| | **SCOTT GORRIS**<br>**1864 Rocklyn Dr**<br>**Brunswick, OH 44212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $308.00 | $308.00 |
|---|---|---|---|---|
| | **Seeholzer, Kathleen**<br>**9700 W. MORELAND RD**<br>**Parma, OH 44129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**May, 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $326.36 | $0.00 |
|---|---|---|---|---|
| | **Segulin Joseph**<br>**7508 Mckinley Street**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $391.36 | $0.00 |
|---|---|---|---|---|
| | **Segulin Joseph**<br>**7508 Mckinley St**<br>**Mentor, OH 44060** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3/14/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $197.92 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Serback Mark**<br>**1189 Elm St**<br>**Grafton, OH 44044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $197.92 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Serback Mark**<br>**1189 ELM ST**<br>**GRAFTON, OH 44044** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/2/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $221.60 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Seren Kahlil**<br>**2352 Demington Drive**<br>**Cleveland Heights, OH 44106-3618** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**12/26/2018** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Sergon Linda**<br>**797 Valdes Ave**<br>**Akron, OH 44320** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 232 of 545

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $596.16 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Sevensson Lars**
**7793**
**Gates Mills, OH 44040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.62 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Shannon Steven**
**3652 Orchard Street**
**Mogadore, OH 44260**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/4/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**SHARON LENARCIC**
**1075 East 61st St**
**Cleveland, OH 44103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|--------|-------|

**Sharp Barry**
**528 E 108TH ST**
**CLEVELAND, OH 44108-1436**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.04 | $0.00 |
|-------|------|------|------|------|
| | **SHELLEY BOULTON**<br>**4817 Grafton Rd**<br>**Brunswick, OH 44212** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.32 | $0.00 |
|-------|------|------|------|------|
| | **SHELONDA WOODS**<br>**17315 Ridgeton Rd**<br>**Garfield Heights, OH 44128** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|------|------|------|------|
| | **Shelton Larry**<br>**3246 Scarborough**<br>**Cleveland Heights, OH 44108** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/10/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $0.00 |
|-------|------|------|------|------|
| | **Sherman Tammy**<br>**120 RUTH ELLEN DR STE 414**<br>**RICHMOND HTS, OH 44143-1059** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $347.12 | $0.00 |
|---|---|---|---|---|

**Shetty Mihir**
**841 Hamlet Lane-B-1**
**Westlake, OH 44145**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $347.12 | $0.00 |
|---|---|---|---|---|

**Shetty Shashirekha**
**841 Hamlet Lane B1**
**Westlake, OH 44145**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/29/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.39 | $0.00 |
|---|---|---|---|---|

**SHIRLEY HALE**
**1511 North Jefferson Street**
**Medina, OH 44256**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.40 | $0.00 |
|---|---|---|---|---|

**SHIRLEY KELLEY**
**3802 Daisey Ave**
**Cleveland, OH 44109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.84 | $0.00 |
|---|---|---|---|---|

**SHIRLEY TOMER**
**1564 Diana Dr**
**Brunswick, OH 44212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.72 | $0.00 |
|---|---|---|---|---|

**SHRIYA SELVAN**
**8075 Darbys Run**
**Chagrin Falls, OH 44023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $0.00 |
|---|---|---|---|---|

**Sieger Morgan**
**13193 HAMPTON CLUB DR**
**NORTH ROYALTON, OH**
**44133-7412**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/2/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.09 | $0.00 |
|---|---|---|---|---|

**Sim Gail**
**1103 Webster Road**
**Jefferson, OH 44047**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $258.12 | $0.00 |
|---|---|---|---|---|
| | **Simcic Mark**<br>**3665 RUSSETT DR**<br>**BROADVIEW HEIGHTS, OH**<br>**44147-2619** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/30/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $198.56 | $0.00 |
|---|---|---|---|---|
| | **Simmerly Leonard**<br>**17140 Amber Drive**<br>**Cleveland, OH 44111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Simpkins Roberta**<br>**5807 Redwood Ct**<br>**Mentor on the Lake, OH 44060** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $352.56 | $0.00 |
|---|---|---|---|---|
| | **Sinor Michelle**<br>**517 GREENWOOD AVE**<br>**AKRON, OH 44320** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/2/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.00 | $0.00 |
|---|---|---|---|---|

**Slabaugh Joe**
**C/o Deborah Slabaugh**
**North Canton, OH 44720**

_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/27/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.36 | $0.00 |
|---|---|---|---|---|

**Sledz Thomas**
**27992 Blossom Lane**
**North Olmsted, OH 44070**

_Check all that apply._
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/13/2019** | **Eyeglass Purchase or Deposit** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.00 | $0.00 |
|---|---|---|---|---|

**Smedira Amy**
**6380 Woodhawk Drive**
**Cleveland, OH 44124**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.56 | $0.00 |
|---|---|---|---|---|

**Smiddie Kellie**
**4223 Brookway Lane**
**Cleveland, OH 44144**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018-2019** | **Eyeglasses, deposits or orders** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.56 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Smiddie Kellie**
**4223 BROOKWAY LN**
**BROOKLYN, OH 44144-1304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/6/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.856 | | As of the petition filing date, the claim is: | $136.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Smith co Cynthia Smith Emily**
**1972 KRUMROY RD**
**AKRON, OH 44312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.857 | | As of the petition filing date, the claim is: | $136.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Smith Cynthia**
**1972 Krumroy Road**
**AKRON, OH 44312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.858 | | As of the petition filing date, the claim is: | $86.00 | $86.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Smith, Kristina**
**2010 Coventry Drive**
**Parma, OH 44134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $169.95 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Smrdel Gary**<br>**4251 Oregon St**<br>**Perry, OH 44081** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/1/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $105.63 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Snow William**<br>**7080 Elizabeth Ct.**<br>**Mentor, OH 44060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,849.68 | $1,849.68 |
| --- | --- | --- | --- | --- |
| | **Snyder, Denise**<br>**6770 PARKGATE OVAL**<br>**Seven Hills, OH 44131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**May, 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $346.60 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Socha Donna**<br>**5555 Revere Run**<br>**Canfield, OH 44406** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.56** | **$0.00** |

Priority creditor's name and mailing address
**Socha Donna**
**5555 Revere Run**
**Canfield, OH 44406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

Priority creditor's name and mailing address
**Soeder Edwin**
**7734 Tea Rose**
**Mentor, OH 44060**

As of the petition filing date, the claim is:    **$325.55**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

2.864

---

Priority creditor's name and mailing address
**Soeder Edwin**
**7734 Tea Rose**
**Mentor, OH 44060**

As of the petition filing date, the claim is:    **$661.26**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

2.865

---

Priority creditor's name and mailing address
**Soeder Laura**
**4912 Behrwald Ave**
**Cleveland, OH 44144**

As of the petition filing date, the claim is:    **$500.72**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

2.866

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $734.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Soeder Laura**<br>**4912 BEHRWALD AVE**<br>**CLEVELAND, OH 44144-3609** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/16/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $152.52 | $0.00 |
| --- | --- | --- | --- | --- |
| | **SONIA CALDERON**<br>**4133 West 50th Street**<br>**Cleveland, OH 44144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.80 | $0.00 |
| --- | --- | --- | --- | --- |
| | **SONJA GALLAGHER**<br>**1533 East 195th St**<br>**Euclid, OH 44117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,457.68 | $1,457.68 |
| --- | --- | --- | --- | --- |
| | **Soucek, Mark**<br>**10222 HUNTINGTON PARK DR**<br>**Strongsville, OH 44136** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**May, 2019** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.84 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Spain Samuel**
**4267 Lake Road East**
**Geneva, OH 44041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.18 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Spain Samuel**
**4267 Lake Road East**
**Geneva, OH 44041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.64 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Spencer Loretta**
**1082 Seward Avenue**
**Akron, OH 44320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/31/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $486.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Spurlock Carolyn**
**55 Barrett Rd Apt 619**
**Berea, OH 44017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$621.00** | $0.00 |
|-------|-----|-----|-----|-----|
| | **Spurlock Carolyn**<br>**27419 Detroit Rd Apt G67**<br>**Westlake, OH 44145** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/4/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$214.40** | $0.00 |
|-------|-----|-----|-----|-----|
| | **Stall Robert**<br>**17903 Lake Rd**<br>**Lakewood, OH 44107** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$52.00** | $0.00 |
|-------|-----|-----|-----|-----|
| | **Stallings Regina**<br>**2853 East 127th Up**<br>**Cleveland, OH 44120** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$504.21** | $0.00 |
|-------|-----|-----|-----|-----|
| | **STAN BORYCZKA**<br>**1397 Shinnecock Path**<br>**Brunswick, OH 44212** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.879 | Priority creditor's name and mailing address<br>**STANLEY BETTS**<br>**1088 Beechmont Oval**<br>**Orange, OH 44122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$404.92** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.880 | Priority creditor's name and mailing address<br>**Stasiak Melissa**<br>**1687 ARBUTUS DR**<br>**HUDSON, OH 44236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$400.00** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**4/25/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.881 | Priority creditor's name and mailing address<br>**State of Ohio c/o Attorney General**<br>**Collection Enforcement Section**<br>**Attn: Bankruptcy Staff**<br>**150 E. Gay St., 21st Floor**<br>**Columbus, OH 43215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.882 | Priority creditor's name and mailing address<br>**STEPHANIE WATROBA**<br>**12812 Willard**<br>**Garfield Hts, OH 44125** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$268.60** | **$0.00** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $621.28 | $0.00 |
|-------|-----------------------------------------------|-------------------------------------------------|---------|-------|

**STEPHEN YAGERSZ**
**2076 Boston**
**Hinckley, OH 44233**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $343.92 | $0.00 |
|-------|-----------------------------------------------|-------------------------------------------------|---------|-------|

**STEVE PIEFFER**
**5100 Archmere Avenue**
**Cleveland, OH 44144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.25 | $0.00 |
|-------|-----------------------------------------------|-------------------------------------------------|---------|-------|

**STEVE PRICE**
**330 Rivermoor Dr**
**Mogadore, OH 44260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.96 | $0.00 |
|-------|-----------------------------------------------|-------------------------------------------------|---------|-------|

**Stewart John**
**5937 Springwood Dr**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.887 | Priority creditor's name and mailing address<br>**Straub John**<br>**1224 East 348**<br>**Eastlake, OH 44095** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4.48** $0.00 |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.888 | Priority creditor's name and mailing address<br>**Strouth Richard**<br>**4554 W 220**<br>**Cleveland, OH 44126** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$426.68** $0.00 |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.889 | Priority creditor's name and mailing address<br>**Stubbs Alicia**<br>**9600 NELSON AVE**<br>**CLEVELAND, OH 44105-4062** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$407.68** $0.00 |
| | Date or dates debt was incurred<br>**4/11/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.890 | Priority creditor's name and mailing address<br>**Suhadolnik Judy**<br>**37180 Shady Drive**<br>**North Ridgeville, OH 44039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$388.80** $0.00 |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $397.11 | $0.00 |

**SUSAN BUATOIS**
**1443 Pippen Circle**
**Broadview Heights, OH 44147**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.64 | $0.00 |

**SUSAN CARLIN**
**1111 Tuxedo Ave.**
**Parma, OH 44134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.84 | $0.00 |

**SUSAN CASTLEBERRY**
**4903 East 96th Street**
**Garfield Heights, OH 44125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.51 | $0.00 |

**SUSETTE ZIATS**
**4625 Brookstone Crt. Brunswick,**
**OH 44212**
**Brunswick, OH 44212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.49 | $0.00 |
|-------|------|------|------|------|

**Swartz James**
**2449 Plumb Creek Dr**
**Roaming Shores, OH 44084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $585.53 | $0.00 |
|-------|------|------|------|------|

**Tanner Melanie**
**107 HEMLOCK DR**
**CRESTON, OH 44217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/13/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $0.00 |
|-------|------|------|------|------|

**TANYA HAIRSTON**
**13417 Fourth Ave.**
**Cleveland, OH 44112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.69 | $0.00 |
|-------|------|------|------|------|

**TANYA HICKSON**
**1283 Marcy St**
**Akron, OH 44301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.56 | $0.00 |
|---|---|---|---|---|
| | **TARA HOFFMAN**<br>**13125 Astor Avenue**<br>**Cleveland, OH 44135** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.29 | $0.00 |
|---|---|---|---|---|
| | **Taylor Brian**<br>**2270 Noble Rd.**<br>**Cleveland, OH 44121** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.16 | $0.00 |
|---|---|---|---|---|
| | **Taylor Patrick**<br>**5905 S. Park Dr**<br>**Lorain, OH 44053** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.20 | $0.00 |
|---|---|---|---|---|
| | **Taylor Tatianna**<br>**2831 Hampshire Road Unit 3**<br>**Cleveland, OH 44118** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.08 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|-------|

**TE-SHAWN LEE**
3370 Seaton Road
Cleveland, OH 44118

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.44 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|-------|

**TED RYPEL**
7031 Middlebrook Blvd
Middleburg Hts., OH 44130

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.80 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|-------|

**TERESA FIGLIANO**
4759 Deborah Lynn Dr.
Cleveland, OH 44144

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.89 | $0.00 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|-------|

**TERESA MATSON**
6821 Drexel Drive
Independence, OH 44131

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.00** | **$0.00** |
|---|---|---|---|---|

**TERRENC GRIFFIN**
**3964 E155**
**Garfield Heights, OH 44128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.908 | Priority creditor's name and mailing address | | **$311.88** | **$0.00** |
|---|---|---|---|---|

**TERRI DANIELS**
**1413 East 95th Street**
**Cleveland, OH 44108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.909 | Priority creditor's name and mailing address | | **$145.53** | **$0.00** |
|---|---|---|---|---|

**TERRI MCDONALD**
**11440 Bobko Blvd.**
**Parma, OH 44130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.910 | Priority creditor's name and mailing address | | **$295.32** | **$0.00** |
|---|---|---|---|---|

**Terriaco Ronald**
**7030 Pinehill Rd**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.36 | $0.00 |
|---|---|---|---|---|

**TERRY BLAZEY**
10282 Oak Branch Trail
Strongsville, OH 44149

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.16 | $0.00 |
|---|---|---|---|---|

**TERRY COBB**
3625 East 118th St
Garfield Heights, OH 44105

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.63 | $0.00 |
|---|---|---|---|---|

**TERRY NOVOTNY**
15541 Drake Rd
Strongsville, OH 44136

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.52 | $0.00 |
|---|---|---|---|---|

**TERRY PALANGE**
312 Hillsdale Circle
Wadsworth, OH 44281

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.57 | $0.00 |

2.915 | Priority creditor's name and mailing address
**TERRY RAGLAND**
**495 Fritch**
**Akron, OH 44314**

As of the petition filing date, the claim is: **$279.57** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.916 | Priority creditor's name and mailing address
**TEVIN RUSH**
**856 Archer Road**
**Bedford, OH 44146**

As of the petition filing date, the claim is: **$208.36** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.917 | Priority creditor's name and mailing address
**THANH NGUYEN**
**9664 Melody**
**Cleveland, OH 44144**

As of the petition filing date, the claim is: **$233.28** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

2.918 | Priority creditor's name and mailing address
**Thein Jamye**
**8399 Celianna Drive**
**Strongsville, OH 44136**

As of the petition filing date, the claim is: **$439.04** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $310.83 | $0.00 |
|---|---|---|---|---|
| | **THELMA FORT**<br>**881 Belden Ave.**<br>**Akron, OH 44310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $288.43 | $0.00 |
|---|---|---|---|---|
| | **THERESA CASTRO**<br>**4100 Westbrook Dr#126**<br>**Cleveland, OH 44144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $165.00 | $0.00 |
|---|---|---|---|---|
| | **THERESA JENKINS**<br>**4141 Princeton Blvd.**<br>**South Euclid, OH 44121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $325.00 | $0.00 |
|---|---|---|---|---|
| | **THERESA KRATZER**<br>**2007 Pinewood Dr**<br>**Brunswick, OH 44212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 255 of 545

| | | |
|---|---|---|
| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$155.24** | **$0.00** |

**2.923** Priority creditor's name and mailing address

**THERESA WAGNER**
**6472 State Rd J3**
**Cleveland, OH 44134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$155.24**     **$0.00**

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.924** Priority creditor's name and mailing address

**THERESIA SULEA**
**7003 Forest Ave**
**Parma, OH 44129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$317.52**     **$0.00**

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.925** Priority creditor's name and mailing address

**Thieryoung  Anne**
**20201 Lorain Rd #515**
**Cleveland, OH 44126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$330.24**     **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.926** Priority creditor's name and mailing address

**Thieryoung Anne**
**20201 Lorain Rd #515**
**Cleveland, OH 44126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$211.20**     **$0.00**

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.24** $0.00 |
| | **Thieryoung Anne**<br>**20201 LORAIN RD STE 515**<br>**FAIRVIEW PARK, OH 44126-3483** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**3/28/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28.89** $0.00 |
| | **Thomas Sonya**<br>**21651 Ball Ave**<br>**Euclid, OH 44123** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.05** $0.00 |
| | **Thompson  Stacie**<br>**4097 Wyncote Rd.**<br>**Cleveland, OH 44121** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** $0.00 |
| | **Thompson Stacie**<br>**4097 wyncote rd**<br>**South Euclid, OH 44121** | *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>**5/6/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $302.56 | $0.00 |
|---|---|---|---|---|

**TIM CALLAHAN**
**10413 South Highland Ave**
**Garfield Heights, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $279.29 | $0.00 |
|---|---|---|---|---|

**TIM KNAPIK**
**4090 East59 Street**
**Cleveland, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.07 | $0.00 |
|---|---|---|---|---|

**TIM MCDONALD**
**11440 Bobko Blvd.**
**Parma, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.37 | $0.00 |
|---|---|---|---|---|

**TOBY OSBORN**
**18 N Hickin St**
**Rittman, OH 44270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.96 | $0.00 |
|---|---|---|---|---|

**Tokarski Heather**
**9311 LORRICH DR**
**MENTOR, OH 44060-1711**

*Check all that apply.*
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**3/18/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.76 | $0.00 |
|---|---|---|---|---|

**TOM GALLAGHER**
**4729 East 90th Street**
**Garfield Heights, OH 44125**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.43 | $0.00 |
|---|---|---|---|---|

**TOM MICHELSON**
**3573 Castleton Ln**
**Brunswick, OH 44212**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.85 | $0.00 |
|---|---|---|---|---|

**TOM OLIVER**
**4123 Regal Ave**
**Brunswick, OH 44212**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.24 | $0.00 |
| --- | --- | --- | --- | --- |
| | **TOM REVAY** | *Check all that apply.* | | |
| | **6606 Regency Drive** | ☐ Contingent | | |
| | **Parma, OH 44129** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.52 | $0.00 |
| --- | --- | --- | --- | --- |
| | **TOM SPENCE** | *Check all that apply.* | | |
| | **1782 Tree Top Trail Apt A Building 15,** | ☐ Contingent | | |
| | **AKRON, OH 44313** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.62 | $0.00 |
| --- | --- | --- | --- | --- |
| | **TOM SZEMON** | *Check all that apply.* | | |
| | **8957 Sandpiper Dr.** | ☐ Contingent | | |
| | **Streetsboro, OH 44241** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.66 | $0.00 |
| --- | --- | --- | --- | --- |
| | **TONI CODE-JONES** | *Check all that apply.* | | |
| | **757 Independance Ave** | ☐ Contingent | | |
| | **Akron, OH 44310** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| | | |
|---|---|---|
| **2.943** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$532.68** | **$0.00** |

**2.943** Priority creditor's name and mailing address

**TONY LEVENDERIS**
**545 Woodland Dr**
**Tallmadge, OH 44278**

As of the petition filing date, the claim is: **$532.68** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.944** Priority creditor's name and mailing address

**TONY YOUNGS**
**18401 Winslow Rd**
**Beachwood, OH 44122**

As of the petition filing date, the claim is: **$111.48** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.945** Priority creditor's name and mailing address

**TONYA RIPPLINGER**
**1932 Caroline Ave**
**Akron, OH 44320**

As of the petition filing date, the claim is: **$308.38** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.946** Priority creditor's name and mailing address

**Torarski Heather**
**9311 Lorrich**
**Mentor, OH 44060**

As of the petition filing date, the claim is: **$166.92** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.15 | $0.00 |
|---|---|---|---|---|

**Toth Garry**
**7066 BENTLEY PL**
**PAINESVILLE, OH 44077-2212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/19/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.00 | $0.00 |
|---|---|---|---|---|

**Towns Shelle**
**6349 SPARROWHAWK WAY**
**OAKWOOD VILLAGE, OH**
**44146-3167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/6/2009**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.21 | $0.00 |
|---|---|---|---|---|

**TRINA MERKLE**
**3353 Fulton Rd**
**Cleveland, OH 44109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tucker Courtney**
**3560 GRANTON AVE**
**CLEVELAND, OH 44111-2972**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**2.951** Priority creditor's name and mailing address
**Tuma Janette**
**23101 Macbeth Avenue**
**North Olmsted, OH 44070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$0.00  $0.00

Date or dates debt was incurred
**7/1/1997**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.952** Priority creditor's name and mailing address
**Turk Kristie**
**4870 Eastlake Drive**
**Geneva, OH 44041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$290.90  $0.00

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.953** Priority creditor's name and mailing address
**Turner Rose**
**12518 CRAVEN AVE**
**CLEVELAND, OH 44105-2650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$0.00  $0.00

Date or dates debt was incurred
**4/2/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.954** Priority creditor's name and mailing address
**Tutolo Anthony**
**242 E. 330th St.**
**Eastlake, OH 44095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$173.55  $0.00

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.955 | Priority creditor's name and mailing address<br>**TYRA CANTY-MONTGOMERY**<br>**11810 Darlington Ave**<br>**Garfield Heights, OH 44125** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$203.01** | **$0.00** |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.956 | Priority creditor's name and mailing address<br>**Tyrus April**<br>**11709 Nelson Ct Apt 3**<br>**Lakewood, OH 44107** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.16** | **$0.00** |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.957 | Priority creditor's name and mailing address<br>**U.S.A. - c/o U.S. Atty. Gen.**<br>**Main Justice Building**<br>**10th & Constitution Aves., NW**<br>**Washington, DC 20535** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.958 | Priority creditor's name and mailing address<br>**U.S.A. - c/o U.S. District Atty.**<br>**Carl B. Stokes U.S. Court House**<br>**801 West Superior Ave., Suite 400**<br>**Cleveland, OH 44113-1852** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Listed for Precaution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $0.00 |
|-------|-----|-----|-----|-----|

**VALERIE BEARD**
**4133 East 154th**
**Garfield Heights, OH 44128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $0.00 |
|-------|-----|-----|-----|-----|

**Vales Maosha**
**3122 E 99th St**
**Cleveland, OH 44104**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/11/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.60 | $0.00 |
|-------|-----|-----|-----|-----|

**VANISREE VELAMOOR**
**7536 Royal Portrush Dr.**
**Solon, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.68 | $0.00 |
|-------|-----|-----|-----|-----|

**Vantsa Yevhen**
**5686 Broadview Rd Apt 2304**
**Cleveland, OH 44134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$364.80** | $0.00 |
|---|---|---|---|---|

**Varney Mary**
**1422 GARFIELD AVE**
**BRUNSWICK, OH 44212-3314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/17/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$319.92** | $0.00 |
|---|---|---|---|---|

**Vason Ossie**
**4580 Andorra Dr**
**North Olmsted, OH 44070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$346.96** | $0.00 |
|---|---|---|---|---|

**Vedda Joyce**
**24803 River Glen Drive**
**Columbia Station, OH 44028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$141.91** | $0.00 |
|---|---|---|---|---|

**VERNER PEDERSEN**
**1319 Blueberry Hill**
**Brunswick, OH 44212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.92 | $0.00 |
|---|---|---|---|---|

**2.967** Priority creditor's name and mailing address

**VICTORIA REED**
**4488 W. 45th**
**Cleveland, OH 44109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27.92     $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.968** Priority creditor's name and mailing address

**Villers Mary**
**2700 SERFASS RD**
**CLINTON, OH 44216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.969** Priority creditor's name and mailing address

**VINCENT BAILEY**
**4766 Elizabeth Lane**
**Brooklyn, OH 44144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$40.40     $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.970** Priority creditor's name and mailing address

**VINCENT WALLACE**
**8518 E 1189th**
**Garfield Heights, OH 44105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$445.00     $0.00

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Vinson Elizabeth**
**334 STORER AVE**
**AKRON, OH 44302**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/23/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.81 | $0.00 |

**Wagner Lori**
**35490 Freed Drive**
**Eastlake, OH 44095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.23 | $0.00 |

**Wagner Shirley**
**29982 Truman Ave**
**Wickliffe, OH 44092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.05 | $0.00 |

**Waits Robert**
**7294 Connie Drive**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $272.16 | $0.00 |
|---|---|---|---|---|

**Wakefield Deborah**
**3116 Osage Way**
**Broadview Hts., OH 44147**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/26/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $363.91 | $0.00 |
|---|---|---|---|---|

**Wakefield Lloyd**
**3116 Osage Way**
**Broadview Hts., OH 44147**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/22/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $275.40 | $0.00 |
|---|---|---|---|---|

**Walcott Robert**
**2173 West 7th Street**
**Cleveland, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $221.00 | $0.00 |
|---|---|---|---|---|

**Walker Dawn**
**692 Seasons Pass dr**
**Brunswick, OH 44212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/20/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Walsh C/O Barbara Walsh Caitlin**
**4579 Wood St**
**Willoughby, OH 44094**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/17/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.32 | $0.00 |
| --- | --- | --- | --- | --- |

**WALTER BELL**
**1630 E 66 Th Street Apt. #1**
**Cleveland, OH 44103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
| --- | --- | --- | --- | --- |

**Walton, Tony**
**19121 Monterey Ave.**
**Euclid, OH 44119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May, 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.52 | $0.00 |
| --- | --- | --- | --- | --- |

**WALTRAUD THORNE**
**6914 Velma**
**Cleveland, OH 44129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $698.24 | $0.00 |
|---|---|---|---|---|

**Wardell Marva**
**Po Box 603451**
**Cleveland, OH 44103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.02 | $0.00 |
|---|---|---|---|---|

**Ware Jr Jack**
**574 Jesse L Jackson Place**
**Cleveland, OH 44108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.04 | $0.00 |
|---|---|---|---|---|

**Warner Nicole**
**2799 Lakeview Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.04 | $0.00 |
|---|---|---|---|---|

**Warner Nicole**
**2799 Lakeview Ave**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/18/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $218.96 | $0.00 |
|---|---|---|---|---|
| | **WARREN BECKER**<br>**400 Saint Ledger Ave**<br>**Akron, OH 44305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $417.01 | $0.00 |
|---|---|---|---|---|
| | **Watkins Jacob**<br>**2201 GOODYEAR BLVD**<br>**AKRON, OH 44305** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/5/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $67.70 | $0.00 |
|---|---|---|---|---|
| | **Watson Nautica**<br>**15316 Parkgrove Avenue**<br>**Cleveland, OH 44110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $380.00 | $0.00 |
|---|---|---|---|---|
| | **weatherholt michael**<br>**26180 HILLSIDE DR.**<br>**QUAKER CITY, OH 43773** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/12/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 272 of 545

| 2.991 | Priority creditor's name and mailing address **Weaver Julia** 3635 West Blvd Cleveland, OH 44111 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $547.24 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2018-2019** | Basis for the claim: **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.992 | Priority creditor's name and mailing address **Weaver Julia** 3635 WEST BLVD CLEVELAND, OH 44111-3857 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $547.24 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **4/2/2019** | Basis for the claim: **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.993 | Priority creditor's name and mailing address **Wells Michelle** 640 Turney Rd Bedford, OH 44146 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ■ Unliquidated ☐ Disputed | $504.52 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **4/2/2019** | Basis for the claim: **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.994 | Priority creditor's name and mailing address **Wene Kaitlin** 17617 Harvest Lane Grafton, OH 44044 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $106.92 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred **2018-2019** | Basis for the claim: **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.48 | $0.00 |
|---|---|---|---|---|

**Whatley Jacqueline**
**3079 Van Aken Blvd**
**Shaker Hts, OH 44120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.00 | $0.00 |
|---|---|---|---|---|

**Whelan Kristen**
**7802 DEBONAIRE DR**
**MENTOR, OH 44060-5342**

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/23/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**White Christine**
**7500 DUDLEY AVE**
**CLEVELAND, OH 44102**

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/3/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**White Christine**
**7500 DUDLEY AVE**
**CLEVELAND, OH 44102**

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/3/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.80 | $0.00 |
|-------|-----------|------------|---------|-------|

**Wicks Estella**
**1865 Winderlere**
**Cleveland, OH 44112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.60 | $0.00 |
|--------|-----------|------------|---------|-------|

**WILFREDO CARABALLO**
**11920 Worthington**
**Cleveland, OH 44111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.44 | $0.00 |
|--------|-----------|------------|---------|-------|

**WILLIAM BROWN**
**11620 Farringdon Ave**
**Garfield Heights, OH 44105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.54 | $0.00 |
|--------|-----------|------------|---------|-------|

**WILLIAM FLETCHER**
**354 Troubadour**
**Northfield, OH 44067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.1003 | Priority creditor's name and mailing address<br>**WILLIAM HAZEL**<br>**6904 Highland Dr**<br>**Independence, OH 44131** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$295.92** $0.00 |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1004 | Priority creditor's name and mailing address<br>**WILLIAM HUNTER**<br>**4264 Settlers Way**<br>**Brunswick, OH 44212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$358.68** $0.00 |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1005 | Priority creditor's name and mailing address<br>**WILLIAM MAYER**<br>**21209 Hansen Rd**<br>**Maple Heights, OH 44137** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$446.04** $0.00 |
| | Date or dates debt was incurred<br>**2018 -2019** | Basis for the claim:<br>**Eyeglass orders or deposits** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1006 | Priority creditor's name and mailing address<br>**Williams Deltonio**<br>**281 E 250th**<br>**Euclid, OH 44132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$404.48** $0.00 |
| | Date or dates debt was incurred<br>**2018-2019** | Basis for the claim:<br>**Eyeglasses, deposits or orders** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$404.48** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Williams Deltonio**<br>**3876 Monticello Blvd**<br>**Cleveland Heights, OH 44121** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/15/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.00** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Williams Jacquelne**<br>**19503 Cherokee Ave**<br>**Cleveland, OH 44119** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**3/25/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Williams Kaona**<br>**14303 REDDINGTON AVE**<br>**MAPLE HEIGHTS, OH 44137-3211** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$462.46** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Williams Lamar**<br>**968 CHELSTON RD**<br>**South Euclid, OH 44121** | Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**4/9/2019** | Basis for the claim:<br>**Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.22 | $0.00 |
| | **Willoughby Renee** | Check all that apply. | | |
| | **32655 Redwood Blvd** | ☐ Contingent | | |
| | **Avon Lake, OH 44012** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018-2019** | **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.12 | $0.00 |
| | **Wills Twila** | Check all that apply. | | |
| | **1116 Lander Rd** | ☐ Contingent | | |
| | **Cleveland, OH 44124** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018-2019** | **Eyeglasses, deposits or orders** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.00 | $0.00 |
| | **Wills Twila** | Check all that apply. | | |
| | **1116 Lander Rd** | ☐ Contingent | | |
| | **Mayfield Heights, OH 44124-1602** | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **3/23/2019** | **Eyeglass Purchase or Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.1014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $0.00 |
| | **WILMA ZAYCHEK** | Check all that apply. | | |
| | **2040 Broad Blvd.** | ☐ Contingent | | |
| | **Cuyahoga Falls, OH 44223** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 -2019** | **Eyeglass orders or deposits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| | | |
|---|---|---|
| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$276.00** | **$0.00** |

