| Case No: | 19-14090 JPS Judge: JESSICA PRICE SMITH | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| --- | --- | --- | --- |
| Case Name: | UNION EYE CARE CENTER, INC. | Date Filed (f) or Converted (c): | 07/02/19 (f) |
| | | 341(a) Meeting Date: | 07/29/19 |
| For Period Ending: | 09/30/22 | Claims Bar Date: | 10/21/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, savings accounts | 2,875.41 | 380.43 | | 380.43 | FA |
| 2. Deposit | Unknown | 1.00 | | 0.00 | 1.00 |
| 3. Accounts Receivable | 73,946.46 | 1.00 | | 9,432.44 | 64,514.02 |
| 4. Inventory | 517,298.00 | 74,733.96 | | 74,733.96 | FA |
| 5. office furniture | 10,000.00 | 30,365.42 | | 30,365.42 | FA |
| 6. MACHINERY | 150,000.00 | 109,651.92 | | 109,652.92 | FA |
| 7. 5370 Pearl Road | 350,000.00 | 230,000.00 | | 230,000.00 | FA |
| 8. 26215 Tungsten Road | 100,000.00 | 100,000.00 | | 90,000.00 | 10,000.00 |
| 9. storage boxes | 0.00 | 1.00 | | 0.00 | 1.00 |
| 10. CASH (u) | 0.00 | 68.27 | | 68.27 | FA |
| Neal Grossman delivered cash to our office he found at North Olmsted, $74.27. We took it to a local bank and converted it to a bank check we could deposit. They charged $6.00 so we deposited $68.27. | | | | | |
| 11. Refund due Debtor (u) | 0.00 | 29.79 | | 29.79 | FA |
| 12. class settlement (u) | 0.00 | 315.81 | | 315.81 | FA |
| 13. petty cash (u) | 0.00 | 10.39 | | 10.39 | FA |
| 14. Refund-Energy account (u) | 0.00 | 183.18 | | 253.73 | FA |
| 15. fee reimbursement (u) | 0.00 | 188.00 | | 0.00 | 188.00 |
| Trustee paid this fee twice to the clerk and this reimburses the overpayment. | | | | | |
| 16. OFFICE EQUIPMENT (u) | 0.00 | 717.23 | | 717.23 | 0.00 |
| 17. Income tax refund-941 taxes 6/2018 (u) | 0.00 | 765.24 | | 765.24 | 0.00 |
| 18. Income tax refund-941 taxes 9/2018 (u) | 0.00 | 649.32 | | 649.32 | 0.00 |
| 19. Income tax refund-941 taxes 12/2018 (u) | 0.00 | 749.61 | | 749.61 | 0.00 |
| 20. Customer lists and prescriptions for glasses and | Unknown | 0.00 | | 0.00 | FA |
| 21. WMO Class settlement (u) | 0.00 | 261.04 | | 261.04 | 0.00 |

LFORM1 Ver: 22.07b

| | |
|---|---|
| Case No: 19-14090 JPS Judge: JESSICA PRICE SMITH | Trustee Name: TRUSTEE VIRGIL E. BROWN, JR. |
| Case Name: UNION EYE CARE CENTER, INC. | Date Filed (f) or Converted (c): 07/02/19 (f) |
| | 341(a) Meeting Date: 07/29/19 |
| | Claims Bar Date: 10/21/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,204,119.87 | $549,072.61 | | $548,385.60 | Gross Value of Remaining Assets $74,704.02 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

08/21 all realty sold,. Brian Greene CPA preparing tax returns. We are also preparing the wage claims to be paid and

the necessary withholding and remittance of taxes.


Trustee still evaluating and collecting assets

Initial Projected Date of Final Report (TFR): 12/30/20     Current Projected Date of Final Report (TFR): 12/30/22