**2.1015** Priority creditor's name and mailing address

**Wilson Matthew**
**4706 Lincoln Ave**
**Parma, OH 44134**

As of the petition filing date, the claim is:     **$276.00**    **$0.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/29/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1016** Priority creditor's name and mailing address

**Wilson Quasheeda**
**15010 MADISON AVE STE 303**
**LAKEWOOD, OH 44107-4041**

As of the petition filing date, the claim is:     **$64.00**    **$0.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1017** Priority creditor's name and mailing address

**Wilson Susan**
**6545 Copley**
**Solon, OH 44139**

As of the petition filing date, the claim is:     **$85.80**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1018** Priority creditor's name and mailing address

**Wilson-Bargar Debra**
**4231 DUKE CT**
**BRUNSWICK, OH 44212**

As of the petition filing date, the claim is:     **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$410.32** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Wingenfeld Gary**
**6283 Dogwood Lane**
**North Ridgeville, OH 44039**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1020 | | | **$230.20** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Wingenfeld Gary**
**6283 Dogwood Lane**
**North Ridgeville, OH 44039**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1021 | | | **$186.74** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Winnick Demetrius**
**22705 Lakeshore Ave Apt 128**
**Euclid, OH 44123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1022 | | | **$185.05** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Wissinger Debra**
**302 Longfellow St**
**Elyria, OH 44035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.32 | $0.00 |
|---|---|---|---|---|

**Wood Christopher**
**2515 Edgehill Road**
**Cleveland, OH 44106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.80 | $0.00 |
|---|---|---|---|---|

**Yarian Timothy**
**5280 Hampton Dr**
**North Olmsted, OH 44070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.76 | $0.00 |
|---|---|---|---|---|

**Young Anna**
**1276 W 83RD ST**
**CLEVELAND, OH 44102-1904**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/2/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.52 | $0.00 |
|---|---|---|---|---|

**Young Elizabeth**
**30879 South Ct**
**North Olmsted, OH 44070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.34 | $0.00 |

**YUE LI**
**2949 Van Aken Blvd #3**
**Cleveland, OH 44120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $0.00 |

**Yurko Sharon & John**
**6464 SCOTT DR**
**BROOK PARK, OH 44142-3449**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/27/2018**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $0.00 |

**YVONNE LEE JOHNSON**
**920 Vernon Odom Blvd**
**Akron, OH 44307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.98 | $0.00 |

**ZACARI LEWIS**
**1845 Maple Grove Drive107**
**Twinsburg, OH 44087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.19 | $0.00 |
| --- | --- | --- | --- | --- |

**Zarife Cynthia**
**6646 Mackenzie Rd**
**North Olmsted, OH 44070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.36 | $0.00 |
| --- | --- | --- | --- | --- |

**Zeda Adisbel**
**5000 Behrwald**
**Cleveland, OH 44144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.80 | $0.00 |
| --- | --- | --- | --- | --- |

**Zeda Adisbel**
**5000 Behrwald**
**Cleveland, OH 44144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.36 | $0.00 |
| --- | --- | --- | --- | --- |

**Zeda Adisbel**
**5000 Behrwald**
**Cleveland, OH 44144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.12 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Zenbauer Marnie**
**28616 Lakeshore Blvd**
**Willowick, OH 44095**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $529.12 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Zimmerman  Teresa**
**26400 Hendon**
**Beachwood, OH 44122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.50 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Zimmerman  Linda**
**1890 East 107**
**Cleveland, OH 44106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018-2019**

Basis for the claim:
**Eyeglasses, deposits or orders**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $393.00 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Zimmerman Linda**
**1890 E 107TH ST   APT 1036**
**CLEVELAND, OH 44106-2235**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/23/2019**

Basis for the claim:
**Eyeglass Purchase or Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Union Eye Care Center, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.84 | $0.00 |
|---|---|---|---|---|

**ZOE EMMERT**
**12205 Oak Park Blvd**
**Garfield Heights, OH 44125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018 -2019**

Basis for the claim:
**Eyeglass orders or deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Aaron D Plasco**
**3590 Turnberry Ave**
**Medina, OH 44756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Aaron M Thompson**
**5077 Heather Ann Circle**
**Stow, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.21 |
|---|---|---|---|

**ABC Fire Inc.**
**10250 Royalton Road**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $515.20 |
|---|---|---|---|

**Alan Cliffe**
**441 Kenwood Dr**
**Apt T**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Alan J Ballas**
**228 Anchor Dr**
**Sheffield Lake, OH 44054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 285 of 545

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.34 |
|---|---|---|---|

**Albert Szczepanik**
**294 Starlight Dr**
**Seven Hills, OH 44131**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,097.42 |
|---|---|---|---|

**Alcon Laboratories, Inc**
**PO Box 677775**
**Dallas, TX 752677775**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Alison Floyd**
**29470 West Woodall Rd**
**Solon, OH 44139**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.25 |
|---|---|---|---|

**Allan Hlavna**
**33997 Garrett Drive**
**North Ridgeville, OH 44039**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.00 |
|---|---|---|---|

**Allan T Cratty**
**711 Wildwood Circle**
**Wilmington, NC 28409**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Allen L Hartzell**
**8452 Boseck Dr #162**
**Las Vegas, NV 89145**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,878.96 |
|---|---|---|---|

**Altair**
**PO Box 45036**
**San Francisco, CA 94145-0036**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Union Eye Care Center, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

| | |
|--|--|
| **3.13** **Nonpriority creditor's name and mailing address**<br>**Alysius Hoenigman**<br>**11260 Morningstar court**<br>**Newbury, OH 44065**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$65.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.14** **Nonpriority creditor's name and mailing address**<br>**Amanda Ferry**<br>**1657 Blossom Park Ave**<br>**Lakewood, OH 44107**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$50.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.15** **Nonpriority creditor's name and mailing address**<br>**Amcon**<br>**9735 Green Park Industrial Drive**<br>**St Louis, MO 63123**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$359.35**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.16** **Nonpriority creditor's name and mailing address**<br>**American Arbitration Association**<br>**950 Warren Avenue**<br>**East Providence, RI 02914**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.17** **Nonpriority creditor's name and mailing address**<br>**American Water & Energy Savers**<br>**4431 North Dixie Highway**<br>**Boca Raton, FL 33431**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$69.85**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.18** **Nonpriority creditor's name and mailing address**<br>**Andrea Hardesty**<br>**1767 East Hutton Road**<br>**Wooster, OH 44691**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$80.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| **3.19** **Nonpriority creditor's name and mailing address**<br>**Ann Oakar**<br>**15824 Norway Ave**<br>**Cleveland, OH 44111**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.  **$80.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|------|------|------|------|
| | **Anthony Carrubba**<br>**2917 E Sprague Road**<br>**Seven Hills, OH 44131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018-2019** | Basis for the claim:  **Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|------|------|------|------|
| | **Anthony Garland**<br>**7330 Lancelot Dr**<br>**Parma, OH 44134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018-2019** | Basis for the claim:  **Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.00 |
|------|------|------|------|
| | **Anthony Maffei**<br>**108 E Milton Street**<br>**Alliance, OH 44601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018-2019** | Basis for the claim:  **Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|------|------|------|------|
| | **Antonio Brunello**<br>**25417 Butternut Ridge**<br>**North Olmsted, OH 44070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018-2019** | Basis for the claim:  **Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|------|------|------|------|
| | **Arlene Dostie**<br>**4212 Yorkshire Ave**<br>**Parma, OH 44134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018-2019** | Basis for the claim:  **Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.90 |
|------|------|------|------|
| | **armouRx**<br>**2-344 North Rivermede Road**<br>**Concord, Ontario L4K 3N2** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018-2019** | Basis for the claim:  **Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.43 |
|------|------|------|------|
| | **Assure-Tech Pest Control**<br>**37405 Grove Ave #301**<br>**Willoughby, OH 44094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2018-2019** | Basis for the claim:  **Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Audrey L Rodriquez**
2223 West 10th Street
Cleveland, OH 44113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Audrey Rhodes**
887 East 139th Street
Cleveland, OH 44110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Barbara J Kaczor**
13053 Pennsylvania Ave
Huntley, IL 60142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Barrington B Brown**
5601 Dalewood Ave
Maple Heights, OH 44137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161.25** |
|---|---|---|---|

**Barry Frey**
120 West Main St
Seville, OH 44273

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,380.65** |
|---|---|---|---|

**Bausch & Lomb**
PO Box 415110
Boston, MA 02241-5110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$497.53** |
|---|---|---|---|

**BBP Acquisition, LLC**
3900 Park East Drive Suite 200
Beachwood, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

19-14090-jps   Doc 1   FILED 07/02/19   ENTERED 07/02/19 10:22:28   Page 289 of 545

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Beau A Kirkbridge**
**3707 Heatherwood Circle NW**
**North Canton, OH 44720**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91.50** |
|---|---|---|---|

**Becky Bert**
**26404 Kingswood Dr**
**Olmsted Township, OH 44138**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Beth E Crano**
**631 Lincoln Ave**
**Cuyahoga Falls, OH 44221**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.00** |
|---|---|---|---|

**Bonnell H Paskvan**
**8070 W Russell Road #1086**
**Las Vegas, NV 89113**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.31** |
|---|---|---|---|

**Bonnie Gozwlanxzyk**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,978.92** |
|---|---|---|---|

**Bonnie Speed Delivery Inc.**
**P.O. Box 6447**
**Cleveland, OH 44101**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Brad Bitterman**
**17644 Cannon Avenue**
**Lakewood, OH 44107**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.39 |
|---|---|---|---|

**Bradie Williams**
**16516 Invermere Ave**
**Cleveland, OH 44128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Brandon Z Sondergeld**
**3672 Fordway Drive**
**Lambertville, MI 48144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Brecksville Opticians**
**7640 Chippewa Road**
**Brecksville, OH 44141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Brent Monnin**
**4634 Ruby Lane**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Brett E Colvard**
**2309 Keystone Road**
**Parma, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**Brian Bowers**
**6074 Ashland Road**
**Wooster, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 |
|---|---|---|---|

**Brian Cassidy**
**14113 Berwyn Ave**
**Cleveland, OH 44111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| --- | --- | --- | --- |

**Brian Chimera**
3397 Ramsgate ST NW
North Canton, OH 44720

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| --- | --- | --- | --- |

**Brian Clymer**
283 Little Creek Parkway
Brooklyn Heights, OH 44131

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.50 |
| --- | --- | --- | --- |

**Brian Evilsizer**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
| --- | --- | --- | --- |

**Brian V Bowe**
4192 Forestridge Dr
Richfiel, OH 44286

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.71 |
| --- | --- | --- | --- |

**Briot**
224 James Street
Bensenville, IL 60106

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| --- | --- | --- | --- |

**Bruce Bishilany**
3891 Woodside Drive
North Olmsted, OH 44070

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
| --- | --- | --- | --- |

**Bryan Panteck**
20472 Donegal Lane
Strongsville, OH 44149

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $703.33 |
|---|---|---|---|

**Builders Exchange Benefits**
1813 N Franklin Street
Suite 200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.25 |
|---|---|---|---|

**Cadillac Eyewear**
7100 Airport Highway
Pennsauken, NJ 08109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Calvin W Overmyer**
35155 Dixon Road
Willoughby Hills, OH 44094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Cameron MacDonald**
3915 Tuxedo Ave
Parma, OH 44134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,068.64 |
|---|---|---|---|

**Capri Optics**
1421 38th Street
Brooklyn, NY 11218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.00 |
|---|---|---|---|

**Carl J Munnings**
17126 Terraverde Circle #1
Fort Myers, FL 33908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.00 |
|---|---|---|---|

**Carlo A Matos**
3917 Courtyard Dr
Lorain, OH 44053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **Carol Vartorella** | ☐ Contingent | |
| | **435 Nature Haven Blvd.** | ☐ Unliquidated | |
| | **Kewaskum, WI 53040** | ☐ Disputed | |
| | Date(s) debt was incurred __2018-2019__ | Basis for the claim: __Goods/Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|
| | **Carolyn Norris** | ☐ Contingent | |
| | **180 Sandover Drive** | ☐ Unliquidated | |
| | **Aurora, OH 44202** | ☐ Disputed | |
| | Date(s) debt was incurred __2018-2019__ | Basis for the claim: __Goods/Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|
| | **Cassaundra R Jackson** | ☐ Contingent | |
| | **4960 East 110th Street** | ☐ Unliquidated | |
| | **Gargield Heights, OH 44125** | ☐ Disputed | |
| | Date(s) debt was incurred __2018-2019__ | Basis for the claim: __Goods/Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|
| | **Catherine Albers** | ☐ Contingent | |
| | **3384 Meadowbrook** | ☐ Unliquidated | |
| | **Cleveland Heights, OH 44118** | ☐ Disputed | |
| | Date(s) debt was incurred __2018-2019__ | Basis for the claim: __Goods/Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,464.00 |
|---|---|---|---|
| | **CC Systems** | ☐ Contingent | |
| | **13135 66th Street** | ☐ Unliquidated | |
| | **Largo, FL 33773** | ☐ Disputed | |
| | Date(s) debt was incurred __2018-2019__ | Basis for the claim: __Goods/Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.02 |
|---|---|---|---|
| | **Central Collection Agency** | ☐ Contingent | |
| | **PO Box 94723** | ☐ Unliquidated | |
| | **Cleveland, OH 44101-4723** | ☐ Disputed | |
| | Date(s) debt was incurred __2018-2019__ | Basis for the claim: __Goods/Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,468.88 |
|---|---|---|---|
| | **Central Property LLC** | ☐ Contingent | |
| | **2490 Lee Blvd Suite 230** | ☐ Unliquidated | |
| | **Cleveland Hts, OH 44118** | ☐ Disputed | |
| | Date(s) debt was incurred __2018-2019__ | Basis for the claim: __Goods/Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Union Eye Care Center, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.96 |
|---|---|---|---|

**Central Window Cleaning**
**PO Box 347154**
**Cleveland, OH 44134**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Chad W.D. Wright Sr**
**261 First St PO Box 32**
**West Farmington, OH 44491**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.40 |
|---|---|---|---|

**Chalana Gilliham**
**20240 Kathy Drive**
**Euclid, OH 44117**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.50 |
|---|---|---|---|

**Charles G Massarolo II**
**11850 South Lane Dr #5**
**Lakewood, OH 44107**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.66 |
|---|---|---|---|

**Charles Grace**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.00 |
|---|---|---|---|

**Charles J Fioritto**
**610 Lipke Court**
**Medina, OH 44256**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Charles P Kane**
**18941 Rivers Edge Drive**
**Bainbridge, OH 44023**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.99 |
|---|---|---|---|

**Charles Potenga**
**3232 Dales Court**
**North Royalton, OH 44133**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.99 |
|---|---|---|---|

**Charles Shoda**
**1814 Walking Path Ave**
**Henderson, NV 89012**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Charlotte Morris**
**5254 Forest Ave**
**Maple Hts, OH 44137**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,800.00 |
|---|---|---|---|

**Chase Visa**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Chaundie Easterbrook**
**26621 Butternut Ridge Road**
**North Olmsted, OH 44070**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.00 |
|---|---|---|---|

**Chelsey L. Clemans, O.D.**
**227 Sieberling Dr**
**Sagamore Hills, Oh**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Cheryl M Panteck**
**13160 Chase Moor Drive**
**Strongsville, OH 44136**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 296 of 545

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Cheryl Sunyak**
15627 Fernway Ave
Cleveland, OH 44111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Chester A Warren**
1892 Nichols Road
Akron, OH 44312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Chris Houdek**
4637 Forest Grove
Brunswick, OH 44212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Chris Weber**
720 Maplewood Ave
Brunswick, OH 44212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.95 |
|---|---|---|---|

**Chris Winkelman**
2287 Loyola Road
University Height, OH 44118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Christian R Falcetti**
1580 Prospect St Apt F5
Elyria, OH 44035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Christie Cunningham**
415 Palomino Trail
Auroroa, OH 44202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Christine L Pinsker**
**5048 E 88th St**
**Garfield Hts, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Christine M Julian**
**5348 Richards Drive**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Christopher G Caleris**
**685 Seasons Pass Dr**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.00 |
|---|---|---|---|

**Christopher Houdek**
**4637 Forest Grove Dr**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Christopher R O'Donnell**
**5680 Highwood Court**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Christopher Russ**
**2980 Legend Lane**
**Willoughby Hills, OH**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Cindie Carroll-Pankhurst**
**1541 Maple Road**
**Cleveland Hts, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,146.81 |
|---|---|---|---|

**City of Cleveland Division of Water**
**1201 Lakeside Avenue**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,450.00 |
|---|---|---|---|

**Ciuni & Panichi**
**2501 Chagrin Boulevard**
**Cleveland, OH 44122-5683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.00 |
|---|---|---|---|

**Clara M Newson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $837.50 |
|---|---|---|---|

**ClearVision Optical Company**
**425 Rabro Drive**
**Suite #2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cleveland Clinic Foundation**
**9500 Euclid Avenue**
**Cleveland, OH 44195**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Lease obligations__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,310.33 |
|---|---|---|---|

**Cleveland Clinic Foundation**
**P.O. Box 92983**
**Cleveland, OH 44194-2983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.00 |
|---|---|---|---|

**Cleveland Clinic Parking Services**
**Attn: Anita Allen**
**9500 Euclid Ave JJNb-230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

19-14090-jps   Doc 1   FILED 07/02/19   ENTERED 07/02/19 10:22:28   Page 299 of 545

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Cleveland Police Patrolmen's Association**
1303 West 58th Street
Cleveland, OH 44102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Cleveland Port Council**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Clifford E Pinkney**
17164 Penny Pines Circle
Strongsville, OH 44136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Clintonette Ingram**
1529 E 248th Street
Euclid, OH 44117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.85 |
|---|---|---|---|

**Coburn Technologies Inc.**
PO Box 842839
Boston, MA 02284-2839

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Colette Johnson**
5264 W 46th Street
Parma, OH 44134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $530.00 |
|---|---|---|---|

**CompManagement**
PO Box 89456
Cleveland, OH 44101-6456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Connie Kopec**
**7055 Carriage Hill Drive**
**Brecksville, OH 44141**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Connie Voigt**
**6462 State Road**
**#6**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Constance Fait**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,679.30 |
|---|---|---|---|

**CooperVision**
**PO Box 145409**
**Cincinnati, OH 45250-5409**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.76 |
|---|---|---|---|

**Creative Office Products Corp.**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Cynthia Bier**
**2419 Queenston Road**
**Cleveland Hts, OH 44118**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.87 |
|---|---|---|---|

**DAC Vision Inc.**
**PO Box 840406**
**Dallas, TX 75284-0406**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Dale A Miller**
**19750 Ridgeland Ave**
**Cleveland, OH 44135**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Dale Gross**
**11803 West 130th street**
**North Royalton, OH 44133**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.68 |
|---|---|---|---|

**Dale Montgomery**
**4353 Montgomery Place**
**Brooklyn, OH 44144**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.00 |
|---|---|---|---|

**Dale Wilson**
**1129 Trout Dr**
**Mansfield, OH 44903**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $881.14 |
|---|---|---|---|

**Dallis Services**
**P.O. Box 41008**
**Brecksville, OH 44141**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Dana Carter**
**12601 Benham Ave**
**Cleveland, OH 44105**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Daniel Branchick**
**23074 Virginia Avenue**
**North Olmsted, Oh**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Daniel Darrow**
**5348 Galley Way**
**Fort Pierce, FL 34949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Daniel English**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Daniel J Hastings**
**7462 Shady Hollow Road NW**
**Canton, OH 44718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Daniel J Paumier**
**6763 Canter Hill Circle**
**North Canton, OH 44721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**Daniel P Cherney**
**2525 Vermilion Road**
**Vermilion, OH 44089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**Dante Raffin**
**8086 Twin Oaks**
**Broadview Heights, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.00 |
|---|---|---|---|

**Darlene Rohrer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Union Eye Care Center, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**DataHealth**
**855 Central Avenue**
**Suite 301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.00 |
|---|---|---|---|

**Dave Mackeigan**
**225 Vineyard Road**
**Avon Lake, OH 44012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**David Bania**
**8884 Edgerton Road**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.50 |
|---|---|---|---|

**David D Huspaska**
**544 Marsh Way**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|

**David Fisher**
**5701 Overlook Way**
**North Ridgeville, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**David Gustely**
**11479 Ravenna Road**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**David J Menke**
**3610 Northcliffe Road**
**University Hts, OH 44118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**David Latsko**
**7541 Vista Dr**
**Parma, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$221.95** |
|---|---|---|---|

**David Levine**
**4011 Secor Road**
**Toledo, OH 43623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.95** |
|---|---|---|---|

**David M Yannuzzo**
**4374 Johnson Road**
**Norton, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**David Matia**
**2274 Demington Drive**
**Cleveland Heights, OH 44106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133.00** |
|---|---|---|---|

**David Schlaufman**
**946 Township Road 150**
**Nova, OH 44859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91.50** |
|---|---|---|---|

**David Stein**
**32988 Fern Tree Lane**
**North Ridgeville, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**David Zeck**
**6602 Hampstead Ave.**
**Parma, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,395.00 |
| --- | --- | --- | --- |

**Davis Vision**
PO Box 848393
Dallas, TX 75284-8393

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
| --- | --- | --- | --- |

**Dawn R Bottiggi**
6574 Cypress Dr
North Olmsted, OH 44070

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
| --- | --- | --- | --- |

**Dawn Velazquez**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |
| --- | --- | --- | --- |

**Dean Shepherd**
136 Nottingham Drive E
St John, FL 32259

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
| --- | --- | --- | --- |

**Debbie Murphy**
1636 Elberon Ave
East Cleveland, OH 44112

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.00 |
| --- | --- | --- | --- |

**Deborah Hamel**
9283 Avon Belden Road
North Ridgeville, OH 44039

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
| --- | --- | --- | --- |

**Debra Farmer**
216 E Ridgewood Dr
Seven Hills, OH 44131

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Debra Sabato**
**1399 lander rd**
**mayfield hts, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Denise Kinkopf**
**32910 Boulder Dr**
**North Ridgeville, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $827.05 |
|---|---|---|---|

**Denise M Snyder**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.00 |
|---|---|---|---|

**Dennis J Ginley**
**3850 Long Road**
**Avon, OH 44011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Dennis Mirosavich**
**26923 Oxford Park Lane**
**Olmsted Falls, OH 44138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Dennis P Carlin**
**15874 Hickox Blvd**
**Middleburg Hts, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Dennis Preisel**
**17818 Drake Road**
**Strongsville, OH 44136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

Name

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $10.00 |

**Devan Capella**
**19239 Knowlton Parkway**
**Strongsville, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $160.00 |

**Dineen Terstage**
**24330 Elm Rd**
**North Olmsted, Oh**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $165.00 |

**Dino Ferrante**
**7169 Enfield Dr**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $790.00 |

**Diocesan Publication**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $24.50 |

**Distillata**
**PO Box 93845**
**Cleveland, OH 44101-5845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,240.88 |

**Diversified Air Systems Inc**
**4760 Van Epps Road**
**Brooklyn Hts, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $467.90 |

**Diversified Ophthalmics, Inc**
**PO Box 504546**
**ST Louis, MO 63150-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.00 |
|---|---|---|---|

**Dominion East Ohio**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97.50 |
|---|---|---|---|

**Donald Boslett**
**10721 Crestwood Dr**
**Kirtland, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|---|

**Donald Dewille**
**6388 Westminster Drive**
**Parma, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Donald J Motz**
**186 Fixler Road**
**Wadsworth, OH 44281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Donald R Burnside**
**10335 Tully Ave NW**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Donna Fair**
**36633 Westfield Drive**
**North Ridgevillle, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Donna L Hicks**
**13917 State Route 113**
**Wakeman, OH 44889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**DorisStwan**
**357 Essex Road**
**Vermilion, OH 44089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**Doug Masterson**
**1131 By The Shore**
**Huron, OH 44839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Douglas Callahan**
**8395 Cherry Hill Lane**
**Broadview Heights, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$276.08** |
|---|---|---|---|

**Dyan Morgan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$181.59** |
|---|---|---|---|

**E-Z Pack**
**6545 Wiehe Road**
**Cincinnati, OH 45237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Earl Brass**
**14894 Greystone Dr**
**Brook Park, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Earl Roach**
**901 Cloverdale**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Edith L Gaffney**
**675 E 125th Street**
**Cleveland, OH 44108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142.50** |
|---|---|---|---|

**Edward C Neumann**
**6289 Schaaf Drive**
**Brookpark, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Edward Davis Sr**
**1475 Sandy Lane**
**Mansfield, OH 44903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Edward Huntington**
**414 Mae Drive**
**Kerrville, TX 78028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00** |
|---|---|---|---|

**Edward P Devine**
**369 Foxrun Trail**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Eileen Zakareckis**
**14603 Terminal Ave**
**Cleveland, OH 44135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
|---|---|---|---|

**Elie Karim**
**3470 Old Weymouth Road**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 311 of 545

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Ellen Cleary**
**1667 E 40th st**
**apt 2E**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Elsa Popchak**
**6866 Revere Road**
**Parma Heights, OH 44130**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Emil Basista**
**16510 Webster Road**
**Middleburg Heights, OH 44130**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**Emina Paunesru**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |

**Eric Briguglio**
**5613 Madrid Dr Apt A**
**Youngstown, OH 44515**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |

**Eric D King**
**746 Treat Blvd**
**Tallmadge, OH 44278**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.00 |

**Erica Quallich**
**5809 Williston Dr**
**Parma, OH 44129**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Ermin Melle**
**23841 Greenwood Road**
**Euclid, OH 44117**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$448.68** |
|---|---|---|---|

**Europa International**
**255 Corporate Woods Parkway**
**Vernon Hills, IL 60061**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Evangelina Orozco**
**10914 Governor Ave**
**Cleveland, OH 44111**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$564.96** |
|---|---|---|---|

**Express Employment Professionals**
**PO Box 535434**
**Atlanta, GA 30353-5434**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,605.92** |
|---|---|---|---|

**Eyefinity**
**P.O. Box 742608**
**Los Angeles, Ca**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,753.18** |
|---|---|---|---|

**Eyewear By ROI**
**2235 West Parkside Lane**
**Phoenix, AZ 85027**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,635.40** |
|---|---|---|---|

**Faulkner, Hoffman & Phillips, LLC**
**20445 Emerald Parkway Dr**
**Suite 210**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$187.99** |

**3.202**

**Nonpriority creditor's name and mailing address**
**Five Star Fire Protection Services Inc.**
PO Box 436
Chardon, OH 44024

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$187.99**

---

**3.203**

**Nonpriority creditor's name and mailing address**
**Francis H Divis**
1190 SW Fox Den Way
Palm City, FL 34990

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.204**

**Nonpriority creditor's name and mailing address**
**Francis J Swartz**
59 West Main St
Norwalk, OH 44857

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

**3.205**

**Nonpriority creditor's name and mailing address**
**Frank Dallas**
2690 Superior Dr
Uniontown, OH 44685

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.206**

**Nonpriority creditor's name and mailing address**
**Frank Hale**
415 Beeler Drive
Berea, OH 44017

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$108.17**

---

**3.207**

**Nonpriority creditor's name and mailing address**
**Frank M Palumbo**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$210.00**

---

**3.208**

**Nonpriority creditor's name and mailing address**
**Frank McHale III**
15156 Hill Drive
Russell, OH 44072

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.50 |

**Frank W Gerace**
**22597 Melissa Lane**
**Strongsville, OH 44149**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |

**Fred's Home Services**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**Freddie Ballard**
**222 Brunswick Dr Apt C**
**Elyria, OH 44035**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**Gail Mcclendon**
**9429 Peck Road**
**Mantua, OH 44255**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |

**Gary Long**
**2437 Mifflin Ave**
**Ashland, OH 44805**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**Gary M Williams**
**36862 Lakeshore Blvd**
**Eastlake, OH 44095**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |

**Gary Panteck**
**13160 Chasmoor**
**Strongsville, OH 44136**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183.40** |
|---|---|---|---|

**Gary R Johns**
PO Box 192
Marshallville, OH 44645

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**George Buchanan**
14200 Shaker Blvd
Shaker, OH 44120

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**George Powell**
4577 Heather Hills Rd
Akron, OH 44333

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**Gerald M Lepre**
7201 Parma Park Blvd
Parma, OH 44130

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112.50** |
|---|---|---|---|

**Gidian Smith**
11219 Woodrun Dr
Strongsville, OH 44136

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,933.52** |
|---|---|---|---|

**Gillmore Security**
26165 Broadway Ave
Cleveland, OH 44146-6512

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Gino Periandri**
12009 Kirton Ave
Cleveland, OH 44135

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.50 |
|---|---|---|---|

**Greg A Verbickey**
**7057 Warrington Drive**
**North Olmsted, OH 44070**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Greg Kaczmarski**
**8570 Evergreen Trail #102**
**Olmsted Falls, OH 44138**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Gregory Eckhart**
**2216 Palm Road**
**Suffield, OH 44260**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Gregory H Schalk**
**12200 Lyndway Dr**
**Valley View, OH 44125**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Gregory Holtz**
**8598 Whipporwill Road**
**Ravenna, OH 44266**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Gregory K Crean**
**1043 Guilford Blvd**
**Medina, OH 44256**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Gregory L Koterba**
**11510 Frostwood Dr**
**Chagrin Falls, OH 44023**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**H L. Lewis**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Hari R Ender**
**17602 Sedalia Ave**
**Cleveland, OH 44135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Harmon Miller**
**3573 Amelia Ave**
**The Villages, FL 352205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.00 |
|---|---|---|---|

**Harry G Hatten**
**4429 Co Road**
**36**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Harry M Tulk**
**240 Stanford Ave**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Helen Golubski**
**2218 Wyoming Ave**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Helen Hoyle**
**5932 Stumph Road**
**Parma, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.09 |
|---|---|---|---|

**Hi-Look Inc**
**3738 Harrison Street Ste 14**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Holly Stiegelmeyer**
**3217 Somia Drive**
**Parma, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,362.74 |
|---|---|---|---|

**Honeywell Safety Products USA, Inc.**
**PO Box 3916**
**Boston, MA 02241-3916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,516.86 |
|---|---|---|---|

**Hoya Vision Care**
**PO BOX 122454**
**Dallas, TX 75312-2454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Hugh Blocksidge**
**21237 Beachwood Drive**
**Cleveland, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Iftikhar Hussain**
**1857 Holdens Arbor Run**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.58 |
|---|---|---|---|

**Insight Global Finance**
**21146 Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Union Eye Care Center, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $818,000.00 |
|---|---|---|---|