LFORM1                                                                                                                                                Ver: 22.07b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312  Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/19 | 3 | Arerichem | ACCOUNT RECEIVABLE | 1121-000 | 175.00 | | 175.00 |
| 07/06/19 | 3 | stein companies | ACCOUNT RECEIVABLE | 1121-000 | 226.68 | | 401.68 |
| 07/06/19 | 3 | progressive rolling hills llc | ACCOUNT RECEIVABLE | 1121-000 | 78.72 | | 480.40 |
| 07/06/19 | 3 | republic poweded metals | ACCOUNT RECEIVABLE | 1121-000 | 933.50 | | 1,413.90 |
| 07/06/19 | 3 | nelson stud welding | ACCOUNT RECEIVABLE | 1121-000 | 163.08 | | 1,576.98 |
| 07/06/19 | 3 | eye med vision care | ACCOUNT RECEIVABLE | 1121-000 | 7.41 | | 1,584.39 |
| 07/06/19 | 3 | eye med vision care | ACCOUNT RECEIVABLE | 1121-000 | 12.50 | | 1,596.89 |
| 07/06/19 | 3 | cleveland assn or resue employees | ACCOUNT RECEIVABLE | 1121-000 | 360.00 | | 1,956.89 |
| 07/06/19 | 3 | progressive rolling hills llc | ACCOUNT RECEIVABLE | 1121-000 | 76.31 | | 2,033.20 |
| 07/06/19 | 3 | cleveland clinic | ACCOUNT RECEIVABLE | 1121-000 | 408.28 | | 2,441.48 |
| 07/06/19 | 3 | eye med | ACCOUNT RECEIVABLE | 1121-000 | 396.15 | | 2,837.63 |
| 07/08/19 | 3 | eye med | ACCOUNT RECEIVABLE | 1121-000 | 40.37 | | 2,878.00 |
| 07/06/19 | 3 | eye med | ACCOUNT RECEIVABLE | 1121-000 | 101.65 | | 2,979.65 |
| 07/06/19 | 3 | eye med | ACCOUNT RECEIVABLE | 1121-000 | 1,730.47 | | 4,710.12 |
| 07/06/19 | 3 | davis vision | ACCOUNT RECEIVABLE | 1121-000 | 304.00 | | 5,014.12 |
| 07/06/19 | 3 | eye med | ACCOUNT RECEIVABLE | 1121-000 | 141.07 | | 5,155.19 |
| 07/06/19 | 3 | fepblue vision | ACCOUNT RECEIVABLE | 1121-000 | 122.00 | | 5,277.19 |
| 07/06/19 | 3 | medical mutual | ACCOUNT RECEIVABLE | 1121-000 | 425.00 | | 5,702.19 |
| 07/06/19 | 3 | morgan advanced metals | ACCOUNT RECEIVABLE | 1121-000 | 42.00 | | 5,744.19 |
| 07/06/19 | 3 | eye med | ACCOUNT RECEIVABLE | 1121-000 | 1,129.07 | | 6,873.26 |
| 07/06/19 | 3 | eye med | ACCOUNT RECEIVABLE | 1121-000 | 125.59 | | 6,998.85 |
| 07/06/19 | 3 | nva | ACCOUNT RECEIVABLE | 1121-000 | 115.25 | | 7,114.10 |
| 07/06/19 | 3 | NVA | ACCOUNT RECEIVABLE | 1121-000 | 693.45 | | 7,807.55 |
| 07/06/19 | 3 | eye med | ACCOUNT RECEIVABLE | 1121-000 | 115.75 | | 7,923.30 |
| 07/06/19 | 3 | east side metals | ACCOUNT RECEIVABLE | 1121-000 | 33.90 | | 7,957.20 |
| 07/06/19 | 3 | buckeye business products | ACCOUNT RECEIVABLE | 1121-000 | 50.00 | | 8,007.20 |
| 07/06/19 | 3 | medical mutual | ACCOUNT RECEIVABLE | 1121-000 | 650.00 | | 8,657.20 |

Page Subtotals    8,657.20    0.00

LFORM24

Ver: 22.07b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| --- | --- | --- | --- | --- |
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312 Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/26/19 | 002001 | Jacobs & Associates | Insurance Premiums<br>Property and casualty insurance premium | 2420-000 | | 3,416.95 | 5,240.25 |
| 08/04/19 | 3 | east side metals | ACCOUNT RECEIVABLE | 1121-000 | 33.90 | | 5,274.15 |
| 08/04/19 | 1 | UNION EYE CARE CENTER, INC.<br>4750 BIEDLER ROAD<br>WILLOUGHBY, OH  44094 | Payment from debtor | 1129-000 | 380.43 | | 5,654.58 |
| 08/18/19 | 3 | THP Insurance | ACCOUNT RECEIVABLE | 1121-000 | 701.14 | | 6,355.72 |
| 08/21/19 | 002002 | Illulminating Company<br>P O Box 3687<br>Akron, Ohio  44309 | utility service<br>Security deposit on lower front unit | 2990-000 | | 124.00 | 6,231.72 |
| 08/21/19 | 002003 | Illuminating Company | utility service<br>electric service | 2990-000 | | 371.03 | 5,860.69 |
| 08/21/19 | 002004 | Illuminating Company | utility serbice<br>security deposit up front | 2990-000 | | 203.00 | 5,657.69 |
| 08/21/19 | 002005 | Illuminating company | utility service | 2990-000 | | 572.40 | 5,085.29 |
| 08/21/19 | 002006 | Cleveland Water Department<br>P O Box 94540<br>Cleveland, Ohio  44114 | utility service<br>water and sewer bill | 2990-000 | | 359.90 | 4,725.39 |
| * 09/01/19 | 3 | NVA | ACCOUNT RECEIVABLE | 1121-003 | 76.00 | | 4,801.39 |
| * 09/01/19 | 3 | NVA | ACCOUNT RECEIVABLE | 1121-003 | 172.00 | | 4,973.39 |
| * 09/01/19 | 3 | Tempur and Sealy | ACCOUNT RECEIVABLE | 1121-003 | 450.74 | | 5,424.13 |
| 09/07/19 | 3 | electronic payment clearinghouse | ACCOUNT RECEIVABLE | 1121-000 | 0.20 | | 5,424.33 |
| * 09/27/19 | 3 | NVA | ACCOUNT RECEIVABLE<br>Not paid and referred to maker | 1121-003 | -76.00 | | 5,348.33 |
| * 09/27/19 | 3 | NVA | ACCOUNT RECEIVABLE<br>Not paid and referred to maker | 1121-003 | -172.00 | | 5,176.33 |
| * 09/27/19 | 3 | Tempur and Sealy | ACCOUNT RECEIVABLE<br>payment stopped | 1121-003 | -450.74 | | 4,725.59 |
| 10/01/19 | 002007 | City of Cleveland | utility | 2990-000 | | 36.16 | 4,689.43 |
| | | | Page Subtotals | | 1,115.67 | 5,083.44 | |