**Internt'l Assoc. of Machinists and Aerospace Workers**
2625 Winchester Pike
Columbus, OH 43232

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __2019__

Basis for the claim: __Possible withdrawal liability__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Jack McDonald**
3394 Wooster Road
Rocky River, OH 44116

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Jack R Gannon**
22173 Meadowsnorth Court
Strongsville, OH 44149

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Jackie O Smith**
202 Nautical Way
Fairport Harbor, OH 44077

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Jaclyn Payto**
11510 Parkview Drive
Brecksville, OH 44141

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Jacquelon Ward**
30207 AppleWood
Bay Village, OH 44140

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Jacquelynn Costa**
1984 Canterbury Road
Westlake, OH 44145

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**James A Chandler**
**3492 Brunswick Lake Parkway**
**Brunswick, OH 44212**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**James A Farone**
**7111 Shadow Crest Dr**
**Las Vegas, NV 89119**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**James D Cosner**
**621 Inverlane Dr**
**Northfield, OH 44067**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.00 |
|---|---|---|---|

**James Ferris**
**7345 Honey Dale Drive**
**Northfield Center, OH 44067**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**James G Meeks**
**243 Syracuse Court**
**Elyria, OH 44035**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**James Habart**
**17289 Greenbrier Dr**
**Strongsville, OH 44136**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**James Hickok**
**1444 Pin Oak Dr**
**Akron, OH 44312**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**James Kania**
1135 N Carpenter Road
Brunswick, OH 44212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |

**James Kennedy Sr**
14685 Ali Ave
Middleburg Heights, OH 44130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**James Kenney**
8386 Shorthorn Drive
Sagamore Hills, OH 44067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.25 |

**James Krebs**
10420 Meadowhurst Lane
Chardon, OH 44024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.99 |

**James M Kitko**
2425 East Geddes Place
Centennial, CO 80122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**James Orlando**
6745 Old Royalton Road
Brecksville, OH 44141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |

**James P Basilion**
20749 University Blvd
Shaker Heights, OH 44122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.50 |

**James R Hux**
6470 Fairfax Dr
Mentor, OH 44060

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.74 |

**James R Skidmore**
817 Damon Dr
Medina, OH 44256

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**James Traner**
10812 Watercress Road
Strongsville, OH 44149

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.00 |

**Janice Leone**
4597 W 146th Street
Cleveland, OH 44135

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |

**janine E Daum**
4435 Lincoln Ave
Parma, OH 44134

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Jason J Culek**
1111 Orchardview Road
Parma, OH 44134

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.99 |

**Jason Podojil**
9237 Lakeview Dr
Olmsted Falls, OH 44138

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.52 |

**Jeanette Byrd**
**708 North Street**
**Brooklyn Hts, OH 44131**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Jeffrey Boone**
**619 Dorothy Dr**
**Brunswick, OH 44212**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Jeffrey Ehrbar**
**3874 Tyndall Road**
**University Heights, OH 44118**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Jeffrey Mitchell**
**1183 Monroe Dr**
**Brunswick, OH 44212**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Jeffrey S Bamcach**
**1032 Firth Street**
**Sandusky, OH 44870**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.00 |

**Jelena Hinic**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.00 |

**Jennifer Fortney**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Jennifer K Brooks**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Jennifer L Fleischer**
**1571 Marlowe Ave**
**Lakewood, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Jennifer Simmons**
**1030 Argonne Road**
**South Euclid, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Jerome Silverman**
**208 Hemlock Court #205**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Jerry T Alex**
**9692 Forge Dr**
**Brecksville, OH 44141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Jodene Velazquez**
**1872 Wooster Road**
**Rocky River, OH 44116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**John Bowers**
**726 Bay Tree Court**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**John Cooney**
4278 Wooster Road
FairView Park, OH 44126

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.64** |
|---|---|---|---|

**John DiGiacomo**
2489 Greenview Dr
Uniontown, OH 44685

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**John Drehs**
7320 Gullford Road
Seville, OH 44273

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97.36** |
|---|---|---|---|

**John Fronczyk**
7452 Foghorn Lane
Northfield, OH 44067

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112.00** |
|---|---|---|---|

**John J Sears**
145 Hamilton Street
Elyria, OH 44035

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00** |
|---|---|---|---|

**John M Asente**
2658 Overbrook Road
Cuyahoga Falls, OH 44221

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**John M Kulton**
3009 Hillier Road
Norton, OH 44203

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 326 of 545

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.50 |
|---|---|---|---|

**John Mccourt**
**25125 Deerfield Drive**
**North Olmsted, OH 44070**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.74 |
|---|---|---|---|

**John P Margevicius**
**6167 Highland Road**
**Highland Hts, OH 44143**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**John Paul Terranova**
**14620 Bayes Ave**
**Lakewood, OH 44107**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**John R Myers**
**166 Hermann St**
**Barberton, OH 44203**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**John Smeltz**
**16 Elizabeth Street**
**Ellicottville, NY 14731**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**John Stanard**
**922 Pinewood View**
**Sagamore Hills, OH 44067**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**John Sutherland**
**6971 Brookford Ave**
**Waynesburg, OH 44688**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**John Wey**
**27349 Cook Road**
**Olmsted Township, OH 44138**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$105.00** |
|---|---|---|---|

**Jonathan Stamler**
**19401 S Park Blvd**
**Shaker heights, OH 44122**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Jontony J Raymond**
**38454 Foxglen Ave**
**Avon, OH 44011**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Joris Lambrecht**
**7047 7 hills Blvd**
**Seven Hills, OH 44131**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Joseph A Felo**
**5165 Dickens Drive**
**Richmond Heights, OH 44143**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Joseph A Scafidi**
**1904 Woods Dr**
**Streetsboro, OH 44241**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Joseph C Young**
**27099 Schady Road**
**Olmsted Township, OH 44138**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.16 |

**Joseph D Tvorik**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |

**Joseph Lohr**
**432 Knollwood Ave**
**Tallmadge, OH 44278**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.38 |

**Joseph M Rolinc Jr**
**9509 Spencer Road**
**Homerville, OH 44235**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |

**Joseph N Reinart**
**3702 Case Road**
**Avon, OH 44011**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Joseph Olah**
**27587 Edgepark Blvd**
**North Olmsted, OH 44070**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |

**Joseph Zazo**
**341 Oxford Ave**
**Akron, OH 44310**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |

**Joshua D O'Rourke**
**15000 Wolfe Bennett Road**
**Nelsonville, OH 45764**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |
|---|---|---|---|

**Jowharah Price**
**1156 Erieview Road**
**Cleveland Hts, OH 44121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**Basis for the claim:  Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Joyce Ellenberger**
**15835 Cowley Road**
**Grafton, OH 44044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**Basis for the claim:  Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**Juanita Blevins**
**PO Box 56**
**Proctorville, OH 45669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**Basis for the claim:  Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |
|---|---|---|---|

**Judith A Blackwell**
**5584 Mckenzie Road**
**North Olmsted, OH 44070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**Basis for the claim:  Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**Judith Headland**
**14513 Western Reserve Road**
**Salem, OH 44460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**Basis for the claim:  Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$440.00** |
|---|---|---|---|

**Judy Johnson**
**412 US Grant**
**LaGrange, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**Basis for the claim:  Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Juliana M Carvalho**
**5892 Kentview Ave NW**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

**Basis for the claim:  Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

19-14090-jps   Doc 1   FILED 07/02/19   ENTERED 07/02/19 10:22:28   Page 330 of 545

| Debtor | **Union Eye Care Center, Inc.** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$204.00** |
|-------|--------------|---------|---------|

**Julie Hayest**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** |
|-------|--------------|---------|---------|

**Julie Menzer**
**32291 Country Club Drive**
**Avon Lake, OH 44012**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
|-------|--------------|---------|---------|

**Julie Patten OD**
**7640 Chippewa Road**
**Brecksville, OH 44141**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|-------|--------------|---------|---------|

**June Germ**
**4986 Porter Road**
**North Olmsted, OH 44070**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|-------|--------------|---------|---------|

**Kaitlyn Shamblin**
**4600 Wiltshire Road**
**North Royalton, OH 44133**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|-------|--------------|---------|---------|

**Kara Habert**
**9215 Usher Road**
**Olmsted Twp, OH 44138**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|-------|--------------|---------|---------|

**Kathleen Augustine**
**1918 Cook Ave**
**Cleveland, OH 44109**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | |
|---|---|
| 3.328 | **Nonpriority creditor's name and mailing address** |

**Kathleen Geopfert**
**21260 Erie Road**
**Rocky River, OH 44116**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| | |
|---|---|
| 3.329 | **Nonpriority creditor's name and mailing address** |

**Kathleen Melilli**
**12802 Patricia Dr**
**North Royalton, OH 44133**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| | |
|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address** |

**Kathleen Peozeni**
**23868 Bonny Bank Drive**
**Westlake, OH 44145**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.331 | **Nonpriority creditor's name and mailing address** |

**Kathleen Pilny**
**8759 Aubrun Road**
**Chardon, OH 44024**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

| | |
|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address** |

**Kealy Young**
**16508 Westdale Ave**
**Cleveland, OH 44135**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| | |
|---|---|
| 3.333 | **Nonpriority creditor's name and mailing address** |

**Keith Welker**
**7310 Liberty Rd**
**Solon, OH 44139**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| | |
|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address** |

**Kelly Jones**
**7931 Carter Road**
**Sagamore Hills, OH 44067**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Kenneth C Grover**
**5399 Daintree Lane**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.99** |
|---|---|---|---|

**Kenneth Mulh**
**7566 Sweet Hollow Dr**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$290.00** |
|---|---|---|---|

**Kenneth Pelasky**
**1816 County Road**
**1035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.02** |
|---|---|---|---|

**Kenneth Schanda**
**3630 Puritan Dr**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**Kerry Grimberg**
**3102 Huntington Road**
**Shaker Heights, OH 44120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Kevin A Schwartz**
**7285 Whitaker Dr**
**Parma, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Kevin Delisio**
**12995 Caves Road**
**Chesterland, OH 44026-3014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $80.00 |
|---|---|---|---|

**Kevin Gallagher**
**315 High Bluf**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $45.00 |
|---|---|---|---|

**Kevin Herstine**
**6780 Indian Run Ave**
**Waynesburg, OH 44688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $80.00 |
|---|---|---|---|

**Kevin M Arnold**
**7679 Chaffee Road**
**Sagamore Hills, OH 44067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,458.01 |
|---|---|---|---|

**Kevin Morgan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $30.00 |
|---|---|---|---|

**Kevin R Saxon**
**3220 Arrow Lane**
**Parma, OH 44134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $75.00 |
|---|---|---|---|

**Kim L Rivera**
**6553 Crossview Road**
**Seven Hills, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $72.00 |
|---|---|---|---|

**Kimberly A Lieber**
**20600 Stratford Circle**
**Strongsville, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|---|---|---|---|

**Kimberly A Weyand**
**502 Siber Ave**
**Akron, OH 44312**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Kimberly S Seely**
**2780 S Smyser Road**
**Wooster, OH 44691**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Kristen Stachowiak**
**3214 Arrow Lane**
**Parma, OH 44134**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |
|---|---|---|---|

**Kyra L Lawson**
**527 Harvard Ave**
**Barberton, OH 44203**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,859.74 |
|---|---|---|---|

**L'Amy America**
**PO Box 6401**
**Brattleboro, VT 05302-6401**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,568.51 |
|---|---|---|---|

**Landspan Corporation**
**PO Box 72378**
**Cleveland, OH 44192-0378**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Laura Pritchard**
**3069 Cleveland Blvd**
**Lorain, OH 44052**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Laura Scullin**
13701 Monica Dr
North Royalton, OH 44133

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Laurie M Tumbry**
7499 Race Road
North Ridgeville, OH 44039

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.70 |
|---|---|---|---|

**Leola May**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Leonard Staats**
2177 Forest Oak Dr
Akron, OH 44312

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Leslie Piccolomini**
13831 Lodge Dr
North Royalton, OH 44133

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Lin Santilli**
1620 Brainard Road
Lyndhurst, OH 44124

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**LInda Brown**
1183 Sylvania Road
Cleveland, OH 44121

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Union Eye Care Center, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Linda Elkins**
**632 Wyleswood Dr**
**Berea, OH 44017**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Linda R Schaefer**
**4673 E Muggy Road**
**Port Clinton, OH 43452**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Lisa A Long**
**774 Edgewood Road**
**Richmond Hts, OH 44143**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Lisa Koops**
**4462 Baintree**
**University Heights, OH 44118**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Lisa M Palazzo**
**32812 Heartwood Ave**
**Avon, OH 44011**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Loretta Powell**
**9632 Valley View #1202**
**Macedonia, OH 44056**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Louis A Cipriano**
**6992 Ivandale Road**
**Independence, OH 44131**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Louis Brodnik**
**1915 South Compton Road**
**Cleveland, OH 44118**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.25 |
|---|---|---|---|

**Louis Huml**
**33125 Nimrod East**
**Solon, OH 44139**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**Louis Rozman**
**7843 State Route 88**
**Ravenna, OH 44266**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Mac H McCoy**
**1459 E 82nd St**
**Cleveland, OH 44103**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.01 |
|---|---|---|---|

**Magnetic Springs Water**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Majeed G Makhlouf**
**78 Huntington Woods Pkwy**
**Bay Village, OH 44140**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.50 |
|---|---|---|---|

**Manuael Roman**
**710 Songbird St**
**Elyria, OH 44035**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.377 | **Nonpriority creditor's name and mailing address**<br>**Maple Heights Catering, Inc.**<br>**17330 Broadway Avenue**<br>**Maple Heights, OH 44137**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$337.28** |
| 3.378 | **Nonpriority creditor's name and mailing address**<br>**Marchon**<br>**88216 Expedite Way**<br>**Chicago, IL**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$64,690.40** |
| 3.379 | **Nonpriority creditor's name and mailing address**<br>**Marcolin USA**<br>**3140 Route 22 West**<br>**Somerville, NJ 08876**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,175.69** |
| 3.380 | **Nonpriority creditor's name and mailing address**<br>**Margaret A Sim**<br>**1440 Jefferson Eagleville Road**<br>**Jefferson, OH 44047**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |
| 3.381 | **Nonpriority creditor's name and mailing address**<br>**Maria A Carver**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$60.00** |
| 3.382 | **Nonpriority creditor's name and mailing address**<br>**Maria Hatzoglou**<br>**2890 Lee Road**<br>**Shaker Hts, OH 44120**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$125.00** |
| 3.383 | **Nonpriority creditor's name and mailing address**<br>**Marie L Tinn**<br>**164 Neck Road**<br>**Madison, CT 06443**<br><br>Date(s) debt was incurred **2018-2019**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150.96** |

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Marie M Rady**
**17959 Falling Leaves**
**Strongsville, OH 44136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.95 |
|---|---|---|---|

**Marie Schwind**
**1339 Calle Del Sol Circle**
**Port Orange, FL 32129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Mario F Bennici**
**113 Stonecreek Drive**
**Mayfield Hts, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Mark A Spadaro**
**12540 Edgewater Dr #1106**
**Lakewood, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.00 |
|---|---|---|---|

**Mark A Wilhelm**
**1234 Old Columbus Road**
**Wooster, OH 44691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131.25 |
|---|---|---|---|

**Mark C Tornow**
**807 Stone Brook Oval**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Mark Creswell**
**84 Wilbur Drive**
**Monroe Falls, Oh**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Mark D Negrey**
**2813 Marks Road**
**Valley City, OH 44280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Mark J Lechman**
**25130 Crosstie Trail**
**Columbia Station, OH 44028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|---|---|---|---|

**Mark Shilling**
**6304 Third Ave**
**Kent, OH 44240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$323.25** |
|---|---|---|---|

**Mark Soucek**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**Mark Strumbel**
**15193 Waterford**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Marry Pietrangelo**
**1160 Oakwood Lane**
**St Clair, MI 48079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Mary A Dillinger**
**4105 Porter Road**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Mary Golas**
569 Main St
Vermilion, OH 44089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Mary Jo Baden**
2921 Lamplight Lane
Willoughby, OH 44094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Mary Lynn Reid**
3195 Saunders St
Cuyahoga Falls, OH 44221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Mary Pat Smith**
1129 Chatham Place
Rocky River, OH 44116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,394.19 |
|---|---|---|---|

**Match Eyewear**
1600 Shames Drive
Westbury, NY 11590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Matthew D Fedak**
4534 Bader Ave
Cleveland, OH 44109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**Matthew Grucella**
1486 Waterbury
Lakewood, OH 44107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Union Eye Care Center, Inc.** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**3.405**
Nonpriority creditor's name and mailing address
**Matthew J Rushnok**
**4017 W204th Street**
**Fairview Park, OH 44126**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.406**
Nonpriority creditor's name and mailing address
**Matthew J Swords**
**38538 Smith Road**
**Litchfield, OH 44253**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.407**
Nonpriority creditor's name and mailing address
**Matthew Jaffe**
**22 Walnut Street**
**Oberlin, OH 44074**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.408**
Nonpriority creditor's name and mailing address
**Medina Municipal Court**
**Attn: Clerk of Courts**
**135 North Elmwood Avenue**
**Medina, OH 44256**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Possible court costs.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.409**
Nonpriority creditor's name and mailing address
**Mel Zhang**
**18586 Parkland Drive**
**Shaker Heights, OH 44122**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.410**
Nonpriority creditor's name and mailing address
**Melanie Borges**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$412.54**

---

**3.411**
Nonpriority creditor's name and mailing address
**Melanie Reilly**
**778 Lakewood Beach Drive**
**Sheffield Lake, OH 44054**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Melissa Davidson**
**2470 Fairchild Circle NW**
**Uniontown, OH 44685**

Date(s) debt was incurred _2018-2019_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Melissa Foster**
**13712 Eastwood Blvd**
**Garfield Heights, OH 44125**

Date(s) debt was incurred _2018-2019_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,664.36 |
|---|---|---|---|

**Mercury Service**
**dba Mercury Service**
**PO Box 13644**

Date(s) debt was incurred _2018-2019_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Michael A Prohaska**
**8075 Rodgers Road**
**Lodi, OH 44254**

Date(s) debt was incurred _2018-2019_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Michael Bowman**
**2129 13th street**
**Cuyahoga Falls, OH 44223**

Date(s) debt was incurred _2018-2019_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Michael Gleydura**
**26827 Bruce Drive**
**Bay Village, OH 44140**

Date(s) debt was incurred _2018-2019_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.50 |
|---|---|---|---|

**Michael Guyer**
**2256 Lake Center St NW**
**Uniontown, OH 44685**

Date(s) debt was incurred _2018-2019_

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**Michael J Lighton**
1112 Grigsby St
New Castle, PA 16101

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.71 |

**Michael J Picone**
PO Box 14243
Cincinnati, OH 45250

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Michael J Tatonetti**
128 West Park Blvd
Medina, OH 44256

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |

**Michael Lupica**
8123 Hillside Road
Independence, OH 44131

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Michael M Badaracco**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**Michael Molenda**
16891 N Red Oak Drive
Strongsville, OH 44136

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Michael Pierce**
2109 Wooster Rd B-27
Rocky River, OH 44116

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Michael S Stanic**
**275 Overbrook Road**
**Elyria, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Michael Wardzala**
**347 Gerrard Dr**
**Berea, OH 44017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Michele Reese**
**4282 E 175th**
**Cleveland, OH 44128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Michelle C Jones**
**20019 Carolyn Ave**
**Fairview Park, OH 44126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Michelle D Hudak**
**1238 Marks Road #E**
**Valley City, OH 44280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Michelle Sartor**
**3303 N Sandy Lane**
**Avon, OH 44011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Milan B Tanasijevic**
**1874 W Wallings Road**
**Broadview Hts, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Union Eye Care Center, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.67 |
|---|---|---|---|

**Miraflex USA**
**7950 NW 53rd Street**
**Suite 324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $842.81 |
|---|---|---|---|

**Modern Optical International**
**585 Congress Circle North**
**PO Box 72360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.00 |
|---|---|---|---|

**Mohamed A Eddeb**
**4161 Westbrook Drive**
**Brooklyn, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Molly L Gauntner**
**1637 Westwood Ave**
**Lakewood, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.99 |
|---|---|---|---|

**Mondottica USA**
**180 South Street, suite 201**
**New Providence, NJ 07974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Monica C Klein**
**38520 Melrose Farms Dr**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.00 |
|---|---|---|---|

**Monica Munoz.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

Nada Moyak
17514 Riverway Dr
Lakewood, OH 44107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

Nancy Runevitch
4414 Patricia Drive
Brunswick, OH 44212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

Nancy Stoop
1726 Brookview Blvd
Parma, OH 44134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

Narendra Bhadra
9490 Shadow Hill Trail
Chesterland, OH 44026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|

Natasa Nikolic
4880 Scottsdale Drive
North Royalton, OH 44133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

Nathan Hannaford
1542 Bobwhite Trail
Stow, OH 44224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

Neil Juhnke
4591 Wilburn Drive
South Euclid, OH 44121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.447 | **Nonpriority creditor's name and mailing address**<br>**Neil M Juhnke**<br>**4591 Wilburn Drive**<br>**South Euclid, OH 44121** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.00** |
|---|---|---|---|
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim: Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.448 | **Nonpriority creditor's name and mailing address**<br>**Nicholas E Garner**<br>**8855 West Lawn Blvd**<br>**Olmsted Falls, OH 44138** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$110.00** |
|---|---|---|---|
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim: Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.449 | **Nonpriority creditor's name and mailing address**<br>**Noble Davis Consulting, Inc**<br>**6190 Cochran Road Suite D**<br>**Solon, OH 44139** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,041.68** |
|---|---|---|---|
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim: Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.450 | **Nonpriority creditor's name and mailing address**<br>**Nora Jones**<br>**32596 Lake Road**<br>**Avon Lake, OH 44012** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$160.00** |
|---|---|---|---|
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim: Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.451 | **Nonpriority creditor's name and mailing address**<br>**North Olmsted Kiwanis**<br>**C/O Ken Neuzil**<br>**27553 Blossom Blvd** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.00** |
|---|---|---|---|
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim: Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.452 | **Nonpriority creditor's name and mailing address**<br>**Northeast Ohio Regional Sewer District**<br>**PO Box 94970**<br>**Cleveland, OH 44101** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$256.55** |
|---|---|---|---|
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim: Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.453 | **Nonpriority creditor's name and mailing address**<br>**Ocusoft**<br>**30444 Southwest Fwy**<br>**Rosenberg, TX 77471** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$68.95** |
|---|---|---|---|
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim: Goods/Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,024.56 |
|---|---|---|---|

**Opti-Port, LLC**
**680 Craig Road**
**Ste 201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,730.09 |
|---|---|---|---|

**Optics Incorporated**
**2936 Westway Drive**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $137,068.53 |
|---|---|---|---|

**Optogenics**
**10323 Cross Creek Blvd Suite F**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.70 |
|---|---|---|---|

**Orwell Natural Gas**
**PO Box 73139**
**Cleveland, OH 44193-3139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,221.12 |
|---|---|---|---|

**Palm Optical Company, Inc.**
**20157 Northeast 16th Place**
**North Miami Beach, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Patricia M Bernardo**
**PO Box 770983**
**Lakewood, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169.34 |
|---|---|---|---|

**Patricia Mccartney**
**12008 Derby Court**
**Strongsville, OH 44149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Patricia Mingee**
**25653 Westwood Road**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Patricia R Takach**
**6501 Marsol Road**
**#447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Patricia Stevens**
**211 Aurora Street**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Patricia Valenti**
**7661 Cherrywood Lane**
**Seven Hills, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Patrick Kearney**
**12419 Albion Road**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Paul D Olshavsky**
**4089 Cherokee Trail**
**Brunswick, OH 44212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

**Paul Gerhart**
**PO Box 1249**
**Granby, CO 80446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Paul L Minks**
**1548 Locust Street South East**
**Canal Fulton, OH 44614**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Paul Wilson**
**2442 Roxboro Street**
**Avon, OH 44011**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.00 |
|---|---|---|---|

**Paula L Caso**
**5252 Main Avenue**
**North Ridgeville, OH 44039**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Peter Dugovics**
**34490 Ridge Rd B201**
**Willoughby, OH 44094**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.70 |
|---|---|---|---|

**Phil Vedda & Sons Inc.**
**12000 Berea Road**
**Cleveland, OH 44111**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.28 |
|---|---|---|---|

**Phyllis Barnett-Hudson**
**4725 Hillary Lane**
**Cleveland, OH 44143**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.94 |
|---|---|---|---|

**Practical Systems Inc.**
**Dept AT 952647**
**Atlanta, GA 31192-2647**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**3.475**

Nonpriority creditor's name and mailing address

**Prescription Optical, Inc**
**PO Box 1088**
**St. Cloud, MI 56302**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,133.15**

---

**3.476**

Nonpriority creditor's name and mailing address

**Prism Tool Company**
**1950 Neva Drive**
**Dayton, OH 45414**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.477**

Nonpriority creditor's name and mailing address

**Quest Vision Care Specialty Lab, Inc.**
**9103 132nd Ave N**
**Largo, FL 33773**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$549.44**

---

**3.478**

Nonpriority creditor's name and mailing address

**Ralph Kolasinski**
**5855 Doxmere Dr**
**Parma Hts, OH 44130**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.479**

Nonpriority creditor's name and mailing address

**Ramon Bobe**
**3952 Washington Park Blvd**
**Newburgh Heights, OH 44105**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.480**

Nonpriority creditor's name and mailing address

**Ramona Cutcher**
**981 Branch Road**
**Medina, OH 44256**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.481**

Nonpriority creditor's name and mailing address

**Randy P Ruch**
**3136 Turtle Bay Circle**
**Uniontown, OH 44685**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| Debtor | **Union Eye Care Center, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**Raymond A Schmitt**
**241 Maplelawn Drive**
**Berea, OH 44017**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128.00** |
|---|---|---|---|

**Raymond W Lane**
**269 S Franklin St**
**Chagrin Falls, OH 44022**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Reginald Barnes**
**1700 E 13th St**
**apt 17**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$161.25** |
|---|---|---|---|

**Reynaldo Serrano**
**8640 Wooster Pike Road**
**Seville, OH 44273**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54.00** |
|---|---|---|---|

**Richard A Metzger**
**9710 Prospect Rd**
**Strongsville, OH 44149**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$748.00** |
|---|---|---|---|

**Richard A. Kershaw**
**18148 Heritage Trail**
**Strongsville, OH 44136**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Richard G Adkins**
**11599 Schwab Dr**
**Parma, OH 44130**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.25 |
|---|---|---|---|

**Richard G Anderson**
**2251 Brook Haven Lane**
**Hinckley, OH 44233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.97 |
|---|---|---|---|

**Richard Hemchak**
**8017 Darrow Road**
**Huron, OH 44839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Richard Kapper**
**529 Trelake Dr**
**Canal Fulton, OH 44614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Richard L Weiler**
**7207 Kenssington Drive**
**North Ridgeville, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Richard Thomas**
**3936 W 229th Street**
**Fairview Park, OH 44126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**RIck Moxley**
**4052 Fulton Parkway**
**Cleveland, OH 44144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.50 |
|---|---|---|---|

**Robert A Gaye**
**1241 Summit Drive**
**Mayfield, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|-------|--------|--------|--------|

**Robert A Melton**
1816 Revere Place
Lorain, OH 44053

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|-------|--------|--------|--------|

**Robert Church**
5086 Cline Road
Kent, OH 44240

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|-------|--------|--------|--------|

**Robert Ehlert Jr**
20220 Carlyle Drive
Strongsville, OH 44149

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|-------|--------|--------|--------|

**Robert Herr**
2864 Shakespears Lane
Avon, OH 44011

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.50 |
|-------|--------|--------|--------|

**Robert J Shaffer**
504 Schooner Lane
Northfield, OH 44067

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|-------|--------|--------|--------|

**Robert Kalman**
18306 Alexander Road
Walton Hills, OH 44146

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|-------|--------|--------|--------|

**Robert Keefer**
2850 Pintail Court
Akron, Oh

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.50 |
|---|---|---|---|

**Robert mauch**
1327 Blueberry Hill
Brunswick, OH 44212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**Robert Papa**
130 3rd Stree NE
New Philadelphia, OH 44663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.50 |
|---|---|---|---|

**Robert R Bell**
24813 Antler Drive
North Olmsted, OH 44070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Robert Rymarczyk**
15 Bogey Circle
New Smyrna Beach, FL 32168

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Robert Shaffer**
4753 W 11th Street
Cleveland, OH 44109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Robert Tomsik**
32759 Bridestone
North Ridgevill, OH 44039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|---|

**Robert V Gantner**
589 Bayfair Drive
Bay Village, OH 44140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142.50** |

**Robyn L Roub-Howe**
**3613 Ridgestone Drive**
**Garland, TX 75040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Rocky River Municipal Court**
**21012 Hilliard Blvd.**
**Rocky River, OH 44116**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Possible court costs**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |

**Roger G Edington**
**490 S Market St**
**Shreve, OH 44676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |

**Ronald Heffern**
**7232 Grant Blvd**
**Middleburg Hts, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |

**Ronald K Boals**
**98 Morgan Ave**
**Ashland, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |

**Ronald L Heffern**
**7232 Grant Blvd**
**Middleburg Heights, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |

**Ronald L Sim**
**1103 Webstee Road**
**Jefferson, OH 44047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|---|---|---|---|

**Ronald O Brown**
**5715 Charles Ave**
**Parma, OH 44129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Ronni E Ducoff**
**24522 Albert Lane**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Ronnie Ducoff**
**24522 Albert Lane**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.05 |
|---|---|---|---|

**Roseco Optics Inc.**
**831 Lincoln Ave Unit D1**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**RRG Beidler Properties, LLC**
**4756 Beidler Road**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Ruth Justice**
**26240 Broadview Ave**
**Bedford, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**Ryan J Sopko**
**6938 Greenleaf Ave**
**Parma Hts, OH 44130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018-2019__

Basis for the claim: __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ryan Zimmerman OD**
**10211 Dayflower Drive**
**Twinsburg, OH 44087**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Sally Sell**
**28573 Spruce Dr**
**North Olmsted, OH 44070**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Sandra Bizzell**
**4506 Longleaf Road**
**Warrensville Heights, OH 44128**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,102.38 |
|---|---|---|---|

**Santee Security Inc.**
**37144 Vine Street**
**Willoughby, OH 44094**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Santo Berardi**
**7510 Biarcliff**
**Middleburg Heights, OH 44130**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Sara A Cigic**
**6005 Commanche Ct**
**Parma Hts, OH 44130**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |
|---|---|---|---|

**Sarah Duda**
**20531 Naumann Ave**
**Euclid, OH 44123**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.63 |
|---|---|---|---|

**Schneider Optical Machines Inc.**
**6644 All Stars Avenue**
**Suite 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Scott D Frye**
**37116 Stone Creek Dr**
**N Ridgeville, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Scott Robbins**
**474 Orchard Grove Road**
**Sagamore Hills, OH 44067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Scott S Brodie**
**474 Fulmer Ave**
**Akron, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Scott Serafin**
**1220 Bryce Ave**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.46 |
|---|---|---|---|

**Select Optical**
**6510 Huntley Road**
**Columbus, OH 43229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2018-2019__