LFORM24

Ver: 22.07b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312 Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/01/19 | 002008 | Division of Water Dominion Energy | UTILITY SERVICE | 2990-000 | | 120.39 | 4,569.04 |
| 10/01/19 | 002009 | dOMINION eNERGY | uTILITY SERVICE | 2990-000 | | 151.95 | 4,417.09 |
| 10/02/19 | 002010 | Illuminating Company | utility service Tungstein Road | 2990-000 | | 34.14 | 4,382.95 |
| 10/02/19 | 002011 | Illuminating Company | Utility Service | 2990-000 | | 916.85 | 3,466.10 |
| 10/06/19 | 8 | frank dinardo | Real Estate Buyer paid this $10,000.00 deposit. Deposit from Harvard Title was reduced by this $10,000.00. | 1110-000 | 10,000.00 | | 13,466.10 |
| 10/14/19 | 002012 | Northeast Ohio Sewer District | utility service Pearl Road location | 2990-000 | | 200.86 | 13,265.24 |
| 10/14/19 | 002013 | City of Cleveland Division of water | utility service Parma location | 2990-000 | | 81.63 | 13,183.61 |
| 10/14/19 | 002014 | Illluminating Company | utility service Tungsten location | 2990-000 | | 301.17 | 12,882.44 |
| 10/15/19 | 002015 | Dominion Energy | utility service Beidler location | 2990-000 | | 53.46 | 12,828.98 |
| 10/15/19 | 002016 | Dominion Energy | utility service Beidler location | 2990-000 | | 77.78 | 12,751.20 |
| 10/17/19 | 002017 | U S Clerk of Court | filing fees | 2700-001 | | 181.00 | 12,570.20 |
| 11/21/19 | 002018 | Illuminating Company | utility service outdoor light | 2990-000 | | 102.61 | 12,467.59 |
| 11/21/19 | 002019 | Illuminating Company | utility service Tungsten location | 2990-000 | | 24.34 | 12,443.25 |
| 11/21/19 | 002020 | Illuminating Company | utility service Beidler Lower | 2990-000 | | 162.85 | 12,280.40 |
| 11/21/19 | 002021 | Illuminating Company | utility service Beidler | 2990-000 | | 141.55 | 12,138.85 |
| 11/21/19 | 002022 | Dominion Gas | utility service | 2990-000 | | 78.12 | 12,060.73 |

Page Subtotals   10,000.00   2,628.70

LFORM24   Ver: 22.07b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312 Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/21/19 | 002023 | Dominion Gas | Beidler utility service | 2990-000 | | 53.46 | 12,007.27 |
| 11/21/19 | 002024 | Divison of Water | Beidler utility service | 2990-000 | | 74.99 | 11,932.28 |
| 11/21/19 | 002025 | division of water | Tungsten location utility service | 2990-000 | | 9.00 | 11,923.28 |
| 11/21/19 | 002026 | Sewer District | 5370 pearl utility service | 2990-000 | | 32.10 | 11,891.18 |
| 12/05/19 | 10 | virgil brown | Pearl Road cash on hand | 1229-000 | 68.27 | | 11,959.45 |
| 12/05/19 | 3 | vision service | ACCOUNT RECEIVABLE | 1121-000 | 40.00 | | 11,999.45 |
| 12/05/19 | 002027 | Division of Water | utility service | 2990-000 | | 9.00 | 11,990.45 |
| 12/19/19 | | Columbia Gas | Pearl Road location utility service | 2990-000 | | 113.37 | 11,877.08 |
| 12/19/19 | 002028 | Columbia Gas | Payment to restore gas service utility service | 2990-000 | | 1.75 | 11,875.33 |
| 12/19/19 | 002029 | Dominion Energy | servic fee to pay by wire transfer ACH utility service | 2990-000 | | 406.65 | 11,468.68 |
| 12/19/19 | 002030 | Division of Water | Tungsten Road utility service | 2990-000 | | 36.16 | 11,432.52 |
| 12/19/19 | 002031 | CEI | Tungsten Road utility service | 2990-000 | | 12.34 | 11,420.18 |
| 12/19/19 | 002032 | Illuminating Company | the lab on tungsten utility service | 2990-000 | | 192.83 | 11,227.35 |
| 12/19/19 | 002033 | Dominion Energy | tungsten road utility service | 2990-000 | | 102.18 | 11,125.17 |
| 12/19/19 | 002034 | Diminion Energy | Beidler utility service | 2990-000 | | 54.65 | 11,070.52 |
| | | | Beidler | | | | |
| | | | Page Subtotals | | 108.27 | 1,098.48 | |