Basis for the claim:  __Goods/Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Select Strategies Brokerage LLC**
**400 Techne Center, Suite 320**
**Willoughby, OH 44094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2019__

Basis for the claim:  __Breach of lease__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,555.34 |
|---|---|---|---|

**Select-KM Plaza LLC**
PO Box 74486
Cleveland, OH 44194-4486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Serpil Ergun**
39199 Glenlivet Court
Solon, OH 44139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,561.66 |
|---|---|---|---|

**Shamir Insight, Inc.**
9938 Via Pasar
San Diego, Ca

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,659.31 |
|---|---|---|---|

**Shamir Insight, Inc. Clicks**
9938 Via Pasar
San Diego, Ca

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Sharon Yurko**
6464 Scott Drive
Brookpark, OH 44142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Sherylyn Fortuna**
13917 Trenton Oval
Strongsville, OH 44136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Shmoel Efraim**
10380 Oviatt Lane
Twinsburg, OH 44087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number _

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Silke Pagendarm**
**695 E 250Th Street**
**Euclid, OH 44132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$384.60** |
|---|---|---|---|

**Silver Dollar Optical**
**155 Corporate Drive**
**PO Box 548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31.25** |
|---|---|---|---|

**Smilen Eyewear**
**385-6 Pearsall Ave**
**Cedarhurst, NY 11516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Somphong Vongsouvanh**
**4532 W 149th street**
**Cleveland, OH 44135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Sowan L Lockridge**
**956 Helmsdale Road**
**Cleveland, OH 44112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**St. Blaise**
**Mary Giaimo**
**950 Naomi Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Staci Rezac**
**2816 Williamsburg Circle**
**Stow, OH 44224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

Basis for the claim: **Goods/Services**

Is the claim subject to offset? ☑ No ☐ Yes

| | |
|---|---|
| **3.552** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._   **$247.38** |
| **Standing Chapter 13 Trustee** | ☐ Contingent |
| **PO BOX 593** | ☐ Unliquidated |
| **Memphis, TN 38101-0593** | ☐ Disputed |
| Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.553** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._   **$50.00** |
| **Stanislav Pokalev** | ☐ Contingent |
| **10563 Durreg Court** | ☐ Unliquidated |
| **Reminderville, OH 44202** | ☐ Disputed |
| Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.554** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._   **$175.00** |
| **Stephen Barna** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.555** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._   **$50.00** |
| **Stephen Cox** | ☐ Contingent |
| **5471 Lance Road** | ☐ Unliquidated |
| **Medina, OH 44256** | ☐ Disputed |
| Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.556** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._   **$50.00** |
| **Stephen D Sechrist** | ☐ Contingent |
| **7429 Battery Park Blvd** | ☐ Unliquidated |
| **Cleveland, OH 44102** | ☐ Disputed |
| Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.557** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._   **$75.00** |
| **Stephen E Adams** | ☐ Contingent |
| **204 E Brookside One** | ☐ Unliquidated |
| **Akron, OH 44301** | ☐ Disputed |
| Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.558** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._   **$95.00** |
| **Stephen J Lewis** | ☐ Contingent |
| **2589 Euclid Heights Blvd** | ☐ Unliquidated |
| **Apt 1** | ☐ Disputed |
| Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,773.60 |
|---|---|---|---|

**Stereo Optical Company, Inc**
PO BOX 402429
Atlanta, GA 30384-2429

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Steve Golinar**
3726 Portsmouth
Perry, OH 44081

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Steven Barry**
19140 Story Road
Rocky River, OH 44116

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Steven Boardman**
10761 Waterfall Road
Strongsville, OH 44149

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Steven Holcroft**
4816 Misty Brook Circle
Stow, OH 44224

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156.17 |
|---|---|---|---|

**Steven J Tonovitz**
7320 Popham Pl
Solon, OH 44139

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Steven Palumbo**

Date(s) debt was incurred **2018-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Steven Rapoport**
**5985 Park Ridge Drive**
**North Olmsted, OH 44070**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |

**Susan M Waddell**
**4506 Ashbury Park Dr**
**North Olmsted, OH 44070**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Susan M. Jones**
**13579 Brookhaven**
**Brookpark, Oh**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Susan Ottogalli**
**16801 Orchard Grove Dr**
**Middleburg Heights, OH 44130**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.60 |

**Tawinka Sloan**
**26241 Lakeshore Blvd**
**Apt 1653**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.00 |

**Terence Hruska**
**14448 Stone Road**
**Newbury, OH 44065**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Teresa Keyes**
**13407 Shady Oak Blvd**
**Garfield Heights, OH 44125**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.75 |
|---|---|---|---|

**Terrence G Kelly**
27976 Edge Park Dr
North Olmsted, OH 44070

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Terry Cain**
12265 The Bluffs
Strongsville, OH 44136

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Terry Schuerger**
14216 Bayes Ave
Lakewood, OH 44107

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463.33 |
|---|---|---|---|

**The Builders Exchange**
9555 Rockside Rd.
Suite 300

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,455.30 |
|---|---|---|---|

**The Chen Family Akron Limited Partnershi**
6000 Steubenville Pike, Suite 101
McKees Rock, PA 15136

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.36 |
|---|---|---|---|

**Theodore H Tsesmilles**
16608 Emerick Road
Kensington, OH 44421

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Thomas C Eckert**
7323 Hickorry Lane
Seven Hills, OH 44131

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |

**Thomas E Duffin**
**837 Elyria Ave**
**Amherst, OH 44001**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |

**Thomas Franczak**
**2236 Augustine Dr**
**Parma, OH 44134**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**Thomas J Powell**
**4308 Mckinney Ave**
**Willoughby, OH 44094**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**Thomas Kozma**
**832 Olde Orchard Drive**
**Tallmadge, OH 44278**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**Thomas McTaggart**
**13646 Starlite Drive**
**Brook Park, OH 44142**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**Thomas Verdi**
**459 Leverett Lane**
**Highland Heights, OH 44143**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**Tim Hertel**
**113 Davenport Ave**
**Akron, OH 44312**

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Union Eye Care Center, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Tim J Conway**
**21073 Morris Drive**
**Strongsville, OH 44149**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.75 |
|---|---|---|---|

**Timothy E Haselow**
**7590 Pleasant View Dr**
**Parma, OH 44134**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.99 |
|---|---|---|---|

**Timothy J O'Connor Jr**
**7912 State Route 305**
**Garrettsville, OH 44231**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|

**Timothy M Skank**
**133 Mt Pleasant Road**
**Clinton, OH 44216**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Timothy Tolar**
**167 S Rocky River Drive**
**Berea, OH 44017**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Todd A Rininger**
**892 Bridge Road**
**Akron, OH 44312**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Todd Clark**
**827 Loraine Street**
**Toledo, OH 43609**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,395.00 |
|---|---|---|---|

**Tom Schaefer Plumbing, Inc.**
4350 Glenbrook Rd.
Willoughby, OH 44094

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.97 |
|---|---|---|---|

**Toshiba Business Solutions**
PO Box 73780
Cleveland, OH 441293

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Tracy L Vargo**
2928 Jasmine Dr
Seven Hills, OH 44131

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Tracy McCorry**
19101 Van Aken Blvd
#117

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Tracy Regas**
3065 Fieldstone Trail
Avon, OH 44011

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Tracy Vitolo**
50 North Doan
Painesville, OH 44077

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.50 |
|---|---|---|---|

**Transamerica**
PO Box 21493
New York, NY 10087-4493

Date(s) debt was incurred __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|-------|---|---|---|
| | **Tyrone Roundtree**<br>**4182 Americana Dr Apt 202**<br>**Stow, OH 44224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,587.42** |
|-------|---|---|---|
| | **Ultra Optics**<br>**SDS 12-1084**<br>**PO Box 86** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|-------|---|---|---|
| | **University Eye Care & Surgery**<br>**18599 Lakeshore Blvd**<br>**Suite 200** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,834.64** |
|-------|---|---|---|
| | **University Hospital Medical Group**<br>**20800 Harvard Road**<br>**Attn: Tina Koch** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|---|---|---|
| | **USPS** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-2019** | | |
| | Last 4 digits of account number __ | **Basis for the claim:** **Goods/Services**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|-------|---|---|---|
| | **Valerie J. Harry**<br>**4735 Elizabeth Lane**<br>**Brooklyn, Oh** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|-------|---|---|---|
| | **Verla Jones**<br>**24165 Randolph Road**<br>**Bedford Heights, OH 44146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018-2019** | **Basis for the claim:** **Goods/Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Veronica Jenkins**
**11425 Bradwell Road**
**Garfield Heights, OH 44125**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Veronica White**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Veronica Young**
**793 East 103rd St**
**Cleveland, OH 44108**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Vicki Gaither**
**10017 Chesterfield**
**Parma Heights, OH 44130**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Victoria Diaconescu**
**6193 McKenzie Road**
**North Olmsted, OH 44070**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Vida Tripodo**
**8901 Ranch Dr**
**Chesterland, OH 44026**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Vikki Goodrick**
**571 Beechwood Lane**
**Painesville, OH 44077**

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Goods/Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Virginia L Pannent**
**8721 Basswood Pl**
**Macedonia, OH 44056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.17 |

**Vision Dynamics Lab**
**1966 Production Court**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $883.80 |

**Vision-Ease Lens**
**NW 6083**
**PO Box 1450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,808.65 |

**Vista Way Partners, LLC**
**PO Box 22986**
**Cleveland, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,774.12 |

**Vistakon**
**Vistakon Lockbox**
**5855 Collection Center Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,288.03 |

**Visual Eyes Eyewear Inc**
**975 Florida Central Pkwy**
**Suite 1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $547.31 |

**Visual Graphics**
**Another M.N Whaley Co.**
**7969 Reynolds Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2019**

Basis for the claim: **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.622 | **Nonpriority creditor's name and mailing address**<br>**Viva**<br>**PO Box 798161**<br>**ST. Louis, MO 63179-8000**<br><br>Date(s) debt was incurred  **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,850.02** |
| 3.623 | **Nonpriority creditor's name and mailing address**<br>**VSPOne Columbus**<br>**12666 Collections Center Drive**<br>**Chicago, IL 60693**<br><br>Date(s) debt was incurred  **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,597.36** |
| 3.624 | **Nonpriority creditor's name and mailing address**<br>**W.B. Mason CO. Inc.**<br>**PO Box 981101**<br>**Boston, MA 02298-1101**<br><br>Date(s) debt was incurred  **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,633.88** |
| 3.625 | **Nonpriority creditor's name and mailing address**<br>**Walter Bandza**<br>**5868 Eldon Dr**<br>**Middleburg Heights, OH 44130**<br><br>Date(s) debt was incurred  **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |
| 3.626 | **Nonpriority creditor's name and mailing address**<br>**Walter G Zimmerman**<br>**4153 Monterey Dr**<br>**Medina, OH 44256**<br><br>Date(s) debt was incurred  **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$82.50** |
| 3.627 | **Nonpriority creditor's name and mailing address**<br>**Waste Management**<br><br>Date(s) debt was incurred  **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$101.35** |
| 3.628 | **Nonpriority creditor's name and mailing address**<br>**Wendy B Mcmillin**<br>**33930 Parkside Dr**<br>**Columbia Station, OH 44028**<br><br>Date(s) debt was incurred  **2018-2019**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods/Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40.00** |

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.96 |
|---|---|---|---|

**Wenquan Zou**
**32875 Ledge Hill Dr**
**Solon, OH 44139**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Whitney Ward**
**4037 Bayard Road**
**South Euclid, OH 44121**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.00 |
|---|---|---|---|

**William D. Wilmoth**
**768 Gougler Road**
**Akron, OH 44319**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**William G Opalich**
**35476 Admiral Dr**
**Eastlake, OH 44095**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**William Holmes**
**2939 Genera St NW**
**UnionTown, OH 44685**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**William J Schram**
**9415 Roxbury Road**
**Parma Heights, OH 44130**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**William Napler**
**3925 Springville Road**
**Wooster, OH 44691**

Date(s) debt was incurred  __2018-2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods/Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**William Spitzer**
**812 Shannon Ave**
**Cuyahoga Falls, Oh**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**William T Klonaris**
**374 Medway Road**
**Highland Hts, OH 44143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**William Whitney**
**3648 Rockport Ave**
**Cleveland, OH 44111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,788.99 |
|---|---|---|---|

**Windsor Eyes**
**7100 Airport Highway**
**Pennsauken, NJ 08109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.45 |
|---|---|---|---|

**WIndstream**

**Linden, MI 48451-0505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,001.91 |
|---|---|---|---|

**WVA**
**PO Box 900**
**Burlington, WI 53105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Zelko Krizanic**
**3210 Dewalt Dr**
**Akron, OH 44312**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Union Eye Care Center, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,917.71 |
|---|---|---|---|

**Zyloware Eyewear**
**8 Slater Street**
**Port Chester, NY 10573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018-2019**

Basis for the claim:  **Goods/Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cleveland Clinic Foundation**<br>**P.O. Box 931581**<br>**Cleveland, OH 44193** | Line  **3.101**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **IAM National Pension Fund**<br>**1300 Connecticut Avenue, NW**<br>**Suite 300**<br>**Washington, DC 20036** | Line  **3.244**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Lee Skidmore**<br>**Skidmore & Hall Co. LPA**<br>**748 N. Court St.**<br>**Medina, OH 44256** | Line  **3.537**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                293,688.09 |
| 5b. Total claims from Part 2 | 5b. + | $            1,916,247.07 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $            2,209,935.16 |

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 377 of 545

Fill in this information to identify the case:

Debtor name **Union Eye Care Center, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Premises located at Buybacks Plaza, Mentor, Ohio** | |
| | State the term remaining | **Approx. 4 years** | **BBP Acquisition LLC c/o BEK Deelopers LLC 24500 Chagrin Blvd.  - Ste 100 Beachwood, OH 44122** |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Premises at 7593 Mentor Ave., Mentor, OH** | |
| | State the term remaining | | **BBP Acquisition LLC c/o BEK Deelopers LLC 24500 Chagrin Blvd.  - Ste 100 Beachwood, OH 44122** |
| | List the contract number of any government contract | _____ | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2020 Carnegia Ave., Cleveland, OH** | |
| | State the term remaining | **4/2020** | **Central Property LLC P.O. Box 470396 Broadview Heights, OH 44147** |
| | List the contract number of any government contract | _____ | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Cole Eye Care Building** | |
| | State the term remaining | **9/2020 expiration** | **Cleveland Clinic Foundation c/o CB Richard Ellis 5001 Rockside Road, Suite 600 Independence, OH 44131** |
| | List the contract number of any government contract | _____ | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Brunswick, Ohio** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **Kimco Brunswick Associates**<br>**P.O. Box C**<br>**Roslyn, NY 11576** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **22547 Lorain Rd., North Olmsted, OH** | |
|---|---|---|---|
| | State the term remaining | **10/2022 expiration** | **Landspan Corporation**<br>**675 Northfield Rd.**<br>**Bedford, OH 44146** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 4750 Biedler Rd.,** | |
|---|---|---|---|
| | State the term remaining | | **RRG Biedler Properties LLC**<br>**4756 Bieler Rd.**<br>**Willoughby, OH 44094** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Vista Way location** | |
|---|---|---|---|
| | State the term remaining | **Approx. 1 year remining** | **Vista Way Partners**<br>**5595 Transportation Blvd., Ste 100**<br>**Cleveland, OH 44125** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **Union Eye Care Center, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

2.1 _____

Street _____

City     State     Zip Code

_____

☐ D
☐ E/F
☐ G

2.2 _____

Street _____

City     State     Zip Code

_____

☐ D
☐ E/F
☐ G

2.3 _____

Street _____

City     State     Zip Code

_____

☐ D
☐ E/F
☐ G

2.4 _____

Street _____

City     State     Zip Code

_____

☐ D
☐ E/F
☐ G

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 380 of 545

**Fill in this information to identify the case:**

Debtor name   **Union Eye Care Center, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **6/01/2018** to **5/31/2019** | ■ Operating a business  **sales  - Loss of**<br>☐ Other  **$194,764** | **$4,785,626.00** |
| **For the fiscal year:**<br>From **6/01/2016** to **5/31/2017** | ■ Operating a business<br>☐ Other _____ | **$5,396,579.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **6/01/2018** to **5/31/2019** | **Capital gain** | **$4,988.00** |
| **For year before that:**<br>From **6/01/2017** to **5/31/2018** | **Rental income from doctors zzzz+ misc.** | **$103,302.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached for payments since Mar 2019** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Kevin Morgan**<br>**70416 Springwood Circle**<br>**Twinsburg, OH 44087**<br>**CEO** | **Salary paid every two weeks - annual salary of $112,000** | $0.00 | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Sam Cannata - Vista Way Partners, LLC**<br>**9571 Vista Way**<br>**Cleveland, OH 44125** | **Landlord locked out tenant and is claiming rights to the assets despite being told the assets were not abandoned.** | | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Landspan Corp. v. Union Eye Care Center, Inc.**<br>19 CVG 1456 | Eviction | **Rocky River Municipal Court**<br>21012 Hilliard Blvd.<br>Rocky River, OH 44116 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Select Strategies Brokerage, LLC v. Union Eye Cre Center**<br>19CVG01486 | Forcible entry and detainer and damages | **Medina Municipal Court**<br>136 North Elmwood Ave.<br>Medina, OH 44256 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dettelbach, Sicherman & Baumgart** **55 Public Square, 21st Floor** **Cleveland, OH 44113-1902** | **Attorney Fees $4665.00** | **May, 2019** | **$5,000.00** |
| | Email or website address **rbaumgart@dsb-law.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☒ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☒ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Square Foot** **4507 Biedler Rd.** **Willoughby, OH 44094** | **Keys are located in main office building on Biedler Road.** | **Files and old typewriters** | ☐ No ☒ Yes |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Shamir Insight, Inc.** **9938 Via Pasar** **San Diego, CA 92126** | **Union Eye Care Center** **26215 Tungsten Rd.** **Berea, OH 44017** | **Equipment located at Tungsten Lab locatiion** | **$10,000.00** |

---

**Part 12:**  Details About Environment Information

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 385 of 545

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Lynn Knable** <br> **P.O. Box 533** <br> **Burton, OH 44021** | **8/2012 - 3/2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1. **Ciuni & Panichi**<br>**25201 Chagrin Blvd**<br>**Beachwood, OH 44122** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| John Baker | 103 Erieside Ave.<br>Cleveland, OH 44114 | Board member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| John Duff | 33101 Redwood Blvd.<br>Avon Lake, OH 44012 | Board member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Dorothy Dudash | 8237 Fairfax<br>Mentor, OH 44060 | Board Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Robert Beck | 3493 Columbia Rd.<br>North Olmsted, OH 44070 | Board member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Elmer Khal | 1201 W. 69th St.<br>Cleveland, OH 44102 | Board Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Terry McCafferty | 541 Justo Lane<br>Seven Hills, OH 44131 | Board Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert `Schiebi;l | 34740 Iria Lane<br>Eastlake, OH 44095 | Board Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ken Yuko | 479 Pierson Dr.<br>Cleveland, OH 44143 | Board Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Buddy McTaggert | 15 Fiddle Sticks<br>Olmsted Falls, OH 44138 | Board Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Morgan | 7573 Northwoods Ct.<br>Concord, OH 44077 | Board Member | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Morgan | 10416 Springwood Ct.<br>Twinsburg, OH 44087 | Board Member | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

19-14090-jps    Doc 1    FILED 07/02/19    ENTERED 07/02/19 10:22:28    Page 388 of 545

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July  2, 2019**

**/s/ Kevin Morgan**                                              **Kevin Morgan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

# 90 DAYS

| Date | Payee | Amount | Check/Wire | Description |
|---|---|---|---|---|
| 3/11 | Marchon | $7000.00 | 7381 | Frames |
| 3/12 | Goldman,Evans,Trammell | $25,000.00 | 7385 | Optogenics Lawyer |
| 3/14 | Cleveland Clinic | $9636.00 | 7358 | Rent |
| 3/19 | Optogenics | $6000.00 | 7394 | lenses |
| 3/21 | ABB Optical | $10000.00 | Wire | lenses |
| 3/22 | Marchon | $7000.00 | 7403 | Frames |
| 3/25 | Optogenics | $6000.00 | 7409 | lenses |
| 3/25 | Medical Mutual | $22,805.96 | Wire | Health Ins |
| 3/28 | ABB Optical | $10000.00 | Wire | Lenses |
| 4/1 | Optogenics | $6000.00 | 7417 | Lenses |
| 4/2 | BBP | $5914.10 | 7415 | Rent |
| 4/3 | Vista Way Partners | $6031.01 | 7360 | Rent |
| 4/4 | ABB Optical | $12000.00 | Wire | lenses |
| 4/9 | ABB Optical | $12000.00 | Wire | lenses |
| 4/11 | Visual Eyes | $11000.00 | 7426 | Frames |
| 4/11 | Optogenics | $6000.00 | 7428 | lenses |
| 4/19 | Optogenics | $6000.00 | 7439 | lenses |
| 4/22 | Optogenics | $6000.00 | 7443 | lenses |
| 4/24 | ABB Optical | $10000.00 | Wire | lenses |
| 4/26 | I.A.M Pension | $6356.70 | 7445 | pension |
| 4/26 | Medical Mutual | $23507.10 | Wire | Health Ins |
| 5/6 | State of Ohio | $22000.00 | Wire | Sales Tax |

# United States Bankruptcy Court
### Northern District of Ohio

In re   **Union Eye Care Center, Inc.**          Case No. _____

                                    Debtor(s)         Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                $          **4,665.00**

   Prior to the filing of this statement I have received       $             **0.00**

   Balance Due                                    $          **4,665.00**

2. $ __**335.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the Debtor in Contested Matters (including Motions to Dismiss), and Adversary Proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__July  2, 2019__
*Date*

**/s/ Richard A. Baumgart (0002664)**
**Richard A. Baumgart (0002664)**
*Signature of Attorney*
**Dettelbach, Sicherman & Baumgart**
**55 Public Square, 21st Floor**
**Cleveland, OH 44113-1902**
**216-696-6000  Fax: 216-696-3338**
**rbaumgart@dsb-law.com**
*Name of law firm*

---

**United States Bankruptcy Court**
**Northern District of Ohio**

In re   **Union Eye Care Center, Inc.**       Case No. _____

                Debtor(s)       Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 2, 2019** _____       **/s/ Kevin Morgan** _____

                                                          **Kevin Morgan**/CEO
                                                          Signer/Title

A'LAYNA NETTLES
9600 Nelson Ave.
Cleveland, OH 44105


A'LEYAH NETTLES
9600 Nelson Ave.
Cleveland, OH 44105


Aaron D Plasco
3590 Turnberry Ave
Medina, OH 44756


Aaron M Thompson
5077 Heather Ann Circle
Stow, OH 44224


AARON TUCKER
5799 South Winds Drive 85
Mentor-On-The Lake, OH 44060


ABBY CHIRDON
7418 Fayette Blvd
Chippewa Lake, OH 44215


ABC Fire Inc.
10250 Royalton Road
North Royalton, OH 44133


ABE SAAVERDA
3810 Cecilia Ave
Cleveland, OH 44109


Adams Michael F
14355 Sperry Rd
Newbury, OH 44065


ADASHA BIAS
28 Trenton Square
Cleveland, OH 44143


ADDIE MAY
13506 Caine Ave
Cleveland, OH 44105

```
AGNES MORAN
364 Starrline Dr
Tallmadge, OH 44278


Alan Cliffe
441 Kenwood Dr
Apt T


Alan J Ballas
228 Anchor Dr
Sheffield Lake, OH 44054


ALAN KOVANITZ
3750 W. 135st
Cleveland, OH 44111


Albert Szczepanik
294 Starlight Dr
Seven Hills, OH 44131


Alcon Laboratories, Inc
PO Box 677775
Dallas, TX 752677775


Algeri Daniel
10780 PYLE SOUTH AMHERST RD
OBERLIN, OH 44074-8503


Alison Floyd
29470 West Woodall Rd
Solon, OH 44139


Allan Hlavna
33997 Garrett Drive
North Ridgeville, OH 44039


Allan T Cratty
711 Wildwood Circle
Wilmington, NC 28409


Allen L Hartzell
8452 Boseck Dr #162
Las Vegas, NV 89145
```

ALLISON BERRY
244 Edgerton Rd
Akron, OH 44303


Altair
PO Box 45036
San Francisco, CA 94145-0036


Alvarado II Hector
4508 W 221ST ST
FAIRVIEW PARK, OH 44126-3305


Alysius Hoenigman
11260 Morningstar court
Newbury, OH 44065


Amanda Ferry
1657 Blossom Park Ave
Lakewood, OH 44107


Amcon
9735 Green Park Industrial Drive
St Louis, MO 63123


American Arbitration Association
950 Warren Avenue
East Providence, RI 02914


American Water & Energy Savers
4431 North Dixie Highway
Boca Raton, FL 33431


Ammons Tiffany
6283 Sylvia Dr
Brookpark, OH 44142


ANA MARTIN
897 Beacon St
Brunswick, OH 44212


Anderson  Janice
15040 Triskett Rd
Cleveland, OH 44111

Anderson Eric
5464 Prestwick Lane
Cleveland, OH 44143


Andrea Hardesty
1767 East Hutton Road
Wooster, OH 44691


ANDREW PIVNICKA
1454 Trader Dr
Streetsboro, OH 44241


Angerstien Deborah
2859 Mohican Blvd
Akron, OH 44312


ANGYNE BOOKER
3962 East 123rd
Cleveland, OH 44105


ANN KOVANITZ
3750 W. 135st
Cleveland, OH 44111


Ann Oakar
15824 Norway Ave
Cleveland, OH 44111


ANNE ULANOWSKI
1948 Hawthorne Ave.
Stow, OH 44224


ANNETTE MITCHELL
881 Eddie Rd Apt 8
Cleveland, OH 44108


Antalik Annette
531 Lydon Ave.
Ashtabula, OH 44004


Anthony Carrubba
2917 E Sprague Road
Seven Hills, OH 44131

Anthony Garland
7330 Lancelot Dr
Parma, OH 44134


ANTHONY GROSSER
4012 Biddulph Ave
Cleveland, OH 44109


ANTHONY HOCHEVAR
2431 Park Drive
Parma, OH 44134


ANTHONY KOZAK
4880 Kennedy Dr.
Brooklyn, OH 44144


Anthony Maffei
108 E Milton Street
Alliance, OH 44601


Antonio Brunello
25417 Butternut Ridge
North Olmsted, OH 44070


Antosh Barbara A
1676 Eldon Dr
Wickliffe, OH 44092


APRIL HARRISON
15907 Grovewood Avenue
Cleveland, OH 44110


Archie Kellie
2250 Par Lane Apt. #1212
Willoughby, OH 44094


Arlene Dostie
4212 Yorkshire Ave
Parma, OH 44134


armouRx
2-344 North Rivermede Road
Concord, Ontario L4K 3N2

Arrossi Andrea
5700 Blair Dr
Cleveland, OH 44143


ARTURO RUIZ
3450 Seymore
Cleveland, OH 44113


ASHLEY ARNOLD
7514 Olde Eight Road
Hudson, OH 44236


ASHLEY UYEK
1064 Lincoln Ave
Cuyahoga Falls, OH 44221


Assure-Tech Pest Control
37405 Grove Ave #301
Willoughby, OH 44094


Audrey L Rodriquez
2223 West 10th Street
Cleveland, OH 44113


Audrey Rhodes
887 East 139th Street
Cleveland, OH 44110


Avallone Cynthia
21212 HICKORY BRANCH TR
Strongsville, OH 44136


Azzato Elizabeth
10 Park Lane
Moreland Hills, OH 44022


Bacho Pamela
5303 Berskire Dr
North Olmsted, OH 44070


Badaracco, Michael
6752 Reid Dr
Parma, OH 44130

BAJINDER KAUR
10580 Tudor Cr
North Royalton, OH 44133


Ball Cynthia
3633 Menlo Road
Shaker Heights, OH 44120


Ball Norsie
13406 Lorenzo
Cleveland, OH 44120


BAR STASKO
3323 Grovewood Avenue
Parma, OH 44134


Baranyk Janice
4402 VALLEYSIDE RD
CLEVELAND, OH 44135-1050


Barbara J Kaczor
13053 Pennsylvania Ave
Huntley, IL 60142


BARBARA KAMINSKI
5729 East 146th
Maple Heights, OH 44137


BARBARA LADIKOS
13810 Glennbrook Dr
Strongsville, OH 44136


BARBARA PISTILLI
3209 Altoona Road
Cleveland, OH 44109


BARBARA WILLIAMS
2501 East 59st
Cleveland, OH 44104


Barnes Chene
5918 MONICA LN
GARFIELD HEIGHTS, OH 44125-5104

Barnes Kristie
164 PARKWAY DR
EASTLAKE, OH 44095-1415


Barnett-hudson Phyllis
4725 HILLARY LN
CLEVELAND, OH 44143-2910


Baron Mel
170 East 294th Street
Willowick, OH 44095


Barrington B Brown
5601 Dalewood Ave
Maple Heights, OH 44137


Barry Frey
120 West Main St
Seville, OH 44273


Bartholomew  Jeff
16201 East High St
Middlefield, OH 44062


Bartholomew  Jeff
16201 East High St
Middlefield, OH 44060


Basiewicz Kari
6433 ALMONT DR
BROOKPARK, OH 44142-3654


Bausch & Lomb
PO Box 415110
Boston, MA 02241-5110


BBP Acquisition LLC
c/o BEK Deelopers LLC
24500 Chagrin Blvd.  - Ste 100
Beachwood, OH 44122