LFORM24

Ver: 22.07b

19-14090-jps    Doc 168    FILED 10/28/22    ENTERED 10/28/22 13:16:49    Page 6 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312 Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/19/19 | 002035 | Sewer District | utility service<br>Pearl Road | 2990-000 | | 32.10 | 11,038.42 |
| 12/19/19 | 002036 | Illuminating Company | utility service<br>Beidler Road | 2990-000 | | 104.24 | 10,934.18 |
| 12/19/19 | 002037 | Illuminating Company | utlity service<br>Beidler Road | 2990-000 | | 85.74 | 10,848.44 |
| 01/07/20 | 002038 | Insurance Partners Agency<br>26865 Center Ridge Road<br>Westlake, Ohio 44145 | BOND PREMIUM | 2300-000 | | 7.58 | 10,840.86 |
| 01/20/20 | 002039 | Illuminating Company | utility service<br>Tungsten location | 2990-000 | | 163.14 | 10,677.72 |
| 01/20/20 | 002040 | Diminion Energy | utlity service<br>Tungsten location | 2990-000 | | 525.85 | 10,151.87 |
| 01/20/20 | 002041 | Division of Water | utility service<br>Tungsten location | 2990-000 | | 36.37 | 10,115.50 |
| 01/20/20 | 002042 | Illuminating Company | utility service<br>Beidler lower | 2990-000 | | 100.67 | 10,014.83 |
| 01/20/20 | 002043 | Illuminating Company | utility service<br>Beidler Up | 2990-000 | | 102.46 | 9,912.37 |
| 01/20/20 | 002044 | Dominion nergy | utility service<br>Beidler Location | 2990-000 | | 66.56 | 9,845.81 |
| 01/20/20 | 002045 | Dominion Energy | utility service<br>Beidler location | 2990-000 | | 106.70 | 9,739.11 |
| 01/20/20 | 002046 | Regional Sewer District | utility service<br>Pearl Road location | 2990-000 | | 41.61 | 9,697.50 |
| 01/20/20 | 002047 | Division of Water | utility service<br>Pearl Road location | 2990-000 | | 12.29 | 9,685.21 |
| 01/21/20 | 002048 | Cuyahoga County Treasurer | real estate taxes<br>Tungstern location | 2820-000 | | 3,192.38 | 6,492.83 |

Page Subtotals  0.00  4,577.69

Ver: 22.07b

LFORM24

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| --- | --- | --- | --- | --- |
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312  Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/21/20 | 002049 | Cuyahoga County Treasurer | real estate taxes | 2820-000 | | 573.64 | 5,919.19 |
| 01/21/20 | 002050 | CFuyahoga County Treasurer | real eststse taxes | 2820-000 | | 4,966.75 | 952.44 |
| 01/21/20 | 002051 | Illuminating Company | utility service  Tungsten Road location | 2990-000 | | 13.03 | 939.41 |
| 02/28/20 | | harvard title agency LLC | PROCEEDS FROM SALE OF REAL ESTATE  See deposit 35.  Total sale was $90.000.  Buyer paid $10,000 deposit prevosouly. | | 58,742.75 | | 59,682.16 |
| | 8 | HARVARD TITLE AGENCY LLC | Memo Amount:        80,000.00  PROCEEDS FROM SALE OF REAL ESTATE | 1110-000 | | | |
| | | HARVARD TITLE | Memo Amount:    (    9,000.00 )  Real Estate Commission | 3510-000 | | | |
| | | HARVARD TITLE | Memo Amount:    (      630.00 )  escrow fees | 3991-000 | | | |
| | | CUYAHOGA COUNTY | Memo Amount:    (    3,712.66 )  real estate taxes | 2500-000 | | | |
| | | DEPT, CLEVELAND WATER | Memo Amount:    (    3,710.42 )  water bill | 2500-000 | | | |
| | | CUYAHOGA COUNTY | Memo Amount:    (    4,204.17 )  real estate taxes | 2500-000 | | | |
| 02/28/20 | 4, 5, 6 | grossman inc | PROCEEDS OF SALE OF PERSONAL PR | 1129-000 | 168,696.80 | | 228,378.96 |
| * 02/29/20 | 002052 | Illuminating Company | utility service  Beidler Road, up front | 2990-003 | | 74.70 | 228,304.26 |
| * 02/29/20 | 002052 | Illuminating Company | entered in error  check has an incorrect amount- to be reissued | 2990-003 | | -74.70 | 228,378.96 |
| 02/29/20 | 002053 | Illuminating Company | utility service  Beidler Road, up front | 2990-000 | | 87.46 | 228,291.50 |
| 02/29/20 | 002054 | Illuminating Company | utility service  Beidler Road lower front | 2990-000 | | 86.39 | 228,205.11 |
| 02/29/20 | 002055 | Division of Water | utility service | 2990-000 | | 39.43 | 228,165.68 |