BBP Acquisition, LLC
3900 Park East Drive Suite 200
Beachwood, OH 44122

Beau A Kirkbridge
3707 Heatherwood Circle NW
North Canton, OH 44720


Becky Bert
26404 Kingswood Dr
Olmsted Township, OH 44138


BELLA EFRAIM
10380 Oviatt Lane
Twinsburg, OH 44087


BEN BATTON
8906 Valleyview Rd.
Macedonia, OH 44056


Benford Odell
10618 PRINCE AVE
CLEVELAND, OH 44105-2756


Bennett Gwendolyn
1064 HEREFORD RD
CLEVELAND HEIGHTS, OH 44112-3638


Benson Monica
24329 Carla Lane
North Olmsted, OH 44070


Benson Monica
24329 CARLA LN
NORTH OLMSTED, OH 44070-1021


Bergfeld John
38100 Jackson Rd
Chagrin Falls, OH 44023


Bergmann  Cornelia
2500 Euclid Hts Blvd
Cleveland, OH 44106


BERNADETTE DICKINSON
7603 Manhattan Ave.
Parma, OH 44129

BERNARD DAVIS
13 Brune Dr.
Bedford, OH 44146


Berry Allison
244 EDGERTON RD
AKRON, OH 44303


Berry Detra
1101 East 167th
Street Cleveland, OH 44110


Berry Lesli
244 EDGERTON RD
AKRON, OH 44303


Besselman, Megan
33880 Beachpark Dr
Eastlake, OH 44095


Beth E Crano
631 Lincoln Ave
Cuyahoga Falls, OH 44221


Blonski Mary Jo
12166 Snowville Rd
Brecksville, OH 44141


Blue Eric
8064 Springfield Drive #806
North RoyalTON, OH 44133


BOBBIE BENKALOWYCZ
4327 Jennings
Cleveland, OH 44109


Bohland George
4065 Elmore Rd
Fairview Park, OH 44126-1418


Boltauzer, David
34040 Ridge Rd
Willoughby, OH 44094

Bonnell H Paskvan
8070 W Russell Road #1086
Las Vegas, NV 89113


Bonnie Gozwlanxzyk


Bonnie Speed Delivery Inc.
P.O. Box 6447
Cleveland, OH 44101


Booker Angyne
3962 E 123rd St
Cleveland, OH 44105


Borges, Melanie
1470 West 114th St
Cleveland, OH 44102


Boyd Chanille
900 Mckinley Ave
Akron, OH 44306


Boyd Michael
1830 East 87th Street #30
Cleveland, OH 44106


Brad Bitterman
17644 Cannon Avenue
Lakewood, OH 44107


Bradac, Laura
33832 WILLOWICK DR
Willowick, OH 44095


Bradie Williams
16516 Invermere Ave
Cleveland, OH 44128


Bradley Renee
12135 QUARTERMANE CIR
CHARDON, OH 44024-2410

BRANDON DUDLEY
9365 Andrew Drive
Twinsburg, OH 44087


Brandon Z Sondergeld
3672 Fordway Drive
Lambertville, MI 48144


BRATISLAVKA ALEMPIJEVIC
6849 Greenbriar Dr
Parma Hts, OH 44130


Braun Rebecca
5020 Orchard Rd
Mentor, OH 44060


Brecksville Opticians
7640 Chippewa Road
Brecksville, OH 44141


BRENDA MACON
17116 Judson Drive
Garfield Heights, OH 44128


Brent Monnin
4634 Ruby Lane
Brunswick, OH 44212


Brett E Colvard
2309 Keystone Road
Parma, OH 44134


Brian Bowers
6074 Ashland Road
Wooster, OH 44691


Brian Cassidy
14113 Berwyn Ave
Cleveland, OH 44111


Brian Chimera
3397 Ramsgate ST NW
North Canton, OH 44720

Brian Clymer
283 Little Creek Parkway
Brooklyn Heights, OH 44131


BRIAN CORRIGAN
6280 Boston Rd
Valley City, OH 44280


Brian Evilsizer


BRIAN JACOBS
3890 Wyndham Apt 101
Cuyahoga Falls, OH 44224


BRIAN PRICE
1520 Clearbrooke #111
Brunswick, OH 44212


Brian V Bowe
4192 Forestridge Dr
Richfiel, OH 44286


Briot
224 James Street
Bensenville, IL 60106


Broderick Joni
33920 MCAFEE DR
SOLON, OH 44139-1726


BROOKE DUFFIELD
16357 Bowfin Drive
Brookpark, OH 44142


Brooks Anthony
3220 Euclid Hts. Blvd.
Cleveland Hts., OH 44118


Brown Karla
20475 Eastwood Ave
Fairview Park, OH 44126

```
Bruce Bishilany
3891 Woodside Drive
North Olmsted, OH 44070


BRUCE MORRISON
2379 Eardley Rd
University Hts, OH 44118


BRUCE RING
194Warner Rd
Hinckley, OH 44233


Bryan Panteck
20472 Donegal Lane
Strongsville, OH 44149


Buduleta Elisabeth
12929 Old Mill Rd
Spencer, OH 44275


Buettner Sarah
5243 Harmony Lane
Willoughby, OH 44094


Builders Exchange Benefits
1813 N Franklin Street
Suite 200


Burich   Daniel
24471 Stephen Ave
Euclid, OH 44123


Burls Jenifer
321 BRAD DR
BRUNSWICK, OH 44212-1426


Cadillac Eyewear
7100 Airport Highway
Pennsauken, NJ 08109


Caine Diane
7957 BRICHFORD RD
MENTOR, OH 44060-5916
```

Cakic, Milica
7277 Nobb Hill Dr
Parma, OH 44130


Calhoun Gerald
1810 Grand Blvd.
Euclid, OH 44117


Calvin W Overmyer
35155 Dixon Road
Willoughby Hills, OH 44094


CAMERON DOBSON
4783 Emerald Lane
Brunswick, OH 44212


Cameron MacDonald
3915 Tuxedo Ave
Parma, OH 44134


Caminero Israel
4492 Camellia Ln
North Olmsted, OH 44070


Campbell Diane
6791 Neff Rd
Medina, OH 44256


Campbell Paulia
824 London Road
Cleveland, OH 44110


Capri Optics
1421 38th Street
Brooklyn, NY 11218


CARA MANGANO
5296 West 50th Street
Parma, OH 44134


Carl J Munnings
17126 Terraverde Circle #1
Fort Myers, FL 33908

Carlo A Matos
3917 Courtyard Dr
Lorain, OH 44053


Carlo Beverly
629 Saint Lawrence Blvd
Eastlake, OH 44095


CAROL CLAUS
6201 Ranchview
Independence, OH 44131


CAROL DOLNEY
2276 Ross Dr
Stow, OH 44224


CAROL MCCAFFERTY
4840 West 14th Street
Cleveland, OH 44109


Carol Vartorella
435 Nature Haven Blvd.
Kewaskum, WI 53040


CAROLYN KILGORE
475 Westwood Ave
Brunswick, OH 44212


Carolyn Norris
180 Sandover Drive
Aurora, OH 44202


CAROLYN THOMAS
4221 East 162nd
Cleveland, OH 44128


Carr Kenneth
5694 HARRISON AVE
MAPLE HEIGHTS, OH 44137-3357


Carrol Donald
18981 Landing Lane
Columbia Station, OH 44028

Carroll Donald
18981 LANDING LN
COLUMBIA STATION, OH 44028-9197


Carver, Maria
5550 WINDRUSH COURT
Parma, OH 44134


CASSANDRA MOORE
3557 East 103 Street
Garfield Heights, OH 44105


Cassaundra R Jackson
4960 East 110th Street
Gargield Heights, OH 44125


Cassidy Ann
13800 Shaker Blvd
Cleveland, OH 44120


Catherine Albers
3384 Meadowbrook
Cleveland Heights, OH 44118


CATHERINE MAHAN
22065 River Oaks Dr # 6
Rocky River, OH 44116


CATHERINE MANSON
6192 Yorktown Drive
Parma, OH 44134


CATHRYN CHETNIK
5500 Charleston Drive
Valley City, OH 44280


CATHY CARSON
1683 East 79 Th St
Cleveland, OH 44103


Cavett Joshua
33142 Sandpiper Ct
North Ridgeville, OH 44039

CC Systems
13135 66th Street
Largo, FL 33773


Central Collection Agency
1701 Lakeside Avenue
Cleveland, OH 44114-1118


Central Collection Agency
PO Box 94723
Cleveland, OH 44101-4723


Central Property LLC
2490 Lee Blvd Suite 230
Cleveland Hts, OH 44118


Central Property LLC
P.O. Box 470396
Broadview Heights, OH 44147


Central Window Cleaning
PO Box 347154
Cleveland, OH 44134


Cerney Gordon
190 Belmar Blvd
Avon Lake, OH 44012


Cerney Karen
190 Belmar Blvd
Avon Lake, OH 44012


Chad W.D. Wright Sr
261 First St PO Box 32
West Farmington, OH 44491


Chalana Gilliham
20240 Kathy Drive
Euclid, OH 44117


CHANILLE BOYD
900 McKinley Ave.
Akron, OH 44306

CHARLES COLLINS
13302 Cormere Apt# 402
Cleveland, OH 44120


Charles G Massarolo II
11850 South Lane Dr #5
Lakewood, OH 44107


Charles Grace


Charles J Fioritto
610 Lipke Court
Medina, OH 44256


CHARLES KRONHE
6421 Lafayette Road
Medina, OH 44256


Charles P Kane
18941 Rivers Edge Drive
Bainbridge, OH 44023


Charles Potenga
3232 Dales Court
North Royalton, OH 44133


CHARLES RECTOR
916 Mesquite Ln.
Barberton, OH 44203


CHARLES SCHEIMAN
3773 Ruth Dr
Brunswick, OH 44212


CHARLES SERRANO
26043 Redwood Dr
Olmsted Falls, OH 44138


Charles Shoda
1814 Walking Path Ave
Henderson, NV 89012

Charlotte Morris
5254 Forest Ave
Maple Hts, OH 44137


Chase Visa


Chaundie Easterbrook
26621 Butternut Ridge Road
North Olmsted, OH 44070


Chelsey L. Clemans, O.D.
227 Sieberling Dr
Sagamore Hills, Oh


Cheng Jianguo
7323 Shinnecock Dr
Solon, OH 44139


CHERITA GRIFFIN
1141 Allendale Ave.
Akron, OH 44306


CHERYL HUFFER
3423 Priscilla
Parma, OH 44134


Cheryl M Panteck
13160 Chase Moor Drive
Strongsville, OH 44136


Cheryl Sunyak
15627 Fernway Ave
Cleveland, OH 44111


CHERYL WEISS
6472 State Rd J6
Cleveland, OH 44134


Chester A Warren
1892 Nichols Road
Akron, OH 44312

Childs Karen
7027 State Rd #204
Parma, OH 44134


CHRIS BERRY
244 Edgerton Rd
Akron, OH 44303


Chris Houdek
4637 Forest Grove
Brunswick, OH 44212


CHRIS LANGE
1522 Hydepark
Akron, OH 44310


CHRIS SCHENOSKY
7707 Kenilworth
Parma, OH 44129


Chris Weber
720 Maplewood Ave
Brunswick, OH 44212


Chris Winkelman
2287 Loyola Road
University Height, OH 44118


Christ, Tracy
4816 whyem dr B1
Akron, OH 44319


Christian R Falcetti
1580 Prospect St Apt F5
Elyria, OH 44035


Christie Cunningham
415 Palomino Trail
Auroroa, OH 44202


CHRISTINE APONE
3981 West 157th
Cleveland, OH 44111

Christine L Pinsker
5048 E 88th St
Garfield Hts, OH 44125

Christine M Julian
5348 Richards Drive
Mentor, OH 44060

Christopher G Caleris
685 Seasons Pass Dr
Brunswick, OH 44212

Christopher Houdek
4637 Forest Grove Dr
Brunswick, OH 44212

Christopher R O'Donnell
5680 Highwood Court
Hudson, OH 44236

Christopher Russ
2980 Legend Lane
Willoughby Hills, OH

Cindie Carroll-Pankhurst
1541 Maple Road
Cleveland Hts, OH 44121

CINDY DALEY
1628 Cook Ave
Cleveland, OH 44109

CINDY STEPKO
7543 Elmhurst
Seven Hills, OH 44131

Cisar Deborah
4204 WETZEL AVE
CLEVELAND, OH 44109-5344

City of Cleveland Division of Water
1201 Lakeside Avenue
Cleveland, OH 44114

Ciuni & Panichi
2501 Chagrin Boulevard
Cleveland, OH 44122-5683


Clara M Newson


ClearVision Optical Company
425 Rabro Drive
Suite #2


CLEM BEAUMONT
6051 S. Perkins Rd.
Bedford, OH 44146


Clemens Susan
1241 Stonewood Ct.
Painesville, OH 44077


Cleveland Clinic Foundation
9500 Euclid Avenue
Cleveland, OH 44195


Cleveland Clinic Foundation
P.O. Box 92983
Cleveland, OH 44194-2983


Cleveland Clinic Foundation
P.O. Box 931581
Cleveland, OH 44193


Cleveland Clinic Foundation
c/o CB Richard Ellis
5001 Rockside Road, Suite 600
Independence, OH 44131


Cleveland Clinic Parking Services
Attn: Anita Allen
9500 Euclid Ave JJNb-230


Cleveland Police Patrolmen's Association
1303 West 58th Street
Cleveland, OH 44102

Cleveland Port Council


Clifford E Pinkney
17164 Penny Pines Circle
Strongsville, OH 44136


Clintonette Ingram
1529 E 248th Street
Euclid, OH 44117


Cobb John
19419 WICKFIELD AVE
WARRENSVILLE HEIGHTS, OH 44122-6538


Coburn Technologies Inc.
PO Box 842839
Boston, MA 02284-2839


Code-Jones Toni
757 INDEPENDENCE AVE
AKRON, OH 44310


Cogan Barbara
21157 Northwood
Fairview Park, OH 44126


Coleman Tina
2307 Sherwin Drive
Twinsburg, OH 44087


Colette Johnson
5264 W 46th Street
Parma, OH 44134


COLLEEN REALI
1920 Marshfield Blvd
Westlake, OH 44145


CompManagement
PO Box 89456
Cleveland, OH 44101-6456

Connie Kopec
7055 Carriage Hill Drive
Brecksville, OH 44141


Connie Voigt
6462 State Road
#6


CONNIE WALLACE
8518 E 1189th
Garfield Heights, OH 44105


Constance Fait


CooperVision
PO Box 145409
Cincinnati, OH 45250-5409


Coppers John
24201 Smith Ave
Westlake, OH 44145


CORAZON VINAS
10301 Lake Avenue #220
Cleveland, OH 44102


Corbin Teresa
7270 Ledgewood Drive
Kirtland, OH 44094


Cortes Maria
8567 Bentley Dr
Olmsted Falls, OH 44138


Cox Barbara
2071 Murray Hill Road
Cleveland, OH 44106


Cox Barbara
2071 Murray Hill Rd
Cleveland, OH 44106

Creative Office Products Corp.


Crossley, Patricia
7967 B PURITAN DRIVE
Mentor, OH 44060


Csongedi Rich
5042 Avon Belden Rd
North Ridgeville, OH 44039


Culpepper   Jeannace
727 East 156
Cleveland, OH 44110


Culpepper Jeannace
727 East 165th
Cleveland, OH 44110


Cuyahoga County Auditor
2079 East Ninth Street
Cleveland, OH 44115


Cuyahoga County Fiscal Officer
2079 East Ninth Street
Cleveland, OH 44115


Cynthia Bier
2419 Queenston Road
Cleveland Hts, OH 44118


DAC Vision Inc.
PO Box 840406
Dallas, TX 75284-0406


Dague Kenneth
6388 South Cedarwood Rd
Mentor, OH 44060


Dague Kenneth
6388 S Cedarwood Rd
Mentor, OH 44060

Dale A Miller
19750 Ridgeland Ave
Cleveland, OH 44135


Dale Gross
11803 West 130th street
North Royalton, OH 44133


Dale Montgomery
4353 Montgomery Place
Brooklyn, OH 44144


Dale Wilson
1129 Trout Dr
Mansfield, OH 44903


Dallis Services
P.O. Box 41008
Brecksville, OH 44141


Dalton Robert
107 Nantucket Circle
Painesville, OH 44077


Dalton Robert
107 Nantucket Cir
Painesville, OH 44077


DAN HAYAS
P.o.box 209
Chippewa Lake, OH 44215


DAN STANLEY
2985 Pepperhill
Akron, OH 44312


Dana Carter
12601 Benham Ave
Cleveland, OH 44105


Danesi Cheryl
1294 Jones Road
Jefferson, OH 44047

Danesi Cheryl
1294 JONES RD
JEFFERSON, OH 44047


Daniel Branchick
23074 Virginia Avenue
North Olmsted, Oh


Daniel Darrow
5348 Galley Way
Fort Pierce, FL 34949


Daniel English


DANIEL GREENE
4833 West 13th Street
Cleveland, OH 44109


Daniel J Hastings
7462 Shady Hollow Road NW
Canton, OH 44718


Daniel J Paumier
6763 Canter Hill Circle
North Canton, OH 44721


Daniel Janelle
4927 EDSAL DR
LYNDHURST, OH 44124-2304


Daniel P Cherney
2525 Vermilion Road
Vermilion, OH 44089


Dante Raffin
8086 Twin Oaks
Broadview Heights, OH 44147


Dargush Barry
24385 Palm Dr
North Olmsted, OH 44070

Darlene Rohrer


DataHealth
855 Central Avenue
Suite 301


Dave Mackeigan
225 Vineyard Road
Avon Lake, OH 44012


David Bania
8884 Edgerton Road
North Royalton, OH 44133


DAVID BLAKE
13798 Indian Creek
Middleburg Hts, OH 44130


DAVID BUTLER
5964 Sunset Drive
Bedford, OH 44146


DAVID COBBS
10305 Manor Ave
Cleveland, OH 44104


David D Huspaska
544 Marsh Way
Brunswick, OH 44212


DAVID DIETRICH
971 Spring Hill Ct
Brunswick, OH 44212


David Fisher
5701 Overlook Way
North Ridgeville, OH 44039


David Gustely
11479 Ravenna Road
Twinsburg, OH 44087

DAVID HAYES
956 Stoney Hill
Hinckley, OH 44233

David J Menke
3610 Northcliffe Road
University Hts, OH 44118

DAVID JUDY
461 Cove Beach Ave
Sheffield Lake, OH 44054

David Latsko
7541 Vista Dr
Parma, OH 44134

David Levine
4011 Secor Road
Toledo, OH 43623

David M Yannuzzo
4374 Johnson Road
Norton, OH 44203

David Matia
2274 Demington Drive
Cleveland Heights, OH 44106

DAVID MUNIZ
3209 Tampa Ave
Cleveland, OH 44109

DAVID POLEN
423 N. Market St.
Loudonville, OH 44842

DAVID RODRIGUEZ
3143 West 14th Street
Cleveland, OH 44109

David Schlaufman
946 Township Road 150
Nova, OH 44859

David Stein
32988 Fern Tree Lane
North Ridgeville, OH 44039


DAVID WIGLEY
2264 Major Rd
Peninsula, OH 44264


David Zeck
6602 Hampstead Ave.
Parma, OH 44129


Davis Bernard
13 Brune Dr.
Bedford, OH 44146


Davis Sr Robert
23236 Mildred Ave
North Olmsted, OH 44070


Davis Vision
PO Box 848393
Dallas, TX 75284-8393


Dawn R Bottiggi
6574 Cypress Dr
North Olmsted, OH 44070


DAWN VANO
7050 Broadview Rd.
Cleveland, OH 44134


Dawn Velazquez


Dean Shepherd
136 Nottingham Drive E
St John, FL 32259


DEANNA THOMAS
566 Cliffside Ave
Akron, OH 44313

DEAREL WHITE
4613 Henritze
Cleveland, OH 44109


DEBBIE CISAR
4204 Wetzel Avenue
Cleveland, OH 44109


Debbie Murphy
1636 Elberon Ave
East Cleveland, OH 44112


DEBORAH ANGERSTEIN
2859 Mohican Blvd.
Akron, OH 44312


Deborah Hamel
9283 Avon Belden Road
North Ridgeville, OH 44039


DEBORAH WAKEFIELD
3116 Osage Way
Broadview Heights, OH 44147


Debra Farmer
216 E Ridgewood Dr
Seven Hills, OH 44131


DEBRA PETKAC
216 Fairdale Ave
Cleveland, OH 44109


Debra Sabato
1399 lander rd
mayfield hts, OH 44124


DELORES MCCALL
285 Chanelwood Cir #315
Akron, OH 44307


DEMELIOUS BROWN
15702 Judson Drive
Cleveland, OH 44128

```
Dempsey Rita
33161 Brookcrest Pl
Avon Lake, OH 44012


Dempsey Rita
33161 Brookcrest Place
Avon Lake, OH 44012


Denise Kinkopf
32910 Boulder Dr
North Ridgeville, OH 44039


Denise M Snyder


DENNIS ANTOLIK
4529 Gamma Ave
Newburgh Hts., OH 44105


Dennis J Ginley
3850 Long Road
Avon, OH 44011


Dennis Mirosavich
26923 Oxford Park Lane
Olmsted Falls, OH 44138


DENNIS MOEHRING
4399 W. 57th
Cleveland, OH 44144


Dennis P Carlin
15874 Hickox Blvd
Middleburg Hts, OH 44130


Dennis Preisel
17818 Drake Road
Strongsville, OH 44136


Dermawan Josephine
7392 N CHESTNUT COMMONS DR
MENTOR, OH 44060-3539
```

Dermawan Josephine Kam T
7392 N Chestnut Commons Drive
Mentor, OH 44060


DERRIKA PATTERSON
5912 Monica Lane
Garfield Heights, OH 44125


DESTINY THOMAS
9616 Hilgert Dr. 2nd Floor
Cleveland, OH 44104


Devan Capella
19239 Knowlton Parkway
Strongsville, OH 44149


DEVIN JACKSON
18730 Nitra Ave
Maple Heights, OH 44137


DIANA TREGO
2057 Morrison Avenue
Lakewood, OH 44107


DIANE HELMERICH
1165 Kent Dr.
Brunswick, OH 44212


DIANE WISE
488 Sagamore Rd
Northfield, OH 44067


DIANNA FERGUSON
20500 Franklin Road
Maple Heights, OH 44137


Dickerson Jerlene
4378 Sexton Road
Cleveland, OH 44105


Dillard, Leah
23501 LAWRENCE RD
Warrensville Hts, OH 44128

DINA ANDERSON
1493 East 195th St
Euclid, OH 44117


Dineen Terstage
24330 Elm Rd
North Olmsted, Oh


DINITA WILLIAMS
360 Kenyon Dr
Bedford, OH 44146


Dino Ferrante
7169 Enfield Dr
Mentor, OH 44060


Diocesan Publication


Distillata
PO Box 93845
Cleveland, OH 44101-5845


Diversified Air Systems Inc
4760 Van Epps Road
Brooklyn Hts, OH 44131


Diversified Ophthalmics, Inc
PO Box 504546
ST Louis, MO 63150-0001


Division of Taxation
1701 Lakeside Avenue
Cleveland, OH 44114


Dobson Eric
4783 EMERALD LN
BRUNSWICK, OH 44212-1122


Dobson Kathleen
467 MOHAWK TRL
BRUNSWICK, OH 44212-1723

Dolar James
25923 Butternut Ridge
North Olmsted, OH 44070


Dominion East Ohio


DON HOOVER
788 Tallkron Dr
Akron, OH 44302


Donald Boslett
10721 Crestwood Dr
Kirtland, OH 44094


Donald Dewille
6388 Westminster Drive
Parma, OH 44129


Donald J Motz
186 Fixler Road
Wadsworth, OH 44281


Donald R Burnside
10335 Tully Ave NW
North Canton, OH 44720


DONNA DUNCAN
5676 Broadview Rd
Cleveland, OH 44134


Donna Fair
36633 Westfield Drive
North Ridgevillle, OH 44039


DONNA HORST
1350 Tavondale
Akron, OH 44313


DONNA KISH
6604 Neff Rd
Valley City, OH 44280

DONNA KUEHN
3744 Mayflower Oval
Brunswick, OH 44212


Donna L Hicks
13917 State Route 113
Wakeman, OH 44889


DONNA PITROSKI
4206 Yorkshire
Cleveland, OH 44134


DONNA ROZMAN
14065 Timber Lake Dr
Strongsville, OH 44136


DorisStwan
357 Essex Road
Vermilion, OH 44089


DOROTHY TAYLOR
12700 Shaker Blvd Apt 404
Cleveland, OH 44120


Doug Masterson
1131 By The Shore
Huron, OH 44839


DOUG ZIETLOW
4120 Columbia Rd.
Medina, OH 44256


Douglas Callahan
8395 Cherry Hill Lane
Broadview Heights, OH 44147


DREW FISCHER
86 Shady Acres Dr
Akron, OH 44312


Drinko Tom
4683 Squire Dr
Sagamore Hills, OH 44067

DUANE SPENCE
2740 Fleger
Parma, OH 44134


Dudek Karen
675 RADFORD DR
HIGHLAND HEIGHTS, OH 44143-1939


Duncan Gilman
7262 NEFF RD
VALLEY CITY, OH 44280


Duncan Krysten
6261 Mill Rd
Broadview Heights, OH 44147


Dyan Morgan


E-Z Pack
6545 Wiehe Road
Cincinnati, OH 45237


Earl Brass
14894 Greystone Dr
Brook Park, OH 44142


Earl Roach
901 Cloverdale
Medina, OH 44256


EARL SUMNER
13338 North Boone Rd
Columbia Station, OH 44028


Edith L Gaffney
675 E 125th Street
Cleveland, OH 44108


Edmonds Glendale
792 Roscoe Street
Akron, OH 44306

Edward C Neumann
6289 Schaaf Drive
Brookpark, OH 44142


Edward Davis Sr
1475 Sandy Lane
Mansfield, OH 44903


Edward Huntington
414 Mae Drive
Kerrville, TX 78028


Edward P Devine
369 Foxrun Trail
Aurora, OH 44202


EDWARD RANCH
5008 Willowbrook Drive
Cuyahoga Heights, OH 44125


EDWARD ROGOWSKI
9105 Bancroft Ave
Garfield Heights, OH 44105


EDWARD SKOTKO
5114 White Pine Dr
Brunswick, OH 44212


Eghtesad  Fakhrosaddat
648 Morewood Ave
Pittsburgh, PA 15213


Eileen Zakareckis
14603 Terminal Ave
Cleveland, OH 44135


ELAINE EDEN
13204 Oak Park Blvd
Garfield Heights, OH 44125


ELAINE JONES
1795 West 25th Street #1143
Cleveland, OH 44113

ELETHEA DUNIGAN
4513 Longleaf Drive
Warrensville Heights, OH 44128


Elie Karim
3470 Old Weymouth Road
Medina, OH 44256


ELIZABETH EVANS
6904 Delora Avenue
Cleveland, OH 44144


ELIZABETH VINSON
334 Storer Ave
Akron, OH 44302


Ellen Cleary
1667 E 40th st
apt 2E


Ellis Marianne
5707 RALSTON DR
PARMA, OH 44129-5947


ELMER RIEMENSCHNEIDER
330 Weaverly Ave.
Wadsworth, OH 44281


Elsa Popchak
6866 Revere Road
Parma Heights, OH 44130


Ely Brian
5602 Theota Ave
Parma, OH 44129


Emil Basista
16510 Webster Road
Middleburg Heights, OH 44130


EMILY AVALLONE
3353 Faulkner Blvd
Brunswick, OH 44212

Emina Paunesru


ENRIQUE MUNGUIA
18159 Potomac Dr
Strongsville, OH 44136


Eric Briguglio
5613 Madrid Dr Apt A
Youngstown, OH 44515


Eric D King
746 Treat Blvd
Tallmadge, OH 44278


Erica Quallich
5809 Williston Dr
Parma, OH 44129


Ermin Melle
23841 Greenwood Road
Euclid, OH 44117


Esselstyn Caldwell
2 Pepper Ridge Rd
Cleveland, OH 44124


Esses Gary
4391 DANBERRY DR
North Olmsted, OH 44070


ESTHER FISHER
4913 N. Sedgewick RD
Cleveland, OH 44124


Europa International
255 Corporate Woods Parkway
Vernon Hills, IL 60061


Evangelina  Orozco
10914 Governor Ave
Cleveland, OH 44111

Evanofski Olive
5705 Cumberland Drive
Garfield Heights, OH 44125


Express Employment Professionals
PO Box 535434
Atlanta, GA 30353-5434


Eyefinity
P.O. Box 742608
Los Angeles, Ca


Eyerman Susan
3545 Grayton Ave
Cleveland, OH 44111


Eyewear By ROI
2235 West Parkside Lane
Phoenix, AZ 85027


Fabian Kelly
5109 GRAFTON RD
BRUNSWICK, OH 44212-1015


Faison Samuel
16800 Lakeshore Blvd STE 727
Cleveland, OH 44140


Faulkner, Hoffman & Phillips, LLC
20445 Emerald Parkway Dr
Suite 210


Fejko David
10564 CONNECTICUT ST
AURORA, OH 44202


FELICIA EDDY
4107 East 59th St
Garfield Heights, OH 44105


Fidanza Danielle
658 N St Clair St.
Painesville, OH 44077

Fisher Drew
86 SHADY ACRES DR
AKRON, OH 44312-3570


Fisher Suhrim
1855 CUMBERLAND RD
CLEVELAND HEIGHTS, OH 44118-2043


Fitzgerald Moira
17305 DARTMOUTH AVE
CLEVELAND, OH 44111-3924


Five Star Fire Protection Services Inc.
PO Box 436
Chardon, OH 44024


Foltz Janice
11820 Edgewater #1009
Lakewood, OH 44107


Foltz Janice
11820 EDGEWATER DR STE 1009
LAKEWOOD, OH 44107-1798


Fore John
114 Slate Dr
Berea, OH 44017


Foster Eleanor
3453 Meadowbrook Blvd
Cleveland, OH 44118


Fox Clifford  Buffy
11501 Mayfield Rd #505
Cleveland, OH 44106


Francis H Divis
1190 SW Fox Den Way
Palm City, FL 34990


Francis J Swartz
59 West Main St
Norwalk, OH 44857

Franczyk Beverly
19801 KEWANEE AVE
CLEVELAND, OH 44119-2847


Frank Dallas
2690 Superior Dr
Uniontown, OH 44685


Frank Hale
415 Beeler Drive
Berea, OH 44017


Frank M Palumbo


Frank McHale III
15156 Hill Drive
Russell, OH 44072


FRANK OREFICE
4803 Grantwood Drive
Parma, OH 44134


Frank W Gerace
22597 Melissa Lane
Strongsville, OH 44149


FRANKLIN PICKETT
14515 Corridon Ave
Maple Heights, OH 44137


FRED JORDAN
8288 West 58th St Apt12
Cleveland, OH 44102


Fred's Home Services


Freddie Ballard
222 Brunswick Dr Apt C
Elyria, OH 44035

Fresenko  Lori
6400 Center St. #26
Mentor, OH 44060


Fundzak Lawrence
982 AVIAN CT
BRUNSWICK, OH 44212-2290


GABRIELA HUBBARD
11850 Edgewater Drive #224
Lakewood, OH 44107


Gail Mcclendon
9429 Peck Road
Mantua, OH 44255


Gallagher Sonja
1533 E 195th St
Euclid, OH 44117


GARY HANTZ
113north Ridge Oval
Brooklyn, OH 44144


GARY HAVILAND
14011 Brookpark Rd.#a225
Brookpark, OH 44142


GARY HELTON
828 Lehigh Ave.
Cuyahoga Falls, OH 44221


Gary Long
2437 Mifflin Ave
Ashland, OH 44805


Gary M Williams
36862 Lakeshore Blvd
Eastlake, OH 44095


GARY PALECHKA
3868 Landon Ln
Brunswick, OH 44212

Gary Panteck
13160 Chasmoor
Strongsville, OH 44136

Gary R Johns
PO Box 192
Marshallville, OH 44645

GARY STENNETT
89 West Ave
Tallmadge, OH 44278

Gavlik Shane
6753 Rock Ridge Ct
Cleveland, OH 44130

Gedeon Martin
3222 STANFIELD DR
PARMA, OH 44134-5048

Gemberling Michael
4422 Bunker Ln
Stow, OH 44224

George Buchanan
14200 Shaker Blvd
Shaker, OH 44120

George Powell
4577 Heather Hills Rd
Akron, OH 44333

Gerald M Lepre
7201 Parma Park Blvd
Parma, OH 44130

Getsy Paulina
733 E 349th St
Eastlake, OH 44095

Gibson Joseph
82 Whitney Ln
Painesville, OH 44077

Gidian Smith
11219 Woodrun Dr
Strongsville, OH 44136


Giet, Lynda
780 FORESTVIEW DRIVE
Tallmadge, oh 44278


Gill Susan
624 CRESTVIEW AVE
AKRON, OH 44320-1954


GILLIAN IRWIN
7395 Cadle Ave.
Mentor, OH 44060


Gillmore Security
26165 Broadway Ave
Cleveland, OH 44146-6512


GILMAN DUNCAN
7262 Neff Rd.
Valley City, OH 44280


Gimza Robert
30120 FORESTGROVE RD
WILLOWICK, OH 44095-4953


Gingell Gary
8555 Evergreen Trail 103
Olmsted Township, OH 44070


Gino Periandri
12009 Kirton Ave
Cleveland, OH 44135


Giova Jacki
180 ROOSEVELT AVE
ELYRIA, OH 44035-3946


GISELA PITNER
487 Perry Rd
Tallmadge, OH 44278

Giudici Megan
12100 CORA CT
PAINESVILLE, OH 44077-8566


GLENDALE EDMONDS
792 Roscoe St
Akron, OH 44306


Glisic Michael
7867 RUTLAND DR
MENTOR, OH 44060-4056


GLORIA TEWS
3671 Ascot Dr
Brunswick, OH 44212


Golden Kim
4226 W 220
Fairview Pk, OH 44126


Gollate Lara
6336 STONERIDGE DR
STREETSBORO, OH 44241-5798


Golson Susan
1740 Catalpa Rd Lower
Cleveland, OH 44112


Gordon Terry
8919 Parmalee
Cleveland, OH 44108


Gordon Terry
8919 Parmele Pl
Cleveland, OH 44108


GRACE BOUMAN
3434 Amesbury Lane
Brunswick, OH 44212


Grace, Chuck
6415 Bryson Dr
Mentor, OH 44060

```
Graham Denise
1009 Kenilworth Ave
Cleveland, OH 44113


Graham Robin
4366 W 60TH ST
CLEVELAND, OH 44144-2801


Gravitt Valerie
398 East 149 St.
Cleveland, OH 44110


Gray Pamela
6306 VALLEY RANCH DR
MAPLE HEIGHTS, OH 44137-4764


Grealis Tom
21900 MARION CIRCLE
Cleveland, OH 44126


Grechar Tammie
5920 SPRINGWOOD DR
MENTOR ON THE LAKE, OH 44060-2838


Green Mark L
10114 Burton Ave.
Cleveland, OH 44108


Greenwald  Laura
10200 Stonehedge
Concord, OH 44077


Greenwald Laura
10200 Stonehedge Drive
Concord Twp, OH 44077


Greg A Verbickey
7057 Warrington Drive
North Olmsted, OH 44070


Greg Kaczmarski
8570 Evergreen Trail #102
Olmsted Falls, OH 44138
```