Page Subtotals     227,439.55     5,766.70

Ver: 22.07b

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| --- | --- | --- | --- | --- |
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312 Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/20 | 002056 | Dominion Energy | Tungsten Road utility service | 2990-000 | | 467.55 | 227,698.13 |
| 02/29/20 | 002057 | Illuminating company | tungsten Road utility service | 2990-000 | | 13.44 | 227,684.69 |
| 02/29/20 | 002058 | Illuminating company | Tungsten road utility service | 2990-000 | | 240.60 | 227,444.09 |
| 02/29/20 | 002059 | Sewer District | tungsten road utility service | 2990-000 | | 33.70 | 227,410.39 |
| 02/29/20 | 002060 | Division of water | Pearl Road utility service | 2990-000 | | 18.20 | 227,392.19 |
| 02/29/20 | 002061 | Illuminating company | Pearl Road utility service | 2990-000 | | 244.51 | 227,147.68 |
| 02/29/20 | 002062 | illuminating company | pearl road utility service | 2990-000 | | 1,099.35 | 226,048.33 |
| 03/21/20 | 002063 | Dominion Energy | pearl road utility service | 2990-000 | | 123.25 | 225,925.08 |
| 03/21/20 | 002064 | Dominion Energy | Beidler UP utlity service | 2990-000 | | 154.77 | 225,770.31 |
| 03/21/20 | 002065 | Sewer District | beidler down utility service | 2990-000 | | 67.40 | 225,702.91 |
| 03/21/20 | 002066 | Illuminating company | 5370 Pearl utility service | 2990-000 | | 213.87 | 225,489.04 |
| 03/21/20 | 002067 | Illuminating Company | pearl road a/l utility service | 2990-000 | | 74.82 | 225,414.22 |
| 03/21/20 | 002068 | Illuminating company | -pearl road utility service | 2990-000 | | 87.06 | 225,327.16 |
| 03/21/20 | 002069 | illluminating company | Beidler road up utility service beidler road lower | 2990-000 | | 85.85 | 225,241.31 |

Page Subtotals  0.00  2,924.37

Ver: 22.07b

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312 Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/24/20 | 002070 | illuminting company | utility service<br>26215 tungstern outside | 2990-000 | | 14.03 | 225,227.28 |
| 03/24/20 | 002071 | Illuminating company | utility service<br>26215 tungsten | 2990-000 | | 181.15 | 225,046.13 |
| 03/24/20 | 002072 | Division of WATER | utiity service<br>26215 tUNGSTEN | 2990-000 | | 30.33 | 225,015.80 |
| 04/21/20 | 002073 | Illuminating Company | utility service<br>Pearl Road | 2990-000 | | 76.82 | 224,938.98 |
| 04/21/20 | 002074 | Illuminating Company | utility service<br>Pearl Road | 2990-000 | | 251.44 | 224,687.54 |
| 04/21/20 | 002075 | Illuminating Company | utility service<br>Beidler up | 2990-000 | | 89.02 | 224,598.52 |
| 04/21/20 | 002076 | Illuminating Company | utility service<br>Beidler lower | 2990-000 | | 86.88 | 224,511.64 |
| 04/21/20 | 002077 | Illuminating Company | utility service<br>Tungsten | 2990-000 | | 17.29 | 224,494.35 |
| 04/21/20 | 002078 | Dominion Energy | utility service<br>Beidler Down | 2990-000 | | 111.07 | 224,383.28 |
| 04/21/20 | 002079 | Dominion Energy | utility service<br>Beidler up | 2990-000 | | 49.46 | 224,333.82 |
| 04/21/20 | 002080 | Division of Water | utility service<br>Pearl road | 2990-000 | | 9.20 | 224,324.62 |
| 04/25/20 | 002081 | Grossman, Inc. | AUCTIONEER FEES AND EXPENSES | 3620-000 | | 33,559.12 | 190,765.50 |
| 04/25/20 | 002082 | Grossman, Inc. | AUCTIONEER FEES AND EXPENSES | 3610-000 | | 16,869.68 | 173,895.82 |
| 04/25/20 | 002083 | Select-KM Plaza, LLC<br>c/o Michael Paolucci, Esq.<br>Select Strategoes Realty<br>400 Techne Center Drive<br>Suite 320 | RENTAL PAYMENTS | 2410-000 | | 2,000.00 | 171,895.82 |