Gregory Eckhart
2216 Palm Road
Suffield, OH 44260


Gregory H Schalk
12200 Lyndway Dr
Valley View, OH 44125


Gregory Holtz
8598 Whipporwill Road
Ravenna, OH 44266


Gregory K Crean
1043 Guilford Blvd
Medina, OH 44256


Gregory L Koterba
11510 Frostwood Dr
Chagrin Falls, OH 44023


Griffin Mary
3097 Fairmount
Cleveland, OH 44118


Gron Laura
9679 Old Johnnycake Ridge Rd
Mentor, OH 44060


Groudie Mark
448 East 274th St.
Euclid, OH 44132


Gruber Raymond
587 State 534 South
Geneva, OH 44041


Guardiola Sharon
291 N Abee Rd
Elyria, OH 44035


Guddy Rhonda
5329 Genny Dr
Medina, OH 44256

```
Gut Timothy
6039 Brook Circle
North Olmsted, OH 44070


Guthrie, Teresa
12206 BENNINGTON AVE
Cleveland, OH 44135


H L. Lewis


Habermehl  Gabriel
2116 Hampstead Road
Cleveland Hts, OH 44118


HALINA BARNES
19271 Bennett Rd
North Royalton, OH 44133


HAMLET MOLINA
4831 Wendell Avenue
Cleveland, OH 44127


Hanrahan Sara Hanrahan
3557 FAIRMOUNT BLVD
CLEVELAND HEIGHTS, OH 44118-4353


Hari R Ender
17602 Sedalia Ave
Cleveland, OH 44135


Harmon Miller
3573 Amelia Ave
The Villages, FL 352205


HARRY COOKE
1756 East 65th Street
Cleveland, OH 44103


Harry G Hatten
4429 Co Road
36
```

Harry M Tulk
240 Stanford Ave
Elyria, OH 44035


Haru, Lanea
1249 lakeview rd
Cleveland, OH 44108


Hauck Raymond
36150 BEHM DR
NORTH RIDGEVILLE, OH 44039-3765


Hayest, Julie
859 NORWEGIAN WOOD
Medina, OH 44256


Hayest, Raymond
859 NORWEGIAN WOOD
Medina, OH 44256


Hazel Nancy
6904 HIGHLAND DR
INDEPENDENCE, OH 44131-6321


HELEN ALPANALPL
10911 Brookview Drive
Cleveland, OH 44121


Helen Golubski
2218 Wyoming Ave
Billings, MT 59102


HELEN GUSEMAN
1684 Berwick Dr
Brunswick, OH 44212


Helen Hoyle
5932 Stumph Road
Parma, OH 44130


Helleis John
19425 Shoreland Ave
Rocky River, OH 44116

```
Helleis Patricia
19425 Shoreland Ave
Rocky River, OH 44116


Henderson Erica
1872 E. 75th Street
Cleveland, OH 44103


Hi-Look Inc
3738 Harrison Street Ste 14
Riverside, CA 92503


Hiber Bobbi Sue
4327 JENNINGS RD
CLEVELAND, OH 44109-3632


Hill La''Keisha
1089 TALL GRASS CIR
STOW, OH 44224


Hochevar Therese
3020 HETZEL DR
PARMA, OH 44134-5114


Hogg Maryann
1270 PEARL RD APT 27
BRUNSWICK, OH 44212-2894


Holden Darlene
10730 Euclid #1507
Cleveland, OH 44106


Holliday Jarrod
4334 Plumwood Dr
North Olmsted, OH 44070


Holly Stiegelmeyer
3217 Somia Drive
Parma, OH 44134


HOLLY SULLIVAN
713 Est Sprague Road
Seven Hiils, OH 44131
```

Holnapy Betty
22659 ALBION RD
STRONGSVILLE, OH 44149-2850

Honeywell Safety Products USA, Inc.
PO Box 3916
Boston, MA 02241-3916

Hood Rayelene
11814 Cromwell Ave 2nd Fl
Cleveland, OH 44120

Hoover c/o Ellen Hoover Donald
788 Tallkron Dr
Akron, OH 44305

HOPE ARBAUGH
152 Fullmer Ave.
Akron, OH 44312

Hopkins Malea
12318 Gay Ave
Garfield Heights, OH 44105

HORACE DUNCAN
2165 E 85th St
Cleveland, OH 44106

Horst Donna
1350 TAVONDALE AVE
AKRON, OH 44313

Houston Kiser
18431 Scotsdale
Shaker Hts, OH 44122

Houze Sara
2821 Mayfield Rd #4
Cleveland Hts, OH 44118

Howard Alphonso
4067 E 57TH ST UPPER
CLEVELAND, OH 44105-4856

Hoya Vision Care
PO BOX 122454
Dallas, TX 75312-2454


Hruschak Amanda
5199 KENTON LN
BRUNSWICK, OH 44212-5803


Hudson Jennifer
120 N HIGHLAND AVE
AKRON, OH 44303


Hugh Blocksidge
21237 Beachwood Drive
Cleveland, OH 44116


Huston  Barkley
20791 Erie
Rocky River, OH 44116


IAM National Pension Fund
1300 Connecticut Avenue, NW
Suite 300
Washington, DC 20036


Iftikhar Hussain
1857 Holdens Arbor Run
Westlake, OH 44145


Incorvia Frank
30953 Oldshore Dr
North Olmsted, OH 44070


Insana Lawrence
19004 Kewanee Ave.
Cleveland, OH 44119


Insana Lawrence
19004 KEWANEE AVE
CLEVELAND, OH 44119-2745


Insight Global Finance
21146 Network Place
Chicago, IL 60673-1211

Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7317
Philadelphia, PA 19101-7317


Internal Revenue Service
ATTENTION: SPECIAL PROCEDURES
Insolvency Group 3
1240 E. 9th Street, Room 457
Cleveland, OH 44199-2001


Internt'l Assoc. of Machinists and
Aerospace Workers
2625 Winchester Pike
Columbus, OH 43232