Page Subtotals     0.00     53,345.49

LFORM24     Ver: 22.07b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312  Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Milford, Ohio  45150 | | | | | |
| 05/21/20 | 002084 | Illuninating Company | utility service | 2990-000 | | 88.52 | 171,807.30 |
| | | | Beidler Lower Front | | | | |
| 05/21/20 | 002085 | Illuminating Company | utility service | 2990-000 | | 91.60 | 171,715.70 |
| | | | Beidler Up front | | | | |
| 05/21/20 | 002086 | Illuminating Company | utility service | 2990-000 | | 123.85 | 171,591.85 |
| 05/21/20 | 002087 | Illuninating company | utility service | 2990-000 | | 77.52 | 171,514.33 |
| | | | Pearl Road | | | | |
| 05/21/20 | 002088 | Regional Sewer District | utility service | 2990-000 | | 33.70 | 171,480.63 |
| | | | Pearl Road | | | | |
| 05/21/20 | 002089 | Water Department | utlity service | 2990-000 | | 18.40 | 171,462.23 |
| | | | Pearel Road | | | | |
| 05/21/20 | 002090 | Dominion Energy | utility service | 2990-000 | | 28.95 | 171,433.28 |
| | | | Beidler Road | | | | |
| 06/18/20 | 002091 | Regional Sewwer District | utility service | 2990-000 | | 33.70 | 171,399.58 |
| | | | Parma office | | | | |
| 06/18/20 | 002092 | Illuminating company | utility service | 2990-000 | | 89.91 | 171,309.67 |
| | | | Beidler up | | | | |
| 06/18/20 | 002093 | Illuminating company | utility service | 2990-000 | | 87.21 | 171,222.46 |
| | | | beidler lower | | | | |
| 06/18/20 | 002094 | Illuminating company | utility service | 2990-000 | | 78.10 | 171,144.36 |
| | | | parma location | | | | |
| 06/18/20 | 002095 | Illuminating company | utility service | 2990-000 | | 83.98 | 171,060.38 |
| | | | parma location | | | | |
| 07/18/20 | 002096 | Illuminating Company | utility service | 2990-000 | | 82.95 | 170,977.43 |
| | | | Beidler Up Front | | | | |
| 07/18/20 | 002097 | Illuminating Company | utility service | 2990-000 | | 82.43 | 170,895.00 |
| | | | Beidler lower | | | | |
| 07/18/20 | 002098 | Regional Swer District | utlity service | 2990-000 | | 43.78 | 170,851.22 |

Page Subtotals        0.00        1,044.60

Ver: 22.07b

LFORM24

19-14090-jps    Doc 168    FILED 10/28/22    ENTERED 10/28/22 13:16:49    Page 11 of 17

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| --- | --- | --- | --- | --- |
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312 Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/18/20 | 002099 | Division of Water | Pearl road utility service | 2990-000 | | 12.70 | 170,838.52 |
| 07/24/20 | 002100 | Virgil Brown Insurance Agencu | Insurance Premiums | 2990-000 | | 3,064.15 | 167,774.37 |
| 08/08/20 | 002101 | Regional Sewer District | Insurance renewal utlity service | 2990-000 | | 43.78 | 167,730.59 |
| 08/08/20 | 002102 | Division of Water | Pearl road location utility service | 2990-000 | | 12.70 | 167,717.89 |
| 08/08/20 | 002103 | Illuminating Company | Pearl Road utility service | 2990-000 | | 79.53 | 167,638.36 |
| 08/08/20 | 002104 | Illuminating Company | Pearl Road utility service | 2990-000 | | 81.21 | 167,557.15 |
| 08/22/20 | 002105 | Dominion Energy | Pearl Road utility service | 2990-000 | | 24.85 | 167,532.30 |
| 08/22/20 | 002106 | Illuminating company | Beidler Up utility service | 2990-000 | | 83.80 | 167,448.50 |
| 08/22/20 | 002107 | Illuminating company | pearl a/l utility service | 2990-000 | | 167.37 | 167,281.13 |
| 08/22/20 | 002108 | Illuminating company | pearl road utility service | 2990-000 | | 105.60 | 167,175.53 |
| 08/22/20 | 002109 | Illuminating company | Beidler lower utility service | 2990-000 | | 111.90 | 167,063.63 |
| 09/02/20 | 002110 | Division of Water | beidler up utility service | 2990-000 | | 16.19 | 167,047.44 |
| 09/12/20 | 11 | Dominion Energy | pearl road REFUND | 1229-000 | 29.79 | | 167,077.23 |
| 09/12/20 | 002111 | Dominion Energy | utility service | 2990-000 | | 28.01 | 167,049.22 |
| 09/12/20 | 002112 | Regional Sewer District | beidler road utility service pearl road | 2990-000 | | 53.85 | 166,995.37 |