IRENE MROZ
6508 Brookhill Drive
Garfield Heights, OH 44125


Isabella Dolores
36531 S. Lakeshore
Eastlake, OH 44095


Isabella Michael
36531 S. Lakeshore Dr.
Eastlake, OH 44095


Jack McDonald
3394 Wooster Road
Rocky River, OH 44116


Jack R Gannon
22173 Meadowsnorth Court
Strongsville, OH 44149


JACKIE EASLEY
24950 Rockside Drive #726
Bedford, OH 44146

JACKIE GIOVANNAZZO
180 Roosevelt Ave
Elyria, OH 44035


Jackie O Smith
202 Nautical Way
Fairport Harbor, OH 44077


Jackson Johnnie
12805 FARRINGDON AVE
CLEVELAND, OH 44105-2929


Jaclyn Payto
11510 Parkview Drive
Brecksville, OH 44141


JACOB WATKINS
2201 Goodyear Blvd.
Akron, OH 44305


JACQUELINE CARTER
11106 Willowmere Avenue
Cleveland, OH 44125


Jacquelon Ward
30207 AppleWood
Bay Village, OH 44140


Jacquelynn Costa
1984 Canterbury Road
Westlake, OH 44145


James A Chandler
3492 Brunswick Lake Parkway
Brunswick, OH 44212


James A Farone
7111 Shadow Crest Dr
Las Vegas, NV 89119


JAMES BAKULA
2332 Columbia Rd
Valley City, OH 44280

JAMES BEZAK
6909 Plainfield Ave
Cleveland, OH 44144


JAMES COOPER
72 W Howe Rd
Akron, OH 44310


James D Cosner
621 Inverlane Dr
Northfield, OH 44067


James Ferris
7345 Honey Dale Drive
Northfield Center, OH 44067


James G Meeks
243 Syracuse Court
Elyria, OH 44035


James Habart
17289 Greenbrier Dr
Strongsville, OH 44136


James Hickok
1444 Pin Oak Dr
Akron, OH 44312


James Kania
1135 N Carpenter Road
Brunswick, OH 44212


James Kennedy Sr
14685 Ali Ave
Middleburg Heights, OH 44130


James Kenney
8386 Shorthorn Drive
Sagamore Hills, OH 44067


James Krebs
10420 Meadowhurst Lane
Chardon, OH 44024

James M Kitko
2425 East Geddes Place
Centennial, CO 80122


JAMES MARTIN
4728 Holmeswood Dr.
Winona, OH 44493


JAMES MILLER
17301 E. Park Dr.
Cleveland, OH 44119


JAMES MINUTE
5513 Stickney Ave.
Cleveland, OH 44144


JAMES NOVAK
8769 Center Dr.
North Royalton, OH 44133


James Orlando
6745 Old Royalton Road
Brecksville, OH 44141


James P Basilion
20749 University Blvd
Shaker Heights, OH 44122


JAMES PATTON
1747 Stonybrook #302
Brunswick, OH 44212


James R Hux
6470 Fairfax Dr
Mentor, OH 44060


James R Skidmore
817 Damon Dr
Medina, OH 44256


James Traner
10812 Watercress Road
Strongsville, OH 44149

JAMES URBANEK
7036 Beresford Ave.
Parma Hts., OH 44130

Janice Leone
4597 W 146th Street
Cleveland, OH 44135

janine E Daum
4435 Lincoln Ave
Parma, OH 44134

JANINE JONES
2571 Paxton
Akron, OH 44312

Jason J Culek
1111 Orchardview Road
Parma, OH 44134

Jason Podojil
9237 Lakeview Dr
Olmsted Falls, OH 44138

JASON SHANK
8329 CHESTERFIELD AVE.
Cleveland, OH 44129

JEAN JONES
5809 Regency Dr
Parma, OH 44129

Jeanette Byrd
708 North Street
Brooklyn Hts, OH 44131

Jeanneret Kimberly
3522 SANDLEWOOD DR
BRUNSWICK, OH 44212-4449

JEFF ANZALONE
197 Sheffield Terrace
Brunswick, OH 44212

JEFF COLBERT
4667 Kingsbury Rd
Medina, OH 44256


JEFF HERMAN
1041 Stump Rd
Akron, OH 44319


JEFF PREBISH
12622 Clinton
Doylestown, OH 44230


Jeffrey Boone
619 Dorothy Dr
Brunswick, OH 44212


Jeffrey Ehrbar
3874 Tyndall Road
University Heights, OH 44118


Jeffrey Mitchell
1183 Monroe Dr
Brunswick, OH 44212


Jeffrey S Bamcach
1032 Firth Street
Sandusky, OH 44870


Jelena Hinic


JEN LEFFEW
4473 W. 150TH
Cleveland, OH 44135


Jenkins Theresa
4141princeton Blvd
South Euclid, OH 44121


Jennifer Fortney

JENNIFER JONES
10602 Lakeshore Blvd.
Cleveland, OH 44108


Jennifer K Brooks



Jennifer L Fleischer
1571 Marlowe Ave
Lakewood, OH 44107


JENNIFER POLEN
423 N. Market St.
Loudonville, OH 44842


Jennifer Simmons
1030 Argonne Road
South Euclid, OH 44121


JEREMY MUSLEH
4259 West 48th
Cleveland, OH 44144


JERLENE DICKERSON
4378 Sexton Road
Cleveland, OH 44105


Jerome Silverman
208 Hemlock Court #205
Brunswick, OH 44212


JERRY CARNEAL
3618 Mount Pleasant St.
NW Canton, OH 44720


Jerry T Alex
9692 Forge Dr
Brecksville, OH 44141


JIMMIE BROSIUS
5461 Royal Brook Drive
Medina, OH 44256

JOANNA LADER
5058 W. 6th St
Independence, OH 44131


JOANNE IMMORMINO
27255 Pergl Road
Glenwillow, OH 44139


Jodene Velazquez
1872 Wooster Road
Rocky River, OH 44116


JOE BOZIAK
7630 Pleasant View
Cleveland, OH 44134


JOE CZELUSNIAK
8960 Edgewood Dr.
North Royalton, OH 44133


JOE DESMONE
5390 Eastlake Rd
Sheffield Lake, OH 44054


JOE GAUNTNER
2029 West 45th Street
Cleveland, OH 44102


JOE GIBALDI
3688 Abbotts Mill Drive
Willoughby, OH 44094


JOE NORTON
4432 Brodley Circle
Uniontown, OH 44685


JOE PIAZZA
7703 Valley Villas Dr
Parma, OH 44130


JOE SLABAUGH
7840 Elmhurst Ave.
Canton, OH 44720

JOHANNA DOSKY
9319 Plymouth Ave
Garfield Heights, OH 44125


JOHN ADCOX
2281 Edmund Ave.
Akron, OH 44312


John Bowers
726 Bay Tree Court
Naples, FL 34108


John Cooney
4278 Wooster Road
FairView Park, OH 44126


John DiGiacomo
2489 Greenview Dr
Uniontown, OH 44685


John Drehs
7320 Gullford Road
Seville, OH 44273


JOHN FARINACCI
34545 Forest Ln.
Solon, OH 44139


JOHN FENNELLY
1505 Tarlton Avenue
Cleveland, OH 44109


JOHN FORE
114 Slate Dr.
Berea, OH 44017


John Fronczyk
7452 Foghorn Lane
Northfield, OH 44067


John J Sears
145 Hamilton Street
Elyria, OH 44035

JOHN KELLY
2372 Center Rd
Hinckley, OH 44233


JOHN KISH
7501 Virginia Ave.
Parma, OH 44129


JOHN KORMOS
4605 Bader
Cleveland, OH 44109


JOHN LUNDY
8000 Hough Avenue
Cleveland, OH 44103


John M Asente
2658 Overbrook Road
Cuyahoga Falls, OH 44221


John M Kulton
3009 Hillier Road
Norton, OH 44203


John Mccourt
25125 Deerfield Drive
North Olmsted, OH 44070


JOHN MCKENNA
8085 Oxford Dr
Strongsville, OH 44149


JOHN MEISTERICS
2814 Tuxedo Ave.
Parma, OH 44134


JOHN MORAN
364 Starrline Dr
Tallmadge, OH 44278


John P Margevicius
6167 Highland Road
Highland Hts, OH 44143

John Paul Terranova
14620 Bayes Ave
Lakewood, OH 44107


John R Myers
166 Hermann St
Barberton, OH 44203


John Smeltz
16 Elizabeth Street
Ellicottville, NY 14731


John Stanard
922 Pinewood View
Sagamore Hills, OH 44067


John Sutherland
6971 Brookford Ave
Waynesburg, OH 44688


John Wey
27349 Cook Road
Olmsted Township, OH 44138


Johns Jill
10877 West river Rd
Columbia Station, OH 44028


Johnson David
4010 Keller Hanna Dr
Brunswick, OH 44212


Johnson Lynn
13585 FOXCROFT DR
GARFIELD HTS, OH 44125-4901


Johnson Shirley
4010 Keller Hanna Dr
Brunswick, OH 44212


Johnson, Cammilla
27400 CHARDON RD, #920
Willoughby Hills, OH 44092

Johnson, Cleveland
27400 CHARDON RD, #920
Willoughby Hills, OH 44092


JON MICHAELIS
3339 Fortune Ave.
Parma, OH 44134


JON SEAMAN
4105 Pensacola Ave
Cleveland, OH 44109


JON TRZASKA
5166 West 7th St
Brooklyn Hts, OH 44131


Jonathan Stamler
19401 S Park Blvd
Shaker heights, OH 44122


Jones Jean
5809 REGENCY DR
PARMA, OH 44129-5913


Jones Leah
5956 GLENWOOD AVE
MAPLE HEIGHTS, OH 44137-4042


Jontony J Raymond
38454 Foxglen Ave
Avon, OH 44011


Joris Lambrecht
7047 7 hills Blvd
Seven Hills, OH 44131


JOSE COLON
4230 Archwood
Cleveland, OH 44109


Joseph A Felo
5165 Dickens Drive
Richmond Heights, OH 44143

Joseph A Scafidi
1904 Woods Dr
Streetsboro, OH 44241


Joseph C Young
27099 Schady Road
Olmsted Township, OH 44138


Joseph D Tvorik


Joseph Lohr
432 Knollwood Ave
Tallmadge, OH 44278


Joseph M Rolinc Jr
9509 Spencer Road
Homerville, OH 44235


Joseph N Reinart
3702 Case Road
Avon, OH 44011


Joseph Olah
27587 Edgepark Blvd
North Olmsted, OH 44070


Joseph Zazo
341 Oxford Ave
Akron, OH 44310


Joshua D O'Rourke
15000 Wolfe Bennett Road
Nelsonville, OH 45764


Jowharah Price
1156 Erieview Road
Cleveland Hts, OH 44121


Joyce Ellenberger
15835 Cowley Road
Grafton, OH 44044

JOYCE KNIGHT
1441 Winged Foot Dr
Brunswick, OH 44212


Juanita Blevins
PO Box 56
Proctorville, OH 45669


Judith A Blackwell
5584 Mckenzie Road
North Olmsted, OH 44070


Judith Headland
14513 Western Reserve Road
Salem, OH 44460


Judy Johnson
412 US Grant
LaGrange, OH 44129


JUDY MATZ
437 Lamson Ave
Bedford, OH 44146


Juliana M Carvalho
5892 Kentview Ave NW
North Canton, OH 44720


Julie Hayest


Julie Menzer
32291 Country Club Drive
Avon Lake, OH 44012


Julie Patten OD
7640 Chippewa Road
Brecksville, OH 44141


JULIE SKOWRONSKY
3957 East 55th
Garfield Heights, OH 44105

JULIE ZAWADZKI
4001 Magnolia Dr
Brunswick, OH 44212


June Germ
4986 Porter Road
North Olmsted, OH 44070


JUNE MILLER
7151 Middlebrook Blvd
Middleburg Hts, OH 44130


Kaczmarek Norma
5258 West 83rd St
Parma, OH 44129-1320


Kaitlyn Shamblin
4600 Wiltshire Road
North Royalton, OH 44133


Kalaman Melina
845 Laurann Ave
Tallmadge, OH 44278


Kaleal Mark
4408 W 194 St
Cleveland, OH 44135


Kaleal Mark
4408 West 194th St
Cleveland, OH 44135


Kara Habert
9215 Usher Road
Olmsted Twp, OH 44138


Karadimas  George
19325 Hipple Ave
Cleveland, OH 44135


Karaffa Jean
17934 LYON LN
STRONGSVILLE, OH 44149-6886

KAREN PIAZZA
7703 Valley Villas Dr.
Parma, OH 44130


KAREN URBANEK
7036 Beresford Ave.
Parma Hts., OH 44130


Karlsson Marie
26 Lavender
Princeton, NJ 08540


KASEY TAYLOR
5905 S. Park Dr.
Lorain, OH 44053


Kathleen Augustine
1918 Cook Ave
Cleveland, OH 44109


KATHLEEN COOKE
18024 West River Rd
Columbia Station, OH 44028


Kathleen Geopfert
21260 Erie Road
Rocky River, OH 44116


Kathleen Melilli
12802 Patricia Dr
North Royalton, OH 44133


Kathleen Peozeni
23868 Bonny Bank Drive
Westlake, OH 44145


Kathleen Pilny
8759 Aubrun Road
Chardon, OH 44024


KATHLEEN ROGERS
2250 Par Lane #313
Willoughby, OH 44094

KATHRYN MURAWA
1060 E 348th St
Eastlake, OH 44095


KATHRYN TUCKER-DAVIS
1675 Catalpa Rd
Cleveland, OH 44112


Kavourias Bill
3207 Grovewood Ave
Parma, OH 44134


KAYLA OBERLIN
589 Darrow Rd
Akron, OH 44305


Kealy Young
16508 Westdale Ave
Cleveland, OH 44135


Keck Ronald
6195 N. Woodlane
Cleveland, OH 44143


KEITH FONTAINE
26193 Aaron Drive
Euclid, OH 44132


Keith Welker
7310 Liberty Rd
Solon, OH 44139


Keller Natalie
3684 MANCHESTER DR
BRUNSWICK, OH 44212-4126


KELLY CARUSO
2950 13th St
Cuyahoga Falls, OH 44223


Kelly John
2372 CENTER RD
HINCKLEY, OH 44233-9522

Kelly Jones
7931 Carter Road
Sagamore Hills, OH 44067


KELSEY MOLLS
18300 Buccaneer Dr
North Royalton, OH 44133


KEN CARR
5694 Harrison Ave.
Maple Heights, OH 44137


KEN MANTELL
951 Dan Street
Akron, OH 44310


KEN PATTISON
56 Broadview Road
Parma, OH 44134


Kendall Janet
3356 Kenmore
Beachwood, OH 44122


KENDRA STASIAK
1687 Arbutus Dr.
Hudson, OH 44236


Kenneth C Grover
5399 Daintree Lane
Medina, OH 44256


Kenneth Mulh
7566 Sweet Hollow Dr
Mentor, OH 44060


Kenneth Pelasky
1816 County Road
1035


Kenneth Schanda
3630 Puritan Dr
Brunswick, OH 44212

Kenney Robert
18227 Stony Point
Strongsville, OH 44136


Kerry Grimberg
3102 Huntington Road
Shaker Heights, OH 44120


Kessinger Barb
6240 Columbia Road
North Olmsted, OH 44070


Kessinger Barbara
6240 Columbia Rd
North Olmsted, OH 44070


Kessinger Gregory
6240 Columbia Rd
North Olmsted, OH 44070


Kevin A Schwartz
7285 Whitaker Dr
Parma, OH 44130


Kevin Delisio
12995 Caves Road
Chesterland, OH 44026-3014


Kevin Gallagher
315 High Bluf
Aurora, OH 44202


Kevin Herstine
6780 Indian Run Ave
Waynesburg, OH 44688


Kevin M Arnold
7679 Chaffee Road
Sagamore Hills, OH 44067


Kevin Morgan

Kevin R Saxon
3220 Arrow Lane
Parma, OH 44134


KEVIN WISMER
5839 Calamie Dr.
Parma Hts., OH 44130


KEYONA HARPER
16795 Gerard Ave
Maple Heights, OH 44137


Khambatta  Parvez
7899 Sugarbush Lane
Gates Mills, OH 44040


KIM BREWER
14400 Ohio Ave
Cleveland, OH 44128


KIM JEANNERET
3522 Sandalwood
Brunswick, OH 44212


Kim L Rivera
6553 Crossview Road
Seven Hills, OH 44131


Kimberly A Lieber
20600 Stratford Circle
Strongsville, OH 44149


Kimberly A Weyand
502 Siber Ave
Akron, OH 44312


Kimberly S Seely
2780 S Smyser Road
Wooster, OH 44691


Kimco Brunswick Associates
P.O. Box C
Roslyn, NY 11576

King Carliyah
977 Tradewinds Cove
Painesville, OH 44077


KINZLEY ALMASIE
5108 Igleton Dr
Brunswick, OH 44212


KIRAE MATTHEWS-JONES
1550 Polk Dr
Brunswick, OH 44212


Kiser Dennis
2957 Talltree Trl
Willoughby, OH 44092


Kish, Nicole
6240 Stumph Rd. APT. 401A
Cleveland, OH 44130


Kleinhenz Janet
3750 Foxwood Terrace Dr
Brunswick, OH 44212


Knapp Kristen
52427 N RIDGE RD
VERMILION, OH 44089-9409


Kodz Irena
391 Darby Run
Bay Village, OH 44140


Kodz Irena
391 Darby's Run
Bay Village, OH 44140


Kollab Ameed
1444 Adelaide St
Westlake, OH 44145


Kollab Ameed
1444 Adelaide Street
Westlake, OH 44145

Komendat  Ronald
89 Lusard Street
Painesville, OH 44077


Komendat  Vivian
89 Lusard
Painesville, OH 44077


Kordel, Tami
17105 MILBURN AVE
Cleveland, OH 44135


Koterba Gregory
11510 FROSTWOOD DR
CHAGRIN FALLS, OH 44023-9096


Kozminski Leslie
2923 W 12th Upper Unit
Cleveland, OH 44113


Krajewski Carol
16167 BRINBOURNE AVE
MIDDLEBURG HEIGHTS, OH 44130-5426


Krakowski Lisa
3382 West 130th St
Cleveland, OH 44111


Kramer Richard
2558 Delaware Street
Wickliffe, OH 44092


Kristen Stachowiak
3214 Arrow Lane
Parma, OH 44134


Krystofek Patricia
3353 TYLER DR
BRUNSWICK, OH 44212-3727


KYLE DUFFIELD
16357 Bowfin Blvd
Brookpark, OH 44142

Kyra L Lawson
527 Harvard Ave
Barberton, OH 44203


L'Amy America
PO Box 6401
Brattleboro, VT 05302-6401


LACEY TANNER
107 Hemlock Drive
Creston, OH 44217


Lader Sara
5058 W 6TH ST
BROOKLYN HEIGHTS, OH 44131-1129


Ladikos Barbara
13810 Glenbrook Drive
Strongsville, OH 44136


LAMAR WILLIAMS
968 Chelston
Cleveland, OH 44121


Lamb Toni
15315 Greenhill
Cleveland, OH 44111


Lambert Kathleen
6017 MICHAEL DR
BROOK PARK, OH 44142-3072


LANDON BETTIS
1927 Byron Dr
Brunswick, OH 44212


Landspan Corporation
PO Box 72378
Cleveland, OH 44192-0378


Landspan Corporation
675 Northfield Rd.
Bedford, OH 44146

Lane Leslie
1309 Peartree
Tallmadge, OH 44278


Lange Christopher
1522 HYDE PARK AVE
AKRON, OH 44310


Larence Jr Mike
1059 Oakwood Blvd.
Painesville, OH 44077


LARISSA OCKER
910 Monroe Ave
Cuyahoga Falls, OH 44221


LARRY HERENE
2610 George Avenue
Parma, OH 44134


LARRY ORYL
2923 Klusner
Parma, OH 44134


LARRY OSBORNE
3506 Sleepy Hollow Rd
Brunswick, OH 44212


LASHAWN ROBINSON
52 Trenton Square
Cleveland, OH 44143


LAURA HERBST
8107 Covington Ave
Parma, OH 44129


Laura Pritchard
3069 Cleveland Blvd
Lorain, OH 44052


Laura Scullin
13701 Monica Dr
North Royalton, OH 44133

LAUREN KAWENTAL
18316 River Valley Blvd
North Royalton, OH 44133


Laurie M Tumbry
7499 Race Road
North Ridgeville, OH 44039


Laury Claire
24801 LAKE SHORE BLVD B-606
EUCLID, OH 44123-1275


LEE AUDREY
3370 SEATON RD
CLEVELAND HEIGHTS, OH 44118-1334


Lee Jeter
2200 Belvoir Blvd.
Cleveland, OH 44121


Lee Kathryn
7576 W Ridge Rd
Elyria, OH 44035


LEININGER TOM
8344 villa marina
mentor, OH 44060


Leola May


Leonard Staats
2177 Forest Oak Dr
Akron, OH 44312


LEROY DECEMBLY
13511 Christine Ave
Garfield Heights, OH 44125


Leslie James
1205 Spring Rd
Cleveland, OH 44109

Leslie Jane
1205 Spring Rd
Cleveland, OH 44109


Leslie Piccolomini
13831 Lodge Dr
North Royalton, OH 44133


Lester James
8124 Thorne Ave.
Kirtland, OH 44094


Levenderis Tony
545 Woodland Drive
Tallmadge, OH 44278


Lightbody Richard
2264 N Saint James Pkwy
Cleveland, OH 44106


Lin Santilli
1620 Brainard Road
Lyndhurst, OH 44124


LInda Brown
1183 Sylvania Road
Cleveland, OH 44121


Linda Elkins
632 Wyleswood Dr
Berea, OH 44017


LINDA PETERSON
13118 Saybrooke
Garfield Heights, OH 44105


Linda R Schaefer
4673 E Muggy Road
Port Clinton, OH 43452


LINDA THARP
4400 Rockland Dr
Brooklyn, OH 44144

LINDA WIGGINS
6841 Day Dr #413
Parma, OH 44129


Lininger Debra
2339 Mingo Trail
Akron, OH 44312


Lisa A Long
774 Edgewood Road
Richmond Hts, OH 44143


LISA ANDERSON
4622 Inverness Ave
Brunswick, OH 44212


LISA BEEBLE
3005 Wales Ave.
Parma, OH 44134


LISA GOLDEN
696 N.carpenter Rd
Brunswick, OH 44212


Lisa Koops
4462 Baintree
University Heights, OH 44118


LISA KRAKOWSKI
3382 W. 130th
Cleveland, OH 44111


LISA KROEGER
1311 West 116 Th St
Cleveland, OH 44102


Lisa M Palazzo
32812 Heartwood Ave
Avon, OH 44011


LISA PREBISH
12622 Clinton Rd.
Doylestown, OH 44230

LISA VARGAS
7817 Dorber Ave
Garfield Heights, OH 44105


LISE HRACH
5710 Onaway Oval
Parma, OH 44130


LLOYD WAKEFIELD
3116 Osage Way
Broadview Heights, OH 44147


Loeblein Melvin
1685 STONYBROOK LN STE 438
BRUNSWICK, OH 44212-4529


Lopriore Sandra
7251 BERESFORD AVE
CLEVELAND, OH 44130-5057


Loretta Powell
9632 Valley View #1202
Macedonia, OH 44056


LORI MURRAY
6723 West View Dr
Brecksville, OH 44141


Louis A Cipriano
6992 Ivandale Road
Independence, OH 44131


Louis Brodnik
1915 South Compton Road
Cleveland, OH 44118


Louis Huml
33125 Nimrod East
Solon, OH 44139


Louis Rozman
7843 State Route 88
Ravenna, OH 44266

LOVETTA HARRIS
16523 Earlwood
Cleveland, OH 44110


Lozitsky, Elsie
4403 Bruening Dr
Parma, OH 44134


Lufkin Deidre
4041 west 160th street
Cleveland, OH 44135


LYNDEL HOSKINSON
948 Newton St
Tallmadge, OH 44278


Lynn Abigail
7985 Sweetgum Trail
Concord Twsp, OH 44077


MABEL MESSAM
12102 Phillips Ave
Cleveland, OH 44108


MABRY HARRIS
11094 Reservoir Place Dr
Cleveland, OH 44104


Mac H McCoy
1459 E 82nd St
Cleveland, OH 44103


MACHELLE SIEGENTHALER
1186 Mt. Vernon Ave.
Akron, OH 44310


Mack Janis
910 East 129th Street
Cleveland, OH 44108


MADALYN DIETRICH
971 Spring Hill Ct
Brunswick, OH 44212

MAGGEE KRAKOWSKI
3382 W. 130
Cleveland, OH 44111


Magnetic Springs Water


Majeed G Makhlouf
78 Huntington Woods Pkwy
Bay Village, OH 44140

Mangano Cara
5296 W 50TH ST
PARMA, OH 44134-1022

Manson Connie
3917 CANTERBURY DR
BRUNSWICK, OH 44212-2614

Manson Jeanette
4636 SQUIRE DR
NORTHFIELD, OH 44067

Mantifel Danielle
6530 Cook Rd
New London, OH 44851

Mantifel John
6530 Cook Rd
New London, OH 44851

Mantifel John
6530 COOK RD
NEW LONDON, OH 44851-9450

Manuael Roman
710 Songbird St
Elyria, OH 44035


Maple Heights Catering, Inc.
17330 Broadway Avenue
Maple Heights, OH 44137

MARALICE MAKUPSON
5126 Cato Street
Maple Heights, OH 44137


Marchon
88216 Expedite Way
Chicago, IL


Marcolin USA
3140 Route 22 West
Somerville, NJ 08876


MARCUS PEELER
5063 East 86th Street
Garfield Heights, OH 44125


Margaret A Sim
1440 Jefferson Eagleville Road
Jefferson, OH 44047


MARGARET COLE
12501 Angelus Ave
Garfield Heights, OH 44105


MARGARET HUFFER
3423 Priscilla Ave
Parma, OH 44134


MARGARET PALUMBO
8603 Morton Ave
Cleveland, OH 44144


MARGARET VANCE
10200 Way Ave.
Cleveland, OH 44105


Maria A Carver


Maria Hatzoglou
2890 Lee Road
Shaker Hts, OH 44120

MARIAN POPA
8707 Lynhaven Rd.
Parma Hts., OH 44130


MARIANNE ELLIS
5707 Ralston Dr
Parma, OH 44129


Marie L Tinn
164 Neck Road
Madison, CT 06443


Marie M Rady
17959 Falling Leaves
Strongsville, OH 44136


MARIE MARTON
6203 Nelwood Rd
Parma Hts, OH 44130


Marie Schwind
1339 Calle Del Sol Circle
Port Orange, FL 32129


MARILY MOYET
6463 Olde York Road
Parma Hts., OH 44130


MARILYN WINKELMAN
393 Fernwood Ave.
Tallmadge, OH 44278


Mario F Bennici
113 Stonecreek Drive
Mayfield Hts, OH 44143


MARITIZA ARGUELLES
3431 West 65
Cleveland, OH 44102


Mark A Spadaro
12540 Edgewater Dr #1106
Lakewood, OH 44107

Mark A Wilhelm
1234 Old Columbus Road
Wooster, OH 44691

Mark C Tornow
807 Stone Brook Oval
Brunswick, OH 44212

Mark Creswell
84 Wilbur Drive
Monroe Falls, Oh

Mark D Negrey
2813 Marks Road
Valley City, OH 44280

Mark J Lechman
25130 Crosstie Trail
Columbia Station, OH 44028

MARK JONES
246 Pratt St
Ravenna, OH 44266

MARK PITNER
487 Perry Rd
Tallmadge, OH 44278

MARK POLOHA
7715 State Rd.
Parma, OH 44134

MARK RENICKER
1844 Joan Of Arc Circle
Cuyahoga Falls, OH 44223

MARK SABOLIK
3923 W 158 St
Cleveland, OH 44111

Mark Shilling
6304 Third Ave
Kent, OH 44240

```
MARK SIMCIC
3666 Russett Dr
Broadview Heights, OH 44147


Mark Soucek



Mark Strumbel
15193 Waterford
North Royalton, OH 44133


MARK SUMNER
3969 Osage St.
Stow, OH 44224


MARK TIPPEL
13337 Ravenna Ave NE
Hartville, OH 44632


Marquard John
8902 Wallings Rd
North Royalton, OH 44133


Marry Pietrangelo
1160 Oakwood Lane
St Clair, MI 48079


MARTIN GEDEON
3222 Stanfield Dr
Parma, OH 44134


Martin, Lisa
4811 KRUEGER
Parma, OH 44134


Marton Marie
6203 Nelwood Rd
Parma Heights, OH 44130


MARVIN CUNARD
11807 Mccracken Road
Garfield Heights, OH 44125
```

```
Mary A Dillinger
4105 Porter Road
Westlake, OH 44145


MARY DILLY
9333 N. Church Dr #512
Parma Hts, OH 44130


Mary Golas
569 Main St
Vermilion, OH 44089


MARY HENDERSON
991 Delia
Akron, OH 44320


MARY HENNINGER
22622 Vine Ct
Rocky River, OH 44116


MARY HULA
11890 Ridge Rd
North Royalton, OH 44133


Mary Jo Baden
2921 Lamplight Lane
Willoughby, OH 44094


MARY JO HUBBARD
19411 Weyburne Avenue
Cleveland, OH 44135


Mary Lynn Reid
3195 Saunders St
Cuyahoga Falls, OH 44221


Mary Pat Smith
1129 Chatham Place
Rocky River, OH 44116


Masi, Charlotte
5266 Grafton Rd 19C
Brunswick, OH 44212
```

```
Mason William
425 West Lakeside Ave 501
Cleveland, OH 44113


Match Eyewear
1600 Shames Drive
Westbury, NY 11590


Matson Teresa
7325 SUMMITVIEW DR
SEVEN HILLS, OH 44131-4437


MATT MCWEENY
1480 Muirwwod
Brunswick, OH 44212


MATT WHITE
4613 Henritze
Cleveland, OH 44109


Matthew D Fedak
4534 Bader Ave
Cleveland, OH 44109


Matthew Grucella
1486 Waterbury
Lakewood, OH 44107


Matthew J Rushnok
4017 W204th Street
Fairview Park, OH 44126


Matthew J Swords
38538 Smith Road
Litchfield, OH 44253


Matthew Jaffe
22 Walnut Street
Oberlin, OH 44074


May Lee
20877 Fairpark Dr
Fairview Park, OH 44126
```

```
May, Marilyn
28796 ALTON AVENUE
Wickliffe, OH 44092


Mayer Lee
20877 Fairpark Dr
Cleveland, OH 44126


Mayo Craig
5561 Orchid Ave.
Mentor, OH 44060


Mcclelland  Richard
3 Maple Dr.
Olmsted Falls, OH 44138


McGinty Thomas
3100 W 155TH ST
CLEVELAND, OH 44111-1031


Mcginty Timothy
26560 Kingswood Dr
Olmsted Falls, OH 44138


Mckinney Melvin
26011 Lakeshore Blvd APT 819
Euclid, OH 44132


Mcnea Amy
15621 Norway Ave
Cleveland, OH 44111


Medina Municipal Court
Attn: Clerk of Courts
135 North Elmwood Avenue
Medina, OH 44256


Mehen, Cheryl
36343 AURENSEN RD
North Ridgeville, OH 44039


MeI Zhang
18586 Parkland Drive
Shaker Heights, OH 44122
```

Melanie Borges


Melanie Reilly
778 Lakewood Beach Drive
Sheffield Lake, OH 44054


MELINA KALAMAN
845 Laurann Ave.
Tallmadge, OH 44278


Melissa Davidson
2470 Fairchild Circle NW
Uniontown, OH 44685


MELISSA DUDLEY
9365 Andrew Drive
Twinsburg, OH 44087


Melissa Foster
13712 Eastwood Blvd
Garfield Heights, OH 44125


MELISSA KANZEG
11249 Baumhart Rd.
Amherst, OH 44001


MELODY WASHINGTON
1778 Northampton Road Apt. G8
Akron, OH 44313


MELVIN DAVIS
4820 Henry St Ste 202
Garfield Heights, OH 44125


MELVIN LOEBLEIN
1685 Stonybrooke Ln
Brunswick, OH 44212


MELVIN MCKINNEY
26011 Lakeshore Blvd #819
Euclid, OH 44132

Melzer Richard
11783 Joy Acre Lane
Chardon, OH 44024


Mercury Service
dba Mercury Service
PO Box 13644


Merkle Robert
3353 Fulton Rd.
Cleveland, OH 44109


Messam Mabel
12102 Philips Ave
Cleveland, OH 44108


Michael A Prohaska
8075 Rodgers Road
Lodi, OH 44254


Michael Bowman
2129 13th street
Cuyahoga Falls, OH 44223


Michael Gleydura
26827 Bruce Drive
Bay Village, OH 44140


Michael Guyer
2256 Lake Center St NW
Uniontown, OH 44685


Michael J Lighton
1112 Grigsby St
New Castle, PA 16101


Michael J Picone
PO Box 14243
Cincinnati, OH 45250


Michael J Tatonetti
128 West Park Blvd
Medina, OH 44256

Michael Lupica
8123 Hillside Road
Independence, OH 44131


Michael M Badaracco


Michael Molenda
16891 N Red Oak Drive
Strongsville, OH 44136


Michael Pierce
2109 Wooster Rd B-27
Rocky River, OH 44116


Michael S Stanic
275 Overbrook Road
Elyria, OH 44035


MICHAEL SANTOS
4060 West 48 Th
Cleveland, OH 44144


Michael Wardzala
347 Gerrard Dr
Berea, OH 44017


Michalak, Marlynn
6533 SHERBORN
Parma, OH 44130


Michele Reese
4282 E 175th
Cleveland, OH 44128


MICHELE SHERBA
Po Box 61
Hinckley, OH 44233


Michelle C Jones
20019 Carolyn Ave
Fairview Park, OH 44126

Michelle D Hudak
1238 Marks Road #E
Valley City, OH 44280


MICHELLE IGLESIAS
19224 Idlewood Trail
Strongsville, OH 44149


MICHELLE PIAZZA
5989 Edgebrook Blvd
Parma, OH 44130


Michelle Sartor
3303 N Sandy Lane
Avon, OH 44011


MICHELLE SPENCER
8565 Banner Lane
Parma, OH 44129


MICHELLE WELLS
640 Turney Rd Apt 122
Bedford, OH 44146


MIGUEL BENITEZ
13893 Shady Oak Blvd
Cleveland, OH 44125


MIKE BICKELMEYER
399 Pearl Rd
Brunswick, OH 44212


MIKE HEADEN
18490 Mccracken Rd
Maple Heights, OH 44137


MIKE ISABELLA
36531 S. Lakeshore Dr.
Eastlake, OH 44095


MIKE JONES
1854 Langerdale Road
South Euclid, OH 44121

MIKE KLEIN
2831 Bowman
Parma, OH 44134


MIKE LANGE
5353 East 135th
Garfield Heights, OH 44125


MIKE PITROSKI
4206 Yorkshire
Cleveland, OH 44134


MIKE TODT
4926 Hillside Rd
Independence, OH 44131


MIKE WENDOLOWSKI
6900 REGAL DR
Cleveland, OH 44129


Mikula Nadine
9330 Winchester Valley
Chesterland, OH 44026


Milan B Tanasijevic
1874 W Wallings Road
Broadview Hts, OH 44147


Militello Lori
1253 Belle
Lakewood, OH 44107


Miller  Lisa J
32010 Pendley Rd
Willowick, OH 44095


Miraflex USA
7950 NW 53rd Street
Suite 324


Mishra Deepa
34352 Summerset Dr
Solon, OH 44139

Mitchell Tracy
3121 97th St
Cleveland, OH 44104


Mock William
11250 EXMOOR DR
CONCORD TOWNSHIP, OH 44077-2368


Modern Optical International
585 Congress Circle North
PO Box 72360


Mohamed A Eddeb
4161 Westbrook Drive
Brooklyn, OH 44144


Molly L Gauntner
1637 Westwood Ave
Lakewood, OH 44107


Mondottica USA
180 South Street, suite 201
New Providence, NJ 07974


Monica C Klein
38520 Melrose Farms Dr
Willoughby, OH 44094


Monica Munoz.


Monson Karissa
4612 W 145 Th St
Cleveland, OH 44135


Moodley Leelamoney
10872 Angela Dr
Willoughby, OH 44094


Moore Verlinda
1814 BUENA VISTA DR
EUCLID, OH 44117-2204

Moran John
364 Starline Dr
Tallmadge, OH 44278

Moravitz Mary
2058 Hillside Terrece
Akron, OH 44305

Moreland Robin
3815 Bridgeview Drive
South Euclid, OH 44121

Morelli John
371 High Tee Street
Willowick, OH 44095

Kevin Morgan
70416 Springwood Circle
Twinsburg, OH 44087

Morgan, Kevin
10416 Springwood Cr
Twinsburg, OH 44087

Morrison Bruce
2379 EARDLEY RD
CLEVELAND, OH 44118-3721

Motley Brenda
16686 Findlay Street
Chagrin Falls, OH 44023

Motley Dondero
7063 ROCKER AVE
CHAGRIN FALLS, OH 44023-3652

Mroz Irene
10614 Granger Rd
Garfield Heights, OH 44125

Munoz, Monica
3417 Highview Ave
Cleveland, OH 44109

Nada Moyak
17514 Riverway Dr
Lakewood, OH 44107


NANCY HAZEL
6904 Highland Dr
Independence, OH 44131


Nancy Runevitch
4414 Patricia Drive
Brunswick, OH 44212


Nancy Stoop
1726 Brookview Blvd
Parma, OH 44134


Narendra Bhadra
9490 Shadow Hill Trail
Chesterland, OH 44026


Natasa Nikolic
4880 Scottsdale Drive
North Royalton, OH 44133


NATE DESIMPLELAERE
112 Claremont Dr
Brunswick, OH 44212


NATE MEHOLICK
18362 Bentwood Dr.
Doylestown, OH 44230


Nathan Hannaford
1542 Bobwhite Trail
Stow, OH 44224


Negard Gail
35000 EDDY RD
WILLOUGHBY HILLS, OH 44094-8404


Neil Juhnke
4591 Wilburn Drive
South Euclid, OH 44121

Neil M Juhnke
4591 Wilburn Drive
South Euclid, OH 44121


Nesnadny Jill
7431 Lauren J Drive
Mentor, OH 44060


Nesnadny Jill
7431 LAUREN J DR
MENTOR, OH 44060-5726


Nevling Donna
960 Eaglewood Drive
Willoughby, OH 44094


Nevling Donna
960 EAGLEWOOD DR
WILLOUGHBY, OH 44094-7106


Newson, Clara
3614 E. 140th St
Cleveland, OH 44120


Newson, Cuana
1155 Piermont Rd
South Euclid, OH 44121


Nicholas E Garner
8855 West Lawn Blvd
Olmsted Falls, OH 44138


NICK LABELLA
5613 Cumberland Drive
Garfield Hts, OH 44125


NICOLE PAVLIK
1913 Ashley Dr
Hudson, OH 44236


Nikolic, Natasa
4880 Scottsdale Dr.
North Royalton, OH 44133

Noble Davis Consulting, Inc
6190 Cochran Road Suite D
Solon, OH 44139


Nora Jones
32596 Lake Road
Avon Lake, OH 44012


NORMA KACZMAREK
Parma, OH 44129
5258 West 83 Street


NORMA MUNOZ
3208 Tampa Ave
Cleveland, OH 44109


NORMAN BUSHNER
556 Rhodes Ave
Akron, OH 44307


Norman Richard
4004 Riveredge Rd
Cleveland, OH 44111


NORMAN SCHMIDT
1790 West 57 Street
Cleveland, OH 44102


North Olmsted Kiwanis
C/O Ken Neuzil
27553 Blossom Blvd


North Peggie
15002 Rosemary
Cleveland, OH 44111


Northeast Ohio Regional Sewer District
PO Box 94970
Cleveland, OH 44101


Novotny Terry
15541 Drake Rd
Strongsville, OH 44136

```
O'Brien Heather
33733 KENILWORTH RD
EASTLAKE, OH 44095-2547


O'DELL BENFORD
10618 Prince Ave
Cleveland, OH 44105


O'Donnell Christelle
21765 Martins Way
Rocky River, OH 44116


Ockenden Lynn
12 West Mather
Cleveland, OH 44108


OCTAVIA STOKES
702 35th St NW
Canton, OH 44709


Ocusoft
30444 Southwest Fwy
Rosenberg, TX 77471


Ohio Bureau of Workers Compensation
Attn: Law Section Bankruptcy Unit
P.O. Box 15567
Columbus, OH 43215-0567


Ohio Dept. of Jobs & Family Services
Attn: Collections Dept.
P.O. Box 182404
Columbus, OH 43218-2404


Ohio Dept. of Jobs & Family Services
Program Services/Revenue Recovery
P.O. Box 182404
Columbus, OH 43218-2404


Ohio Dept. of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530
```

OLIVE EVANOFSKI
5050 Thomas Street
Maple Heights, OH 44137


Oliver co June Oliver Thomas
4123 REGAL AVE
BRUNSWICK, OH 44212-2921


Ondrejka Madeline
3185 Somerset Drive
Shaker Hts, OH 44120


Opti-Port, LLC
680 Craig Road
Ste 201


Optics Incorporated
2936 Westway Drive
Brunswick, OH 44212


Optogenics
10323 Cross Creek Blvd Suite F
Tampa, FL 33647


OREST BURBAN
6821 Irongate Dr
North Royalton, OH 44133


Orwell Natural Gas
PO Box 73139
Cleveland, OH 44193-3139


Osborne Aileen
36250 N. Riverview Dr.
Eastlake, OH 44095


Ostrowski  Noelle
7304 Stone Rd
Independence, OH 44131


OTTO MAUCH
8808 Fernhill Ave
Parma, OH 44129

Page Melissa
7900 NEWELL CREEK DR
Mentor, OH 44060


Pagel Catherine
15875 Prospect Rd
Strongsville, OH 44149-4865


PAIGE STONE
4438 Lockmoor Ln
Brunswick, OH 44212


Palange Gilda
312 HILLSDALE CIR
WADSWORTH, OH 44281-1008


Palm Optical Company, Inc.
20157 Northeast 16th Place
North Miami Beach, FL 33179


Palumbo, Steve
7059 OAKWOOD RD
Parma, OH 44130


PAMELA BROWN
3286 West 91 St
Cleveland, OH 44102


PAMELINA ROSE
11421 Governor Avenue
Cleveland, OH 44111


Parsons, Theresa
203 IVANHOE RD
Bedford, OH 44146


Pascu Eleonora
6290 Greenwood Pkwy #405
Sagamore Hills, OH 44067


Patricia M Bernardo
PO Box 770983
Lakewood, OH 44107

Patricia Mccartney
12008 Derby Court
Strongsville, OH 44149


Patricia Mingee
25653 Westwood Road
Westlake, OH 44145


Patricia R Takach
6501 Marsol Road
#447


Patricia Stevens
211 Aurora Street
Hudson, OH 44236


Patricia Valenti
7661 Cherrywood Lane
Seven Hills, OH 44131


Patrick Kearney
12419 Albion Road
North Royalton, OH 44133


PATRICK ROWELL
2632 Waterloo Rd.
Mogadore, OH 44260


PATTY GROSSER
4012 Biddulph Ave
Cleveland, OH 44109


PATTY KRYSTOFEK
3353 Tyler Dr
Brunswick, OH 44212


PATTY LEWIS
5541 Chevrolet Blvd. B-503
Cleveland, OH 44144


PATTY NICHOLS
6457 Leslie Drive
Brookpark, OH 44142

PATTY VARNEY
1422 Garfield Ave.
Brunswick, OH 44212


Paul D Olshavsky
4089 Cherokee Trail
Brunswick, OH 44212


Paul Gerhart
PO Box 1249
Granby, CO 80446


Paul L Minks
1548 Locust Street South East
Canal Fulton, OH 44614


PAUL ONEIL
6263 Bonita Rd
Medina, OH 44256


PAUL PAWLOWSKI
350 Winchester Ln
Brunswick, OH 44212


Paul Wilson
2442 Roxboro Street
Avon, OH 44011


PAULA ATWOOD
9627 E. Idlewood Dr. Unit D11
Twinsburg, OH 44087


PAULA COOK-BOWERS
4555 M.l.k. Drive
Garfield Heights, OH 44105


Paula L Caso
5252 Main Avenue
North Ridgeville, OH 44039


Pavlik Janet
1913 ASHLEY DR
HUDSON, OH 44236

Payne Todd
6657 Bretton Ridge Dr
North Olmsted, OH 44070


Payton Patricia
1025 East 169th Street
Cleveland, OH 44110


Pecoraro Julie
2863 SCARBOROUGH RD
CLEVELAND HEIGHTS, OH 44118-4053


Pecoraro Steven
2863 SCARBOROUGH RD
CLEVELAND HEIGHTS, OH 44118-4053


Peter Dugovics
34490 Ridge Rd B201
Willoughby, OH 44094


PETER GREENE
4993 Robinhood
Willoughby, OH 44094


PETER MAMONE
6468 Brook Hill Drive
Garfield Heights, OH 44125


Phan Alexander
7722 Southland Dr.
Mentor, OH 44060


Phil Vedda & Sons Inc.
12000 Berea Road
Cleveland, OH 44111


Phillip Jean
19304 Fairway Ave
Maple Heights, OH 44137


Phillips co Karen Phillips Katelyn
122 W Satin Rd
Jefferson, OH 44047

Phyllis Barnett-Hudson
4725 Hillary Lane
Cleveland, OH 44143


Pierce Jr Ralph
3303 LIBRARY AVE
CLEVELAND, OH 44109-2231


Pierson   Zellous
4724 E 93 Rd
Garfield Heights, OH 44125


Pirnat Stephen
5160 Deer Ridge
Mentor, OH 44060


Pistilli Barb
3209 Altoona Rd
Cleveland, OH 44109


Pitts Karen
4116 W. 158
Cleveland, OH 44135


Plett Philip
3588 GOTTSCHEE CT
BRUNSWICK, OH 44212-2251


Pounds-lewis Carolyn
1845 Maplegrove Dr
Twinsburg, OH 44087


Practical Systems Inc.
Dept AT 952647
Atlanta, GA 31192-2647


Prescription Optical, Inc
PO Box 1088
St. Cloud, MI 56302


PRESTON WISE
33574 Overland Lane
Solon, OH 44139

Pretnar Robert
24400 Hartland Road
Euclid, OH 44123


Price Stephen
330 Rivermoor Dr
Mogadore, OH 44260


Pring Linda
24528 Bassett Rd
Olmsted Falls, OH 44138


Prism Tool Company
1950 Neva Drive
Dayton, OH 45414


Pultz Mary
12874 Olympus Way
Strongsville, OH 4414...