Page Subtotals     29.79     3,885.64

Ver: 22.07b

LFORM24

19-14090-jps    Doc 168    FILED 10/28/22    ENTERED 10/28/22 13:16:49    Page 12 of 17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312 Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/17/20 | | HARVARD TITLE | water deposit being paid | 2500-000 | | -3,710.42 | 170,705.79 |
| 10/03/20 | 002113 | Illluminating Company | utility service pearl road | 2990-000 | | 6.01 | 170,699.78 |
| 10/03/20 | 002114 | Illuminating Company | utility service | 2990-000 | | 87.22 | 170,612.56 |
| 10/03/20 | 002115 | Division of Water | utility service | 2990-000 | | 16.19 | 170,596.37 |
| 10/12/20 | 002116 | Regional Sewer District | utility service | 2990-000 | | 53.85 | 170,542.52 |
| 10/17/20 | 002117 | Illuminating Company | utility service Pearl Road | 2990-000 | | 90.25 | 170,452.27 |
| 10/24/20 | 002118 | Illuminating Company | utility service pearl road | 2990-000 | | 88.89 | 170,363.38 |
| 11/07/20 | 002119 | Division of Water | utility service Pearl Road location | 2990-000 | | 22.13 | 170,341.25 |
| 11/07/20 | 002120 | Sewer District | utility service pearl road | 2990-000 | | 63.93 | 170,277.32 |
| 11/21/20 | 12 | wmo class settlement | settlement | 1249-000 | 101.18 | | 170,378.50 |
| 11/21/20 | 12 | wmo class settlement | settlement | 1249-000 | 214.63 | | 170,593.13 |
| 11/21/20 | 002121 | Illuminating company | utility service pearl road | 2990-000 | | 92.15 | 170,500.98 |
| 11/21/20 | 002122 | Illuminating company | utility service pearl road | 2990-000 | | 73.51 | 170,427.47 |
| 12/05/20 | 002123 | Division of Water | utility service pearl road | 2990-000 | | 9.20 | 170,418.27 |
| 12/05/20 | 002124 | Thompson Hine LLP | ATTORNEY FEES | 3210-000 | | 26,240.50 | 144,177.77 |
| 12/05/20 | 002125 | Thompson Hine, LLP | ATTORNEY FOR TRUSTEE EXPENSES | 3220-000 | | 756.85 | 143,420.92 |
| 12/26/20 | 002126 | Illuminating Company | utility service Pearl Road | 2990-000 | | 90.39 | 143,330.53 |
| 12/26/20 | 002127 | Regional Sewer District | utility service Pearl Road | 2990-000 | | 33.70 | 143,296.83 |
| 01/07/21 | 002128 | Division of Water | utility service | 2990-000 | | 9.20 | 143,287.63 |

Page Subtotals   315.81   24,023.55

LFORM24

Ver: 22.07b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312 Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/21 | 002129 | Illuminating Company | pearl road<br>utility service | 2990-000 | | 91.91 | 143,195.72 |
| 01/26/21 | 002130 | Regional Sewer District | pearl road<br>utility service | 2990-000 | | 33.70 | 143,162.02 |
| 01/26/21 | 002131 | illuminating company | pearl road<br>utility service | 2990-000 | | 90.03 | 143,071.99 |
| 01/26/21 | 002132 | illuminating company | pearl road<br>utility service | 2990-000 | | 140.68 | 142,931.31 |
| 02/20/21 | 002133 | Division of Water | pearl road<br>utility service | 2990-000 | | 12.70 | 142,918.61 |
| 02/20/21 | 002134 | Sewer Diistrict | pearl road<br>utility service | 2990-000 | | 45.99 | 142,872.62 |
| 02/20/21 | 002135 | Illumining Company | pearl road<br>utility service | 2990-000 | | 81.48 | 142,791.14 |
| 02/20/21 | 002136 | Illuminating Company | pearl road<br>utility service | 2990-000 | | 85.28 | 142,705.86 |
| 02/25/21 | 002137 | Columbia Gas Co | pearl road<br>utility service | 2990-000 | | 1,092.08 | 141,613.78 |
| 02/25/21 | 002138 | columbia gas co | pearl road location<br>Gas billl paid by ACH debit on 02/01/21<br>check printed for internal records only number 2137<br>utility service<br>pearl road location<br>this is the ACH fee charged for the gas billl paid<br>check prnted for internal records only | 2990-000 | | 1.75 | 141,612.03 |
| 02/25/21 | 002139 | bankruptcy clerk of court | COURT COSTS | 2700-000 | | 188.00 | 141,424.03 |
| 03/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 141.23 | 141,282.80 |
| 03/12/21 | 002140 | Insurance Partners Agency<br>2950 West Market St | CHAPTER 7 BOND PREMIUM | 2300-000 | | 56.51 | 141,226.29 |

Page Subtotals     0.00     2,061.34

LFORM24     Ver: 22.07b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 19-14090 -JPS | |
| Case Name: | UNION EYE CARE CENTER, INC. | |
| Taxpayer ID No: | *******1728 | |
| For Period Ending: | 09/30/22 | |