Purdy Thomas
1235 DELLWOOD DR
WESTLAKE, OH 44145-1360


Quella Stephanie
26613 N Park Blvd
Olmsted Falls, OH 44138


Quest Vision Care Specialty Lab, Inc.
9103 132nd Ave N
Largo, FL 33773


QUINN MCDERMOTT
21825 Rye Rd.
Beachwood, OH 44122


RACHEL ZULLO
4601 West 157th St
Cleveland, OH 44135


Ragon Deborah
11921 Tucson Dr
North Olmsted, OH 44070

Rahn Nancy
28612 Gillcrest
Willowick, OH 44095


Rahn Nancy
28612 GILCHRIST DR
WILLOWICK, OH 44095-4568


Rak Sherrie
12981 Durkee
Grafton, OH 44044


Ralph Kolasinski
5855 Doxmere Dr
Parma Hts, OH 44130


Ramon Bobe
3952 Washington Park Blvd
Newburgh Heights, OH 44105


RAMON RODRIGUEZ
3632 West 122 Nd St
Cleveland, OH 44111


Ramona Cutcher
981 Branch Road
Medina, OH 44256


Ramsey Martha
8590 FOX HOLLOW DR
BROADVIEW HEIGHTS, OH 44147-1926


RANDALL RISER
3271 Jeanne Dr
Parma, OH 44134


Randy P Ruch
3136 Turtle Bay Circle
Uniontown, OH 44685


RASHETA TADESSE
611 Deering Dr
Akron, OH 44313

RAY KASCHULLA
6880 Lynette
Parma, OH 44129


RAY RYBKA
2634 Marland Dr
Hinckley, OH 44233


RAY SZERENSCI
2102 Lindbergh Ave
Cuyahoga Falls, OH 44223


Raymond A Schmitt
241 Maplelawn Drive
Berea, OH 44017


RAYMOND GEORGE
2211 Green Road
Cleveland, OH 44121


Raymond W Lane
269 S Franklin St
Chagrin Falls, OH 44022


Reading Elizabeth
812 SAVANNAH TRL
MEDINA, OH 44256-7148


REGGIE DANIELS
P.o. Box 03193
Cleveland, OH 44103


Reginald Barnes
1700 E 13th St
apt 17


Regional Income Tax Agency
10107 Brecksville Road
Brecksville, OH 44141


Reilley Kathy
4048 West 204th Street
Fairview Park, OH 44126

Rentschler Thomas
38401 Eaglesnest
Willoughby, OH 44094


Rentschler Thomas
38401 EAGLE NEST DR
WILLOUGHBY HILLS, OH 44094-6946


Revay Thomas
6606 REGENCY DR
PARMA, OH 44129-6111


Reyes Ivan
123 Burton St.
Painesville, OH 44077


Reynaldo Serrano
8640 Wooster Pike Road
Seville, OH 44273


RHONDA GUDDY
5329 Jenny Dr
Medina, OH 44256


Richard A Metzger
9710 Prospect Rd
Strongsville, OH 44149


Richard A. Kershaw
18148 Heritage Trail
Strongsville, OH 44136


RICHARD BUDOVEC
6406 Monmouth Rd.
Cleveland, OH 44129


RICHARD DONELAN
7435 Gerald Dr
Middleburg Hts, OH 44130


RICHARD FISHER
9408 Pratt Ave
Cleveland, OH 44105

Richard G Adkins
11599 Schwab Dr
Parma, OH 44130


Richard G Anderson
2251 Brook Haven Lane
Hinckley, OH 44233


Richard Hemchak
8017 Darrow Road
Huron, OH 44839


RICHARD HUMESTON
385 Lakewood Ave
Brunswick, OH 44212


Richard Kapper
529 Trelake Dr
Canal Fulton, OH 44614


Richard L Weiler
7207 Kenssington Drive
North Ridgeville, OH 44039


RICHARD MILLER
12758 West 130 Th St
Strongsville, OH 44136


Richard Thomas
3936 W 229th Street
Fairview Park, OH 44126


RICHARD WINROD
1015 Avian Ct
Brunswick, OH 44212


RICHARD YARMUSCH
8305 Pin Oak
Parma, OH 44130


RIck Moxley
4052 Fulton Parkway
Cleveland, OH 44144

Ring Bruce
194 Warner Rd
Hinckley, OH 44233


Rini Joanne
23837 Mesbury Dr
North Olmsted, OH 44070


Rini Joanne
23837 AMESBURY DR
NORTH OLMSTED, OH 44070-1559


RITA BLACK
3711 Manchester Dr
Brunswick, OH 44212


Ritter Janice
8710 Lakeshore Blvd
Mentor, OH 44060


Robert A Gaye
1241 Summit Drive
Mayfield, OH 44124


Robert A Melton
1816 Revere Place
Lorain, OH 44053


Robert Church
5086 Cline Road
Kent, OH 44240


Robert Ehlert Jr
20220 Carlyle Drive
Strongsville, OH 44149


ROBERT GIMZA
30120 Forestgrove Road
Willowick, OH 44095


ROBERT GRIFFIN
3928 Lor Ron Ave
Brimfield, OH 44240

ROBERT HAUG
4284 Alpine Hill Ct
Brunswick, OH 44212

ROBERT HEAD
19516 Libby Rd
Maple Heights, OH 44137

Robert Herr
2864 Shakespears Lane
Avon, OH 44011

ROBERT HUFFER
3423 Priscilla
Parma, OH 44134

Robert J Shaffer
504 Schooner Lane
Northfield, OH 44067

ROBERT JONES
4180 East 147th Street
Cleveland, OH 44128

ROBERT JONES
281 Morrison Ave
Cuyahoga Falls, OH 44221

Robert Kalman
18306 Alexander Road
Walton Hills, OH 44146

Robert Keefer
2850 Pintail Court
Akron, Oh

Robert mauch
1327 Blueberry Hill
Brunswick, OH 44212

Robert Papa
130 3rd Stree NE
New Philadelphia, OH 44663

Robert R Bell
24813 Antler Drive
North Olmsted, OH 44070


Robert Rymarczyk
15 Bogey Circle
New Smyrna Beach, FL 32168


Robert Shaffer
4753 W 11th Street
Cleveland, OH 44109


Robert Tomsik
32759 Bridestone
North Ridgevill, OH 44039


Robert V Gantner
589 Bayfair Drive
Bay Village, OH 44140


ROBERTO SANTANA
4000 Westbrook Drive #629
Cleveland, OH 44144


ROBIN TRAPP
1828 W. Ridgewood Dr
Parma, OH 44134


ROBY KOUNTZ
16035 Bowfin
Brookpark, OH 44142


Robyn L Roub-Howe
3613 Ridgestone Drive
Garland, TX 75040


Rocky River Municipal Court
21012 Hilliard Blvd.
Rocky River, OH 44116


Roger G Edington
490 S Market St
Shreve, OH 44676

Rogers Cassandra
3258 West 141st
Cleveland, OH 44111


Rogers Raynard
2008 Washington Drive
Richmond Heights, OH 44143


Romoga John
26835 Locust Dr
Olmsted Falls, OH 44138


RON FINNEY
2090 Goodyear Blvd
Akron, OH 44305


RON RITTER
149 Leighton Ln
Akron, OH 44319


Ronald Heffern
7232 Grant Blvd
Middleburg Hts, OH 44130


Ronald K Boals
98 Morgan Ave
Ashland, OH 44805


Ronald L Heffern
7232 Grant Blvd
Middleburg Heights, OH 44130


Ronald L Sim
1103 Webstee Road
Jefferson, OH 44047


Ronald O Brown
5715 Charles Ave
Parma, OH 44129


RONALD SEESE
4230 Americana Dr #201
Cuyahoga Falls, OH 44224

Ronni E Ducoff
24522 Albert Lane
Beachwood, OH 44122


Ronnie Ducoff
24522 Albert Lane
Beachwood, OH 44122


Rorher, Darlene
17 Boulder Blvd
PENINSULA, OH 44264


ROSE GIOVANNAZZO
180 Roosevelt Ave
Elyria, OH 44035


Rose Louise
16409 Laverne Ave
Cleveland, OH 44135


Rose Pamelina
11421 Governor Ave
Cleveland, OH 44111


ROSE TURNER
12518 Craven
Cleveland, OH 44105


Roseco Optics Inc.
831 Lincoln Ave Unit D1
West Chester, PA 19380


ROSEMARIE BLAKE
13798 Indian Creek
Middleburg Hts, OH 44130


Rosen Joanne
1891 Marsh Lane
Painesville, OH 44077


Roser Lyndsy
892 LAWRENCE ST
MEDINA, OH 44256-2849

Rossilli Milka
1095 Tioga Trail
Willoughby, OH 44094


Rowell Patrick
2632 Waterloo Rd
Mogadore, OH 44260


RRG Beidler Properties, LLC
4756 Beidler Road
Willoughby, OH 44094


RRG Biedler Properties LLC
4756 Bieler Rd.
Willoughby, OH 44094


RUSSELL CHESBRO
2 Jasmine Crt
Rittman, OH 44270


Russell Tony
766 Utica Ave
Akron, OH 44312


Ruth Justice
26240 Broadview Ave
Bedford, OH 44146


RUTH YELSIK
15913 Northwood Ave
Maple Heights, OH 44137


RYAN FLETCHER
849 East Dartmoor Ave.
Sevenhills, OH 44131


Ryan J Sopko
6938 Greenleaf Ave
Parma Hts, OH 44130


Ryan Zimmerman OD
10211 Dayflower Drive
Twinsburg, OH 44087

Rybka Ray
2634 MARLAND DR
HINCKLEY, OH 44233-9114


Sabolik Mark
3923 W 158 St
Cleveland, OH 44111


SABRINA GREEN
832 Needham Court
Macedonia, OH 44056


SAGE EGGLESTON
1015 N. Revere Rd.
Akron, OH 44333


Sage Russ
8939 SHANK RD
LITCHFIELD, OH 44253-9773


Sally Sell
28573 Spruce Dr
North Olmsted, OH 44070


SAM LINGENFELTER
2332 10th St
Cuyahoga Falls, OH 44221


Samuels Harry D
1124 Brandon Rd
Cleveland, OH 44112


Sanders Desiree
3139 W 11TH ST
CLEVELAND, OH 44109-1803


Sandra Bizzell
4506 Longleaf Road
Warrensville Heights, OH 44128


SANDRA WARD
3625 Laymond Blvd
Cleveland, OH 44118

Santee Security Inc.
37144 Vine Street
Willoughby, OH 44094


Santo Berardi
7510 Biarcliff
Middleburg Heights, OH 44130


Sara A Cigic
6005 Commanche Ct
Parma Hts, OH 44130


Sarah Duda
20531 Naumann Ave
Euclid, OH 44123


SARAH MOBLEY
11317 Whitmore Avenue
Cleveland, OH 44108


Sauer Ronald
4339 West 226th Street
Cleveland, OH 44114


Sauer Ronald
4339 W 226TH ST
FAIRVIEW PARK, OH 44126-1828


Saunders Ella
14714 Shaw Ave
East Cleveland, OH 44112


SAVANNAH MANSI
5858 Clearview Dr
Parma Hts., OH 44130


SCARLETT TANNER
107 Hemlock Drive
Creston, OH 44217


Schatz Eric
1119 Christina Cout
Painesville, OH 44077

Schiebli, Erica
34740 IRIS LANE
Eastlake, OH 44095


Schmitz Matthew
2191 E GILWOOD DR
STOW, OH 44224


Schmuhl Darlene
11230 Brentwood Lane
Chardon, OH 44024


Schneider Optical Machines Inc.
6644 All Stars Avenue
Suite 100


Schroer Brian
29800 Emery Rd
Chagrin Falls, OH 44022


Scott D Frye
37116 Stone Creek Dr
N Ridgeville, OH 44039


SCOTT GORRIS
1864 Rocklyn Dr
Brunswick, OH 44212


Scott Robbins
474 Orchard Grove Road
Sagamore Hills, OH 44067


Scott S Brodie
474 Fulmer Ave
Akron, OH 44312


Scott Serafin
1220 Bryce Ave
Aurora, OH 44202


Seeholzer, Kathleen
9700 W. MORELAND RD
Parma, OH 44129

Segulin Joseph
7508 Mckinley Street
Mentor, OH 44060


Segulin Joseph
7508 Mckinley St
Mentor, OH 44060


Select Optical
6510 Huntley Road
Columbus, OH 43229


Select Strategies Brokerage LLC
400 Techne Center, Suite 320
Willoughby, OH 44094


Select-KM Plaza LLC
PO Box 74486
Cleveland, OH 44194-4486


Serback Mark
1189 Elm St
Grafton, OH 44044


Seren Kahlil
2352 Demington Drive
Cleveland Heights, OH 44106-3618


Sergon Linda
797 Valdes Ave
Akron, OH 44320


Serpil Ergun
39199 Glenlivet Court
Solon, OH 44139


Sevensson Lars
7793
Gates Mills, OH 44040


Shamir Insight, Inc.
9938 Via Pasar
San Diego, Ca

Shamir Insight, Inc. Clicks
9938 Via Pasar
San Diego, Ca


Shannon Steven
3652 Orchard Street
Mogadore, OH 44260


SHARON LENARCIC
1075 East 61st St
Cleveland, OH 44103


Sharon Yurko
6464 Scott Drive
Brookpark, OH 44142


Sharp Barry
528 E 108TH ST
CLEVELAND, OH 44108-1436


SHELLEY BOULTON
4817 Grafton Rd
Brunswick, OH 44212


SHELONDA WOODS
17315 Ridgeton Rd
Garfield Heights, OH 44128


Shelton Larry
3246 Scarborough
Cleveland Heights, OH 44108


Sherman Tammy
120 RUTH ELLEN DR STE 414
RICHMOND HTS, OH 44143-1059


Sherylyn Fortuna
13917 Trenton Oval
Strongsville, OH 44136


Shetty Mihir
841 Hamlet Lane-B-1
Westlake, OH 44145

Shetty Shashirekha
841 Hamlet Lane B1
Westlake, OH 44145


SHIRLEY HALE
1511 North Jefferson Street
Medina, OH 44256


SHIRLEY KELLEY
3802 Daisey Ave
Cleveland, OH 44109


SHIRLEY TOMER
1564 Diana Dr
Brunswick, OH 44212


Shmoel Efraim
10380 Oviatt Lane
Twinsburg, OH 44087


SHRIYA SELVAN
8075 Darbys Run
Chagrin Falls, OH 44023


Sieger Morgan
13193 HAMPTON CLUB DR
NORTH ROYALTON, OH 44133-7412


Silke Pagendarm
695 E 250Th Street
Euclid, OH 44132


Silver Dollar Optical
155 Corporate Drive
PO Box 548


Sim Gail
1103 Webster Road
Jefferson, OH 44047


Simcic Mark
3665 RUSSETT DR
BROADVIEW HEIGHTS, OH 44147-2619

Simmerly Leonard
17140 Amber Drive
Cleveland, OH 44111


Simpkins Roberta
5807 Redwood Ct
Mentor on the Lake, OH 44060


Sinor Michelle
517 GREENWOOD AVE
AKRON, OH 44320


Lee Skidmore
Skidmore & Hall Co. LPA
748 N. Court St.
Medina, OH 44256


Slabaugh Joe
C/o Deborah Slabaugh
North Canton, OH 44720


Sledz Thomas
27992 Blossom Lane
North Olmsted, OH 44070


Smedira Amy
6380 Woodhawk Drive
Cleveland, OH 44124


Smiddie Kellie
4223 Brookway Lane
Cleveland, OH 44144


Smiddie Kellie
4223 BROOKWAY LN
BROOKLYN, OH 44144-1304


Smilen Eyewear
385-6 Pearsall Ave
Cedarhurst, NY 11516


Smith co Cynthia Smith Emily
1972 KRUMROY RD
AKRON, OH 44312

Smith Cynthia
1972 Krumroy Road
AKRON, OH 44312


Smith, Kristina
2010 Coventry Drive
Parma, OH 44134


Smrdel Gary
4251 Oregon St
Perry, OH 44081


Snow William
7080 Elizabeth Ct.
Mentor, OH 44060


Snyder, Denise
6770 PARKGATE OVAL
Seven Hills, OH 44131


Socha Donna
5555 Revere Run
Canfield, OH 44406


Soeder Edwin
7734 Tea Rose
Mentor, OH 44060


Soeder Laura
4912 Behrwald Ave
Cleveland, OH 44144


Soeder Laura
4912 BEHRWALD AVE
CLEVELAND, OH 44144-3609


Somphong Vongsouvanh
4532 W 149th street
Cleveland, OH 44135


SONIA CALDERON
4133 West 50th Street
Cleveland, OH 44144

```
SONJA GALLAGHER
1533 East 195th St
Euclid, OH 44117


Soucek, Mark
10222 HUNTINGTON PARK DR
Strongsville, OH 44136


Sowan L Lockridge
956 Helmsdale Road
Cleveland, OH 44112


Spain Samuel
4267 Lake Road East
Geneva, OH 44041


Spencer Loretta
1082 Seward Avenue
Akron, OH 44320


Spurlock Carolyn
55 Barrett Rd Apt 619
Berea, OH 44017


Spurlock Carolyn
27419 Detroit Rd Apt G67
Westlake, OH 44145


Square Foot
4507 Biedler Rd.
Willoughby, OH 44094


St. Blaise
Mary Giaimo
950 Naomi Lane


Staci Rezac
2816 Williamsburg Circle
Stow, OH 44224


Stall Robert
17903 Lake Rd
Lakewood, OH 44107
```

Stallings Regina
2853 East 127th Up
Cleveland, OH 44120


STAN BORYCZKA
1397 Shinnecock Path
Brunswick, OH 44212


Standing Chapter 13 Trustee
PO BOX 593
Memphis, TN 38101-0593


Stanislav Pokalev
10563 Durreg Court
Reminderville, OH 44202


STANLEY BETTS
1088 Beechmont Oval
Orange, OH 44122


Stasiak Melissa
1687 ARBUTUS DR
HUDSON, OH 44236


State of Ohio c/o Attorney General
Collection Enforcement Section
Attn: Bankruptcy Staff
150 E. Gay St., 21st Floor
Columbus, OH 43215


Stearns Bank
500 13th Street
Albany, MN 56307


STEPHANIE WATROBA
12812 Willard
Garfield Hts, OH 44125


Stephen Barna


Stephen Cox
5471 Lance Road
Medina, OH 44256

Stephen D Sechrist
7429 Battery Park Blvd
Cleveland, OH 44102


Stephen E Adams
204 E Brookside One
Akron, OH 44301


Stephen J Lewis
2589 Euclid Heights Blvd
Apt 1


STEPHEN YAGERSZ
2076 Boston
Hinckley, OH 44233


Stereo Optical Company, Inc
PO BOX 402429
Atlanta, GA 30384-2429


Steve Golinar
3726 Portsmouth
Perry, OH 44081


STEVE PIEFFER
5100 Archmere Avenue
Cleveland, OH 44144


STEVE PRICE
330 Rivermoor Dr
Mogadore, OH 44260


Steven Barry
19140 Story Road
Rocky River, OH 44116


Steven Boardman
10761 Waterfall Road
Strongsville, OH 44149


Steven Holcroft
4816 Misty Brook Circle
Stow, OH 44224

Steven J Tonovitz
7320 Popham Pl
Solon, OH 44139


Steven Palumbo


Steven Rapoport
5985 Park Ridge Drive
North Olmsted, OH 44070


Stewart John
5937 Springwood Dr
Mentor, OH 44060


Straub John
1224 East 348
Eastlake, OH 44095


Strouth Richard
4554 W 220
Cleveland, OH 44126


Stubbs Alicia
9600 NELSON AVE
CLEVELAND, OH 44105-4062


Suhadolnik  Judy
37180 Shady Drive
North Ridgeville, OH 44039


SUSAN BUATOIS
1443 Pippen Circle
Broadview Heights, OH 44147


SUSAN CARLIN
1111 Tuxedo Ave.
Parma, OH 44134


SUSAN CASTLEBERRY
4903 East 96th Street
Garfield Heights, OH 44125

Susan M Waddell
4506 Ashbury Park Dr
North Olmsted, OH 44070


Susan M. Jones
13579 Brookhaven
Brookpark, Oh


Susan Ottogalli
16801 Orchard Grove Dr
Middleburg Heights, OH 44130


SUSETTE ZIATS
4625 Brookstone Crt. Brunswick, OH 44212
Brunswick, OH 44212


Swartz James
2449 Plumb Creek Dr
Roaming Shores, OH 44084


Tanner Melanie
107 HEMLOCK DR
CRESTON, OH 44217


TANYA HAIRSTON
13417 Fourth Ave.
Cleveland, OH 44112


TANYA HICKSON
1283 Marcy St
Akron, OH 44301


TARA HOFFMAN
13125 Astor Avenue
Cleveland, OH 44135


Tawinka Sloan
26241 Lakeshore Blvd
Apt 1653


Taylor Brian
2270 Noble Rd.
Cleveland, OH 44121

Taylor Patrick
5905 S. Park Dr
Lorain, OH 44053


Taylor Tatianna
2831 Hampshire Road Unit 3
Cleveland, OH 44118


TE-SHAWN LEE
3370 Seaton Road
Cleveland, OH 44118


TED RYPEL
7031 Middlebrook Blvd
Middleburg Hts., OH 44130


Terence Hruska
14448 Stone Road
Newbury, OH 44065


TERESA FIGLIANO
4759 Deborah Lynn Dr.
Cleveland, OH 44144


Teresa Keyes
13407 Shady Oak Blvd
Garfield Heights, OH 44125


TERESA MATSON
6821 Drexel Drive
Independence, OH 44131


TERRENC GRIFFIN
3964 E155
Garfield Heights, OH 44128


Terrence G Kelly
27976 Edge Park Dr
North Olmsted, OH 44070


TERRI DANIELS
1413 East 95th Street
Cleveland, OH 44108

TERRI MCDONALD
11440 Bobko Blvd.
Parma, OH 44130


Terriaco Ronald
7030 Pinehill Rd
Painesville, OH 44077


TERRY BLAZEY
10282 Oak Branch Trail
Strongsville, OH 44149


Terry Cain
12265 The Bluffs
Strongsville, OH 44136


TERRY COBB
3625 East 118th St
Garfield Heights, OH 44105


TERRY NOVOTNY
15541 Drake Rd
Strongsville, OH 44136


TERRY PALANGE
312 Hillsdale Circle
Wadsworth, OH 44281


TERRY RAGLAND
495 Fritch
Akron, OH 44314


Terry Schuerger
14216 Bayes Ave
Lakewood, OH 44107


TEVIN RUSH
856 Archer Road
Bedford, OH 44146


THANH NGUYEN
9664 Melody
Cleveland, OH 44144

The Builders Exchange
9555 Rockside Rd.
Suite 300


The Chen Family Akron Limited Partnershi
6000 Steubenville Pike, Suite 101
McKees Rock, PA 15136


Thein Jamye
8399 Celianna Drive
Strongsville, OH 44136


THELMA FORT
881 Belden Ave.
Akron, OH 44310


Theodore H Tsesmilles
16608 Emerick Road
Kensington, OH 44421


THERESA CASTRO
4100 Westbrook Dr#126
Cleveland, OH 44144


THERESA JENKINS
4141 Princeton Blvd.
South Euclid, OH 44121


THERESA KRATZER
2007 Pinewood Dr
Brunswick, OH 44212


THERESA WAGNER
6472 State Rd J3
Cleveland, OH 44134


THERESIA SULEA
7003 Forest Ave
Parma, OH 44129


Thieryoung  Anne
20201 Lorain Rd #515
Cleveland, OH 44126

```
Thieryoung Anne
20201 Lorain Rd #515
Cleveland, OH 44126


Thieryoung Anne
20201 LORAIN RD STE 515
FAIRVIEW PARK, OH 44126-3483


Thomas C Eckert
7323 Hickorry Lane
Seven Hills, OH 44131


Thomas E Duffin
837 Elyria Ave
Amherst, OH 44001


Thomas Franczak
2236 Augustine Dr
Parma, OH 44134


Thomas J Powell
4308 Mckinney Ave
Willoughby, OH 44094


Thomas Kozma
832 Olde Orchard Drive
Tallmadge, OH 44278


Thomas McTaggart
13646 Starlite Drive
Brook Park, OH 44142


Thomas Sonya
21651 Ball Ave
Euclid, OH 44123


Thomas Verdi
459 Leverett Lane
Highland Heights, OH 44143


Thompson  Stacie
4097 Wyncote Rd.
Cleveland, OH 44121
```

```
Thompson Stacie
4097 wyncote rd
South Euclid, OH 44121


TIM CALLAHAN
10413 South Highland Ave
Garfield Heights, OH 44125


Tim Hertel
113 Davenport Ave
Akron, OH 44312


Tim J Conway
21073 Morris Drive
Strongsville, OH 44149


TIM KNAPIK
4090 East59 Street
Cleveland, OH 44105


TIM MCDONALD
11440 Bobko Blvd.
Parma, OH 44130


Timothy E Haselow
7590 Pleasant View Dr
Parma, OH 44134


Timothy J O'Connor Jr
7912 State Route 305
Garrettsville, OH 44231


Timothy M Skank
133 Mt Pleasant Road
Clinton, OH 44216


Timothy Tolar
167 S Rocky River Drive
Berea, OH 44017


TOBY OSBORN
18 N Hickin St
Rittman, OH 44270
```

Todd A Rininger
892 Bridge Road
Akron, OH 44312


Todd Clark
827 Loraine Street
Toledo, OH 43609


Tokarski Heather
9311 LORRICH DR
MENTOR, OH 44060-1711


TOM GALLAGHER
4729 East 90th Street
Garfield Heights, OH 44125


TOM MICHELSON
3573 Castleton Ln
Brunswick, OH 44212


TOM OLIVER
4123 Regal Ave
Brunswick, OH 44212


TOM REVAY
6606 Regency Drive
Parma, OH 44129


Tom Schaefer Plumbing, Inc.
4350 Glenbrook Rd.
WIlloughby, OH 44094


TOM SPENCE
1782 Tree Top Trail Apt A Building 15,
AKRON, OH 44313


TOM SZEMON
8957 Sandpiper Dr.
Streetsboro, OH 44241


TONI CODE-JONES
757 Independance Ave
Akron, OH 44310

TONY LEVENDERIS
545 Woodland Dr
Tallmadge, OH 44278


TONY YOUNGS
18401 Winslow Rd
Beachwood, OH 44122


TONYA RIPPLINGER
1932 Caroline Ave
Akron, OH 44320


Torarski Heather
9311 Lorrich
Mentor, OH 44060


Toshiba Business Solutions
PO Box 73780
Cleveland, OH 441293


Toth Garry
7066 BENTLEY PL
PAINESVILLE, OH 44077-2212


Towns Shelle
6349 SPARROWHAWK WAY
OAKWOOD VILLAGE, OH 44146-3167


Tracy L Vargo
2928 Jasmine Dr
Seven Hills, OH 44131


Tracy McCorry
19101 Van Aken Blvd
#117


Tracy Regas
3065 Fieldstone Trail
Avon, OH 44011


Tracy Vitolo
50 North Doan
Painesville, OH 44077

Transamerica
PO Box 21493
New York, NY 10087-4493


TRINA MERKLE
3353 Fulton Rd
Cleveland, OH 44109


Tucker Courtney
3560 GRANTON AVE
CLEVELAND, OH 44111-2972


Tuma Janette
23101 Macbeth Avenue
North Olmsted, OH 44070


Turk Kristie
4870 Eastlake Drive
Geneva, OH 44041


Turner Rose
12518 CRAVEN AVE
CLEVELAND, OH 44105-2650


Tutolo Anthony
242 E. 330th St.
Eastlake, OH 44095


TYRA CANTY-MONTGOMERY
11810 Darlington Ave
Garfield Heights, OH 44125


Tyrone Roundtree
4182 Americana Dr Apt 202
Stow, OH 44224


Tyrus April
11709 Nelson Ct Apt 3
Lakewood, OH 44107


U.S.A. - c/o U.S. Atty. Gen.
Main Justice Building
10th & Constitution Aves., NW
Washington, DC 20535

```
U.S.A. - c/o U.S. District Atty.
Carl B. Stokes U.S. Court House
801 West Superior Ave., Suite 400
Cleveland, OH 44113-1852


Ultra Optics
SDS 12-1084
PO Box 86


University Eye Care & Surgery
18599 Lakeshore Blvd
Suite 200


University Hospital Medical Group
20800 Harvard Road
Attn:  Tina Koch


USPS


VALERIE BEARD
4133 East 154th
Garfield Heights, OH 44128


Valerie J. Harry
4735 Elizabeth Lane
Brooklyn, Oh


Vales Maosha
3122 E 99th St
Cleveland, OH 44104


VANISREE VELAMOOR
7536 Royal Portrush Dr.
Solon, OH 44139


Vantsa Yevhen
5686 Broadview Rd Apt 2304
Cleveland, OH 44134


Varney Mary
1422 GARFIELD AVE
BRUNSWICK, OH 44212-3314
```

Vason Ossie
4580 Andorra Dr
North Olmsted, OH 44070


Vedda Joyce
24803 River Glen Drive
Columbia Station, OH 44028


Verla Jones
24165 Randolph Road
Bedford Heights, OH 44146


VERNER PEDERSEN
1319 Blueberry Hill
Brunswick, OH 44212


Veronica Jenkins
11425 Bradwell Road
Garfield Heights, OH 44125


Veronica White


Veronica Young
793 East 103rd St
Cleveland, OH 44108


Vicki Gaither
10017 Chesterfield
Parma Heights, OH 44130


Victoria Diaconescu
6193 McKenzie Road
North Olmsted, OH 44070


VICTORIA REED
4488 W. 45th
Cleveland, OH 44109


Vida Tripodo
8901 Ranch Dr
Chesterland, OH 44026

Vikki Goodrick
571 Beechwood Lane
Painesville, OH 44077


Villers Mary
2700 SERFASS RD
CLINTON, OH 44216


VINCENT BAILEY
4766 Elizabeth Lane
Brooklyn, OH 44144


VINCENT WALLACE
8518 E 1189th
Garfield Heights, OH 44105


Vinson Elizabeth
334 STORER AVE
AKRON, OH 44302


Virginia L Pannent
8721 Basswood Pl
Macedonia, OH 44056


Vision Dynamics Lab
1966 Production Court
Louisville, KY 40299


Vision-Ease Lens
NW 6083
PO Box 1450


Vista Way Partners
5595 Transportation Blvd., Ste 100
Cleveland, OH 44125


Vista Way Partners, LLC
PO Box 22986
Cleveland, OH 44122


Vistakon
Vistakon Lockbox
5855 Collection Center Dr

Visual Eyes Eyewear Inc
975 Florida Central Pkwy
Suite 1800


Visual Graphics
Another M.N Whaley Co.
7969 Reynolds Road


Viva
PO Box 798161
ST. Louis, MO 63179-8000


VSPOne Columbus
12666 Collections Center Drive
Chicago, IL 60693


W.B. Mason CO. Inc.
PO Box 981101
Boston, MA 02298-1101


Wagner Lori
35490 Freed Drive
Eastlake, OH 44095


Wagner Shirley
29982 Truman Ave
Wickliffe, OH 44092


Waits Robert
7294 Connie Drive
Mentor, OH 44060


Wakefield Deborah
3116 Osage Way
Broadview Hts., OH 44147


Wakefield Lloyd
3116 Osage Way
Broadview Hts., OH 44147


Walcott Robert
2173 West 7th Street
Cleveland, OH 44113

Walker Dawn
692 Seasons Pass dr
Brunswick, OH 44212


Walsh C/O Barbara Walsh Caitlin
4579 Wood St
Willoughby, OH 44094


Walter Bandza
5868 Eldon Dr
Middleburg Heights, OH 44130


WALTER BELL
1630 E 66 Th Street Apt. #1
Cleveland, OH 44103


Walter G Zimmerman
4153 Monterey Dr
Medina, OH 44256


Walton, Tony
19121 Monterey Ave.
Euclid, OH 44119


WALTRAUD THORNE
6914 Velma
Cleveland, OH 44129


Wardell Marva
Po Box 603451
Cleveland, OH 44103


Ware Jr Jack
574 Jesse L Jackson Place
Cleveland, OH 44108


Warner Nicole
2799 Lakeview Ave
Rocky River, OH 44116


WARREN BECKER
400 Saint Ledger Ave
Akron, OH 44305

Waste Management


Watkins Jacob
2201 GOODYEAR BLVD
AKRON, OH 44305


Watson Nautica
15316 Parkgrove Avenue
Cleveland, OH 44110


weatherholt michael
26180 HILLSIDE DR.
QUAKER CITY, OH 43773


Weaver Julia
3635 West Blvd
Cleveland, OH 44111


Weaver Julia
3635 WEST BLVD
CLEVELAND, OH 44111-3857


Wells Michelle
640 Turney Rd
Bedford, OH 44146


Wendy B Mcmillin
33930 Parkside Dr
Columbia Station, OH 44028


Wene Kaitlin
17617 Harvest Lane
Grafton, OH 44044


Wenquan Zou
32875 Ledge Hill Dr
Solon, OH 44139


Whatley Jacqueline
3079 Van Aken Blvd
Shaker Hts, OH 44120

Whelan Kristen
7802 DEBONAIRE DR
MENTOR, OH 44060-5342


White Christine
7500 DUDLEY AVE
CLEVELAND, OH 44102


Whitney Ward
4037 Bayard Road
South Euclid, OH 44121


Wicks Estella
1865 Winderlere
Cleveland, OH 44112


WILFREDO CARABALLO
11920 Worthington
Cleveland, OH 44111


WILLIAM BROWN
11620 Farringdon Ave
Garfield Heights, OH 44105


William D. Wilmoth
768 Gougler Road
Akron, OH 44319


WILLIAM FLETCHER
354 Troubadour
Northfield, OH 44067


William G Opalich
35476 Admiral Dr
Eastlake, OH 44095


WILLIAM HAZEL
6904 Highland Dr
Independence, OH 44131


William Holmes
2939 Genera St NW
UnionTown, OH 44685

WILLIAM HUNTER
4264 Settlers Way
Brunswick, OH 44212


William J Schram
9415 Roxbury Road
Parma Heights, OH 44130


WILLIAM MAYER
21209 Hansen Rd
Maple Heights, OH 44137


William Napler
3925 Springville Road
Wooster, OH 44691


William Spitzer
812 Shannon Ave
Cuyahoga Falls, Oh


William T Klonaris
374 Medway Road
Highland Hts, OH 44143


William Whitney
3648 Rockport Ave
Cleveland, OH 44111


Williams Deltonio
281 E 250th
Euclid, OH 44132


Williams Deltonio
3876 Monticello Blvd
Cleveland Heights, OH 44121


Williams Jacquelne
19503 Cherokee Ave
Cleveland, OH 44119


Williams Kaona
14303 REDDINGTON AVE
MAPLE HEIGHTS, OH 44137-3211

Williams Lamar
968 CHELSTON RD
South Euclid, OH 44121

Willoughby Renee
32655 Redwood Blvd
Avon Lake, OH 44012

Wills Twila
1116 Lander Rd
Cleveland, OH 44124

Wills Twila
1116 Lander Rd
Mayfield Heights, OH 44124-1602

WILMA ZAYCHEK
2040 Broad Blvd.
Cuyahoga Falls, OH 44223

Wilson Matthew
4706 Lincoln Ave
Parma, OH 44134

Wilson Quasheeda
15010 MADISON AVE STE 303
LAKEWOOD, OH 44107-4041

Wilson Susan
6545 Copley
Solon, OH 44139

Wilson-Bargar Debra
4231 DUKE CT
BRUNSWICK, OH 44212

Windsor Eyes
7100 Airport Highway
Pennsauken, NJ 08109

WIndstream
Linden, MI 48451-0505

Wingenfeld  Gary
6283 Dogwood Lane
North Ridgeville, OH 44039


Winnick Demetrius
22705 Lakeshore Ave Apt 128
Euclid, OH 44123


Wissinger Debra
302 Longfellow St
Elyria, OH 44035


Wood Christopher
2515 Edgehill Road
Cleveland, OH 44106


WVA
PO Box 900
Burlington, WI 53105


Yarian Timothy
5280 Hampton Dr
North Olmsted, OH 44070


Young Anna
1276 W 83RD ST
CLEVELAND, OH 44102-1904


Young Elizabeth
30879 South Ct
North Olmsted, OH 44070


YUE LI
2949 Van Aken Blvd #3
Cleveland, OH 44120


Yurko Sharon & John
6464 SCOTT DR
BROOK PARK, OH 44142-3449


YVONNE LEE JOHNSON
920 Vernon Odom Blvd
Akron, OH 44307

```
ZACARI LEWIS
1845 Maple Grove Drive107
Twinsburg, OH 44087


Zarife Cynthia
6646 Mackenzie Rd
North Olmsted, OH 44070


Zeda Adisbel
5000 Behrwald
Cleveland, OH 44144


Zelko Krizanic
3210 Dewalt Dr
Akron, OH 44312


Zenbauer Marnie
28616 Lakeshore Blvd
Willowick, OH 44095


Zimmerman   Teresa
26400 Hendon
Beachwood, OH 44122


Zimmerman  Linda
1890 East 107
Cleveland, OH 44106


Zimmerman Linda
1890 E 107TH ST   APT 1036
CLEVELAND, OH 44106-2235


ZOE EMMERT
12205 Oak Park Blvd
Garfield Heights, OH 44125


Zyloware Eyewear
8 Slater Street
Port Chester, NY 10573
```

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Union Eye Care Center, Inc.**

                          Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Union Eye Care Center, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July  2, 2019

Date

/s/ Richard A. Baumgart (0002664)

**Richard A. Baumgart (0002664)**

Signature of Attorney or Litigant

Counsel for   **Union Eye Care Center, Inc.**

**Dettelbach, Sicherman & Baumgart**

**55 Public Square, 21st Floor**
**Cleveland, OH 44113-1902**
**216-696-6000 Fax:216-696-3338**
**rbaumgart@dsb-law.com**