| | | |
|---|---|---|
| Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. | |
| Bank Name: | Axos Bank | |
| Account Number / CD #: | *******1312 Checking Account | |
| Blanket Bond (per case limit): | $ 1,337,000.00 | |
| Separate Bond (if applicable): | | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Akron, OH 44333 | | | | | |
| 03/16/21 | 002141 | Madison Plumbing and Heating<br>1590 Coutant Avenue<br>Lakewood, Ohio 44107 | MISCELLANEOUS COSTS<br>Back Flow water test per citation | 2990-000 | | 459.99 | 140,766.30 |
| 03/20/21 | 002142 | Illuminating Company | utility service<br>pearl road | 2990-000 | | 88.90 | 140,677.40 |
| 04/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 155.72 | 140,521.68 |
| 04/20/21 | 002143 | Illuminating Company | utility service | 2990-000 | | 91.98 | 140,429.70 |
| 04/20/21 | 002144 | Columbia Gas of Ohio | utility service<br>pearl road | 2990-000 | | 528.20 | 139,901.50 |
| 04/23/21 | | harvard title | real estate sales | | 181,504.71 | | 321,406.21 |
| | 7 | HARVARD TITLE | Memo Amount: 230,000.00<br>real estate sales | 1110-000 | | | |
| | | CUYAHOGA COUNTY FISCAL OFFICE | Memo Amount: ( 3,277.00 )<br>Real Estate Tax | 2820-000 | | | |
| | | HARVARD TITLE | Memo Amount: ( 16,375.00 )<br>Real Estate Commission | 3510-000 | | | |
| | | HARVARD TITLE | Memo Amount: ( 28,843.29 )<br>Closing Cost | 2500-000 | | | |
| 04/23/21 | 4 | grossman | INVENTORY | 1121-000 | 46,055.50 | | 367,461.71 |
| 04/23/21 | 13 | grossman | petty cash | 1229-000 | 10.39 | | 367,472.10 |
| 04/27/21 | | us clerk of court | repayment of court costs to clerk | 2700-000 | | 188.00 | 367,284.10 |
| 05/01/21 | 002145 | Sewer District | utility service | 2990-000 | | 459.77 | 366,824.33 |
| 05/03/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 214.95 | 366,609.38 |
| 05/22/21 | 14 | north lane | ACCOUNT RECEIVABLE | 1221-000 | 176.32 | | 366,785.70 |
| 06/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 404.98 | 366,380.72 |
| 07/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 391.48 | 365,989.24 |
| 07/20/21 | 002146 | columbia gas of ohio<br>p o box 4629 | MISCELLANEOUS COSTS<br>parma final bill | 2990-000 | | 213.56 | 365,775.68 |
| | | | Page Subtotals | | 227,746.92 | 3,197.53 | |

LFORM24

Ver: 22.07b

| Case No: | 19-14090 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | UNION EYE CARE CENTER, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******1312 Checking Account |
| Taxpayer ID No: | *******1728 | | | |
| For Period Ending: | 09/30/22 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | carol stream il 60197-4629 | | | | | |
| * 07/30/21 | 14 | north lane | ACCOUNT RECEIVABLE | 1221-003 | 6.86 | | 365,782.54 |
| 07/30/21 | | virgil brown | reimbursement | 2700-000 | | -188.00 | 365,970.54 |
| 08/02/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 404.07 | 365,566.47 |
| * 08/05/21 | 14 | north lane | ACCOUNT RECEIVABLE | 1221-003 | -6.86 | | 365,559.61 |
| | | | returned by bank | | | | |
| 08/07/21 | 14 | north land | ACCOUNT RECEIVABLE | 1221-000 | 70.55 | | 365,630.16 |
| 08/07/21 | 14 | north land | ACCOUNT RECEIVABLE | 1221-000 | 6.86 | | 365,637.02 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 403.70 | 365,233.32 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 390.25 | 364,843.07 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 402.83 | 364,440.24 |
| 11/18/21 | 16 | as is where is | office equipment | 1229-000 | 717.23 | | 365,157.47 |
| | | neal grossman, auctioneer | | | | | |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 389.73 | 364,767.74 |
| 12/27/21 | 002147 | Siebert Keck Insurance Partners | Chapter 7 bond premium | 2300-000 | | 234.12 | 364,533.62 |
| | | 2950 West Market Street | Bond 3517690 | | | | |
| | | Akron, Ohio 44333 | | | | | |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 402.74 | 364,130.88 |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 402.09 | 363,728.79 |
| 02/15/22 | 17 | IRS | Income tax refund | 1224-000 | 765.24 | | 364,494.03 |
| 02/15/22 | 18 | IRS | Income tax refund | 1224-000 | 649.32 | | 365,143.35 |
| 02/15/22 | 19 | IRS | Income tax refund | 1224-000 | 749.61 | | 365,892.96 |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 363.81 | 365,529.15 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 403.58 | 365,125.57 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 390.13 | 364,735.44 |
| 06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 402.72 | 364,332.72 |
| 06/08/22 | 21 | wmo settlement | LITIGATION SETTLEMENT | 1249-000 | 130.52 | | 364,463.24 |
| 06/08/22 | 21 | wmo settlement | LITIGATION SETTLEMENT | 1249-000 | 130.52 | | 364,593.76 |
| 07/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 389.50 | 364,204.26 |
| | | | Page Subtotals | | 3,219.85 | 4,791.27 | |

LFORM24

Ver: 22.07b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 15

| | |
|---|---|
| Case No: | 19-14090 -JPS |
| Case Name: | UNION EYE CARE CENTER, INC. |
| Taxpayer ID No: | *******1728 |
| For Period Ending: | 09/30/22 |

| | |
|---|---|
| Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******1312  Checking Account |
| Blanket Bond (per case limit): | $ 1,337,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 402.12 | 363,802.14 |
| 09/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 401.68 | 363,400.46 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 310,000.00 | COLUMN TOTALS | 478,633.06 | 115,232.60 | 363,400.46 |
| Memo Allocation Disbursements: | 69,752.54 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 478,633.06 | 115,232.60 | |
| Memo Allocation Net: | 240,247.46 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 478,633.06 | 115,232.60 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 310,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 69,752.54 | Checking Account - *******1312 | 478,633.06 | 115,232.60 | 363,400.46 |
| Total Memo Allocation Net: | 240,247.46 | | 478,633.06 | 115,232.60 | 363,400.46 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       803.80

LFORM24

Ver: 22.07b